# Exhibit 5

## Classes and Certification
## For wine lovers, enthusiasts, and trade professionals

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for YOU.

We offer WSET Wine Certification as well as non-certification wine classes.

## Wine & Spirits Education Trust

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals.
PhillyWine is an Approved Program Provider.



## Fontanafredda Wine Tasting

Join us for a guided tasting of the wines of Fontanafredda, producers of Barolo and the great wines of the Langhe in Serralunga d'Alba in Northern Italy. Export Manager Fabio Bosio will walk us through the history of the winery then lead a tasting of seven wines.

Fontanafredda was founded in 1858 and is comprised of 120 hectares of organic crops.

We're looking forward to a fun, informative, and delicious evening!

March 9, 6–8PM
Fitler Club of Philadelphia

$45 per person



RSVP

## Upcoming WSET Classes

### Online Classroom

WSET's Online Classroom (OLC) is a great way to take class if you need more flexibility. OLC lets you go at your own pace on your own schedule. We can even send you wine tasting kits!

Level 1 Wine – **March 2** – Sign up by Feb 20
Level 1 Wine – **March 16** – Sign up by March 6

Level 2 Wine – **March 2** – Sign up by Feb 20
Level 2 Wine – **March 16** – Sign up by March 6

Level 3 Wine – **March 23** – Sign up by Feb 20
Level 3 Wine – **April 13** – Sign up by April 3

D1 Wine – **March 16** – Sign up by March 6
D2 Wine – **March 16** – Sign up by March 6
D3 Wine – **April 20** – Sign up by April 10
D4 Wine – **March 2** – Sign up by Feb 20
D5 Wine – **April 13** – Sign up by April 3

### In-Person & Hybrid Classes

**L1 Wine – Northampton Community College – Certification in one day!** 🎉
March 14, 10AM–4PM
📍 Northampton Comm College
➡️ **Sign up by Feb 27**

**L1 Wine – Philadelphia – Certification in one day!** 🎉
March 14, 10AM–4PM
📍 Fitler Club
➡️ **Sign up by Feb 27**

**L1 Wine – Drexel – Certification in one day!** 🎉
May 30, 10AM–4PM
📍 On Campus
➡️ **Sign up by May 14**

**L2 Wine – Philadelphia**
April 15 – June 10 , Wednesdays, 6–8PM
**Exam: June 10**
📍 Fitler Club
➡️ **Sign up by April 10**

**L3 Wine – Philadelphia**
April 28 – July 14, Tuesdays, 6–9PM
**Exam: July 14**
📍 Fitler Club
➡️ **Sign up by April 21**

## 🥇 Why Choose PhillyWine?

Small classes. WSET Pass Rates well above global averages at all levels. All instructors are WSET ETP Certified. No Membership required.

### Trusted by top brands:

Barcelona Wine Bar Philadelphia – Fitler Club – Drexel University – James Madison University – Mercer County College – Northampton Community College – Palm Bay International – Philadelphia Club – Starr Restaurant Group – Stokelan Winery – Tria Wine Bar – Union League – Wharton Wine Club

# Explore WSET Certification

## WINE









**Level 1 Award in Wines**

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

**Level 2 Award in Wines**

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

**Level 3 Award in Wines**

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

**Level 4 Diploma in Wine**

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.



### WSET Latest Figures:

- 142,000 candidates in 2024/25*
- 9 separate WSET qualifications
- 770 WSET course providers worldwide
- 78 countries provide WSET courses
- 14 languages offered

  *worldwide across all levels of wine, sake, and spirits

Follow along  @phillywineschool













   



## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

| First Name | Last Name | Email Address | Sign Up |

© 2026 PhillyWine, LLC

In-person classes meet at Fitler Club
Philadelphia

Terms of Service
PhillyWine Policies

Exam Schedules
WSET Classes
FAQ



| Document title: | PhillyWine |
| --- | --- |
| Capture URL: | https://www.phillywine.com/ |
| Page loaded at (UTC): | Wed, 18 Feb 2026 23:07:25 GMT |
| Capture timestamp (UTC): | Wed, 18 Feb 2026 23:09:30 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | gMhR5QjA4C4SbRhLde9duY |
| Display Name: | emily.ketterer |

PDF REFERENCE #:          bwfDFouPP9sYpk8Kzwi6Uv



## Classes and Certification
## For wine lovers, enthusiasts, and trade professionals

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for YOU.
We offer WSET Wine Certification as well as non-certification wine classes.

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

# Wine & Spirits Education Trust



Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals.
PhillyWine is an Approved Program Provider.

## Fontanafredda Wine Tasting



Join us for a guided tasting of the wines of Fontanafredda, producers of Barolo and the great wines of the Langhe in Serralunga d'Alba in Northern Italy. Export Manager Fabio Bosio will walk us through the history of the winery then lead a tasting of seven wines.

Fontanafredda was founded in 1858 and is comprised of 120 hectares of organic crops.

We're looking forward to a fun, informative, and delicious evening!

March 9, 6–8PM
Fitler Club of Philadelphia

$45 per person

\* You do not have to be a member of Fitler Club to attend

RSVP

## Upcoming WSET Classes

### Online Classroom

### Online Classroom

By using this website, you agree to our use of cookies. We provide to provide you with a great experience and to help our website run effectively.

Accept

## Online Classroom

WSET's Online Classroom (OLC) is a great way to take class if you need more flexibility. OLC lets you go at your own pace on your own schedule. We can even send you wine tasting kits!

Level 1 Wine – **March 2** – Sign up by Feb 20
Level 1 Wine – **March 16** – Sign up by March 6

Level 2 Wine – **March 2** – Sign up by Feb 20
Level 2 Wine – **March 16** – Sign up by March 6

Level 3 Wine – **March 23** – Sign up by Feb 20
Level 3 Wine – **April 13** – Sign up by April 3

D1 Wine – **March 16** – Sign up by March 6
D2 Wine – **March 16** – Sign up by March 6
D3 Wine – **April 20** – Sign up by April 10
D4 Wine – **March 2** – Sign up by Feb 20
D5 Wine – **April 13** – Sign up by April 3

## In Person & Hybrid Classes

**L1 Wine – Northampton Community College – Certification in one day! 🚀**
March 14, 10AM–4PM
📍 Northampton Comm College
➡️ **Sign up by Feb 27**



By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept



# Explore WSET Certification



By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

Follow along  @phillywineschool






By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept



## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you!

| First Name | Last Name | Email Address | Sign Up |

By using this website, you agree to our use of cookies. We use cookies to provide you with a great experience and to help our website run effectively.

Accept

Document title: PhillyWine
Capture URL: https://www.phillywine.com/
Capture timestamp (UTC): Wed, 18 Feb 2026 23:09:30 GMT