# Exhibit 6

🔒 Page Vault

| | |
|---|---|
| Document title: | Wine School of Philadelphia \| Wine Classes and Courses |
| Capture URL: | https://www.vinology.com/ |
| Page loaded at (UTC): | Wed, 21 Jan 2026 01:32:46 GMT |
| Capture timestamp (UTC): | Wed, 21 Jan 2026 01:33:10 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 5 |
| Capture ID: | oT2WJhDHq5q31kckxhuq24 |
| Display Name: | carrm |



# Wine School
### of PHILADELPHIA

HOME    SOMMELIER COURSES    WINE CLASSES    GIFT    LEARN & HELP ⌄    BECOME A MEMBER

# Upcoming Classes

‹ ›   Today   **Now – Sunday, April 12** ⌄



**FEB 20**
Get Tickets   $79.90 – $99.99
Sold out
🔖 Featured   7:30 pm to 9:00 pm
**Whisky Wars: Japan VS Scotland**



**FEB 22**
Get Tickets   $63.99 – $79.99
🔖 Featured   5:00 pm to 6:30 pm
**New! Wine 101: Learn About Wine**



**MAR 1**
Get Tickets   $71.20 – $89.00
Sold out
🔖 Featured   5:00 pm to 6:30 pm
**New! Spain vs Portugal**



**MAR 8**
Get Tickets   $71.00 – $89.00
Only 4 Seats Left
🔖 Featured   5:00 pm to 6:30 pm
**New! Italian Wine Class**



**MAR 15**
Get Tickets   $67.99 – $84.99
🔖 Featured   5:00 pm to 6:30 pm
**New! Wines of Tomorrow**



**MAR 20**
Get Tickets   $8.99 – $38.99
🔖 Featured   7:30 pm to 8:00 pm
**Quick Pours: Wine for Work & Networking**



**MAR 21**
Get Tickets   $63.99 – $79.99
Only 4 Seats Left
🔖 Featured   4:00 pm to 5:30 pm
**Sommelier Secrets**



**MAR 22**
$39.99 – $119.99
Sold out
🔖 Featured   7:00 pm to 9:00 pm
**The Barolo BYO Pairing Dinner**



**MAR 28**
Get Tickets   $67.99 – $84.99
🔖 Featured   7:30 pm to 9:00 pm
**New! Saved From Extinction**



**APR 29**
Get Tickets   $71.00 – $89.00
🔖 Featured   5:00 pm to 6:30 pm
*(Hidden Gems)*



**APR 9**
Get Tickets   $63.99 – $79.99
Only 8 Seats Left
*(Bubbles!)*

**APR 12**
Get Tickets   $1128.99 – $1474.99
🔖 Featured   1:25 pm to 6:00 pm
*(Core Sommelier)*





**MAR 29**

Get Tickets    $71.00 – $89.00
🏳 Featured    5:00 pm to 6:30 pm

**New! Hidden Gems: Lesser-Known Wine Grapes**

**APR 9**

Get Tickets    $63.99 – $79.99
Only 8 Seats Left
🏳 Featured    7:30 pm to 9:00 pm

**Bubbles! The Sparkling Wine Class**

**APR 12**

Get Tickets    $1128.99 – $1474.99
🏳 Featured    1:25 pm to 6:00 pm

**Core Sommelier Course — Spring Semester**

 Sommelier Courses     Members Only     Tasting Classes

**America's Top Wine School!**

# Wine School of Philadelphia

What's the secret to three decades of success? It rests on three pillars that uphold our reputation: education, excellence, and engagement. Whether you're here for a single evening or an entire semester, you'll learn from the nation's top wine educators—dynamic experts who pour outstanding wines while delivering insightful and engaging classes. Voted "Best of Philly" and celebrated nationwide, our classes truly stand out in a league of their own.

### Wine Courses

Our innovative approach offers a fresh, modern alternative to traditional wine education, emphasizing accessible and dynamic learning tailored to today's wine industry. Recognized for their excellence, our programs have been adopted by the National Wine School as the foundation for certifying sommeliers and winemakers across the country.

### Wine Classes

Over the past two decades, more than 50,000 students have attended our wine-tasting classes. Each class is an intimate and engaging experience, led by world-class wine educators who transform your evening into a delicious and brilliantly educational journey. If all classes were this captivating, everyone in Philadelphia would have a PhD by now.

### Wine Club

At our membership events, you'll connect with a vibrant mix of people who share your passions. From artists and musicians to CEOs and sommeliers, the club brings together a uniquely diverse community united by a love of wine. The club is a space where dark humor, joy, brilliance, and an allergy to snobbery create the perfect atmosphere.

**Join a Wine Course**     **Attend a Wine Class**     **Join The Wine Club!**



"**The Best Wine School in the United States. Many try to duplicate their success, but none come close to what they accomplish at this school in Philadelphia. They are the Ivy League of wine education.**"

    **SOMM Magazine**
December 2024





December 2024

# Frequently Asked Questions

Here are some of the most common questions we receive at the Wine School of Philadelphia.

### What's the difference between your wine classes and wine courses?

Our wine classes are 90-minute sessions designed for wine lovers to enjoy an evening of education, excellent wines, and entertainment. In contrast, our wine courses are for serious enthusiasts and professionals seeking to earn credentials and work in the wine trade.

### Do I need prior knowledge about wine to attend a class or course?

No prior knowledge is required for our Core Wine Course or any of our wine classes. We make it easy and get started by focusing on the essentials and cutting out unnecessary complexity.

### What types of wines are featured in the classes and courses?

We are the only wine school with its own cellar, larger than those of most Michelin-starred restaurants. Each wine is carefully selected for its relevance to the class by our sommelier instructors and cellar master.

### Can I purchase a wine class or course as a gift?

Absolutely! However, we recommend purchasing a gift certificate, as rescheduling is not complimentary for specific class bookings.

