# Exhibit 16



# My Instagram Account Was Deactivated

**instagram** <case++aazrrwvrnalmkh@support.instagram.com>  Thu, Dec 18, 2025 at 7:33 AM
Reply-To: instagram <case++aazrrwvrnalmkh@support.instagram.com>
To: noelle.allen@phillywine.com

Hi,

Thank you for taking the time to submit an appeal against the decision to disable your account.

As a user of Instagram, you have agreed to our Terms of Use, including our policies on intellectual property, which state that you may not use our products to do or share anything that infringes someone else's rights or otherwise violates the law.

If you believe your account was disabled in error, you can reply to this email explaining why you believe that your account did not go against our Terms of Use, in particular our policies on intellectual property.


Thanks