# Exhibit 26



# National Wine School

★☆☆☆☆ 1.0 (1 review)

✓ Claimed • Wineries

Open 10:00 AM - 6:00 PM   See hours

See all 10 photos

| | | | |
|---|---|---|---|
| ★ Write a review | 📷 Add photos/videos | ↗ Share | 🔖 Save |

**Do you recommend this business?**   Yes   No   Maybe

## People also searched for

🔍 Sommelier Services    🔍 Dog Friendly Wineries    🔍 Wine Tours

🔍 Things to Do This Weekend    🔍 Wine Slushie    🔍 Black Owned Winery

## Location & Hours

Suggest an edit ✎



**2093 Philadelphia Pike**
Bldg 1961
Claymont, DE 19703

Get directions

| | | |
|---|---|---|
| Mon | 10:00 AM - 6:00 PM | |
| Tue | 10:00 AM - 6:00 PM | |
| Wed | 10:00 AM - 6:00 PM | |
| Thu | 10:00 AM - 6:00 PM | Open now |
| Fri | 10:00 AM - 6:00 PM | |
| Sat | Closed | |
| Sun | Closed | |

**nationalwine.org** ↗

(800) 817-7351

**Get Directions**
2093 Philadelphia Pike Bldg 1961 Claymont, DE 19703

**Message the business**

✎ Suggest an edit

## You Might Also Consider
*Sponsored* ⓘ


**ShopRite of Island Ave**
★★★☆☆ 3.0 (36 reviews)

"This location is convenient for me. They always have what I need, and I appreciate..." read more


**Total Wine & More**
★★★★☆ 4.1 (203 reviews)
2.2 miles

"I stopped in quickly on Christmas Eve to pick up some wine to take with me to a..." read more

## You Might Also Consider   *Sponsored* ⓘ


**Fine Wine & Good Spirits - Premium Collection**
★★★★☆ 3.9 (11 reviews)       📍 6.9 miles away from National Wine School

**Score $1 off Barefoot 1.5L Wines**
Get an extra $1 off participating Barefoot 1.5L wines. Redeem in-store while supplies la... read more

in Beer, Wine & Spirits


**The Masonic Temple in Philadelphia**
★★★★½ 4.3 (43 reviews)

A National Historic Landmark in the heart of Philadelphia, The Masonic Temple, located at One North Broad Street in Philadelphia, is home to The Masonic Library and Museum of Pennsylvania and the Grand Lodge of Pennsylvania, the... read more

in Historical Tours, Museums

## Amenities and More

- 📅 By appointment only
- ✕ Offers delivery
- ✕ Offers take-out
- ♿ Wheelchair accessible

[17 More Attributes]

## About the Business

**Philip B.**
Manager

NWS offers sommelier certifications, professional winemaking training, and beer brewing courses. NWS certifications are offered by the top wine schools and colleges in the United States.

[Read more]

## Ask the Community

Ask a question +

Yelp users haven't asked any questions yet about **National Wine School**.

## Recommended Reviews

ⓘ **Your trust is our priority,** so businesses can't pay to alter or remove their reviews. **Learn more about reviews.** ✕

**Username**
Location
📷 0  📄 0  🖼 0

Select your rating

With so few reviews, your opinion of **National Wine School** could be huge. Start your review today.

**Overall rating**
⭐☆☆☆☆
1 reviews

5 stars
4 stars
3 stars
2 stars
1 star

Yelp Sort ▾   Filter by rating ▾            Search reviews 🔍

**Login to sort reviews by lowest rating**

By continuing, you agree to Yelp's **Terms of Service** and acknowledge Yelp's **Privacy Policy**.

[G  Continue with Google]
[  Continue with Apple]
[✉  Continue with Email]

Evan G.



**Evan G.**
SoMa, San Francisco, CA
3  8  2

★ Nov 22, 2021

First to Review

I would give this place zero stars if I could! The questions on the exams aren't even covered in the lessons. You have one chance to pass the final exam, and if you don't, you lose ALL YOUR MONEY. When you ask for a phone call for clarification, they refuse to speak with you. This company isn't even legitimate! Do you resold a favor, take courses through The Court of Masters Sommeliers - the most world renowned Sommelier Certification. The National Wine School is a total scam!!!

