# Exhibit 42



things to do, nail salons, plumber: | Claymont, DE 19703

 

Restaurants ⌄    Home & Garden ⌄    Auto Services ⌄    Health & Beauty ⌄    More ⌄



# Maeghan K.

Philadelphia, PA

🖼 27   ⊡ 28   ⊡ 0

Poppin bottles

[ Add friend ]

        

Compliment    Message    Follow

---

⊙ Profile overview

★ Reviews

🔖 Collections

⊙ Compliments

👤 Friends

---

Report this profile

Block Maeghan K.

# Reviews

[ Sort by newest first ⌄ ]   [ Filter by location ⌄ ]   [ Filter by category ⌄ ]

[ 🔍 Search reviews ]

 **Tinto**      ⋯

Spanish, Wine Bars, Basque
Rittenhouse Square, Philadelphia

★★★★☆ Nov 11, 2011

A place that claims to be basque really should have more basque dishes on the menu. Just calling tapas "pinxtos" doesn't make it the real deal. Also, there isn't anything experimental in a modernist way. The basque are the leaders in such cuisine, so its really surprising not to have any of those touches on the menu.

However, if you just judge it by the quality of the food, then it deserves high marks. Very good quality, with nice touches that give it an edge over other Garces places.

         

Helpful **0**    Thanks **0**    Love this **0**    Oh no **0**

---

 **South Philadelphia Tap Room**      ⋯

Bars, Gastropubs, Breakfast & Brunch
Point Breeze, Philadelphia

★★★☆☆ Nov 11, 2011

Its a great place, a bit too big to be comfortable, but not bad. The beer list is very good, and the food panders to the veggie crowd in a few feeble ways. All in all, good. Just not a standout in a very beer-focused city.

         

Helpful **0**    Thanks **0**    Love this **0**    Oh no **0**

---

 **Tritone**      ⋯

Restaurants, Music Venues, Dive Bars
Philadelphia, PA

★★★★☆ Nov 11, 2011

A dirty, grungy bar that offers up some greasy food and good live music. Sad to hear it is going away. This is the type of place that Philly needs, since its local bands has very few places to play out. Really wish this place finds a way to remain open.

As always, I usually like to talk about the neighborhood in the review. I think it adds or subtracts to the quality of the experience. This joint is located at 15th & south, which is some to another great dive, Bob & Barbaras, and a really weird and borderline awful wine bar.

Helpful **0**   Thanks **0**   Love this **0**   Oh no **0**

---



### Prohibition Taproom

**Gastropubs, Breakfast & Brunch, Tapas/Small Plates**
Spring Garden, Philadelphia

· · ·

★★★★ Nov 11, 2011

The menu and the beer list are very well done. The design, too, is spot on. This is just the kind of place you want to eat a burger and drink a beer. It's never too busy, except on the weekends and when there is a band playing at the Spaghetti Warehouse (or whatever it's called now).

The only caveat I have is the neighborhood, which is the worst kind of scary: there is never anyone around on the streets, which are full of warehouses and dark alleys. Not a place for a single gal to go prancing about.

Helpful **0**   Thanks **0**   Love this **0**   Oh no **0**

---



### Vino Volo

**Wine Bars**
Philadelphia, PA

· · ·

★★★★★ Nov 11, 2011

Some may call this the Tria of PHL, but its actually much better. A very well thought out wine selection, and the pricing isn't egregious.

Since it makes sense to give yourself plenty of time to go through international security, it also makes sense to plop yourself down here and enjoy yourself before you jet off to whatever country you are heading off to.

One of the best things about this place is that I met a few classmates at the bar. They were running-slash-managing the place (I went to a local wine school in Philly).

Helpful **0**   Thanks **0**   Love this **0**   Oh no **0**

---



### Union Transfer

**Music Venues, Bars**
Callowhill, Philadelphia

· · ·

★★★★★ Nov 11, 2011

Awesome club. I think they should have kept the name "Spaghetti Warehouse" tho. I will still call it by that name. UT is too boring! Also, I want them to pull out three tons of old spaghetti for the mosh pit! That would be really fun.

The bathroom is very well centered, and surprisingly clean (well, it is new). Also the line of site

to the stage is very good pretty much everywhere you stand. That is really important when you are shorter than most folks.

Most importantly, their are two bars, and they are well stocked with local brews. Very important here in Philly. The hood is not the safest in town, so make sure to leave with friends.

   

Helpful **0**    Thanks **0**    Love this **0**    Oh no **0**

---

 **Wawa**
Convenience Stores, Sandwiches, Fast Food
Audubon, NJ

···

 Sep 27, 2011

The best place for a quick bite in the neighborhood. It's also very amusing to watch the parking lot. There seems to be a blackhole of commonsense here. People simply cannot figure out how to park in this lot. Not sure why, but keep an eye out for crazed suburbanites driving Suburbans. They WILL run you over. Four stars just for the hijinx.

