# Exhibit 43



| | |
|---|---|
| Document title: | User talk:Maeghankresge - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/User_talk:Maeghankresge |
| Page loaded at (UTC): | Thu, 19 Feb 2026 19:24:17 GMT |
| Capture timestamp (UTC): | Thu, 19 Feb 2026 19:25:19 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 5 |
| Capture ID: | pkRTmfdaNphxPY98xmsrat |
| Display Name: | emily.ketterer |

 # User talk:Maeghankresge

Contents hide

(Top)
Maeghankresge, you are invited to the Teahouse!
National varieties of English
November 2018
Your submission at Articles for creation: sandbox (November 17)
The Wine School of Philadelphia moved to draftspace
Managing a conflict of interest
Your submission at Articles for creation: Wine School of Philadelphia (January 15)

From Wikipedia, the free encyclopedia

## Maeghankresge, you are invited to the Teahouse! [ edit ]

Hi **Maeghankresge**! Thanks for contributing to Wikipedia.
Be our guest at the Teahouse! The Teahouse is a friendly space where new editors can ask questions about contributing to Wikipedia and get help from experienced editors like Rosiestep (talk).

Visit the Teahouse We hope to see you there!

Delivered by HostBot on behalf of the Teahouse hosts

16:05, 30 October 2018 (UTC)

## National varieties of English [ edit ]

Hello. In a recent edit to the page Sherry, you changed one or more words or styles from one national variety of English to another. Because Wikipedia has readers from all over the world, our policy is to respect national varieties of English in Wikipedia articles.

For a subject exclusively related to the United Kingdom (for example, a famous British person), use British English. For something related to the United States in the same way, use American English. For something related to another English-speaking country, such as Canada, Australia, New Zealand, Ireland, India, or Pakistan use the variety of English used there. For an international topic, use the form of English that the *original* author of the article used.

In view of that, please don't change articles from one version of English to another, even if you don't normally use the version in which the article is written. Respect other people's versions of English. They, in turn, should respect yours. Other general guidelines on how Wikipedia articles are written can be found in the Manual of Style. If you have any questions about this, you can ask me on my talk page or visit the help desk. Thank you. Senator2029 "Talk" 19:57, 31 October 2018 (UTC) [ reply ]

I concur with what Senator2029 says above. You have done a similar thing at Sancerre (wine), alongside other legit edits. Just fix the errors in grammar and English, and leave national varieties of spellings alone in future, please. Nick Moyes (talk) 02:09, 8 November 2018 (UTC) [ reply ]

And you've done it again at Wine glass and more than a dozen others. Please stop doing that, or expect to be blocked. **Acroterion** (talk) 02:11, 8 November 2018 (UTC) [ reply ]

## November 2018 [ edit ]

You have been **blocked** from editing for a period of **24 hours** for persistently making disruptive edits. Once the block has expired, you are welcome to make useful contributions.
If you think there are good reasons for being unblocked, please read the guide to appealing blocks, then add the following text below the block notice on your talk page: `{{unblock|reason=Your reason here ~~~~}}`. **Acroterion** (talk) 02:56, 8

 Contents hide

(Top)

Maeghankresge, you are invited to the Teahouse!

National varieties of English

November 2018

Your submission at Articles for creation: sandbox (November 17)

The Wine School of Philadelphia moved to draftspace

Managing a conflict of interest

Your submission at Articles for creation: Wine School of Philadelphia (January 15)

You have been **blocked** from editing for a period of **24 hours** for persistently making disruptive edits. Once the block has expired, you are welcome to make useful contributions.

If you think there are good reasons for being unblocked, please read the guide to appealing blocks, then add the following text below the block notice on your talk page: `{{unblock|reason=Your reason here ~~~~}}`. **Acroterion** (talk) 02:56, 8 November 2018 (UTC) [ reply ]

"Modelled" is British spelling. Since you ignored my warning, you're blocked for 24 hours. Please take advice and warnings seriously, and leave national usage varieties alone. **Acroterion** (talk) 02:57, 8 November 2018 (UTC) [ reply ]

Sorry about that, I jumped into editing without understanding the rules. Maeghankresge (talk) 03:20, 3 December 2018 (UTC) [ reply ]

## Your submission at Articles for creation: sandbox (November 17) [ edit ]

Your recent article submission to Articles for Creation has been reviewed. Unfortunately, it has not been accepted at this time. The reasons left by DoubleGrazing were:

This submission is not adequately supported by reliable sources. *Reliable* sources are required so that information can be verified. If you need help with referencing, please see Referencing for beginners and Citing sources.

