# Exhibit 44



| | |
|---|---|
| Document title: | phillywine philadelphia - Google Search |
| Capture URL: | https://www.google.com/search?q=phillywine+philadelphia&sca_esv=2b85a2c740a01bf3&biw=1272&bih=581&ei=pSeTabe-Loal5NoPo67u8AQ&ved=0ahUKEwj3pOS9mt6SAxWGElkFHSOXG04Q4dUDCBM&uact=5&oq=phillywine+philadelphia&gs_lp=Egxnd3Mtd2l6LXNlcnAiF3BoaWxseXdpbmUgcGhpbGFkZWxwaGlhMggQABgIGA0YHjIIEAAYCBgNGB4yCxAAGIAEGIYDGIoFMgsQABiABBiGAxiKBTILEAAYgAQYhgMYigUyCxAAGIAEGIYDGIoFMggQABiiBBiJBTIIEAAYogQYiQUyCBAAGIAEGKIEMggQABiABBiiBEiRKlC_BViaKHABeAKQAQCYAZgBoAGgDaoBBDAuMTO4AQPIAQD4AQGYAgGgAg-oAu4NwgIEEAAYR8ICCBAAGAUYDRgewgIFEAAY7wWYAwDiAwUSATEgQIgGAZAGAplHBDluMTOgB4lmsgcEMC4xM7gH5Q3CBwYwLjUuMTDIBzeACAA&sclient=gws-wiz-serp#lrd=0x89c6c7c0306a2765:0xdbd11ba5a4b9b4e9,1 |
| Page loaded at (UTC): | Thu, 19 Feb 2026 04:23:07 GMT |
| Capture timestamp (UTC): | Thu, 19 Feb 2026 04:38:26 GMT |
| Capture tool: | 10.77.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.265 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 4 |
| Capture ID: | 9FQrwaGXWtnT96Gk56hj3s |
| Display Name: | emily.ketterer |

PDF REFERENCE #:    i98atyAhgMNpGvKVAgWhX1



