IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILLYWINE LLC, a Pennsylvania Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>KSWCO LLC, a Delaware Limited Liability Company, SALKEDS LLC, a Delaware Limited Liability Company, THE NATIONAL WINE SCHOOL LLC, a Pennsylvania Limited Liability Company, ALANA ZERBE, an individual, and KEITH WALLACE, an individual, d/b/a Wine School of Philadelphia,<br><br>*Defendants.* | No. 2:26-cv-01268-JDW |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 15 U.S.C. § 1116 and Fed. R. Civ. P 65, Plaintiff PhillyWine LLC ("PhillyWine" or "Plaintiff"), through its attorneys, hereby moves for a preliminary injunction against Defendants KSWCO LLC, SALKEDS LLC, THE NATIONAL WINE SCHOOL LLC, ALANA ZERBE and KEITH WALLACE d/b/a Wine School of Philadelphia (together, "Defendants").

In support of this Motion, PhillyWine relies upon the Complaint, the accompanying Memorandum of Law and supporting Declarations and Exhibits, as well as any such further evidence and arguments as may be presented to the Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion and enter a preliminary injunction in the form of the proposed order filed herewith.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

Dated: February 27, 2026

*/s/ Brian T. Feeney*
Brian T. Feeney, Esq. (#78574)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
T: 215-988-7812
brian.feeney@gtlaw.com

Ian C. Ballon, Esq.
*Pro Hac Vice* Application to be Filed
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
ballon@gtlaw.com

Barry Horwitz, Esq.
*Pro Hac Vice* Application to be Filed
Marc Trachtenberg, Esq.
*Pro Hac Vice* Application to be Filed
Molly Carr, Esq.
*Pro Hac Vice* Application to be Filed
**GREENBERG TRAURIG, LLP**
360 North Green Street, Suite 1300
Chicago, IL 60607
barry.horwitz@gtlaw.com
trachtenbergm@gtlaw.com
carrm@gtlaw.com

*Attorneys for Plaintiff PhillyWine LLC*