### Do you offer discounts or packages for group bookings?

Our classes are designed for individuals and couples, and groups of five or more are not permitted to attend. For group experiences, we recommend exploring our private event offerings.

### Can you host private wine tastings or events?

Yes, we offer exclusive private tastings and events for select clients. Proposals are typically accepted from members or VIP clients.

### What are the benefits of joining the Wine Club?

Membership includes monthly events such as food and wine pairing dinners, private tastings, and Cellar Credits, which allow you to earn points each month to spend on classes.

### Do Wine Club members receive special pricing on classes or courses?

Yes, members enjoy discounts of 20-40% on all classes and courses, as well as $1 last-minute tickets.

### What is expected of attendees during classes and events?

To make the most of your experience, we recommend arriving 15 minutes early, bringing water, and avoiding scented products. Business casual attire is suggested.

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103

Contact Us

Need Help?

About the School

## Reading List

Wine Newsletter

Wine Reviews

Wine 101

Sommelier Quiz

Wine Glossary



### What's the difference between your wine classes and wine courses?

Our wine classes are 90-minute sessions designed for wine lovers to enjoy an evening of education, excellent wines, and entertainment. In contrast, our wine courses are for serious enthusiasts and professionals seeking to earn credentials and work in the wine trade.

### Do I need prior knowledge about wine to attend a class or course?

No prior knowledge is required for our Core Wine Course or any of our wine classes. We make it easy to get started by focusing on the essentials and cutting out unnecessary complexity.

### What types of wines are featured in the classes and courses?

We are the only wine school with its own cellar, larger than those of most Michelin-starred restaurants. Each wine is carefully selected for its relevance to the class by our sommelier instructors and cellar master.

### Can I purchase a wine class or course as a gift?

Absolutely! However, we recommend purchasing a gift certificate, as rescheduling is not complimentary for specific class bookings.

### Do you offer discounts or packages for group bookings?

Our classes are designed for individuals and couples, and groups of five or more are not permitted to attend. For group experiences, we recommend exploring our private event offerings.

### Can you host private wine tastings or events?

Yes, we offer exclusive private tastings and events for select clients. Proposals are typically accepted from members or VIP clients.

### What are the benefits of joining the Wine Club?

Membership includes monthly events such as food and wine pairing dinners, private tastings, and Cellar Credits, which allow you to earn points each month to spend on classes.

### Do Wine Club members receive special pricing on classes or courses?

Yes, members enjoy discounts of 20-40% on all classes and courses, as well as $1 last-minute tickets.

### What is expected of attendees during classes and events?

To make the most of your experience, we recommend arriving 15 minutes early, bringing water, and avoiding scented products. Business casual attire is suggested.

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103

Contact Us

Need Help?

About the School

Reviews of the Wine School

Charity Donations

Terms & Conditions

## Reading List

Wine Newsletter

Wine Reviews

Wine 101

Sommelier Quiz

Wine Glossary

Wine Jobs

Our Cookbook





© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.

Page Vault

| | |
|---|---|
| Document title: | Philly Wine School - Wine School of Philadelphia |
| Capture URL: | https://www.vinology.com/top-wine-club-events-in-philly/ |
| Page loaded at (UTC): | Wed, 21 Jan 2026 01:13:43 GMT |
| Capture timestamp (UTC): | Wed, 21 Jan 2026 01:14:10 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | hGnVh4ecPn3eBw78qxQAiR |
| Display Name: | carrm |

# WINE SCHOOL
## of PHILADELPHIA

HOME    SOMMELIER COURSES    WINE CLASSES    GIFT    LEARN & HELP ⌄    BECOME A MEMBER    🛒



# Philly Wine School

Posted by Keith Wallace

‹   ›    Today    **Now - 02/26/2026** ⌄



**JAN 22**
$71.20 – $89.00
Sold out
7:30 pm to 9:00 pm
**California's Wild West Wines**



**JAN 29**
$64.00 – $80.00
Sold out
7:30 pm to 9:00 pm
**Wine 101: Learn About Wine**



**FEB 5**
$79.20 – $99.00
Sold out
7:30 pm to 9:00 pm
**The Kings of Tuscany: Brunello & Beyond**



**FEB 6**
RSVP Now   Free
7:00 pm to 9:00 pm 📋
**Uncorked Members Event**



**FEB 12**
$68.00 – $85.00
Sold out
7:30 pm to 9:00 pm
**Artisanal Wine & Cheese Pairing**



**FEB 13**
$72.00 – $90.00
Sold out
7:30 pm to 9:00 pm
**Bourbon! The Whiskey Tasting Class**



Document title: Philly Wine School - Wine School of Philadelphia
Capture URL: https://www.vinology.com/top-wine-club-events-in-philly/
Capture timestamp (UTC): Wed, 21 Jan 2026 01:14:10 GMT

WINE SCHOOL   WINE COURSES   WINE CLASSES 1-8   GIFT CARDS   BECOME A MEMBER

Cheese Pairing | Whiskey Tasting Class





FEB **14**  Get Tickets  $8.99 – $38.99
Only 1 Seat Left
5:00 pm to 6:00 pm
**Quick Pours: Wine Shop Secrets**

FEB **16**  RSVP Now  Free
6:30 pm to 9:30 pm
**Office Hours: Insider Access for Members**

FEB **19**  $80.00 – $100.00
Sold out
7:30 pm to 9:00 pm
**Barolo & Beyond**





FEB **20**  Get Tickets  $79.99 – $99.99
Sold out
🚩 Featured  7:30 pm to 9:00 pm
**Whisky Wars: Japan VS Scotland**

FEB **22**  Get Tickets  $63.99 – $79.99
🚩 Featured  5:00 pm to 6:30 pm
**New! Wine 101: Learn About Wine**

FEB **26**  $71.20 – $99.00
Sold out
7:30 pm to 9:00 pm
**Napa: Valley of the Icons**

We just expanded our wine club offerings (again!) and kept all the goodies our members love, including the **$20 discount** on all classes, the **$75 discount** on all professional courses, and the **$1 last-minute** classes! If you are not currently a member, we strongly recommend you sign up. It's a great way to network and continue your wine education.