Helpful 0   Thanks 0   Love this 0   Oh no 0

1 of 1

2 other reviews that are not currently recommended



| | |
|---|---|
| Document title: | This came in the mail last night : r/wine |
| Capture URL: | https://www.reddit.com/r/wine/comments/kuiy4j/this_came_in_the_mail_last_night/ |
| Page loaded at (UTC): | Thu, 19 Feb 2026 15:04:00 GMT |
| Capture timestamp (UTC): | Thu, 19 Feb 2026 15:08:09 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | 2GDUpC4ohmgoRYjxYEC5oX |
| Display Name: | emily.ketterer |

PDF REFERENCE #:    6BQSmwc5gztUjW2D3dCd1i







r/wine • 5y ago
stayin_classy-ish

# This came in the mail last night



↑ 597 ↓ • 💬 56

---



**OpenAI** • Promoted

See what you'd look like in any era with ChatGPT.

Sign Up                          chatgpt.com

---

**stayin_classy-ish** OP • 5y ago

Last year I decided I actually wanted to start learning about wine. So, I decided I wanted to take a course or two. I didn't really want to go the service route which eliminated the Court and WSET just didn't seem like the right fit either (plus the course around me is not well rated and I did not want to commute up to NYC from Philadelphia regularly). I had found the Wine School of Philadelphia and decided to give them a try. I started back in the beginning of March and was two classes in when Covid hit and everything was put on hold. Finally we were able to start back up in person classes in October. I made it all the way through until right before the final class and my wife tested positive for Covid meaning I could not attend the last class in person. Thankfully, they were offering the class online as well and I was able to attend the last class that way (though not quite the same as in person it was still better than nothing). After the last class everything shut down again and all exams had to be pushed online anyway. This made for an interesting blind "tasting" (we were sent scent strips to identify). After all that, I passed all four exams and have this to show for it. Also, the school uses the National Wine School program which is why it says Los Angeles on the paper. Sorry for the wall of text, I'm just happy to have made it through this process and have learned as much as I have.

Tldr: Passed two courses even with Covid going on in the middle of it all and have this piece of paper to show for it. Cheers!

↑ 47 ↓

---

**New to Reddit?**
Create your account and connect with a world of communities.

Continue with Google
Continue with Email
Continue With Phone Number

By continuing, you agree to our User Agreement and acknowledge that you understand the Privacy Policy.

---

 r/wine • 2d ago
**Tuesday lunchtime leftovers**
71 upvotes · 11 comments


 **goodrx** • Promoted
The competition is heating up, but our rivals are no match. Get the most affordable GLP-1...
goodrx.com                    Learn More


 r/wine • 2mo ago
**My Christmas gift to myself**
148 upvotes · 8 comments


 r/wine • 4mo ago
**I found this while packing up. Can someone help me...**
47 upvotes · 13 comments


 r/wine • 3mo ago
**What did my wife buy?**
236 upvotes · 94 comments


 r/wine • 1y ago
**Is this a stupid gift?**
1 upvote · 40 comments



 r/wine • 1y ago
**A fun Saturday night**
60 upvotes · 7 comments



 r/wine • 12d ago
**Our Mascot**
47 upvotes · 21 comments


 r/wine • 13d ago


reddit

Home
Popular
News
Explore

RESOURCES

About Reddit
Advertise
Developer Platform
Reddit Pro BETA
Help
Blog
Careers
Press

Communities
Best of Reddit

Reddit Rules
Privacy Policy
User Agreement
Your Privacy Choi...
Accessibility

r/wine
Search in r/wine

Get App    Log In

School program which is why it says Los Angeles on the paper. Sorry for the wall of text, I'm just happy to have made it through this process and have learned as much as I have.

Tldr: Passed two courses even with Covid going on in the middle of it all and have this piece of paper to show for it. Cheers!

47

**lunaonfireismycat** • 5y ago

Congratulations! By the way wset is not necessarily service oriented, most people i talk to say its more writing focused, e.g. for sales/marketing/journalism/research and a lot of it can be done at home. It certainly can be used in many ways but is far more adaptable than the court.

As you say though neither fit well. Another good one I think could be in line with you is the society of wine educators. Very open ended with a focus on understanding but high quality.

Source: I'm part of the Court.

18

**stayin_classy-ish** OP • 5y ago

Hey sorry my wording may have been confusing. The main reason for not doing WSET was I have not heard many good things about the school that offers it in Philadelphia where I live and the next closest place was NYC and also the Wine School of Philadelphia just seemed very interesting to try out.

9

**lunaonfireismycat** • 5y ago

Ah yea. Thats always important.