   

Helpful **0**    Thanks **0**    Love this **0**    Oh no **0**

---

 **Earth Bread + Brewery**
Pizza, Breweries
Mount Airy, Philadelphia

···

 Sep 27, 2011

A great reason to to go Mt. Airy. The beers on tap at this microbrewery, are original and masterful. The brewmaster is a great talent.

The flat bread is very good, too. I highly recommend it. After going here, one has to ask: where are the other microbreweries in Philly?

For a beer town, it's odd that there are not more brew-pubs. The beers are very well balanced revivals of classics, including rye beers and farmhouse ales.

   

Helpful **0**    Thanks **0**    Love this **0**    Oh no **0**

---

‹  1   2   **3**   ›                                    3 of 3

**About**

About Yelp

**Discover**

Yelp Project Cost Guides

| Careers | Collections |
| Press | Talk |
| Investor Relations | Events |
| Trust & Safety | Yelp Blog |
| Content Guidelines | Support |
| Accessibility Statement | Yelp Mobile |
| Terms of Service | Developers |
| Privacy Policy | RSS |
| Ad Choices | |
| Your Privacy Choices | |

2/19/2026 1:04:15 PM
https://www.yelp.com/user_details_reviews_self?userid=yuES-wHHhsqZg0qcvBAUpA&start=20

 

things to do, nail sa    Claymont, DE 1970    🔍

Yelp for Business ⌄          Write a Review

Restaurants ⌄      Home Services ⌄      Auto Services ⌄      More ⌄



# Maeghan K.

Philadelphia, PA

📷 27    ⭐ 28

Poppin bottles

[ Add friend ]


Compliment


Message


Follow

 Profile overview

⭐ Reviews

🔖 Collections

 Compliments

👤 Friends

📅 Events

Report this profile

Block Maeghan K.

# Events Submitted

Past Events    **Events Submitted**    Sounds Cool    Attending



**Imbibe! Whiskey & Cocktails**
Friday, Nov 23, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**
⭐⭐⭐⭐½ 97 reviews

Philadelphia, PA



**World Atlas of Wine**
Friday, Nov 16, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**
⭐⭐⭐⭐½ 97 reviews

Philadelphia, PA



**Wines of the East Coast**
Thursday, Nov 15, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**
⭐⭐⭐⭐½ 97 reviews

Philadelphia, PA



**Wine 101: Intro to Wine**
Saturday, Nov 10, 4:00 pm – 6:00 pm

**Wine School of Philadelphia**
⭐⭐⭐⭐½ 97 reviews

Philadelphia, PA



**Italy versus France**
Friday, Nov 2, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**
⭐⭐⭐⭐½ 97 reviews

Philadelphia, PA



**Sommelier Secrets**
Saturday, Oct 27, 4:00 pm – 6:00 pm

**Wine School of Philadelphia**
⭐⭐⭐⭐½ 97 reviews

Philadelphia, PA



**Food & Wine Pairing 101**



Friday, Oct 26, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**

⭐⭐⭐⭐ 97 reviews

Philadelphia, PA

---



**Wine Smarts**
Thursday, Oct 25, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**

⭐⭐⭐⭐ 97 reviews

Philadelphia, PA

---



**Wines of South America**
Saturday, Oct 20, 4:00 pm – 6:00 pm

**Wine School of Philadelphia**

⭐⭐⭐⭐ 97 reviews

Philadelphia, PA

---



**Imbibe! Whiskey & Cocktail Class**
Friday, Oct 19, 7:30 pm – 9:30 pm

**Wine School of Philadelphia**

⭐⭐⭐⭐ 97 reviews

Philadelphia, PA

---

Page 1 of 3

### About

About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Accessibility Statement
Terms of Service
Privacy Policy
Ad Choices
Your Privacy Choices

### Discover

Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support
Yelp Mobile
Developers
RSS

### Yelp for Business

Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Yelp Guest Manager
Business Resources
Business Support
Marketing & Advertising Agencies

### RepairPal

RepairPal Home
Auto Repair Near Me
Car Repair Estimates
Auto Safety Recalls
Symptom Guides
Common Problems

### Languages

English ⌄

### Countries

United States ⌄

 yelp

things to do, nail salons, plumbers | Claymont, DE 19703

Restaurants ⌄ | Home & Garden ⌄ | Auto Services ⌄ | Health & Beauty ⌄ | More ⌄





# Maeghan K.

Philadelphia, PA

🖼 27 | ▶ 28 | 🖼 0

Poppin bottles

Add friend

 Compliment |  Message |  Follow

---

 Profile overview

 Reviews

🔖 Collections

🏅 Compliments

👤 Friends

---

Report this profile

Block Maeghan K.