Your draft shows signs of having been generated by a large language model, such as ChatGPT. Their outputs usually have multiple issues that prevent them from meeting our guidelines on writing articles. These include:

- Promotional tone, editorializing and other words to watch
- Vague, generic, and speculative statements extrapolated from similar subjects
- Essay-like writing
- Hallucinations (plausible-sounding, but false information) and non-existent references
- Close paraphrasing

Please address these issues. The best way is usually to read reliable sources and summarize them, instead of using a large language model. See our help page on large language models.

Please check the submission for any additional comments left by the reviewer. You are encouraged to edit the submission to address the issues raised and resubmit *after they have been resolved*.

- If you would like to continue working on the submission, go to User:Maeghankresge/sandbox and click on the "Edit" tab at the top of the window.
- If you do not edit your draft in the next 6 months, it will be considered abandoned and may be deleted.
- If you need any assistance, or have experienced any untoward behavior associated with this submission, you can ask for help at the **Articles for creation help desk**, on the **reviewer's talk page** or use Wikipedia's real-time chat help from experienced editors.

DoubleGrazing (talk) 19:37, 17 November 2025 (UTC) [ reply ]

## The Wine School of Philadelphia moved to draftspace [ edit ]

Thanks for your contributions to The Wine School of Philadelphia. Unfortunately, I do not

Appearance hide

Text

Small

Standard

Large

Width

Standard

Wide

Color (beta)

Automatic

Light

Dark

chat help from experienced editors.
DoubleGrazing (talk) 19:37, 17 November 2025 (UTC) [ reply ]

Contents hide

(Top)
Maeghankresge, you are invited to the Teahouse!
National varieties of English
November 2018
Your submission at Articles for creation: sandbox (November 17)
**The Wine School of Philadelphia moved to draftspace**
Managing a conflict of interest
Your submission at Articles for creation: Wine School of Philadelphia (January 15)

## The Wine School of Philadelphia moved to draftspace [ edit ]

Thanks for your contributions to The Wine School of Philadelphia. Unfortunately, I do not think it is ready for publishing at this time because **it consists of machine-generated text**. I have converted your article to a draft which you can improve, undisturbed for a while.

Please see more information at Help:Unreviewed new page. When the article is ready for publication, please click on the "Submit the draft for review!" button at the top of the page OR move the page back. —pythoncoder (talk | contribs) 19:44, 20 November 2025 (UTC) [ reply ]

## Managing a conflict of interest [ edit ]

Hello, Maeghankresge. We welcome your contributions, but if you have an external relationship with the people, places or things you have written about on Wikipedia, you may have a conflict of interest (COI). Editors with a conflict of interest may be unduly influenced by their connection to the topic. See the **conflict of interest guideline** and **FAQ for article subjects** for more information. We ask that you:

- **avoid editing or creating** articles about yourself, your family, friends, colleagues, company, organization, clients, or competitors;
- **propose changes** on the talk pages of affected articles (you can use the Edit Request Wizard), including links or details of reliable sources that support your suggestions;
- **disclose** your conflict of interest when discussing affected articles (see Wikipedia:Conflict of interest § How to disclose a COI);
- **avoid linking** to your organization's website in other articles (see Wikipedia:Spam § External link spamming);
- **do your best** to comply with Wikipedia's content policies.

In addition, you are **required** by the Wikimedia Foundation's terms of use to disclose your employer, client, and affiliation with respect to any contribution which forms all or part of work for which you receive, or expect to receive, compensation. See Wikipedia:Paid-contribution disclosure.

Also, editing for the purpose of advertising, publicizing, or promoting anyone or anything is not permitted. Thank you. DoubleGrazing (talk) 06:52, 15 January 2026 (UTC) [ reply ]

> You make a vague reference to "COI-related issues" on Draft talk:Wine School of Philadelphia. If you have a COI in this subject (and Keith Wallace (wine writer)), you need to disclose this formally. Furthermore, if you work for this organisation (or individual), you must disclose paid editing, specifically. Thank you. -- DoubleGrazing (talk) 06:55, 15 January 2026 (UTC) [ reply ]

>> Thank you for asking this directly. I do not have a COI with the subject of this article or any other article. One of the reasons I am trying to be a very careful contributor is to assure the editors that I have no COI and simply trying to be apart of the Wikipedia community and work in subjects I know very well. Maeghankresge (talk) 17:07, 19 January 2026 (UTC) [ reply ]

## Your submission at Articles for creation: Wine School of Philadelphia (January 15) [ edit ]

Your recent article submission to Articles for Creation has been reviewed. Unfortunately, it has not been accepted at this time. The reason left by DoubleGrazing was:

This draft's references do not show that the subject qualifies for a Wikipedia article. In summary, the draft needs multiple published sources that are:

Appearance hide

Text
Small
Standard
Large
Width
Standard
Wide
Color (beta)
Automatic
Light
Dark

Contents hide

(Top)

Maeghankresge, you are invited to the Teahouse!