Here are the upcoming members-only events at the Wine School!



## Sign Up & Save on All Classes!

First Name

Email

☑ Learn About Wine!

SUBSCRIBE

Join our newsletter today and unlock exclusive offers and wine education insights straight to your inbox!

Here are the upcoming members-only events at the Wine School!

## Sign Up & Save on All Classes!

First Name

Email

☑ Learn About Wine!

SUBSCRIBE

Join our newsletter today and unlock exclusive offers and wine education insights straight to your inbox!

---

📁 Featured
🏷 classic, wine club

‹ Elias Mora 2012 "Descarte" Toro (Spain)
› Jean Leon 2006 "Reserva" Cabernet Sauvignon, Penedes

---

## Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103
Contact Us

Need Help?
About the School
Reviews of the Wine School
Charity Donations
Terms & Conditions

## Reading List

Wine Newsletter
Wine Reviews
Wine 101
Sommelier Quiz
Wine Glossary
Wine Jobs
Our Cookbook





© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.

| | |
|---|---|
| Document title: | About us - Two Decades of Wine Education at the Wine School |
| Capture URL: | http://web.archive.org/web/20250804145913/www.vinology.com/about-us-wine-education-and-all/ |
| Page loaded at (UTC): | Thu, 26 Feb 2026 14:38:41 GMT |
| Capture timestamp (UTC): | Thu, 26 Feb 2026 14:40:06 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 8 |
| Capture ID: | veGRYJVRwZBo7GM8RQn34g |
| Display Name: | emily.ketterer |

http://www.vinology.com/about-us-wine-education-and-all/    Go

88 captures
7 Mar 2014 - 6 Aug 2025

WINE CLUB    CALENDAR    ACCOUNT    BECOME A MEMBER

# Wine School

Home    Courses ⌄    Tastings ⌄    Help ⌄    Gift Certificates    Articles    Our Podcast    🛍    🔍

The People Behind The Wine School

# Behind the Corkscrew: The Story of the Wine School

Founded in 2001 by Keith Wallace, the Wine School of Philadelphia has grown from a renegade experiment in a Manayunk coffee shop into one of the most respected wine schools in the United States. What began as a personal pivot from the winemaking world became a national force in wine education –one rooted in grit, charm, and a refusal to play by the old rules.

This page offers a short history of the school–and the people who've made it what it is.

 Wine Diploma Courses

 Wine Tasting Classes

## Our People

How a lawyer and a winemaker met up and made the world a little bit more fun.







Document title: About us - Two Decades of Wine Education at the Wine School
Capture URL: http://web.archive.org/web/20250804145913/www.vinology.com/about-us-wine-education-and-all/
Capture timestamp (UTC): Thu, 26 Feb 2026 14:40:06 GMT
Estimated post date: 08/04/2025 2:59:13 PM





**Alana Zerbe**
Director of Wine Education

Attorney. Winemaker. Educator. If there's a wine educator more overqualified and less pretentious, we haven't met them.

Before joining the Wine School, Alana was on a very different trajectory. She holds a J.D. and an LL.M., and spent years practicing law before taking a hard left turn into wine. That shift wasn't arbitrary: she also worked in wineries, merging her love of logic and viticulture. She joined the Wine School over a decade ago, first as an instructor, then as the architect behind many of the certification programs used by the National Wine School.

Today, she's the Director of Wine Education–widely regarded as the highest-rated instructor in the school's history. She teaches everything from Wine 101 to graduate-level certifications and remains the quiet backbone of the school's academic standards.

**Keith Wallace**
Founder

Before founding the Wine School, Keith was a hard-charging journalist in Baltimore, an executive chef in Boston, and a professional winemaker in Napa. A graduate of the UC Davis viticulture and enology program, he had plans to open his own winery–until a catastrophic car accident in 1998 changed everything.

He kept the aftermath a secret for years. The accident left him with focal epilepsy, a relatively mild condition that nonetheless made winery work increasingly dangerous. Instead of retreating, Keith adapted. He began teaching wine classes for a client winery in Pennsylvania. To his surprise, he was a natural–and he found something he didn't know he was looking for.

By 2001, he'd founded the Wine School in Manayunk. It wasn't glamorous. The first classes were held in the back of a coffee shop, and the website–hand-coded by Keith–lived at winelust.com. But the vision was clear: bring winemaker-level education to the public, without the snobbery or smoke and mirrors.

Since then, Keith has built the Wine School into the most influential independent wine school in the country. His irreverent teaching style and deep well of knowledge have earned him a loyal following–made him a bit of a lightning rod in the wine industry. He's exposed industry manipulation in The Daily Beast, pushed for privatization of wine sales in Pennsylvania, and fought to create a US-based sommelier certification agency that doesn't rely on foreign oversight. That effort eventually became the National Wine School, based in Los Angeles.

## The School

### 2001–2004: The Manayunk Experiment

In the early 2000s, Philadelphia was a wine education wasteland. The city's only dedicated wine schools had long since shuttered. Tastings were relegated to restaurant backrooms. Keith wasn't planning to change that. He just wanted to teach a few good classes.

But word spread. By 2002, classes were selling out. Within a year, the school had outgrown its coffee shop digs and moved into the wine cellar of a local steakhouse. The name changed, too–from WineLust to something more direct: The Wine School of Philadelphia.