3

**Lemoisdeux** • 5y ago

Congratulations! You just made me curious and I started research for similar classes in my area (Germany). I am not working in any wine related business but am a private wine enthusiast and would like to advance my knowledge. Do you guys think WSET Level 1 is necessary or when would you recommend to start with level 2?

3

**Rosies_world812** • 5y ago

I skipped WSET level 1 and went straight to level 2. I would say if you are ready to dive in and do lots of studying level 2 will work. I later learned that if I would have taken level 1 it would have added more of a base and less to learn at one time. I dont regret my path, but it required more studying/learning in a shorter time.

6

**lunaonfireismycat** • 5y ago

Many people with basic wine knowledge have no issue going straight to level 2. Basic is always contextual but I believe they give a year to complete it, which if you work at it is enough time to go from nothing to passing level 2, especially if you can find some good tasting groups.

Your so lucky to be in Germany, some of the best wines in the world I swear. All the tarrif free riesling you could want!

4

**Lemoisdeux** • 5y ago

Thank you all for your feedback! I just registered for a level 2 course in spring and am hoping the current circumstances will allow on site courses at this time.

3

**stayin_classy-ish** OP • 5y ago

Do it! And though I haven't taken the Wset I've heard almost everyone say to skip level one and go straight to level two if you already have a basic understanding of wine.

3

**golfzerodelta** • 5y ago

If you know literally anything about wine, skip Level 1 and go straight to 2. Level 1 will be a waste of your time.

3

47 upvotes · 21 comments

r/wine • 13d ago
**Night with the boys**
129 upvotes · 14 comments

r/wine • 3mo ago
**Drop your Thanksgiving lineup**
31 upvotes · 102 comments

r/wine • 2mo ago
**Trying to support new shop. What would you pic...**
54 upvotes · 49 comments

r/wine • 3y ago
**Wine Tastings in Philly**
4 upvotes · 10 comments

r/wine • 7y ago
**I passed my level 1 sommelier.**
543 upvotes · 73 comments

r/wine • 6y ago
**National Wine School**
5 upvotes · 5 comments

r/wine • 2y ago
**I have less than one month to study/pass my NWS Level 1 Somm...**
4 upvotes · 9 comments

r/wine • 3y ago
**Has anyone finished the online sommelier course with the National...**
6 upvotes · 2 comments

r/wine • 3y ago
**Is PhillyWine a good school for me to take WSET classes?**
1 upvote · 2 comments

r/wine • 3y ago
**Thoughts on jumping into WSET3 after NWS Level 3?**
2 upvotes · 4 comments

r/wine • 1y ago
**National Wine School**
1 upvote · 2 comments

r/wine • 3d ago
**$1 estate sale find.**
481 upvotes · 61 comments





Thank you! Done some learning there?

2

**starmy90** • 5y ago

Yes, in the Masters program currently. Have taken many classes there and all have been interesting and worthwhile. Love that school, Keith, and Alana!

2

**stayin_classy-ish** OP • 5y ago

Oh that's awesome! And yeah Keith and Alana are great! Are you in the wine industry currently or just trying to learn more?

2

**starmy90** • 5y ago

Right now it is more of a side hustle and I am content with that for now 😊

What are your plans with the school?

2

Continue this thread

---

u/IMPERIA_CAVIAR • Promoted

Taste the difference! Experience the best for a fraction of the cost. Cheers!



imperiacaviar.com

---

**Sombotik** • 5y ago

Congrats, from a fellow Philadelphian! I work FOH service and I took the intro course from CMS and passed. I wanted to eventually take Level 2 to become certified but I never got around to it. With all the controversy surrounding CMS, plus my own experiences, I'm no longer interested in pursuing level 2 via CMS.

I've never heard of the national wine academy but if I ever get serious about wine again, I'll definitely consider it. Cheers!

Edit:grammar

3

**stayin_classy-ish** OP • 5y ago

Thank you! And yeah I already work FOH at a brewery and was not too interested in getting into the serving side of wine at least not full restaurant FOH so I'm glad with my decision (especially after all the CMS news). If you're interested you can just Google "Wine School of Philadelphia." They offer a ton of different learning opportunities and even single day couple hour long classes (Covid pending I'm sure).

4

**Sombotik** • 5y ago

Cool. I'll look into it. I feel pretty comfortable with my current level of knowledge but this seems right up my alley.

2

**odedi1** • 5y ago

Congratulations

2

**Denimiaa** • 5y ago

Congratulations

2

**H_is_enuf** • 5y ago

Are there any career opportunities with this certification or did you do it for fun?

3