# Compliments

🏅 **Send compliment**

 **claire s.**
Philadelphia, PA
🖼 177 | ▶ 31 | 🖼 10

😎 You're cool                                   Jan 5, 2013

You're so cool you make me want to stop, collaborate, and listen.

---

 **Michelle C.**
Philadelphia, PA
🖼 4888 | ▶ 2256 | 🖼 4420

🔥 Hot stuff                                     Dec 7, 2011

Hey Maeghan, congrats on being picked as a Top Yelper this week! yelp.com/weekly?
editorial_id=q9munpdagwv_outr1doxtg

---

 **Philip B.**
Philadelphia, PA
🖼 35 | ▶ 4 | 🖼 0

😄 You're funny                                  Oct 5, 2011

Once you get your own sitcom I'll be there to add the laugh track.

---

 **Kelly G.**
Philadelphia, PA
🖼 0 | ▶ 1 | 🖼 0

😄 You're funny                                  Oct 5, 2011

Once you get your own sitcom I'll be there to add the laugh track.

---

 **Keith W.**
Philadelphia, PA
🖼 1264 | ▶ 10 | 🖼 16

😄 You're funny                                  Oct 5, 2011

Once you get your own sitcom I'll be there to add the laugh track.



**Charlia X.**
Philadelphia, PA
16  3  0

😎 You're cool                                              Oct 4, 2011

You're so cool polar bears wear sweaters around you.

---



**Tony B.**
Philadelphia, PA
224  35  12

🖼 Great photo                                              Oct 4, 2011

Nice photos Leibovitz. Keep shooting!

---



**Marcus C.**
Philadelphia, PA
45  21  2

🖼 Great photo                                              Oct 4, 2011

Nice photos Leibovitz. Keep shooting!

---



**claire s.**
Philadelphia, PA
177  31  10

😊 You're funny                                              Oct 4, 2011

Once you get your own sitcom I'll be there to add the laugh track.

---



**Tony B.**
Philadelphia, PA
224  35  12

😎 You're cool                                              Oct 4, 2011

You're so cool polar bears wear sweaters around you.

---

1 of 1

## About

About Yelp

Careers

Press

Investor Relations

Trust & Safety

Content Guidelines

Accessibility Statement

Terms of Service

Privacy Policy

Ad Choices

Your Privacy Choices

## Discover

Yelp Project Cost Guides

Collections

Talk

Events

Yelp Blog

Support

Yelp Mobile

Developers

RSS

## Yelp for Business

Yelp for Business

Business Owner Login

Claim your Business Page

Advertise on Yelp

Yelp for Restaurant Owners

Yelp Guest Manager

Business Resources

Business Support

Marketing & Advertising Agencies

Yelp Data for B2B

Yelp Data for B2C

Agentic AI

## RepairPal

RepairPal Home

Auto Repair Near Me

Car Repair Estimates

Auto Safety Recalls

Symptom Guides

Common Problems

## Languages

English

## Cities

Explore a City

Copyright © 2004–2026 Yelp Inc. Yelp, Elite Squad, yelp and related marks are registered trademarks of Yelp.

- https://www.yelp.com/user_details_thanx?userid=yuES-wHHhsqZg0qcvBAUpA

« Back to Wine School of Philadelphia



Hundreds of millions of reviews are posted on Yelp, and our automated recommendation software works in the background to showcase the reviews that it determines are most helpful. These typically written by active members of the Yelp community who ar self-motivated to share their personal, detailed experiences abou local businesses. It applies the same objective rules to reviews of every business and treats reviews of advertisers and non-adverti: exactly the same.

The software does something no human can—regularly analyze billions of data points from all reviews, reviewers and businesses evaluate the usefulness and reliability of each review. It's engine to provide a level playing field for all businesses on Yelp. Having great reputation on Yelp shouldn't be about who has the time and resources to ask the most people to write reviews. Great Yelp rev and ratings should come from consumers who had a great experi that they're inspired to tell others about. Learn more here.

## 38 reviews for Wine School of Philadelphia that are not currently recommended

Note: The reviews below are not factored into the business's overall star rating.

**Josh S.**
Chalfont, PA
 0 friends
 1 review

⭐️☆☆☆☆  9/2/2020

The Wine School of Philadelphia is not worth your time or money. I attended the core wine course at the which was taught by Keith and Alana, the only full-time teachers at the school. Keith had a decent amoun wine knowledge but was unfortunately not a very effective teacher. Keith was very rude and narcissistic c classes often using poor and offensive language, qualities that do not lend themselves well in the classro also was very hard to follow often going into very long tangents and did not appear to have any well thoug organization for what he was teaching. He had his own strong points of view and did not like when other students had opposing viewpoints. He would often ridicule students that did not agree with him. Two poi view that he stressed was that all expensive wine was garbage and all wine from Napa Valley was not ag worthy, both claims that I think many experts would disagree with.