National varieties of English

November 2018

Your submission at Articles for creation: sandbox (November 17)

The Wine School of Philadelphia moved to draftspace

**Managing a conflict of interest**

Your submission at Articles for creation: Wine School of Philadelphia (January 15)

to disclose this formally. Furthermore, if you work for this organisation (or individual), you must disclose paid editing, specifically. Thank you. -- DoubleGrazing (talk) 06:55, 15 January 2026 (UTC) [ reply ]

Thank you for asking this directly. I do not have a COI with the subject of this article or any other article. One of the reasons I am trying to be a very careful contributor is to assure the editors that I have no COI and simply trying to be apart of the Wikipedia community and work in subjects I know very well. Maeghankresge (talk) 17:07, 19 January 2026 (UTC) [ reply ]

## Your submission at Articles for creation: Wine School of Philadelphia (January 15) [ edit ]

Your recent article submission to Articles for Creation has been reviewed. Unfortunately, it has not been accepted at this time. The reason left by DoubleGrazing was:

This draft's references do not show that the subject qualifies for a Wikipedia article. In summary, the draft needs multiple published sources that are:

- *in-depth* (not just brief mentions about the subject or routine announcements)
- *reliable*
- *secondary*
- *strictly independent* of the subject

Make sure you add references that meet *all four* of these criteria before resubmitting. Learn about mistakes to avoid when addressing this issue. If no additional references exist, the subject is not suitable for Wikipedia.

The comment the reviewer left was:

The sources do not establish notability per WP:ORG; arguably, none of them even contributes towards that.

Please check the submission for any additional comments left by the reviewer. You are encouraged to edit the submission to address the issues raised and resubmit it *after they have been resolved*.

- If you would like to continue working on the submission, go to Draft:Wine School of Philadelphia and click on the "Edit" tab at the top of the window.
- If you do not edit your draft in the next 6 months, it will be considered abandoned and may be deleted.
- If you need any assistance, or have experienced any untoward behavior associated with this submission, you can ask for help at the **Articles for creation help desk**, on the **reviewer's talk page** or use Wikipedia's real-time chat help from experienced editors.

DoubleGrazing (talk) 07:01, 15 January 2026 (UTC) [ reply ]

Appearance hide

Text

- Small
- Standard
- Large

Width

- Standard
- Wide

Color (beta)

- Automatic
- Light
- Dark

This page was last edited on 19 January 2026, at 17:07 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement Mobile view



| | |
|---|---|
| Document title: | Draft:Wine School of Philadelphia - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/Draft:Wine_School_of_Philadelphia |
| Page loaded at (UTC): | Thu, 19 Feb 2026 19:26:04 GMT |
| Capture timestamp (UTC): | Thu, 19 Feb 2026 19:26:34 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | mi824NHFu4weh9Lxyxjfn7 |
| Display Name: | emily.ketterer |

# Draft:Wine School of Philadelphia

Contents hide

(Top)
History
Programs
Consumer classes
Professional education
Online education
Facilities
Reception
Notable people
Trademarks

Appearance hide
Text
Small
Standard
Large
Width
Standard
Wide
Color (beta)
Automatic
Light
Dark

From Wikipedia, the free encyclopedia

**Submission declined on 15 January 2026 by DoubleGrazing (talk).**

This draft's references do not show that the subject qualifies for a Wikipedia article. In summary, the draft needs multiple published sources that are:

- *in-depth* (not just brief mentions about the subject or routine announcements)
- *reliable*
- *secondary*
- *strictly independent* of the subject

Make sure you add references that meet *all four* of these criteria before resubmitting. Learn about mistakes to avoid when addressing this issue. If no additional references exist, the subject is not suitable for Wikipedia.