### 2005–2012: Fairmount Roots

Document title: About us - Two Decades of Wine Education at the Wine School
Capture URL: http://web.archive.org/web/20250804145913/www.vinology.com/about-us-wine-education-and-all/
Capture timestamp (UTC): Thu, 26 Feb 2026 14:40:06 GMT
Estimated post date: 08/04/2025 2:59:13 PM

But word spread. By 2002, classes were selling out. Within a year, the school had outgrown its coffee-shop digs and moved into the wine cellar of a local steakhouse. The name changed, too–from WineLust to something more direct: The Wine School of Philadelphia.

### 2005–2012: Fairmount Roots

The Wine School's first real home was a rundown block at 20th and Fairmount. It was not what you'd call an "ideal location." But that didn't matter. The school flourished, developing its Core Wine Program–still the foundation of its curriculum today–and cultivating a student body that included future winemakers, sommeliers, writers, and educators.

The school also launched the Philly Beer School during this era, giving voice to the city's beer geeks before craft beer hit the mainstream.

### 2013–2015: Rittenhouse, Take One

By the time the school moved into its Rittenhouse mansion–a 19th-century brownstone that once housed Wine Spectator's publishing offices–it was already a national presence. Students came from across the country. Wine schools from Texas to Georgia sought Keith's guidance in launching their own programs.

This era also marked the formal beginning of the National Wine School, an accreditation agency launched by Keith to provide U.S.-based sommelier certifications. It was a necessary disruption to an industry reliant on UK-based programs that weren't aligned with American law.

Keith also found time to publish a cookbook (through Perseus), campaign for privatization of the PLCB, and, somehow, still teach classes every week.

### 2015–Present: Rittenhouse, Take Two

In late 2015, the Wine School moved down the block to 109 S. 22nd Street. Keith, armed with power tools and questionable carpentry skills, turned the space into a wine education haven. Around this time, longtime instructor Zach Morris departed, and Alana Zerbe stepped in as Director of Wine Education.

With her at the helm, the School doubled down on its mission: high-level education delivered with warmth, humor, and zero pretense.

Today, the Wine School offers classes in wine, beer, spirits, and cocktails, all taught by top professionals. Alumni work across the industry: in wineries, restaurants, import firms, and media outlets. Some have even launched their own schools.

## Corkscrewed and Proud of It

The Wine School has never shied away from taking on the wine establishment. Keith's reporting has appeared on NPR, MSNBC, the BBC, and in countless print outlets. He's worked with lawmakers to ensure any changes to Pennsylvania's liquor laws protect small businesses and consumers.

That adversarial streak isn't about picking fights–it's about protecting students and consumers from the darker side of the industry: inflated prices, fake prestige, and backroom deals. The School exists to democratize wine education. To teach people how to think, not what to drink.

## Giving Back

The Wine School isn't just a business–it's part of Philadelphia. Over the years, it has donated more than $75,000 in classes and events to local schools and nonprofits. It continues to support Philly's culinary and wine scene in every way it can.

## The Next Chapter



Document title: About us - Two Decades of Wine Education at the Wine School
Capture URL: http://web.archive.org/web/20250804145931/www.vinology.com/about-us-wine-education-and-all/
Capture timestamp (UTC): Thu, 26 Feb 2026 14:40:06 GMT
Estimated post date: 08/04/2025 2:59:13 PM

schools and nonprofits. It continues to support Philly's culinary and wine scene in every way it can.

# The Next Chapter

What's next for the Wine School? We don't know yet–but we're raising a glass to find out. As Keith puts it:

"Not everyone gets to do something this awesome. When you get the chance, you take it. And if you're a little crazy, even better."

# 9 thoughts on "About the Wine School"

**Gandhi Hurwitz**
February 22, 2023 at 3:53 pm

I took my Level One Sommelier Course and Exam online with your school, and am registered to take my level two and three courses and exams with you in person at the school this August. I'm very much looking forward to advancing my knowledge and credentials through your school. Cheers!

Reply

**Mary Fendrich**
March 24, 2022 at 4:35 pm

Hello,
I am super excited to be taking all 3 levels for the sommelier exam. I'm about half-way through #1 right now. I am planning a trip to Phila April 27-29 of this year. Would love to tour your place there if possible, and attend a tasting (again if possible)on April 28th in the evening. I see there is one listed, but it looks like all seats are taken.
At any rate – looking forward to the whole experience!
Thanks,
Mary

Reply

**Admin**
March 25, 2022 at 12:04 pm

Mary,
Love to hear the enthusiasm! That class is sold out, but keep an eye out on our Facebook page: facebook.com/phillywine. That is where we post seats if they come available.

Mary,

Love to hear the enthusiasm! That class is sold out, but keep an eye out on our Facebook page: facebook.com/phillywine. That is where we post seats if they come available.

Cheers.

Reply

**Kristen Incarnati**

December 8, 2021 at 2:04 pm

Hello,

I am taking the online curriculum and have finished the Level 2 in the Sommelier and I am ready to take my blind tasting final exam. It states I need a teacher present.... Do I need a proctor? Can you please advise so I can make sure I do it properly. Loving my classes . Great course study!

Thank you,

Kristen Incarnati

Reply

**Bertrand Dussert**

December 2, 2020 at 1:29 pm

Greetings!

I just signed up for the December 21st, 2020 "Level One Wine Course Online".

I did receive a link to join the Zoom Video; great!

However, i have not seen any information about the schedule, except that it is "All Day"

What time does it start, i.e. what time should I log in?

What should I have with me as I start the course?

Any other info?

I look forward to the course!

Thank you very much,

Bertrand Dussert

Reply

**Keith S Wallace**

December 2, 2020 at 2:17 pm



**Keith S Wallace**

December 2, 2020 at 2:17 pm

Enrollment information is sent out about a week prior to the start of the online semester. Please note the "Support Link" at the top of the site, if you have any further questions.

Reply

> **Bertrand Dussert**
>
> December 4, 2020 at 1:41 pm
>
> Thank you very much!