Alana was much friendlier but did not possess as much wine knowledge as Keith. Her lessons mainly fel she was running through the motions and seemed like she was just reciting textbook chapters back to you could have gotten a similar experience if you just read a textbook and picked up some bottles of wine at y local wine store.

The school is also lacking on customer service options. They do not have a phone number or email addr Instead you must use their online forum to submit questions, which often go unanswered. I will not be at the school again in the future and will instead look into other programs.

**M K.**
Philadelphia, PA
 0 friends
 1 review

⭐️☆☆☆☆  4/15/2015

This school is a joke. The website never worked and when you approached Keith to inform him of it, he ju blamed it on you and the way your cookies are set up. Keith nervously giggled and cursed his way throug classes, while Alana doesn't take the time to learn anyone's name and contradicts anything Keith teaches courses. I have moved to The Wine & Spirit Education Trust (WSET) with about 5 others and I must say, i AMAZING and a breath of fresh air.

**Suzanne A.**
Birchrunville, PA

⭐️☆☆☆☆  4/5/2014

CAUTION if you have a gift card for the Wine School of Philadelphia! I participated in a silent auction don


**0** friends
**1** review

CAUTION If you have a gift card for the Wine School of Philadelphia. I participated in a silent auction don through The Junior League of Philadelphia and received a $75 gift certificate to the Wine School. I have t register for classes on-line and am unable to apply my gift code. When I was finally able to get through to person on the phone, I was essentially told that if the system did not take my gift code then the gift card w not be honored. I now have a lovely raised seal gift card that is worthless. I am happy to have donated to Junior League, but will not do business with these folks based on their poor customer support and shady practices with gift cards.


**Charlie L.**
Philadelphia, PA
**0** friends
**2** reviews

⭐⭐⭐⭐☆ 8/14/2013

I just loved everything about this wine class. We learned a lot, much more than I thought we would! Som teacher funny and charismatic. Very friendly and helpful with the wine tasting and answering questions. expert! We all had a really great time. Plenty of taste testing. I love the taste of wine so tasting a few dif flavors is right up my alley! Around the world in 8 glasses, and wine 101 are highly recommended. We wil definitely go back again soon. This was just the first couple of many classes to be had here : ) As soon a another I will write another review! Thumbs up!

> 
> **Comment from Keith W. of Wine School of Philadelphia**
> Business Employee
>
> 8/10/2015 · Charlie,
>
> Thank you so much for this review.


**Paris W.**
Philadelphia, PA
**8** friends
**3** reviews

⭐⭐⭐⭐☆ 3/23/2012

Being a local of Fairmount I passed this establishment several times & looked with envy as many individu inside were tasting beers & wine on various nights. Since both me & my man friend make believe that we beer connoisseurs I decided to sign up for the Beer Tasting around the World class as a birthday present dear love. I believe Dean was his name (from Philly Brewery) led the class and did a wonderful job in exp where beer came from, similarities & differences between cultures/regions and presented a fine selection beers from around the world.

The Wine School of Philadelphia & The Philly Beer and (Wine) school offers a variety of classes @ a rea price. The studio (or classroom) was clean & modern. It is a great idea for presents or something to do wi group of friends/sweetheart.. I will definitely be singing up for more classes...Next up Wine 101!


**Tiffany F.**
Philadelphia, PA
**12** friends
**6** reviews

⭐⭐⭐⭐☆ 3/16/2012

I came here a few weeks ago when I was in town visiting my sister, who is married to a chef and loves do tours and tastings locally. He and I came to the Wine School of Philadelphia for a class about wine pairing

We're not wine snobs, but I've always wanted to learn more about wine and as a chef, he's always lookin inspiration and was a great way for us to sample a few wines and really have fun. Zach, the guy teach class, was pretty cool - I like that he knew his stuff but wasn't too snobbish, like some of the others in the were. Very good time, well worth it if you're in the area.


**Tyler D.**
Audubon, PA
**0** friends
**1** review

⭐⭐⭐⭐⭐ 12/7/2022

Keith and Alana are great! Extremely welcoming and unpretentious atmosphere. Clearly extremely knowle about wine but classes are presented at a level that beginners and sommeliers alike can appreciate.


**Shannon A.**
Smyrna, DE
**0** friends

⭐⭐⭐⭐⭐ 12/5/2022

Alana and Keith are both extremely knowledgeable, and both instructors have a clear passion for wine. I t Level 2 and Level 3 Sommelier courses from the Wine School of Philadelphia and couldn't be happier wit

1 review

Level 2 and Level 3 Sommelier courses from the Wine School of Philadelphia and couldn't be happier with decision. Their approach to teaching, while no-nonsense, creates a very welcoming and non-pretentious atmosphere in which to learn. Now that I have my Sommelier certification, I have opened my own business am looking forward to seeing what I can accomplish in the future. I highly recommend the Wine School of Philadelphia and will be returning in 2023 to start my Level 4 courses.