- If you would like to continue working on the submission, click on the "Edit" tab at the top of the window.
- If you have not resolved the issues listed above, your draft will be declined again and potentially deleted.
- If you need extra help, please **ask us a question** at the AfC Help Desk or get **live help** from experienced editors.
- Please do not remove reviewer comments or this notice until the submission is accepted.

**Where to get help** [show]

**How to improve a draft** [show]

**Improving your odds of a speedy review** [show]

**Editor resources** [show]

Declined by DoubleGrazing 35 days ago. Last edited by DoubleGrazing 35 days ago. Reviewer: Inform author.

**Resubmit** Please note that if the issues are not fixed, the draft will be declined again.

- **Comment:** The sources do not establish notability per WP:ORG; arguably, none of them even contributes towards that. DoubleGrazing (talk) 07:01, 15 January 2026 (UTC)
- **Comment:** Also at User:Maeghankresge/sandbox. -- DoubleGrazing (talk) 06:53, 15 January 2026 (UTC)

The page Wine School of Philadelphia in the mainspace is currently a redirect to Keith Wallace (wine writer).

**This is a draft article**. It is a work in progress open to editing by anyone. Please ensure core content policies are met before publishing it as a live Wikipedia article.

*Find sources:* Google (books · news · scholar · free images · WP refs) · FENS · JSTOR · TWL

*Easy tools:* Citation bot (help) | *Advanced:* Fix bare URLs · Article logs ·

**Contents** hide

(Top)
- History
- Programs
  - Consumer classes
  - Professional education
  - Online education
- Facilities
- Reception
- Notable people
- Trademarks

**Appearance** hide

Text
- Small
- Standard
- Large

Width
- Standard
- Wide

Color (beta)
- Automatic
- Light
- Dark

currently a redirect to Keith Wallace (wine writer).

**This is a draft article**. It is a work in progress open to editing by anyone. Please ensure core content policies are met before publishing it as a live Wikipedia article.

*Find sources:* Google (books · news · scholar · free images · WP refs) · FENS · JSTOR · TWL

*Easy tools:* Citation bot (help) | *Advanced:* Fix bare URLs · Article logs · Draft logs.

Last edited by DoubleGrazing (talk | contribs) 35 days ago. *(Update)*

Finished drafting? **Submit for review**

**The Wine School of Philadelphia** is a private wine education school in Philadelphia, Pennsylvania, United States. Founded in 2001, the school offers wine classes for the general public as well as professional wine education programs and online courses for individuals working in the beverage industry.[1]

## History [ edit ]

The Wine School of Philadelphia was founded in 2001 by winemaker and writer Keith Wallace.[2]

In 2010, *The Philadelphia Inquirer* reported on the school's relocation to a larger facility near Rittenhouse Square. The article described the move as a response to increased enrollment and noted plans for additional classroom and tasting space.[3]

Over the following decade, the school expanded its offerings beyond introductory tasting classes to include structured professional programs and online instruction. In 2025, *Wine Industry Advisor* reported on the school's continued operation and its involvement in professional wine education.[4]

## Programs [ edit ]

### Consumer classes [ edit ]

The school offers wine tasting classes and seminars covering wine regions, grape varieties, sensory evaluation, and food-and-wine pairing. Classes are open to the general public and are conducted in a classroom tasting format.[1]

### Professional education [ edit ]

The Wine School of Philadelphia provides structured wine education programs intended for hospitality and beverage professionals. Instruction includes wine theory, tasting methodology, and beverage service practices. The school operates as a teaching center for the National Wine School and delivers its curriculum through in-person and online courses.[4]

### Online education [ edit ]

Online programs include video-based instruction and remote assessments. These programs were developed in collaboration with the National Wine School and are available to students outside the Philadelphia area.[5]

## Facilities [ edit ]

The school is located in Center City Philadelphia, near Rittenhouse Square. Facilities include classroom space, a wine tasting room, and administrative offices.[6]

## Reception [ edit ]

Regional media coverage has described the Wine School of Philadelphia as a venue for both recreational wine classes and professional instruction. In a 2017 article, the *Courier-Post* discussed the school's role in providing wine education to a general audience as well as to hospitality professionals.[1]

hospitality and beverage professionals. Instruction includes wine theory, tasting methodology, and beverage service practices. The school operates as a teaching center for the National Wine School and delivers its curriculum through in-person and online courses.[4]

Contents hide

(Top)
History
Programs
Consumer classes
Professional education
Online education
Facilities
Reception
Notable people
Trademarks