**Keith S Wallace**

November 25, 2020 at 1:40 pm

Did you press the "+" icon to add seats? Plus, there is the "Help" link at the top of the page.

Reply

**Michael Crauderueff**

November 25, 2020 at 1:38 pm

Hello,

I'm trying to enroll in tonight's online Wines of Tuscany course. Unfortunately, your website is not allowing me to do so. From my iPad I pressed on the Get Tickets button several times on nothing. I tried from my desktop. And my iPhone. Nothing.

Is it too late to enroll? I tested one of your future courses. Same problem.

Please help me if I'm missing something.

My phone is: 610-212-9979

Thank you,

Michael Crauderueff

PS I'm writing you here because I found no other way to contact you.

Reply

## Leave a Comment

Michael Crudderden

PS I'm writing you here because I found no other way to contact you.

Reply

## Leave a Comment

Name *

Email *

Website

POST COMMENT

### Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103

Contact Us

Need Help?

About the School

Reviews of the Wine School

Charity Donations

Terms & Conditions

### Reading List

Wine Newsletter

Wine Reviews

Wine 101

Sommelier Quiz

Wine Glossary

Wine Jobs

Our Cookbook

CONTACT PHILLY WINE SCHOOL



## NATIONAL
### WINE SCHOOL

All Rights Reserved Philly Wine School ©2025.



---

Page Vault

| | |
|---|---|
| Document title: | About us - Two Decades of Wine Education at the Wine School |
| Capture URL: | https://www.vinology.com/about-us-wine-education-and-all/ |
| Page loaded at (UTC): | Wed, 21 Jan 2026 01:39:51 GMT |
| Capture timestamp (UTC): | Wed, 21 Jan 2026 01:40:15 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 8 |
| Capture ID: | 34sspKJ9BR2H76ZtLUehnf |
| Display Name: | carrm |

PDF REFERENCE #:        dyHc4hrEALqmXgEnXUVSoG



Spring Sommelier Courses Now Enrolling! You'll never have had so much fun. Join now.

HOME    SOMMELIER COURSES    WINE CLASSES    GIFT    LEARN & HELP ⌄    BECOME A MEMBER    🛒

The People Behind The Wine School

# Behind the Corkscrew: The Story of the Wine School

Founded in 2001 by Keith Wallace, the Wine School of Philadelphia has grown from a renegade experiment in a Manayunk coffee shop into one of the most respected wine schools in the United States. What began as a personal pivot from the winemaking world became a national force in wine education—one rooted in grit, charm, and a refusal to play by the old rules.

This page offers a short history of the school—and the people who've made it what it is.

 Wine Diploma Courses     Wine Tasting Classes

## Our People

How a lawyer and a winemaker met up and made the world a little bit more fun.







Document title: About us - Two Decades of Wine Education at the Wine School
Capture URL: https://www.vinology.com/about-us-wine-education-and-all/
Capture timestamp (UTC): Wed, 21 Jan 2026 01:40:15 GMT



WINE SCHOOL    HOME    SOMMELIER COURSES    WINE CLASSES    GIFTS    OUR PROGRAM    BECOME A MEMBER





**Alana Zerbe**
Director of Wine Education

Attorney. Winemaker. Educator. If there's a wine educator more overqualified and less pretentious, we haven't met them.

Before joining the Wine School, Alana was on a very different trajectory. She holds a J.D. and an LL.M., and spent years practicing law before taking a hard left turn into wine. That shift wasn't arbitrary: she also worked in wineries, merging her love of logic and viticulture. She joined the Wine School over a decade ago, first as an instructor, then as the architect behind many of the certification programs used by the National Wine School.

Today, she's the Director of Wine Education—widely regarded as the highest-rated instructor in the school's history. She teaches everything from Wine 101 to graduate-level certifications and remains the quiet backbone of the school's academic standards.

**Keith Wallace**
Founder

Before founding the Wine School, Keith was a hard-charging journalist in Baltimore, an executive chef in Boston, and a professional winemaker in Napa. A graduate of the UC Davis viticulture and enology program, he had plans to open his own winery—until a catastrophic car accident in 1998 changed everything.

He kept the aftermath a secret for years. The accident left him with focal epilepsy, a relatively mild condition that nonetheless made winery work increasingly dangerous. Instead of retreating, Keith adapted. He began teaching wine classes for a client winery in Pennsylvania. To his surprise, he was a natural—and he found something he didn't know he was looking for.

By 2001, he'd founded the Wine School in Manayunk. It wasn't glamorous. The first classes were held in the back of a coffee shop, and the website—hand-coded by Keith—lived at winelust.com. But the vision was clear: bring winemaker-level education to the public, without the snobbery or smoke and mirrors.

Since then, Keith has built the Wine School into the most influential independent wine school in the country. His irreverent teaching style and deep well of knowledge have earned him a loyal following—and made him a bit of a lightning rod in the wine industry. He's exposed industry manipulation in The Daily Beast, pushed for privatization of wine sales in Pennsylvania, and fought to create a US-based sommelier certification agency that doesn't rely on foreign oversight. That effort eventually became the National Wine School, based in Los Angeles.

# The School

## 2001–2004: The Manayunk Experiment

In the early 2000s, Philadelphia was a wine education wasteland. The city's only dedicated wine schools had long since shuttered. Tastings were relegated to restaurant backrooms. Keith wasn't planning to change that. He just wanted to teach a few good classes.

But word spread. By 2002, classes were selling out. Within a year, the school had outgrown its coffee shop digs and moved into the wine cellar of a local steakhouse. The name changed, too—from WineLust to something more direct: The Wine School of Philadelphia.



But word spread. By 2002, classes were selling out. Within a year, the school had outgrown its coffee shop digs and moved into the wine cellar of a local steakhouse. The name changed, too—from WineLust to something more direct: The Wine School of Philadelphia.