**Abby H.**
PA, PA
0 friends
1 review
1 photo

 10/19/2022

I cannot say enough positive things about the Wine School of Philadelphia. I just received my certification and I already have booked multiple workshops just because I miss Alana and Keith so much. Alana was informative, knowledgeable and always secretly funny. She always made sure that the entire class unders topic before moving on. Keith was hilarious and knew every little detail about the wine making process. Th was challenging, but in a very doable way. By the time the exam came around they gave you all the tools needed to succeed. As soon as the class ended, I genuinely was disappointed that my weekly time there ended. If you're worried about it being in the city, don't. It was relatively easy to find, we parked in a public had a cheap Sunday special price by Trader Joes.



**Michael R.**
OK, OK
0 friends
1 review

★★★★★ 9/30/2022

I have completed the level one sommelier class even though being in the wine business in the past I still l from your institution. I have now almost completed level two and still continue to learn things that I've nev learned and I'm looking forward to doing level three. One addition that I would like to see is for those who interested in going to the next level the wine list be available prior to signing up So that the wine can be o and have it available once the classes started.

---

Page 1 of 4

1 **2** 3 4

## <span style="color:#c41200">16 Reviews Removed for Violating our</span> <span style="color:#0073bb">Terms of Service</span>



**Dave W.**
Philadelphia, PA
4 friends
17 reviews
2 photos

★☆☆☆☆ 9/9/2020

This review has been removed for violating our Terms of Service



**Dave W.**
Philadelphia, PA
4 friends
17 reviews
2 photos

★☆☆☆☆ 8/22/2020

This review has been removed for violating our Terms of Service



**Gabby H.**
San Francisco, CA
0 friends
1 review

★☆☆☆☆ 1/8/2020

This review has been removed for violating our Terms of Service



**M K.**
Philadelphia, PA
0 friends
1 review

★☆☆☆☆ 4/20/2015

This review has been removed for violating our Terms of Service



**J. H.**
Philadelphia, PA
0 friends
5 reviews

★☆☆☆☆ 2/27/2011

This review has been removed for violating our Terms of Service



**Jill D.**
Brookline, MA
4 friends

★☆☆☆☆ 12/17/2009

This review has been removed for violating our Terms of Service



35 reviews

★★★★★ 11/8/2021

This review has been removed for violating our Terms of Service

0 friends
0 reviews

★★★★★ 7/2/2020

This review has been removed for violating our Terms of Service

0 friends
0 reviews

★★★★★ 12/19/2018

This review has been removed for violating our Terms of Service

0 friends
0 reviews

★★★★★ 12/19/2018

This review has been removed for violating our Terms of Service

Page 1 of 2

1  2

« Back to Wine School of Philadelphia

## About

About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Accessibility Statement
Terms of Service
Privacy Policy
Ad Choices
Your Privacy Choices

## Discover

Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support
Yelp Mobile
Developers
RSS

## Yelp for Business

Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Yelp Guest Manager
Business Resources
Business Support
Marketing & Advertising Agencies
Yelp Data for B2B
Yelp Data for B2C
Agentic AI

## RepairPal

RepairPal Home
Auto Repair Near Me
Car Repair Estimates
Auto Safety Recalls
Symptom Guides
Common Problems

## Languages

English ⌄

## Countries

United States ⌄

Copyright © 2004–2026 Yelp Inc. Yelp, **yelp** ✦ ✦ and related marks are registered trademarks of Yelp.



| Document title: | Not Recommended Reviews for Salon L Manayunk - Yelp |
| --- | --- |
| Capture URL: | https://www.yelp.com/not_recommended_reviews/salon-l-manayunk-philadelphia?not_recommended_start=10 |
| Page loaded at (UTC): | Thu, 26 Feb 2026 19:18:46 GMT |
| Capture timestamp (UTC): | Thu, 26 Feb 2026 19:19:45 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | uFhUrr7JPsStoqNQzGfygy |
| Display Name: | emily.ketterer |

PDF REFERENCE #:           v8kkpcs89cimC12xepET5e

« Back to Salon L Manayunk



Hundreds of millions of reviews are posted on Yelp, and our automated recommendation software works in the background to showcase the reviews that it determines are most helpful. These are typically written by active members of the Yelp community who are self-motivated to share their personal, detailed experiences about local businesses. It applies the same objective rules to reviews of every business and treats reviews of advertisers and non-advertisers exactly the same.

The software does something no human can—regularly analyze billions of data points from all reviews, reviewers and businesses to evaluate the usefulness and reliability of each review. It's engineered to provide a level playing field for all businesses on Yelp. Having a great reputation on Yelp shouldn't be about who has the time and resources to ask the most people to write reviews. Great Yelp reviews and ratings should come from consumers who had a great experience that they're inspired to tell others about. Learn more here.