Appearance hide

Text
Small
Standard
Large
Width
Standard
Wide
Color (beta)
Automatic
Light
Dark

### Online education [ edit ]

Online programs include video-based instruction and remote assessments. These programs were developed in collaboration with the National Wine School and are available to students outside the Philadelphia area.[5]

## Facilities [ edit ]

The school is located in Center City Philadelphia, near Rittenhouse Square. Facilities include classroom space, a wine tasting room, and administrative offices.[6]

## Reception [ edit ]

Regional media coverage has described the Wine School of Philadelphia as a venue for both recreational wine classes and professional instruction. In a 2017 article, the *Courier-Post* discussed the school's role in providing wine education to a general audience as well as to hospitality professionals.[1]

Trade publications have also reported on the school's professional programs. *Wine Industry Advisor* has published coverage of its wine education activities and long-term operation.[4]

## Notable people [ edit ]

- Keith Wallace (wine writer) — founder and wine educator.

## Trademarks [ edit ]

In 2025, the United States Patent and Trademark Office granted a federal trademark registration for the name *Philly Wine School* in connection with educational services related to wine. The registration is listed under U.S. Serial No. 98869526.[7]

1. ^ a b c Staff (21 July 2017). "It's back to (wine) school time". *Courier-Post*. Gannett. Retrieved 14 November 2025.
2. ^ "Wine School of Philadelphia: Interview with Keith Wallace". *Wine-Blog.org*. 2 October 2009. Retrieved 14 November 2025.
3. ^ Klein, Michael (30 December 2010). "The Wine School relocating to Rittenhouse". *The Philadelphia Inquirer*. Retrieved 14 November 2025.
4. ^ a b c "The Wine School of Philadelphia is Training the Next Generation of Wine Professionals". *Wine Industry Advisor*. Wine Industry Network. 19 March 2025. Retrieved 14 November 2025.
5. ^ "Online Wine Education Programs". *SOMM.us*. Retrieved 14 November 2025.
6. ^ "Wine School Campus". *Wine School of Philadelphia*. Retrieved 14 November 2025.
7. ^ "Trademark Status & Document Retrieval: Serial No. 98869526". *United States Patent and Trademark Office*. Retrieved 14 November 2025.

Categories: AfC submissions by date/14 January 2026 | Draft articles about food and drink | Draft articles about North America | AfC submissions on other topics | Draft articles

This page was last edited on 15 January 2026, at 07:01 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement Mobile view





Donate Create account Log in

# Talk:Keith Wallace (wine writer): Difference between revisions

Article Talk Read Edit Add topic View history Tools

From Wikipedia, the free encyclopedia Help

Browse history interactively

Visual [[]] Wikitext Inline

| Revision as of 19:43, 13 November 2025 (edit) Maeghankresge (talk \| contribs) (→Addressing COI and Paid Editing tags: new section) (Tag: New topic) ← Previous edit | Latest revision as of 16:46, 1 February 2026 (edit) (undo) Maeghankresge (talk \| contribs) (→Request for independent review of "close connection" banner: new section) (Tag: New topic) |
|---|---|
| **Line 139:** | **Line 139:** |
| and {{Undisclosed paid}} | and {{Undisclosed paid}} |
| tags are no longer warranted and have removed them. Feedback is welcome. [[User:Maeghankresge\|Maeghankresge]] ([[User talk:Maeghankresge\|talk]]) 19:43, 13 November 2025 (UTC) | tags are no longer warranted and have removed them. Feedback is welcome. [[User:Maeghankresge\|Maeghankresge]] ([[User talk:Maeghankresge\|talk]]) 19:43, 13 November 2025 (UTC) |
| | + |
| | + == Request for independent review of "close connection" banner == |
| | + |
| | + I am a contributor to this article but not the subject. The article currently carries a "close connection" maintenance banner. |
| | + |
| | + I'm requesting an uninvolved editor's review to determine whether, based on the article's current sourcing and tone, the banner is still warranted. If the article now complies with WP:NPOV, WP:V, and WP:BLP and is primarily supported by independent reliable sources, I propose removing the banner. |
| | + |
| | + If concerns remain, I would appreciate specific guidance on what content or sourcing still creates the appearance of a close connection. |

+

+ <nowiki>~~~~</nowiki> [[User:Maeghankresge|Maeghankresge]] ([[User talk:Maeghankresge|talk]]) 16:46, 1 February 2026 (UTC)

## Latest revision as of 16:46, 1 February 2026

This article was nominated for deletion on 24 June 2022. The result of **the discussion** was **no consensus**.