## 2005–2012: Fairmount Roots

The Wine School's first real home was a rundown block at 20th and Fairmount. It was not what you'd call an "ideal location." But that didn't matter. The school flourished, developing its Core Wine Program—still the foundation of its curriculum today—and cultivating a student body that included future winemakers, sommeliers, writers, and educators.

The school also launched the Philly Beer School during this era, giving voice to the city's beer geeks before craft beer hit the mainstream.

## 2013–2015: Rittenhouse, Take One

By the time the school moved into its Rittenhouse mansion—a 19th-century brownstone that once housed Wine Spectator's publishing offices—it was already a national presence. Students came from across the country. Wine schools from Texas to Georgia sought Keith's guidance in launching their own programs.

This era also marked the formal beginning of the National Wine School, an accreditation agency launched by Keith to provide U.S.-based sommelier certifications. It was a necessary disruption to an industry reliant on UK-based programs that weren't aligned with American law.

Keith also found time to publish a cookbook (through Perseus), campaign for privatization of the PLCB, and, somehow, still teach classes every week.

## 2015–Present: Rittenhouse, Take Two

In late 2015, the Wine School moved down the block to 109 S. 22nd Street. Keith, armed with power tools and questionable carpentry skills, turned the space into a wine education haven. Around this time, longtime instructor Zach Morris departed, and Alana Zerbe stepped in as Director of Wine Education.

With her at the helm, the School doubled down on its mission: high-level education delivered with warmth, humor, and zero pretense.

Today, the Wine School offers classes in wine, beer, spirits, and cocktails, all taught by top professionals. Alumni work across the industry: in wineries, restaurants, import firms, and media outlets. Some have even launched their own schools.

# Corkscrewed and Proud of It

The Wine School has never shied away from taking on the wine establishment. Keith's reporting has appeared on NPR, MSNBC, the BBC, and in countless print outlets. He's worked with lawmakers to ensure any changes to Pennsylvania's liquor laws protect small businesses and consumers.

That adversarial streak isn't about picking fights—it's about protecting students and consumers from the darker side of the industry: inflated prices, fake prestige, and backroom deals. The School exists to democratize wine education. To teach people how to think, not what to drink.

# Giving Back



limited prices, fake prestige, and backroom deals. The School exists to democratize wine education. To teach people how to think, not what to drink.

## Giving Back

The Wine School isn't just a business—it's part of Philadelphia. Over the years, it has donated more than $75,000 in classes and events to local schools and nonprofits. It continues to support Philly's culinary and wine scene in every way it can.

## The Next Chapter

What's next for the Wine School? We don't know yet—but we're raising a glass to find out. As Keith puts it:

"Not everyone gets to do something this awesome. When you get the chance, you take it. And if you're a little crazy, even better."

# 9 thoughts on "About the Wine School"

**Gandhi Hurwitz**

February 22, 2023 at 3:53 pm

I took my Level One Sommelier Course and Exam online with your school, and am registered to take my level two and three courses and exams with you in person at the school this August. I'm very much looking forward to advancing my knowledge and credentials through your school. Cheers!

Reply

**Mary Fendrich**

March 24, 2022 at 4:35 pm

Hello,
I am super excited to be taking all 3 levels for the sommelier exam. I'm about half-way through #1 right now. I am planning a trip to Phila April 27-29 of this year. Would love to tour your place there if possible, and attend a tasting (again if possible)on April 28th in the evening. I see there is one listed, but it looks like all seats are taken.
At any rate – looking forward to the whole experience!
Thanks,
Mary

Reply

**Admin**

Reply

## Admin

March 25, 2022 at 12:04 pm

Mary,

Love to hear the enthusiasm! That class is sold out, but keep an eye out on our Facebook page: facebook.com/phillywine. That is where we post seats if they come available.

Cheers.

Reply

## Kristen Incarnati

December 8, 2021 at 2:04 pm

Hello,
I am taking the online curriculum and have finished the Level 2 in the Sommelier and I am ready to take my blind tasting final exam. It states I need a teacher present.... Do I need a proctor? Can you please advise so I can make sure I do it properly. Loving my classes . Great course study!
Thank you,
Kristen Incarnati

Reply

## Bertrand Dussert

December 2, 2020 at 1:29 pm

Greetings!
I just signed up for the December 21st, 2020 "Level One Wine Course Online".
I did receive a link to join the Zoom Video; great!
However, i have not seen any information about the schedule, except that it is "All Day"
What time does it start, i.e. what time should I log in?
What should I have with me as I start the course?
Any other info?

I look forward to the course!

Thank you very much,
Bertrand Dussert

Thank you very much,

Bertrand Dussert

Reply

### Keith S Wallace

December 2, 2020 at 2:17 pm

Enrollment information is sent out about a week prior to the start of the online semester. Please note the "Support Link" at the top of the site, if you have any further questions.

Reply

#### Bertrand Dussert

December 4, 2020 at 1:41 pm

Thank you very much!

### Keith S Wallace

November 25, 2020 at 1:40 pm

Did you press the "+" icon to add seats? Plus, there is the "Help" link at the top of the page.

Reply

### Michael Crauderueff

November 25, 2020 at 1:38 pm

Hello,

I'm trying to enroll in tonight's online Wines of Tuscany course. Unfortunately, your website is not allowing me to do so. From my iPad I pressed on the Get Tickets button several times on nothing. I tried from my desktop. And my iPhone. Nothing.

Is it too late to enroll? I tested one of your future courses. Same problem.

Please help me if I'm missing something.

My phone is: 610-212-9979

Thank you,

Michael Crauderueff

PS I'm writing you here because I found no other way to contact you.

Reply



Thank you,

Michael Crauderueff

PS I'm writing you here because I found no other way to contact you.