## 86 reviews for Salon L Manayunk that are not currently recommended

Note: The reviews below are not factored into the business's overall star rating.



**Lynne M.**
SoMa, San Francisco, CA
⭐ 0 friends
🔴 1 review

⭐⭐⭐⭐⭐ 8/1/2021

This was my first time to the salon; I'm new to the neighborhood. I had a wonderful haircut yesterday with Cayla. And everyone in the salon was friendly, delightful. And, as others have said, the facility was beautiful and really clean. I look forward to returning.



**Rudi L.**
Philadelphia, PA
⭐ 0 friends
🔴 1 review

⭐⭐⭐⭐⭐ 7/27/2021

Amber!!! Just left Salon L after my first visit and it was THE best experience I have had at a salon. My hair came out just the way I wanted!! She is the sweetest and I would highly recommend if you are looking for a wonderful stylist she is the one to see! 5 stars for her and her team at Salon L - already can't wait for my next visit!



**Daniela G.**
Chicago, IL
⭐ 105 friends
🔴 1 review

⭐⭐⭐⭐⭐ 7/21/2021

First of all, the place is beautiful and clean. They have their own parking which it's super convenient. I went there to get a haircut and blow dry. Reilly was amazing and professional. She even suggested that I could return for a complementary bang trim if I didn't want to commit to shorter bangs at the time. I love my haircut and would definitely returned a client.



**Carla A.**
Lansdale, PA
⭐ 0 friends
🔴 3 reviews

⭐⭐⭐⭐⭐ 5/26/2021

I've been going here for four years or so and Amber has done a great job from the start, taking time to understand my hair type, how it grows, helping me find great cuts for me, etc. She's a color wizard, too!

The salon is spacious and clean, and there's a parking lot for customers so the experience is always comfortable and convenient.



**Carly B.**
Northwest Philadelphia, Philadelphia, PA
⭐ 0 friends
🔴 2 reviews

⭐⭐⭐⭐⭐ 4/29/2021

Ryan O'Connor is the BEST! I got a gorgeous balayage that literally kept getting better and better as it grew out, it was amazing. He is super talented and very friendly. The salon itself is beautiful and always super clean. No matter what I'm getting done I always enjoy my experience here.



**Sara T.**
San Francisco, CA
⭐ 0 friends
🔴 1 review

⭐⭐⭐⭐⭐ 2/17/2021

I had an amazing experience with Ryan at Salon L Manayunk. He is the only person that I trust with my hair. I've been to Ryan twice and he has exceeded my expectations both times! I look forward to going back.

**Cecilia C.**



**Sara T.**
San Francisco, CA
0 friends
1 review

★★★★★ 2/17/2021

I had an amazing experience with Ryan at Salon L Manayunk. He is the only person that I trust with my hair. I've been to Ryan twice and he has exceeded my expectations both times! I look forward to going back.

**Cecilia C.**
Morrisville, PA
0 friends
2 reviews

★★★★★ 3/14/2020

I have been to Salon L for haircuts before, but never a color. I needed to get a color quick before my senior portraits & after asking around one name kept coming up often and that was Ryan and now I can see why. Ryan spent so much time making sure he knew exactly what to do based on what I want/need. I don't even live nearby and I still come to Manayunk for all my hair appointments. Ryan is the only person I truly trust with my hair. 10/10 would recommend!

**Maria G.**
Philadelphia, PA
0 friends
1 review

★★★★★ 3/6/2020

Ryan is THE BEST. I have naturally curly hair that I wear both straight and curly depending on the day. He is the best listener and knows exactly what to do based on what I want/need. I don't even live nearby and I still come to Manayunk for all my hair appointments. Ryan is the only person I truly trust with my hair. 10/10 would recommend!

**Leslie R.**
Philadelphia, PA
62 friends
3 reviews

★★★★★ 2/17/2020

I have been going to Annie for eyebrow wax and tint for years - she's the best. I finally did microblading with her and it was great. No pain, awesome results!

**Maeghan K.**
Philadelphia, PA
27 friends
28 reviews

★★★★★ 10/27/2019

Microblading

Annie did an amazing job microblading a new set of eyebrows for me, practically from scratch. I've never had any type of tattoo before, but she took me through every step of the process making sure I would be happy with the results. She really took a lot of care to make sure the pain was manageable (it was!) and that I knew what to do to make sure the results last as long as possible. Since the last touch up session I've received so many compliments. I wouldn't trust anyone else with my new brows!