This article must adhere to the **biographies of living persons** (**BLP**) policy, even if it is not a biography, because it contains material about living persons. Contentious material about living persons that is unsourced or poorly sourced **must be removed immediately** from the article and its talk page, especially if potentially libellous. If such material is repeatedly inserted, or if you have other concerns, please report the issue to this noticeboard.

If you are a subject of this article, or acting on behalf of one, and you need help, please see **this help page**.

This article is rated **Start-class** on Wikipedia's content assessment scale. [hide]
It is of interest to the following WikiProjects:

**Biography** [show]

**Food and drink**: Wine Low-importance [show]

## Attribution note [ edit ]

Some of the content in the **Wine School of Philadelphia** section belongs to the merged orphan article Wine School of Philadelphia. Agne Cheese/Wine 11:13, 22 January 2011 (UTC) [ reply ]

## COI tag (June 2022) [ edit ]

SPA creator, later edits by UPE valereee (talk) 14:17, 24 June 2022 (UTC) [ reply ]

## source assessment [ edit ]

**Source assessment table** [show]

valereee (talk) 14:52, 24 June 2022 (UTC) [ reply ]

## Addressing COI and Paid Editing tags [ edit ]

This article has been fully rewritten from the ground up using independent, secondary, and reliable sources in compliance with Wikipedia's content policies, including WP:NPOV, WP:V, and WP:BLP. The previous issues related to conflict of interest or undisclosed paid editing have been resolved through neutral, policy-compliant editing. I believe the

**A major contributor to this article appears to have a close connection with its subject.** It may require cleanup to comply with Wikipedia's content policies, particularly neutral point of view. Please discuss further on the **talk page**.

See our **advice if the article is about you** and read our **scam warning in case someone asks for money** to edit this article. *(Learn how and when to remove this message)*

and

This article **may have been created or edited in return for undisclosed payments**, a violation of Wikipedia's terms of use. It may require cleanup to comply with Wikipedia's content policies, particularly neutral point of view.

See our **advice if the article is about you** and read our **scam warning in case someone asks for money** to edit this article.

tags are no longer warranted and have removed them. Feedback is welcome. Maeghankresge (talk) 19:43, 13 November 2025 (UTC) [ reply ]

## Request for independent review of “close connection” banner [ edit ]

I am a contributor to this article but not the subject. The article currently carries a “close connection” maintenance banner.

I’m requesting an uninvolved editor’s review to determine whether, based on the article’s current sourcing and tone, the banner is still warranted. If the article now complies with WP:NPOV, WP:V, and WP:BLP and is primarily supported by independent reliable sources, I propose removing the banner.

If concerns remain, I would appreciate specific guidance on what content or sourcing still creates the appearance of a close connection.

~~~~ Maeghankresge (talk) 16:46, 1 February 2026 (UTC) [ reply ]

Categories: Biography articles of living people | Start-Class biography articles | WikiProject Biography articles | Start-Class Food and drink articles | Low-importance Food and drink articles | WikiProject Food and drink articles

This page was last edited on 1 February 2026, at 16:46 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement

Mobile view

~~~~


# User contributions for Maeghankresge

Results for Maeghankresge (talk | block log | uploads | logs | global block log | global account | filter log)

A user with 93 edits. Account created on 29 October 2018.