Reply

## Leave a Comment

| Name * |
| Email * |
| Website |

POST COMMENT

### Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103

Contact Us

Need Help?

About the School

Reviews of the Wine School

Charity Donations

Terms & Conditions

### Reading List

Wine Newsletter

Wine Reviews

Wine 101

Sommelier Quiz

Wine Glossary

Wine Jobs

Our Cookbook



© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.



| | |
|---|---|
| Document title: | About us - Two Decades of Wine Education at the Wine School |
| Capture URL: | https://www.vinology.com/about-us-wine-education-and-all/?srsltid=AfmBOoreTk8b0-o6UiCFnalaNl9CXq2BiZ5Br2S7tcdFy-SMTfUXszne |
| Page loaded at (UTC): | Thu, 26 Feb 2026 14:40:35 GMT |
| Capture timestamp (UTC): | Thu, 26 Feb 2026 14:41:19 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 9 |
| Capture ID: | 1qPLKWDggc6HaweCKov342 |
| Display Name: | emily.ketterer |



HOME    SOMMELIER COURSES    WINE CLASSES    GIFT    LEARN & HELP ⌄    BECOME A MEMBER    🛒

**The People Behind The Wine School**

# Behind the Corkscrew: The Story of the Wine School

Founded in 2001 by Keith Wallace, the Wine School of Philadelphia has grown from a renegade experiment in a Manayunk coffee shop into one of the most respected wine schools in the United States. What began as a personal pivot from the winemaking world became a national force in wine education—one rooted in grit, charm, and a refusal to play by the old rules.

This page offers a short history of the school—and the people who've made it what it is.

 

## Our People

How a lawyer and a winemaker met up and made the world a little bit more fun.

 



Document title: About us - Two Decades of Wine Education at the Wine School
Capture URL: https://www.vinology.com/about-us-wine-education-and-all/?srsltid=AfmBOoreTk8b0-o6UiCFnalaNl9CXq2BiZ5Br2S7tcdFy-SMTfUXszne
Capture timestamp (UTC): Thu, 26 Feb 2026 14:41:19 GMT



**Alana Zerbe**
Director of Wine Education

Attorney. Winemaker. Educator. If there's a wine educator more overqualified and less pretentious, we haven't met them.

Before joining the Wine School, Alana was on a very different trajectory. She holds a J.D. and an LL.M., and spent years practicing law before taking a hard left turn into wine. That shift wasn't arbitrary: she also worked in wineries, merging her love of logic and viticulture. She joined the Wine School over a decade ago, first as an instructor, then as the architect behind many of the certification programs used by the National Wine School.

Today, she's the Director of Wine Education—widely regarded as the highest-rated instructor in the school's history. She teaches everything from Wine 101 to graduate-level certifications and remains the quiet backbone of the school's academic standards.



**Keith Wallace**
Founder

Before founding the Wine School, Keith was a hard-charging journalist in Baltimore, an executive chef in Boston, and a talented winemaker. He had plans to open his own winery—until a catastrophic car accident in 1998 changed everything.

He kept the aftermath a secret for years. The accident left him with focal epilepsy, a relatively mild condition that nonetheless made winery work increasingly dangerous. Instead of retreating, Keith adapted. He began teaching wine classes for a client winery in Pennsylvania. To his surprise, he was a natural—and he found something he didn't know he was looking for.

By 2001, he'd founded the Wine School in Manayunk. It wasn't glamorous. The first classes were held in the back of a coffee shop, and the website—hand-coded by Keith—lived at winelust.com. But the vision was clear: bring winemaker-level education to the public, without the snobbery or smoke and mirrors.

Since then, Keith has built the Wine School into the most influential independent wine school in the country. His irreverent teaching style and deep well of knowledge have earned him a loyal following—and made him a bit of a lightning rod in the wine industry. He's exposed industry manipulation in The Daily Beast, pushed for privatization of wine sales in Pennsylvania, and fought to create a US-based sommelier certification agency that doesn't rely on foreign oversight. That effort eventually became the National Wine School, based in Los Angeles.

# The School

## 2001–2004: The Manayunk Experiment

In the early 2000s, Philadelphia was a wine education wasteland. The city's only dedicated wine schools had long since shuttered. Tastings were relegated to restaurant backrooms. Keith wasn't planning to change that. He just wanted to teach a few good classes.

But word spread. By 2002, classes were selling out. Within a year, the school had outgrown its coffee shop digs and moved into the wine cellar of a local steakhouse. The name changed, too—from WineLust to something more direct: The Wine School of Philadelphia.

But word spread. By 2002, classes were selling out. Within a year, the school had outgrown its coffee shop digs and moved into the wine cellar of a local steakhouse. The name changed, too—from WineLust to something more direct: The Wine School of Philadelphia.

## 2005–2012: Fairmount Roots

The Wine School's first real home was a rundown block at 20th and Fairmount. It was not what you'd call an "ideal location." But that didn't matter. The school flourished, developing its Core Wine Program—still the foundation of its curriculum today—and cultivating a student body that included future winemakers, sommeliers, writers, and educators.

The school also launched the Philly Beer School during this era, giving voice to the city's beer geeks before craft beer hit the mainstream.

## 2013–2015: Rittenhouse, Take One

By the time the school moved into its Rittenhouse mansion—a 19th-century brownstone that once housed Wine Spectator's publishing offices—it was already a national presence. Students came from across the country. Wine schools from Texas to Georgia sought Keith's guidance in launching their own programs.

This era also marked the formal beginning of the National Wine School, an accreditation agency launched by Keith to provide U.S.-based sommelier certifications. It was a necessary disruption to an industry reliant on UK-based programs that weren't aligned with American law.

Keith also found time to publish a cookbook (through Perseus), campaign for privatization of the PLCB, and, somehow, still teach classes every week.