Page 2 of 9                          ‹ Previous   1  2  3  4  5  6  7  8  9   Next ›

**3 Reviews Removed for Violating our Terms of Service**

0 friends
0 reviews

★☆☆☆☆ 11/18/2014

This review has been removed for violating our Terms of Service

0 friends
0 reviews

★★★☆☆ 10/12/2011

This review has been removed for violating our Terms of Service

0 friends
0 reviews

★★☆☆☆ 10/9/2011

This review has been removed for violating our Terms of Service

Page 1 of 1

« Back to Salon L Manayunk

**About**
About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Accessibility Statement

**Discover**
Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support
Yelp Mobile

**Yelp for Business**
Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Yelp Guest Manager
Business Resources

**RepairPal**
RepairPal Home
Auto Repair Near Me
Car Repair Estimates
Auto Safety Recalls
Symptom Guides
Common Problems

**Languages**
English ⌄

**Countries**
United States ⌄



**Maria G.**
Philadelphia, PA
⭐ 0 friends
💬 1 review

⭐⭐⭐⭐⭐ 3/6/2020

Ryan is THE BEST. I have naturally curly hair that I wear both straight and curly depending on the day. He is the best listener and knows exactly what to do based on what I want/need. I don't even live nearby and I still come to Manayunk for all my hair appointments. Ryan is the only person I truly trust with my hair. 10/10 would recommend!

**Leslie R.**
Philadelphia, PA
⭐ 62 friends
💬 3 reviews

⭐⭐⭐⭐⭐ 2/17/2020

I have been going to Annie for eyebrow wax and tint for years - she's the best. I finally did microblading with her and it was great. No pain, awesome results!

**Maeghan K.**
Philadelphia, PA
⭐ 27 friends
💬 28 reviews

⭐⭐⭐⭐⭐ 10/27/2019

Microblading

Annie did an amazing job microblading a new set of eyebrows for me, practically from scratch. I've never had any type of tattoo before, but she took me through every step of the process making sure I would be happy with the results. She really took a lot of care to make sure the pain was manageable (it was!) and that I knew what to do to make sure the results last as long as possible. Since the last touch up session I've received so many compliments. I wouldn't trust anyone else with my new brows!

Page 2 of 9

‹ Previous    1  2  3  4  5  6  7  8  9    Next ›

### 3 Reviews Removed for Violating our Terms of Service

⭐ 0 friends
💬 0 reviews

⭐☆☆☆☆ 11/18/2014

This review has been removed for violating our Terms of Service

⭐ 0 friends
💬 0 reviews

⭐⭐⭐☆☆ 10/12/2011

This review has been removed for violating our Terms of Service

⭐ 0 friends
💬 0 reviews

⭐⭐☆☆☆ 10/9/2011

This review has been removed for violating our Terms of Service

Page 1 of 1

« Back to Salon L Manayunk

**About**
About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Accessibility Statement
Terms of Service
Privacy Policy
Ad Choices
Your Privacy Choices

**Discover**
Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business**
Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Yelp Guest Manager
Business Resources
Business Support
Marketing & Advertising Agencies
Yelp Data for B2B
Yelp Data for B2C
Agentic AI

**RepairPal**
RepairPal Home
Auto Repair Near Me
Car Repair Estimates
Auto Safety Recalls
Symptom Guides
Common Problems

**Languages**
English ⌄

**Countries**
United States ⌄

Copyright © 2004–2026 Yelp Inc. Yelp, yelp✻, ✻ and related marks are registered trademarks of Yelp.



| | |
|---|---|
| Document title: | Not Recommended Reviews for Wissahickon Pet Minder - Yelp |
| Capture URL: | https://www.yelp.com/not_recommended_reviews/wissahickon-pet-minder-wyndmoor |
| Page loaded at (UTC): | Thu, 26 Feb 2026 19:20:55 GMT |
| Capture timestamp (UTC): | Thu, 26 Feb 2026 19:21:21 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 3 |
| Capture ID: | eCjodoAAnNBpEzEL2H11QJ |
| Display Name: | emily.ketterer |

PDF REFERENCE #:          1HSfpGutdKSVwZHodfbLe4

« Back to Wissahickon Pet Minder



Hundreds of millions of reviews are posted on Yelp, and our automated recommendation software works in the background to showcase the reviews that it determines are most helpful. These are typically written by active members of the Yelp community who are self-motivated to share their personal, detailed experiences about local businesses. It applies the same objective rules to reviews of every business and treats reviews of advertisers and non-advertisers exactly the same.

The software does something no human can—regularly analyze billions of data points from all reviews, reviewers and businesses to evaluate the usefulness and reliability of each review. It's engineered to provide a level playing field for all businesses on Yelp. Having a great reputation on Yelp shouldn't be about who has the time and resources to ask the most people to write reviews. Great Yelp reviews and ratings should come from consumers who had a great experience that they're inspired to tell others about. Learn more here.

**Is this your business?**

Claim your Yelp business page

## 2 reviews for Wissahickon Pet Minder that are not currently recommended

Note: The reviews below are not factored into the business's overall star rating.