**Search for contributions**

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

- 16:46, 1 February 2026 (diff | hist) . . **(+770)** . . Talk:Keith Wallace (wine writer) *(→Request for independent review of "close connection" banner: new section)* **(current)** *(Tag: New topic)*
- 17:07, 19 January 2026 (diff | hist) . . (+423) . . User talk:Maeghankresge *(→Managing a conflict of interest: Reply)* **(current)** *(Tag: Reply)*
- 20:20, 14 January 2026 (diff | hist) . . (+127) . . Draft:Wine School of Philadelphia *(Submitting using AfC-submit-wizard)*
- 20:19, 14 January 2026 (diff | hist) . . **(−2,882)** . . Draft talk:Wine School of Philadelphia *(Added talk-page note requesting uninvolved review of sandbox draft addressing maintenance concerns.)*
- 20:12, 14 January 2026 (diff | hist) . . **(−1,193)** . . Draft:Wine School of Philadelphia *(Copyedited for tone and clarity; reduced promotional language; improved sourcing and neutrality.)* *(Tag: COI template removed)*
- 19:31, 17 November 2025 (diff | hist) . . (+188) . . User:Maeghankresge/sandbox *(Submitting using AfC-submit-wizard)* *(Tag: Disambiguation links added)*
- 19:31, 17 November 2025 (diff | hist) . . (+84) . . **N** User talk:Maeghankresge/sandbox *(Adding WikiProject tags using AfC-submit-wizard)* **(current)**
- 23:52, 13 November 2025 (diff | hist) . . **(+1,442)** . . Draft talk:Wine School of Philadelphia *(→Requested Article Rewrite for Policy Compliance: Reply)* *(Tag: Reply)*
- 23:51, 13 November 2025 (diff | hist) . . **(+1,305)** . . Draft talk:Wine School of Philadelphia *(→Requested Article Rewrite for Policy Compliance: new section)* *(Tag: New topic)*
- 23:49, 13 November 2025 (diff | hist) . . **(+5,794)** . . **N** User:Maeghankresge/sandbox *(←Created page with '{{User sandbox}} <!-- EDIT BELOW THIS LINE --> The Wine School of Philadelphia The Wine School of Philadelphia is a private wine-education institution in Philadelphia, Pennsylvania, founded in 2001 by winemaker and writer Keith Wallace. The school offers consumer and professional wine courses, including programs aligned with National Wine School certification. It has been covered in national and regional publications, including The Wall Street Journal, Blo...')*
- 23:43, 13 November 2025 (diff | hist) . . **(+555)** . . Draft:Wine School of Philadelphia *(Undid revision 1322020789 by Maeghankresge (talk))* *(Tag: Undo)*
- 23:39, 13 November 2025 (diff | hist) . . **(−555)** . . Draft:Wine School of Philadelphia *(Rewriting article to address multiple maintenance tags: removing AI-generated and promotional content, replacing unsourced claims, adding independent reliable sources (WSJ, Businessweek, Philadelphia Inquirer, Philadelphia Magazine, EcoWatch), and bringing article into compliance with WP:NPOV, WP:V, WP:RS, and WP:BLP. All content now fully attributed and policy-compliant.)* *(Tags: Reverted, COI template removed)*
- 19:45, 13 November 2025 (diff | hist) . . (−80) . . Keith Wallace (wine writer) *(Rewrote article to comply with WP:NPOV, WP:BLP, and WP:V using only independent, reliable secondary sources; removed outdated COI and paid-editing tags accordingly.)* *(Tag: COI template removed)*
- 19:43, 13 November 2025 (diff | hist) . . **(+615)** . . Talk:Keith Wallace (wine writer) *(→Addressing COI and Paid Editing tags: new section)* *(Tag: New topic)*
- 19:41, 13 November 2025 (diff | hist) . . **(−3,435)** . . Keith Wallace (wine writer) *(Rewrote article to comply with WP:NPOV and WP:BLP using only independent, reliable sources.)* *(Tag: possible formatting issues)*
- 17:46, 13 November 2025 (diff | hist) . . (−35) . . Draft:Wine School of Philadelphia *(Removing {{Notability}} tag: article now supported by multiple independent secondary sources (Courier-Post, Wine Industry Advisor, SOMM.us). Meets WP:GNG and WP:RS; Talk Page explanation provided.)*
- 17:44, 13 November 2025 (diff | hist) . . (−242) . . Draft:Wine School of Philadelphia *(Created article with independent sources, added history, programs, reception, and accolades sections; ensured compliance with WP:ORG, WP:RS, and WP:NPOV.)*
- 17:43, 13 November 2025 (diff | hist) . . **(+1,100)** . . **N** Draft talk:Wine School of Philadelphia *(→Notability of the Wine School of*

Philadelphia: new section) (Tag: New topic)