## 2015–Present: Rittenhouse, Take Two

In late 2015, the Wine School moved down the block to 109 S. 22nd Street. Keith, armed with power tools and questionable carpentry skills, turned the space into a wine education haven. Around this time, longtime instructor Zach Morris departed, and Alana Zerbe stepped in as Director of Wine Education.

With her at the helm, the School doubled down on its mission: high-level education delivered with warmth, humor, and zero pretense.

Today, the Wine School offers classes in wine, beer, spirits, and cocktails, all taught by top professionals. Alumni work across the industry: in wineries, restaurants, import firms, and media outlets. Some have even launched their own schools.

# Corkscrewed and Proud of It

The Wine School has never shied away from taking on the wine establishment. Keith's reporting has appeared on NPR, MSNBC, the BBC, and in countless print outlets. He's worked with lawmakers to ensure any changes to Pennsylvania's liquor laws protect small businesses and consumers.

That adversarial streak isn't about picking fights—it's about protecting students and consumers from the darker side of the industry: inflated prices, fake prestige, and backroom deals. The School exists to democratize wine education. To teach people how to think, not what to drink.

# Giving Back



not what to drink.

## Giving Back

The Wine School isn't just a business—it's part of Philadelphia. Over the years, it has donated more than $75,000 in classes and events to local schools and nonprofits. It continues to support Philly's culinary and wine scene in every way it can.

## The Next Chapter

What's next for the Wine School? We don't know yet—but we're raising a glass to find out. As Keith puts it:

"Not everyone gets to do something this awesome. When you get the chance, you take it. And if you're a little crazy, even better."

# 11 thoughts on "About the Wine School"

**Andres Sanchez**
February 6, 2026 at 8:59 am

I would like to join the next core sommelier course . Can you provide me with new updates and enrollments. Thank you

Reply

> **WSoP Support**
> February 6, 2026 at 1:56 pm
>
> > The link you need! https://www.vinology.com/core-wine-education-courses/#core
> >
> > Reply

**Gandhi Hurwitz**
February 22, 2023 at 3:53 pm

I took my Level One Sommelier Course and Exam online with your school, and am registered to take my level two and three courses and exams with you in person at the school this August. I'm very much looking forward to advancing my knowledge and credentials through your school. Cheers!

Reply



through your school. Cheers!

Reply

**Mary Fendrich**
March 24, 2022 at 4:35 pm

Hello,
I am super excited to be taking all 3 levels for the sommelier exam. I'm about half-way through #1 right now. I am planning a trip to Phila April 27-29 of this year. Would love to tour your place there if possible, and attend a tasting (again if possible)on April 28th in the evening. I see there is one listed, but it looks like all seats are taken.
At any rate – looking forward to the whole experience!
Thanks,
Mary

Reply

**Admin**
March 25, 2022 at 12:04 pm

Mary,
Love to hear the enthusiasm! That class is sold out, but keep an eye out on our Facebook page: facebook.com/phillywine. That is where we post seats if they come available.

Cheers.

Reply

**Kristen Incarnati**
December 8, 2021 at 2:04 pm

Hello,
I am taking the online curriculum and have finished the Level 2 in the Sommelier and I am ready to take my blind tasting final exam. It states I need a teacher present…. Do I need a proctor? Can you please advise so I can make sure I do it properly. Loving my classes . Great course study!
Thank you,
Kristen Incarnati

Reply



WINE SCHOOL    HOME    TUMBLE UP COURSES    WINE CLASSES    GET...    GEARS & MICE    BECOME A MEMBER

Reply

**Bertrand Dussert**

December 2, 2020 at 1:29 pm

Greetings!

I just signed up for the December 21st, 2020 "Level One Wine Course Online".

I did receive a link to join the Zoom Video; great!

However, i have not seen any information about the schedule, except that it is "All Day"

What time does it start, i.e. what time should I log in?

What should I have with me as I start the course?

Any other info?

I look forward to the course!

Thank you very much,

Bertrand Dussert

Reply

> **Keith S Wallace**
>
> December 2, 2020 at 2:17 pm
>
> > Enrollment information is sent out about a week prior to the start of the online semester. Please note the "Support Link" at the top of the site, if you have any further questions.
> >
> > Reply
>
> > **Bertrand Dussert**
> >
> > December 4, 2020 at 1:41 pm
> >
> > > Thank you very much!

**Keith S Wallace**

November 25, 2020 at 1:40 pm

> Did you press the "+" icon to add seats? Plus, there is the "Help" link at the top of the page.

Reply

Did you press the "+" icon to add seats? Plus, there is the "Help" link at the top of the page.

Reply

**Michael Crauderueff**
November 25, 2020 at 1:38 pm

Hello,
I'm trying to enroll in tonight's online Wines of Tuscany course. Unfortunately, your website is not allowing me to do so. From my iPad I pressed on the Get Tickets button several times on nothing. I tried from my desktop. And my iPhone. Nothing.
Is it too late to enroll? I tested one of your future courses. Same problem.
Please help me if I'm missing something.
My phone is: 610-212-9979
Thank you,
Michael Crauderueff
PS I'm writing you here because I found no other way to contact you.

Reply

## Leave a Comment

[ Name ]

[ Email ]

[ Website ]

POST COMMENT

**Wine School of Philadelphia**            **Reading List**

Thank you,

Michael Crauderueff

PS I'm writing you here because I found no other way to contact you.

Reply

## Leave a Comment

Name

Email

Website

POST COMMENT

### Wine School of Philadelphia

109 S 22nd Street, Philadelphia, PA 19103

Contact Us

Need Help?
About the School
Reviews of the Wine School
Charity Donations
Terms & Conditions

### Reading List

Wine Newsletter
Wine Reviews
Wine 101
Sommelier Quiz
Wine Glossary
Wine Jobs
Our Cookbook



© 2026 Wine School of Philadelphia. "Philly Wine School" is a registered trademark.