 **Nikki K.**
Glenside, PA
🔲 0 friends
🔲 1 review

 2/6/2015
I was considering using this company as they are down the street from us. After reading the review of Renee B. I was astounded that this company would not only do this but then continue to defend this totally unacceptable act. I would hope no one would put their pets in their hands and jeopardize their safety and cause uncalled for distress to the owner that hired them.

 **Maeghan K.**
Philadelphia, PA
🔲 27 friends
🔲 28 reviews

 11/25/2017
After a harrowing experience with another dog sitting service in Mount Airy that shall go unnamed, having Mike & Kiaran look after my dogs has been a true blessing. They are highly responsive and responsible - I trust their judgment in all situations completely. Not only that, but my rescue dogs love them (and these are not always the most trusting of animals). When I saw my dog jump into Kiaran's lap - when he barely tolerates most people - I knew that my dogs were treated exceptionally well while I was away. As I've been a client for many years now, I've experienced a few different employees and all have been wonderful. And yes, those little notes they leave are the best. They are the first thing I read after I walk in the door and some have been so funny and sweet I've even kept them. WPM is a neighborhood treasure and the only dog sitters I trust in NW Philly.

Page 1 of 1

« Back to Wissahickon Pet Minder

**About**

About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Accessibility Statement
Terms of Service

**Discover**

Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support
Yelp Mobile
Developers

**Yelp for Business**

Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Yelp Guest Manager
Business Resources
Business Support

**RepairPal**

RepairPal Home
Auto Repair Near Me
Car Repair Estimates
Auto Safety Recalls
Symptom Guides
Common Problems

**Languages**

English ⌄

**Countries**

United States ⌄

Document title: Not Recommended Reviews for Wissahickon Pet Minder - Yelp
Capture URL: https://www.yelp.com/not_recommended_reviews/wissahickon-pet-minder-wyndmoor
Capture timestamp (UTC): Thu, 26 Feb 2026 19:21:21 GMT

Page 1 of 2



most helpful. These are typically written by active members of the Yelp community who are self-motivated to share their personal, detailed experiences about local businesses. It applies the same objective rules to reviews of every business and treats reviews of advertisers and non-advertisers exactly the same.

The software does something no human can—regularly analyze billions of data points from all reviews, reviewers and businesses to evaluate the usefulness and reliability of each review. It's engineered to provide a level playing field for all businesses on Yelp. Having a great reputation on Yelp shouldn't be about who has the time and resources to ask the most people to write reviews. Great Yelp reviews and ratings should come from consumers who had a great experience that they're inspired to tell others about. Learn more here.

**Is this your business?**
Claim your Yelp business page

## 2 reviews for Wissahickon Pet Minder that are not currently recommended

Note: The reviews below are not factored into the business's overall star rating.



**Nikki K.**
Glenside, PA
🔲 **0** friends
🔲 **1** review

 2/6/2015

I was considering using this company as they are down the street from us. After reading the review of Renee B. I was astounded that this company would not only do this but then continue to defend this totally unacceptable act. I would hope no one would put their pets in their hands and jeopardize their safety and cause uncalled for distress to the owner that hired them.



**Maeghan K.**
Philadelphia, PA
🔲 **27** friends
🔲 **28** reviews

 11/25/2017

After a harrowing experience with another dog sitting service in Mount Airy that shall go unnamed, having Mike & Kiaran look after my dogs has been a true blessing. They are highly responsive and responsible - I trust their judgment in all situations completely. Not only that, but my rescue dogs love them (and these are not always the most trusting of animals). When I saw my dog jump into Kiaran's lap - when he barely tolerates most people - I knew that my dogs were treated exceptionally well while I was away. As I've been a client for many years now, I've experienced a few different employees and all have been wonderful. And yes, those little notes they leave are the best. They are the first thing I read after I walk in the door and some have been so funny and sweet I've even kept them. WPM is a neighborhood treasure and the only dog sitters I trust in NW Philly.

Page 1 of 1

« Back to Wissahickon Pet Minder

**About**
About Yelp
Careers
Press
Investor Relations
Trust & Safety
Content Guidelines
Accessibility Statement
Terms of Service
Privacy Policy
Ad Choices
Your Privacy Choices

**Discover**
Yelp Project Cost Guides
Collections
Talk
Events
Yelp Blog
Support
Yelp Mobile
Developers
RSS

**Yelp for Business**
Yelp for Business
Business Owner Login
Claim your Business Page
Advertise on Yelp
Yelp for Restaurant Owners
Yelp Guest Manager
Business Resources
Business Support
Marketing & Advertising Agencies
Yelp Data for B2B
Yelp Data for B2C
Agentic AI

**RepairPal**
RepairPal Home
Auto Repair Near Me
Car Repair Estimates
Auto Safety Recalls
Symptom Guides
Common Problems

**Languages**
English ∨

**Countries**
United States ∨

Copyright © 2004–2026 Yelp Inc. Yelp, yelp, and related marks are registered trademarks of Yelp.