- 17:34, 13 November 2025 (diff | hist) . . **(+6,138)** . . **N** Draft:Wine School of Philadelphia *(←Created page with '{{Short description|Wine education institute in Philadelphia, Pennsylvania, United States}} '''The Wine School of Philadelphia''' is a private wine-education institute located in Philadelphia, Pennsylvania. Founded in 2001, the school offers consumer wine classes, professional certification programs, and online training for hospitality and beverage-industry professionals.<ref name="CourierPost">{{cite news |last=Staff |title=It's back to (wine)...')* (Tag: possible formatting issues)
- 17:19, 13 November 2025 (diff | hist) . . **(+697)** . . **m** Sommelier *(→Education and certification)*
- 19:14, 9 June 2023 (diff | hist) . . (−17) . . **m** Rum *(→Precursors and origins: Removed mention of distillation. Shidhu originated in India before the discovery of distillation.)*
- 18:10, 7 April 2022 (diff | hist) . . (+4) . . **m** Keith Wallace (wine writer)
- 00:29, 4 March 2019 (diff | hist) . . (+24) . . List of people with epilepsy *(→Miscellaneous: Tightened some language around neurological disorders versus illness.)* (Tags: Mobile edit, Mobile web edit)
- 23:16, 2 February 2019 (diff | hist) . . **(+763)** . . Keith Wallace (wine writer) *(Added IMDB information regarding TV appearances)*
- 02:10, 12 January 2019 (diff | hist) . . (+121) . . Keith Wallace (wine writer) *(Added Photographs)*
- 20:55, 10 January 2019 (diff | hist) . . (0) . . **m** Keith Wallace (wine writer)
- 03:44, 10 January 2019 (diff | hist) . . (−6) . . Keith Wallace (wine writer)
- 03:42, 10 January 2019 (diff | hist) . . (+458) . . Keith Wallace (wine writer) *(Added Section for Wine School of Philadelphia)*
- 03:35, 10 January 2019 (diff | hist) . . (+23) . . Keith Wallace (wine writer) *(→Epilepsy)*
- 03:34, 10 January 2019 (diff | hist) . . **(+801)** . . Keith Wallace (wine writer) *(Added another news source for handicap)*
- 03:22, 10 January 2019 (diff | hist) . . (+47) . . **m** Keith Wallace (wine writer) *(Added category)*
- 02:50, 10 January 2019 (diff | hist) . . **(+559)** . . List of people with epilepsy *(Added Keith Wallace)*
- 22:37, 2 January 2019 (diff | hist) . . (+248) . . Argaman (grape) *(Added high rated wine made with grape.)*
- 19:02, 31 December 2018 (diff | hist) . . (+2) . . Keith Wallace (wine writer) *(→Publications)*
- 19:02, 31 December 2018 (diff | hist) . . (+69) . . Keith Wallace (wine writer) *(→Publications)*
- 22:12, 22 December 2018 (diff | hist) . . (+67) . . Keith Wallace (wine writer) *(Added additional categories)*
- 22:08, 22 December 2018 (diff | hist) . . (+31) . . Keith Wallace (wine writer)
- 22:05, 22 December 2018 (diff | hist) . . (+47) . . Keith Wallace (wine writer) *(Added "See Also")*
- 21:59, 22 December 2018 (diff | hist) . . (−34) . . Keith Wallace (wine writer)
- 21:58, 22 December 2018 (diff | hist) . . (+287) . . Keith Wallace (wine writer) *(Added resource for best seller mention regarding cookbook)*
- 21:49, 22 December 2018 (diff | hist) . . (+250) . . Keith Wallace (wine writer) *(Added sources of cookbook reviews)*
- 19:43, 8 December 2018 (diff | hist) . . (+161) . . Tannin *(→Presence in soils)*
- 03:20, 3 December 2018 (diff | hist) . . (+180) . . User talk:Maeghankresge (Tags: Mobile edit, Mobile web edit)
- 19:35, 1 December 2018 (diff | hist) . . (+198) . . Wine & Spirit Education Trust *(Added SOMM award)*
- 19:21, 1 December 2018 (diff | hist) . . (+147) . . Alcohol laws of Pennsylvania *(added reference for PA wine laws.)*
- 19:19, 1 December 2018 (diff | hist) . . (+151) . . List of alcohol laws of the United States *(added reference for PA wine laws.)*
- 19:14, 1 December 2018 (diff | hist) . . (+291) . . Pennsylvania Liquor Control Board *(Updated PA wine laws to include 2016 legislation.)*
- 01:23, 1 December 2018 (diff | hist) . . (+134) . . **m** Phenolic content in wine *(added reference)*
- 22:55, 30 November 2018 (diff | hist) . . (+118) . . List of wine professionals *(Added Keith Wallace)*
- 22:52, 30 November 2018 (diff | hist) . . **(+755)** . . Wine Folly *(Added two notable events)*

(newest | oldest) View (newer 50 | older 50) (20 | 50 | 100 | 250 | 500)

Maeghankresge: Subpages · User rights · Edit statistics · Edit summary search · Articles created (redirects) · Global: contributions · log · accounts (meta)

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement

Mobile view