# EXHIBIT 1

#125509143v1

## DECLARATION OF KEITH WALLACE

I, Keith Wallace, declare as follows:

1.     I am over the age of 18 and competent to make this Declaration.

2.     The facts stated below are within my personal knowledge and are true and correct to the best of my information, experience, and belief.

### Inception of the Wine School of Philadelphia

3.     I moved to Philadelphia in 2001. At that time, I had already built several careers, worked as a journalist, chef, and winemaker. I had also experienced a series of personal tragedies and losses that left me clinically depressed. That, along with a violent incident during my stint studying wine, convinced me I needed a change of residence.

4.     When I arrived in Philadelphia, I settled in the Mount Airy neighborhood. The environment there—green, residential, diverse, and community-oriented—gave me the space to rebuild my life. I began looking for something productive to do and eventually took temporary work with Chaddsford Winery. While there, I managed a satellite retail location while the regular manager was on maternity leave and taught a series of introductory wine classes.

5.     At the start, I was shy, withdrawn, and unhappy. Teaching unexpectedly changed that. I discovered that I had a talent for explaining wine in ways people found meaningful. Students from very different backgrounds—chemists, historians, academics, sommeliers, and casual wine drinkers—responded to the way I explained wine. My goal was always to translate complex concepts into language that people could actually understand. On one occasion, I even gave a lecture on wine and health to a group of unhoused individuals at the main branch of the Philadelphia library.

6.     The classes I taught at Chaddsford became increasingly popular and began to sell out. I proposed expanding the program, but instead my employment was terminated when the regular manager returned. I subsequently challenged that decision and ultimately prevailed in securing unemployment benefits.

7.     Following that experience, I decided to develop wine education programs independently. After leaving Chaddsford, I began developing the concept that would eventually become the Wine School of Philadelphia. The earliest version of the project was called WineLust, where I hosted a series of classes in a small coffee shop in Manayunk.

8.     The concept evolved quickly. Within the first year, I changed the name to the Wine School of Philadelphia, reflecting the larger vision I had for the organization that was quickly building a following. On September 7, 2002, I launched the domain vinology.com, which reflected the school's educational philosophy: the scientific and cultural study of wine.

9.     At the time, so-called "wine schools" in the United States were usually informal operations. Most were franchise-style programs that rented space in restaurants or back rooms and did not have dedicated classrooms or permanent locations. My vision from the beginning was

1

#125506822v2

different. I wanted to create a true educational institution with purpose-built classrooms and a structured curriculum that treated wine education as a serious academic subject.

10.     The core idea was simple: a properly designed wine school could be a legitimate brick-and-mortar educational business that attracted a wide audience, from enthusiasts to professionals.

11.     By 2003, demand for the classes had grown to the point that it was no longer practical to host them in temporary locations. I leased a storefront at 2006 Fairmount Avenue, which became the first permanent home of the Wine School of Philadelphia. This location allowed the school to begin operating as a dedicated educational institution rather than a series of traveling classes.

12.     As the school grew, I became increasingly aware that many wine education programs were heavily oriented toward standardized examinations and rigid teaching frameworks.

13.     One experience in particular highlighted this issue. A student who was enrolled in a WSET program asked me a question: *"What exactly is tannin?"* The question struck me because I realized that even experienced instructors often lacked a clear and intuitive way to explain the concept without resorting to overly technical chemistry or simplistic answers.

14.     That moment reinforced my belief that wine education needed a more intuitive and sensory-driven approach.

15.     Rather than focusing on memorization or PowerPoint lectures designed to prepare students for exams, I began developing a teaching method built around sensory recognition and analytical tasting. The philosophy was rooted in a more American style of education—creative, experiential, and exploratory rather than purely standardized.

16.     The central concept was that anyone, regardless of background, could learn to understand wine at a deep level through sensory training.

17.     The core course that embodied this philosophy was called Wine Basics, later renamed the Wine Foundation Program. In this course, students are trained to blind taste and identify the seven major wine varietals and to recognize important winemaking techniques and stylistic differences. By the end of the semester—which is still offered today—students can determine factors such as whether a wine was aged in oak or stainless steel, whether it had undergone malolactic fermentation, and other major production choices.

18.     The course was intentionally given a modest name, but it set a high bar. Anyone who could complete the program successfully demonstrated both curiosity and intellectual discipline—the qualities I believed defined serious wine students.

19.     Building on that foundation, I developed additional programs including Intermediate and Advanced courses, and eventually a certification track originally known as the Oenotropae Diploma.

2

20.     By the mid-2000s, the school had grown significantly. The Wine School of Philadelphia was regularly being featured in press—oftentimes alongside Neal Ewing Wine Services. **Exhibit "A".**

### Growth of the Wine School

21.     As the school gained more media attention, the Wine School of Philadelphia became known as "the Wine School," a term it is still referred to as today. Over time, consumers began colloquially referring to the Wine School as "the Philly Wine School." We embraced this distinction, in part, because it resonated with our wine enthusiast customer base (in other words, our "non-professional" students and casual learners).

22.     In the October 5-11, 2005 edition of Graffiti Magazine, reporter Jennifer Nugent referred to the Wine School as "Philly Wine School." **Exhibit "B".**

23.     During this period, we also produced a video series for the *Philadelphia Inquirer* called "Philly Uncorked." We expanded the educational concept further by launching the Philly Beer School, and we rented the adjacent rowhouse next to the Wine School to accommodate this growth. **Exhibit "C".**

24.     However, the economic crash of 2008 forced the school to scale back its operations. At that time we had three salaried employees, offered health insurance, and maintained a larger staff that included part-time instructors.

25.     The deteriorating economic outlook required significant cost reductions. Several staff members were laid off, including a respected wine writer and a musician who had served as my administrative assistant. These decisions were difficult and not universally popular, but they were necessary for the school to survive the economic downturn.

26.     Since approximately 2008, the Wine School has been operated and run primarily by myself and my wife Alana. Every now and then, we hire students on a part-time basis to assist with outside events, classes, or other wine-centric activities.

27.     In 2011, the Wine School relocated to a brownstone at 127 South 22nd Street, near Rittenhouse Square. The building was extensively renovated. With the help of a contractor, we redesigned the classrooms to create a controlled environment for wine education. Every detail was considered—from lighting color temperature to acoustics to table design and chalkboards—to create the ideal classroom setting for tasting and instruction.

28.     The school operated multiple classrooms and hosted classes and events six to seven days a week, often running simultaneous sessions.

29.     In 2010, I launched a broader certification initiative called the National Wine School. The goal was to develop a national credentialing framework for independent wine education built on the teaching methods developed at the Wine School of Philadelphia.

30.     The National Wine School operates under its own credentialing standards for professional wine education and requires established standards for wine education programs in the

3

United States using programming originally developed at the Wine School of Philadelphia. The programs offered through this system provide vocational training in the wine trade and related professional fields and do not grant academic degrees or academic credit. The National Wine School is organized under the laws of the State of Vermont. Under Vermont law, post-secondary schools that are non-degree-granting, non-credit-granting and provide training in specific trades or vocations are exempt from state approval requirements. The programs operated by the National Wine School fall within this statutory exemption.

31.    In 2015, the Wine School moved again, this time to 109 South 22nd Street, where we renovated the building in a similar fashion as the previous location. The same design principles were used: careful lighting control, acoustic management, reclaimed wood tables, and hand-built chalkboards designed specifically for sensory education.

32.    Throughout the Wine School's development, the guiding philosophy remained the same: wine education should be both serious and enjoyable, rigorous but accessible. Over time, the Wine School built a large community of students, professionals, and enthusiasts who shared that philosophy.

33.    As my success with the Wine School grew, so did the animosity I faced from others operating in the local wine establishment, especially those associated with WSET programs.

34.    Since the Wine School's educational approach varies markedly from WSET's, many "non-professional" students opt to first attend Wine School classes and courses since they perceive our programming as more pragmatic and approachable, especially if they're new to the wine industry. Once students develop an analytical understanding with which to approach wine education, some realize a broader passion and decide to also attend WSET classes—that's exactly what happened with Noelle Allen (co-owner of Plaintiff).

35.    This current dispute, therefore, must be understood in the context of long-standing hostility toward the Wine School of Philadelphia from individuals associated with competing wine education programs and the historic "wine establishment" operating in Philadelphia.

36.    For example, many of the "industry veterans" that submitted declarations in support of plaintiff are members of a group called the Dead Wine Guys Society. Dead Wine Guys Society is effectively the old boys' club for wine. **Exhibit "D".**

37.    Given the marked differences between wine programs across the country and the growth of independent schools like mine, in 2015 I also created the site SOMM.us as a source of information for prospective students seeking more information about wine school options. For that site, we developed a framework from which to evaluate wine schools across the country so students could objectively assess whether a certain program met their goals.

38.    The reviews on SOMM.us are derived from real peoples' experiences through surveys and anecdotal feedback. Somm obtains this information from two sources: first by sending mass emails to sommeliers soliciting feedback from the wine schools they've attended or have experience with. Second, through large scale polls to these sommeliers as well.  SOMM.us was redesigned in 2023 and lost a lot of data.

#125506822v2

**Coexistence with Neal Ewing**

39.    Prior to the current ownership of plaintiff's company, and early on in the Wine School's history, Neal Ewing publicly disparaged the Wine School of Philadelphia and me. At the time, Mr. Ewing did not realize I was included on those communications, but I nevertheless received direct messages from him badmouthing my program. Mr. Ewing submitted an affidavit in support of the plaintiff in this litigation.

40.    Those emails were sent years ago, and I did not think it necessary or prudent at the time to retain a formal archive of those communications. But the views expressed in those earlier exchanges mirror the sworn statements acknowledging the long-standing negative views towards me, the Wine School of Philadelphia, and our particular teaching style.

41.    Mr. Ewing's program started as a casual wine meetup held at Jack's Firehouse in the Fairmount neighborhood of Philadelphia. As long as I have operated the Wine School, and to the best of my knowledge, I have never known Mr. Ewing to refer to his program as a "school."

42.    In fact, while the Wine School has always strived to provide rigorous educational standards—including operating out of a dedicated classroom space specifically designed for sensory learning—Mr. Ewing's classes were taught at various temporary spaces, including operating out of a conference room at the Sonesta Hotel on 17th Street and Market Street in Philadelphia.

43.    From my understanding, Mr. Ewing operated no permanent physical location for his classes, and the address for Neal Ewing Wine Services on phillywine.com merely listed a post office box in Havertown. **Exhibit "E".**

44.    In all the years that I've known Mr. Ewing to operate Neal Ewing Wine Services, I have only known him to go by that name and PhillyWine.com. Over time, however, students and those in the wine community began referring to his program as simply "PhillyWine," a name that Ms. Allen and Dr. Kirkland adopted and used to form PhillyWine LLC in 2022, the plaintiff in this case. **Exhibit "F".**

45.    Even WSET referred to Mr. Ewing's program as "Neal Ewing Wine Services." That is evidenced by WSET's annual yearbooks from as recently as 2022 and 2023. Only in 2024 do these yearbooks refer to the new "PhillyWine." **Exhibit "G".**

46.    To the best my knowledge, Mr. Ewing never referred to his program as "Philly Wine School." In fact, the closest Mr. Ewing got to referring to his wine program as anything remotely educational was when he taught classes at the Walnut Hill College in Philadelphia, where he called his program the "Wine Academy." This is reflected in website archives. **Exhibit "H".**

47.    From at least 2002 through 2008, PhillyWine.com identified itself as "the webpage for Neal Ewing Wine Services." *See id.* An entity search with the Pennsylvania Department of State yields zero results for Neal Ewing Wine Services, thus I can only assume he operated it as a sole proprietorship.

5

48.    From 2008 until 2022, PhillyWine.com prominently noted on its homepage that it had been providing services "as Neal Ewing Wine Services" since 1988. *See* Ex. "F". Even after Ms. Allen and Dr. Kirkland assumed control of the PhillyWine.com domain in 2022, the website still continued to identify itself as "formerly Neal Ewing Wine Services" until the end of 2024, when PhillyWine LLC made the decision to start referring to itself as "PhillyWine School." **Exhibit "I".**

49.    Even still, and to the best of my knowledge, the new PhillyWine only referred to itself as "PhillyWine School" sporadically and in specific places, never changing its "PhillyWine" logo or the homepage of its website. *See* **Exhibit "J".** PhillyWine changed its Google Profile (to cause confusion on Google searches) and on Noelle Allen's bio page (so she could claim to be the owner of PhillyWine School when in public). *See* **Exhibit "K".**

50.    Even to this day, Mr. Ewing's LinkedIn profile states he's the founder of PhillyWine.com. **Exhibit "L".**

51.    This background is relevant because several "industry veterans" who have submitted declarations supporting plaintiff's lawsuit have preexisting and openly expressed hostility against me, my wife, and the Wine School. Further, many of these "veterans" are friends with Neal Ewing and Matt Kirkland and do not represent declarations of third-party consumers of wine education. Some are associated with Dead Guys Wine Society run by Mr. Ziskind (an industry declarant), including two journalists at the Philadelphia Inquirer:  Marnie Old (another declarant) and Michael Klein. *See* Ex. D.

52.    The themes reflected in those statements—including challenges to the legitimacy of our independent U.S.-based wine education programs, our longstanding use of the name "Philly Wine School", and claims that Mr. Ewing operated under various names—mirror the allegations raised in the present lawsuit.

53.    More broadly, this dispute reflects ongoing tensions within the wine education industry as a whole regarding the emergence of independent American programs operating outside the framework of the Wine & Spirit Education Trust (WSET), a U.K.-based certification system that has historically dominated segments of the U.S. market—brought to the U.S. by Neal Ewing's sister. The Wine School of Philadelphia represents one of the few longstanding U.S. programs developed independently of that system.

54.    Despite this tension, over the years, I have consistently referred students to Neal's WSET program with the understanding that different people learn in different ways. Some students are attracted to the Wine School specifically for our immersive and sensory-focused classes and courses. Others are not, and prefer Neal's approach.

### Relations with the "Industry Veterans" Referenced in Plaintiff's Injunction

55.    The circumstances surrounding this lawsuit and plaintiff's request for an injunction raise legitimate questions about whether the present litigation reflects a good-faith trademark dispute or whether it is part of a broader effort by individuals aligned with established certification systems to marginalize competing American wine education programs.

6

56.     For example, the individuals referenced in plaintiff's injunction as "industry veterans" have had either professional or limited personal interactions with me over the years and cannot present an independent perspective.

57.     I worked for Eric Miller at Chaddsford Winery, discussed above, where I managed a retail location and taught a series of wine classes while his regular manager was on maternity leave. After the manager returned, my employment ended and I subsequently pursued an unemployment claim, which was successful. Later, Mr. Miller taught a class at the Wine School of Philadelphia. *See* **Exhibit "M".**

58.     Marnie Old previously wrote an article about the Wine School in *Philadelphia Magazine,* recommending it as a good place to take wine classes, while also stating that WSET programs were stronger. I contacted the editor because to the best of my knowledge, Ms. Old had never attended any of our classes prior to writing the article, and I invited her to attend free of charge. She never took me up on that offer.

59.     Mark Cochard contacted me via email on at least one occasion expressing interest in teaching classes. I consider my teaching style—and by extension the teaching style offered through the Wine School—proprietary and markedly different than WSET's more rigid teaching style. Mr. Cochard has long been associated with WSET programs, and I did not feel like his, albeit qualified, experience would add value for our students.

60.     Neal Ewing has operated wine education programs in the Philadelphia area for many years and has exclusively worked with WSET. On several occasions I was informed that he made disparaging remarks about me and the Wine School to students during his classes.

61.     I have never met Matt Kirkland.

62.     Noelle Allen is a former student and employee of the Wine School of Philadelphia. For many years she spoke highly of the Wine School and frequently distinguished between our program and WSET's programs, referring to our organization as "the Wine School" and WSET separately.

63.     Mark (Scot) Ziskind and I have had disagreements related to wine storage businesses in Philadelphia. At one point, I asked a mutual acquaintance about the legality of building a commercial wine storage facility in the city because a student was interested in learning about the legal requirements. After hearing about this, Mr. Ziskind contacted me and expressed strong objections, since Mr. Ziskind himself recently opened a wine storage business and builds wine cellars for private high-end clientele. Since then, he has periodically contacted me regarding that matter. I have never had any interest in operating a wine storage business.

64.     Separately, Mr. Ziskind is currently spreading false and defamatory information about me and the Wine School publicly on Facebook and on our website. Mr. Ziskind's statements seem influenced to cast doubt on the legitimacy of the Wine School's educational framework— again, similar to allegations made in this lawsuit. In other statements, Mr. Ziskind went so far as to refer to plaintiff's complaint here as a "federal indictment" and accuses the Wine School of

7

committing "federal crimes." These statements have harmed our reputation and caused undue emotional distress.

65.     Bob Trimble is the administrator for the Philadelphia Wine Community Facebook page where Mr. Ziskind has been posting his inflammatory and defamatory remarks. It is interesting that Mr. Trimble's declaration in support of plaintiff refers to him as simply "the Wine Guy," because historically and based on Mr. Trimble's own marketing, branding, and website, he operated as "Philly Wine Guy" for many years, as recently as 2024. Mr. Trimble operated a competing WSET program located at Panorama Wine Bar in Old City and still teaches WSET classes around the City. **Exhibit "N".**

### Filing for the Philly Wine School Trademark

66.     In 2024, I recognized that, over the years, the Wine School had adopted and consistently used several different names in commerce to reflect our various educational programs. First, our original name "Wine School of Philadelphia" and, for short, simply "the Wine School," which are used to refer to the wine certification courses. Then, second, the "Philly Wine School," a less-serious name that was used more colloquially among participants attending casual wine tasting classes unassociated with professional wine certifications.

67.     The Wine School began using "Philly Wine School" specifically to refer to its causal consumer-focused classes from about August 2016 to present. Consistent with that use, Philly Wine School received further media attention in April 2017 after a local reporter attended a whiskey class. **Exhibit "O".**

68.     I have used the Instagram handle @phillywine since approximately 2016 to discuss and promote our consumer-focused wine classes and sommelier courses.

69.     In 2024, I began the process of registering our trade name Philly Wine School with the US Patent and Trademark Office. Our initial application was filed on November 23, 2024. On July 28, 2025, I received an Office Action from the Trademark Office stating that our application was being denied as being geographically descriptive. On September 7, 2025, I submitted a response to the Office Action with evidence to support my substantially exclusive and continual use of the mark "Philly Wine School."

70.     I believed the statements I provided to the USPTO were truthful at the time that I made them, and while Plaintiffs attempt to characterize my submission as fraudulent, they omit key information, cherry-pick examples from a lengthy submission, and attempt to characterize an honest mistake as an intentional misrepresentation.

71.     Specifically, Plaintiff highlights the following as alleged misstatements: (1) that the Philly Wine School Mark was first used in commerce as of August 15, 2016; (2) that I had been using the Philly Wine School mark substantially exclusively and continuously for at least the past five years; (3) that I had "nearly two decades of continuous use"; and (4) that to the best of my knowledge no other person had the right to use the PHILLY WINE SCHOOL mark in "identical form or in such near resemblance as to be likely, when used on or in connection with the services of such other persons, to cause confusion or mistake."

8

#125506822v2

72.     I will respond to each of these allegations in the order raised:

a.  As demonstrated elsewhere in this declaration, I used Philly Wine School in commerce as far back as 2005, as evidenced by the Graffiti Magazine article (*see* Ex. B). I would consider that use to be "nearly two decades" ago.

b.  My use has been substantially exclusive and continuous because no other entity called themselves "Philly Wine School" and the record demonstrates continuous use. There was never a moment where I credibly believed that Plaintiff's use of PhillyWine impacted my use of Philly Wine School. If anything, I believed that merely holding the phillywine.com domain name differs entirely from our specific Philly Wine School mark. *See e.g.*, **Exhibit "P"** (excerpt from Instagram where Ms. Allen presents a 2024 event with a sign reading "PhillyWine").

c.  For the reasons stated, I believed that I was the only one who had the exclusive right to use Philly Wine School. Notably, while Mr. Ewing had the website phillywine.com, a great number of entities and third parties also use "Philly" and "Wine" in conjunction with wine-related goods and services in Philadelphia:

-  **PhillyWineFest** is a registered trademark (No. 6897423) for Craft Hospitality LLC, organizers of a local festival held regularly at the Philadelphia Zoo;

-  **Philly Wine and Beer** is a local bottle shop at 4173 Germantown Ave., Philadelphia, PA;

-  **Philly Wine Week LLC** (**a/k/a Philly Wine Cru**) offers wine-related events and educational programming;

-  **Philly Wine Week** is an event organized through Visit Philadelphia to celebrate and promote the City's diverse wine culture.

-  **"Philly Wine Guy"** and **www.phillywineguy.com** are the tradename and website of Bob Trimble who also teaches WSET classes around the City. Mr. Trimble is a declarant for Plaintiff in this lawsuit, but claims to operate by a different name. *See* Ex. N.

-  **@ThePhillyWineGuy** is the Instagram handle of a separate third party unrelated to Mr. Trimble. *See* https://www.instagram.com/ThePhillyWineGuy;

-  **@Philly_WineGuys** is the Instagram handle of two more third parties who describe themselves as "[t]wo Philly guys selling Italian Wines." *See* https://www.instagram.com/Philly_WineGuys;

-  **@PhillyWineEvents** is the Instagram handle of a third party, who identifies itself as a local business and "Master of Craft Cocktails and Wine Events." *See* https://www.instagram.com/PhillyWineEvents;

9

- **@PhillyWineClub** is the Instagram handle of yet another third party, who identifies itself as an "informal wine education group learning about wine by drinking it together." *See* https://www.instagram.com/PhillyWineClub.

- In the article titled *The Wines of the Summer, According to Philly Wine Pros*, Philadelphia Magazine uses the phrase "Philly Wine" to refer to wine professionals in Philadelphia. *See* https://www.phillymag.com/2020/08/24/refreshing-summer-wines/.

All of these entities took the generic descriptors "Philly" and "Wine" and combined them with a more specific identifier of their own. Even still, my use of "Philly Wine School" in conjunction with Plaintiff's use of "PhillyWine" did not cause confusion.

73.    I believed then and continue to believe that Philly Wine School is separate and distinct from these above-described entities. It is only in the combination of Philly + Wine + School that protection is afforded.

74.    Additionally, plaintiff alleged that certain documents I included in my submission to the USPTO contained "material and intentional misrepresentations." In a vacuum, plaintiff mischaracterizes these documents used to support our Office Action response. I attached the supporting documents based on my knowledge and experience, and believed that our response accurately reflected the use of our name.

75.    One of those supporting document was the Instructor Directory for American Wine Society where Susan Lynham is an instructor. In her biography on that site, Ms. Lynham stated that she "teaches at the Philly Wine School in Philadelphia." Ms. Lynham is a former Wine School of Philadelphia student and a 2015 graduate of our Advanced Program. While Ms. Lynham has never officially taught at the Wine School, we often encounter situations where students embellish their experience. In this instance, it was my genuine understanding that Ms. Lynham was talking about my Philly Wine School (as stated) and not plaintiff's "PhillyWine School." Interestingly, since her initial use of "Philly Wine School," she has updated her biography to reflect plaintiff's claimed institution "PhillyWine School." This is just another example of the confusion that plaintiffs have created amongst their own affiliations.

76.    Another supporting document being challenged was a Reddit post inquiring into "WSET II or III" in conjunction with the Philly Wine School. Historically, Neal Ewing did not advertise or promote his programming, often relying solely on public relations, media attention where he went by his trade name Neal Ewing Wine Services, or direct referrals from WSET. As best as I can recall, Mr. Ewing never operated an Instagram or had any social media presence. Therefore, students inquiring into WSET courses online would often reach out to us seeking information after they Googled "Philly wine schools" and our name displayed prominently in search results. That is precisely why we have a page on our website describing the differences between National Wine School programming and WSET. At the time of that post, no one referred to Mr. Ewing's program as "Philly Wine School," thus I believed the post was about the Wine School of Philadelphia, even though the post mentioned WSET.

10

77.     When I first saw the Reddit post, my initial reaction was based on my experience with students contacting us thinking that we offered WSET. In fact, I believe our website is very clear that we do not offer WSET programming, and we go to great lengths to be a source for students seeking information into the often-opaque world of wine education.

78.     Finally, plaintiff claims that I misrepresented that certain articles submitted in support of our Office Action response were drafted by me. While I started the website SOMM.us and am an administrator, I do not draft the content for that website.

79.     SOMM.us is intended to be another source for students to learn about varying types of wine education available around the country. SOMM.us features articles and blogs by wine writers and wine school reviews. For articles and blog posts, writers conduct their own research and draft the articles for posting.

80.     For wine school reviews, SOMM.us collects information from a variety of sources. First, a mass email is sent to 600-800 sommeliers across the country. This poll asks for their experience with wine schools they've attended and have experience with. These sommeliers also have the option to draft reviews for a specific school if they wish. Second, SOMM.us sends out a poll asking these sommeliers to rank known wine education programs. This data is collected and analyzed by third parties (not me) and used to prepare the reviews on SOMM.us.

81.     I have drafted reviews of wine schools on SOMM.us, but only for programs that I have personal experience with and view to be exceptional. I did not draft the review for PhillyWine LLC.

82.     The review for my trade name "Philly Wine School" was also prepared and drafted by a third-party writer, which I believed to be independent and based on other publicly available information.

### Enforcement of the Mark and the Events Giving Rise to this Litigation

83.     In 2020, after the pandemic, I learned that Neal Ewing was planning to retire and stop teaching his WSET programming entirely. I did not know who was operating Neal's program until late 2024, when it started using "PhillyWine School."

84.     At that point, I learned that Noelle Allen and Dr. Matt Kirkland had taken over Neal's programming and started a new limited liability company in Pennsylvania called PhillyWine LLC.

85.     It took a while for the new PhillyWine to get off the ground. For example, while its website claimed to offer online classes, those classes were unavailable for purchase. It also did not have a permanent location, operating out of a temporary space (like Neal Ewing) at the Sofitel Hotel on 17th Street and Sansom Street. *See* Ex. I.

86.     At some point, it moved its classes to the Fitler Club on 24th Street, three blocks away from my Wine School, and began an aggressive campaign to rebrand itself as "PhillyWine School." This included changing its Google Business Profile to "PhillyWine School." *See* Ex. J.

11

87.     For example, in January 2025, PhillyWine changed its Instagram handle from @_phillywine_ to @phillywineschool. I believe this was intentionally done to trade on the goodwill generated by the Wine School of Philadelphia through our tradename Philly Wine School, since PhillyWine was no longer capable of operating under Neal Ewing's goodwill. *See* **Exhibit "Q"** (bottom of website displays Instagram @phillywineschool).

88.     Indeed, over the proceeding months, the new PhillyWine took a course of action that caused further confusion between our name and the "PhillyWine School" name they were trying to push into the marketplace.

89.     For example, web archives show that in 2023, PhillyWine's website contained no reference to "PhillyWine School". It was only in late 2024 that Ms. Allen updated her online bio to refer to herself as "co-owner of PhillyWine School." She further used that statement as a representation to third parties that she owned the "Philly Wine School." *See*, *e.g.*, Ex. K.

90.     After we received trademark protection for Philly Wine School, I sought to remove the new PhillyWine's misleading Google Profile (where they called themselves "PhillyWine School"). Since then, they've changed their Google profile back to simply "PhillyWine". *Compare* Ex. J *with* **Exhibit "R".**

91.     I additionally contacted Square Space, the new phillywine.com's website host, to have it remove the references to "PhillyWine School" from Noelle's bio. Square Space responded that as a neutral platform, it had no control over the content its users post to the internet, and the parties would have to resolve its dispute amongst themselves. Since then, I have taken no further action with respect to Square Space, and Ms. Allen's bio still states she is a co-owner of "PhillyWine School." *See* **Exhibit "S".**

92.     I also filed a complaint with Instagram to remove Philly Wine's infringing account @phillywineschool. Instagram did remove the account, and since then PhillyWine created a new handle called @mywineschool. The account did post (and pin) a statement that "We are not affiliated with or associated in any way with The Wine School of Philadelphia, its owner, or any social media accounts using a name similar to ours." This statement is misleading since it creates the negative inference that I and the Wine School are the parties operating inappropriately. *See* **Exhibit "T".**

93.     Prior to filing its lawsuit, I twice offered to restore PhillyWine's Instagram account if they agreed to change their handle away from @phillywineschool. They refused. In hindsight, it seems PhillyWine LLC wanted to create the narrative that my actions have harmed them to fabricate litigation leverage that they have been "irreparably harmed." It seems in bad faith that they have now created a new Instagram account with a new handle despite my previous offers to reactivate their old account.

94.     PhillyWine LLC deliberately took a course of action to confuse consumers. PhillyWine changed its name in public to include the term "School," something it didn't do in 2022 when it started and something Neal Ewing, to the best of my knowledge, never did. PhillyWine changed its Instagram to @phillywineschool. Then relocated from the Sofitel hotel to

12

another temporary location less than a quarter mile from the location that we've operated in since 2015 (and owned since 2020).

95.    PhillyWine has created enough confusion amongst consumers that our Core Sommelier program was cancelled for Winter 2026—the first cancellation of any course since the Wine School's founding (except during Covid, when we shifted to online).

13

14

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _____3/16/2026_____

By: _____

Name: Keith Wallace

#125506822v2

# EXHIBIT A

#125455447v1

**RECIPES INSIDE**

Coeur à la Crème ........................... 4
Favorite Things Salad ..................... 3
No-Work Smoked Pork Shoulder ...... 3
Sizzling Rice Soup .......................... 4
Stir-Fried Shrimp With Snow Peas ... 4
White Chocolate-Hazelnut Brownies  2

# Food

THURSDAY, SEPTEMBER 23, 2004    Montgomery County    C    The Philadelphia Inquirer    WWW.PHILLY.CO

SECTIO
F

# Smart move: Expanding your wine knowledge



**Deborah Scoblionkov**
*On Wine*

Does wine make you smarter, or do intelligent people simply drink more wine than their less-gifted counterparts?

And speaking of smart, where can you learn more about wines in a relaxed, convivial atmosphere?

Doing so could be an intelligent move. A study published last month in the American Journal of Epidemiology found that Britons who drank wine regularly had sharper cognitive skills than those who abstained.

The research, conducted at University College London, tested 6,000 British civil servants and then compared their scores with their drinking habits.

The link between alcohol consumption and higher scores on verbal, mathematical, and short-term memory tests was significant. The researchers suggested that moderate drinking may increase blood flow to the brain. Frequent drinking may be more beneficial than drink-ing only on special occasions.

Wine tastings are the equivalent of an intellectual workout where oenophiles can strengthen their knowledge by raising a few glasses. So where are the best places around Philadelphia to pump glass?

Hanging out at Ristorante Panorama in the Penn's View Inn (at Front and Market Streets), which sells more than 120 wines by the glass, is like spending time in a vast wine library without a librarian shushing you.

Pennsylvania's 15 Premium Collection wine shops, including those in Society Hill, at 19th and Chestnut Streets, and in Chestnut Hill, Blue Bell, Collegeville, Maple Glen, Narberth, New Hope and Wayne, have begun hosting periodic wine tastings.

And in New Jersey, wine shops may now pour samples of as many as three wines in a 24-hour period so customers can taste before they buy.

Corkscrewed, in Cherry Hill, offers Saturday tastings at its store in the Village Walk shopping center, 1990 Marlton Pike (Route 70). Co-owner John McNulty's Web site (www.eatwelldrinkbetter.com) lists wine and food events at his shop and elsewhere.

Field trips to bucolic local wineries are the extra-credit courses in a wine-lover's education. Pennsylvania boasts 70 wineries (for a list, visit www.pennsylvaniawine.com), and New Jersey (www.newjerseywines.com) is home to more than 25.

Increasingly, savvy wine fans are turning to the Internet to learn where the cognoscenti congregate. The one-of-a-kind Web site www.localwineevents.com offers comprehensive listings of wine tastings and classes throughout the world, with events from South Africa to Singapore.

Click on "Philadelphia," and a slew of winemaker dinners, tastings and classes pop up — including a nature hike and wine luncheon scheduled for Oct. 2 at the Valley Green Inn in the Wissahickon and the Pennsylvania Academy of the Fine Arts' sixth annual wine auction on Nov. 7.

On a more academic note, many area colleges and universities offer adult education courses in wine appreciation. And a few Philadelphia organizations sponsor more formal wine classes with glasses.

In addition to its lively walk-around tastings and wine-maker seminars at restaurants around the city, longtime local wine impresario Neal Ewing's

Phillywine.com is the "approved programme provider" for England's Wine & Spirit Education Trust, which is affiliated with the Institute of Masters of Wine. Sign up for Ewing's newsletter at www.phillywine.com to stay informed.

A relative newcomer on the local scene is the Wine School of Philadelphia, which just moved from Manayunk to a permanent home at 2006 Fairmount Ave.

Founder Keith Wallace found his calling by teaching classes at Chaddsford Winery in Chester County. Tastings cost $28.99 a class, or more for accredited consumer courses. The Wine School of Philadelphia also offers a free newsletter service at its Web site, www.winedegree.com.

The Philadelphia chapter of Wine Brats, a nationwide group that sponsors events where people in their 20s and 30s can learn about wine, is restructur-ing. But public relations executive Peter Breslow, who ran the local chapter until last year, is starting up another organization to host wine and food events on the first Wednesday of every month at Lacroix in the Rittenhouse Hotel, 210 W. Rittenhouse Square.

The first event, a sampling of French wines served with tasting portions of food, will be Oct. 6 from 4:30 to 6 p.m. Admission is $20. (For reservations, call 215-731-2000, Ext. 200.)

The group's graphic name is Binge.

"I wanted to give the group a name that meant serious, aggressive consumption," Breslow said, "but we're still going to be responsible and get home safely."

Otherwise, it would be just plain stupid.

*Contact wine columnist Deborah Scoblionkov at scoblionkov@hotmail.com.*

# EXHIBIT B

#125455447v1

Page 42 — October 5-11, 2005 — Graffiti

# Wine school offers training

Imagine the opportunity to sit in a classroom and learn the difference between red wine and white wine or the names of all the different types of wine grapes that are grown across the country. Imagine a teacher leading you and your wine-loving peers through a discussion on the red wines of Spain or tracing, and tasting, your way through the history of wine. The Wine School of Philadelphia offers courses such as these, and so much more for wine lovers of every level.

The Wine School was founded in 2001 by Keith Wallace in an attempt to end the myths that are floating around about wine. Wallace, who had worked as a consultant for several wineries, says he was really tired of the lack of knowledge that existed about wine and he wanted to put an end to it. In establishing the school and spreading education, he and the other wine professionals that teach at the school emphasize the idea that "wine is an accessible, affordable and enjoyable pursuit open to all".

The Wine School is a success with more than 400 students enrolled in certification programs and more than 3,000 who attend individual classes. While many wine-related professionals, such as wine importers, distributors and store owners, use the class-

**Philly Wine School**

**The Wine School of Philadelphia**

2006 Fairmont Ave.
Philadelphia, Pa.
19130
215-965-1514

www.winelust.com



es offered by The Wine School to learn more about their field of work, wine-lovers of all levels are welcome to enroll in a class or certification program. People travel from northern states like New Jersey, New York and Delaware — and even from as far west as California — to attend classes and Wallace estimates that the average age of the students is between 35 and 40.

The Wine School offers three levels of learning programs to students. The Beginners Level was originally geared to the wine consumer and claims to "transform our beginning students into superior wine tasters, often much better than wine professionals" in less than two months. The Intermediate Level programs, including the Advanced Wine Program and the Elements of Wine Program, are for the wine enthusiast that already has a good understanding of the substance. The Advanced Level is a Masters Program that is offered by invitation only.

The Wine Basics Program at the Beginners' Level is quickly becoming an industry standard in wine education. Completion of this program gives students full membership at the school, as well as benefits such as class discounts and free admission to certain wine events. This Beginner Program focuses on the basics of wine through

an introductory class, a tasting class, white wines around the world, and the art of winemaking. The final class in the series, The Blind Class, will make students use what they have learned by requiring them to identify wines by taste.

The Advanced Wine Certificate Program, whose pre-requisite is completion of the Wine Basics Program, is a twelve session program equivalent to a college-level course taught to culinary and hospitality professionals. Completion of this program, to be taught by Wallace, will leave students familiar with tasting procedures, history, rituals, industry fundamentals, storage, inventory procedures and the relationship between food and wine.

Wallace says that the most important class that a wine-lover can take is the Wine 101 class, which he also teaches. "Even though it's the most elementary class, it really dismisses a lot of the wine myths." Wallace also recommends the seven-week wine basics program, saying that it is the most satisfying of the programs the school offers.

As the school continues to grow, so does the list of course offerings that are available. This fall, The Wine School is offering a wide variety of classes, including The Wines of Autumn, The Wine Buyers Guide, Best Wine

Buys for Thanksgiving, Food and Wine Pairing, The Holiday Wine Guide, and The Annual Champagne and Dessert Class, as well as basic favorites like Wine 101: The Pleasure Class and Wine 101: Introduction to Wine. Wallace plans to add a series on winemaking in 2006 that will allow students to travel to different vineyards and wineries and see firsthand the process of making wine.

Wine tastings are also offered by the school on occasion in order to give students the chance to put their new skills to work outside of the classroom. These events range from one to two hours and provide all the necessities of a tasting (wine, glasses, tasting sheets and a certified instructor). The two-hour events are considered the school's "flagship private wine events" whose theme can replicate any class offered at the school, including Old World vs. New World, The Wines of Australia and Wine 101.

Wine events are also held at Jack's Firehouse, located several blocks from the school, and food and wine pairings are held at Loews Hotel and the Marigold Kitchen. Team building wine events include activities such as the Food and Wine Pairing Game and the Winemaker Challenge. The Wine School is also offering the opportunity for students to spend a week at the Wine School Campus in Southern France in April. The trip will provide the opportunity to tour wineries as well as visit with winemakers on campus. There is no daily schedule for the trip; this allows students to individualize the experience and make of the trip what they want it to be.

Enrollment opportunities are offered via telephone and the school's Web site. The Wine School also offers gift certificates, making shopping for wine-lovers that much easier. The Wine School offers specials on classes in the form of The Wine Passport and The Ultimate Wine Experience. The passport, offered for the fall and winter of 2006, allows wine-lovers to receive a discount for signing up for ten classes.

— By JENNIFER NUGENT

**West Virginia Brewing Company**

Brew Pub & Restaurant

296-BREW

Walnut St • Morgantown, WV

# EXHIBIT C

#125455447v1

The Wayback Machine - https://web.archive.org/web/20130724093544/http://www.vinology.com:80/beer.php



## The Belgian Beer Experience

### Thursday, August 22nd from 7 to 9pm

In Stock: 2

The beers of Belgium are some of the most diverse and popular in the world. Tonight, we'll taste through the famous, and not-so-famous, beer styles of Belgium, including Strong Golden Ales, Wild Fermented Lambics, Monk brews, and more.  An essential class for any beer lover.



## Best Adult Education
### Philly Beer School

### Beer Classes

Case 2:26-cv-01268-JDW     Document 25-1     Filed 09/16/26     Page 22 of 138

Choose:

⚪ Premium (+$11.99)

🔘 Discount **Click for Details**

**List Price:** ~~$75.97~~

**Price:** $56.98

1

Add to cart



----------------------------------------

# Beer and Brewing 101

### Friday, September 12th from 7:30 to 9:30 pm

In Stock: 20

The beer class for everyone. This is our introduction to how beer is made, major beer styles, and brewing history. Eight different brews will be sampled.

Our most popular class, Beer 101 has been featured on the CBS News show "What's Brewing". This is a great class for beer enthusiasts and budding home brewers alike.

Choose:

⚪ Premium (+$11.99)

🔘 Discount **Click for Details**

**List Price:** ~~$54.99~~

All our Beer Classes!

## Beer Education Courses

The Beer & Brewing Foundation Program

## Private Events

Hire the Philly Beer School

## The Wine School

Our Sister School

## *Signup for our free newsletter!*

add your email here



Case 2:26-cv-01268-JDW     Document 25-1     Filed 09/16/26     Page 23 of 138

**Price:** $39.97

1

Add to cart



-----------------------------------------

# The Beer & Brewing Foundation Certificate

### Saturdays, September 21 to November 9th from 3:30-5:30pm

In Stock: 10

Everything needed to brew beer. Presented in a light-hearted but pragmatic style, this authoritative program introduces brewing in a easy to follow format. A full semester program, the weekly classes are based in both lectures and lab work (aka brewing beer).

**"Best Adult Education"**
**Philadelphia Magazine**

Class topics include the following:

- Beer Styles
- Ingredients and Equipment
- Brewing Laboratory (Three Sections)
- Dry Hopping Laboratory
- Bottling and Kegging Laboratory
- The Keg Tap

**List Price:** ~~$830.00~~

**Price:** $549.99

1

Add to cart

## American Craft Brews: East Coast vs. West Coast

**Saturday, October 5th from 4:30 to 6:30 pm**

In Stock: 20

Choose:

◯ Premium (+$11.99)

◉ Discount **Click for Details**

**List Price:** ~~$75.97~~

**Price:** $56.98

1

Add to cart



-----------------------------------------

## The Belgian Beer Experience

**Saturday, October 26th from 4:30 to 6:30 pm**

In Stock: 18

The beers of Belgium are some of the most diverse and popular in the world. Tonight, we'll

taste through the famous, and not-so-famous, beer styles of Belgium, including Strong Golden Ales, Wild Fermented Lambics, Monk brews, and more.  An essential class for any beer lover.

Choose:

◯ Premium (+$11.99)

◉ Discount **Click for Details**

**List Price:** ~~$75.97~~

**Price:** $56.98

1

Add to cart

## Philly Beer School

127 S. 22nd Street

Philadelphia

Pennsylvania

19103

United States

## Customer Support Center

**Terms of Use** | **Terms of Purchase**

Case 2:26-cv-01268-JDW    Document 25-1    Filed 09/16/26    Page 26 of 138

# EXHIBIT D

#125455447v1

Dead Guys Wine Society (DGWS) | Facebook

facebook

| Email or phone | Password | | Log In | Forgot Account? |



# Dead Guys Wine Society (DGWS)

🌐 Public group · **290 members**

Join group

---

**Featured**

---

Scot H. Zippy Ziskind
Admin · March 4 at 4:09 PM · 🌐

Let's welcome our new members:

# facebook



👍 4                                                    3 ➖

| 🔲 Like | 🔲 Comment | 🔲 Share |

View more comments

**Scot H. Zippy Ziskind**  Author  Admin
Hope to see u at MY CELLAR in May for the first drinking of the season.

2d

**Jim Hamilton**
Welcome Jennifer and McAllister, to a group that is not so dead and not all guys!

1w



**Scot H. Zippy Ziskind**
Admin · 4d · 🌐

## Please respond that you are still here. I will culling the herd down soon.

If you come to events you don't need to respond. Trying to find false profiles that are following us.

Thanks

👍❤️ 13                                            37 🔲   1 🔲

| 🔲 Like | 🔲 Comment | 🔲 Share |

View more comments

**Dawn Cisler**
Still here! I'll be back east I'll be back east in Sept /

**facebook**                                                    Log In    Forgot Account?



**Weronika Paluch**
I'm here. Would like to stay and attend one of the events in a near future

4d

⌐ Weronika Paluch replied · 2 Replies

---

**Paul Lofurno**
4d · 🌐

## Still Here

Like          Comment          Share

---

**Matt Kirkland**
6d · 🌐

## Yes, I am still here.

👍 2                                                          1 ▢

Like          Comment          Share

**Lari Robling**
Yes cheers clink

6d

---

**ZipCo Wine Cellar Services**
March 8 at 12:36 PM · 🌐

Last year was the earliest we had to restart our equipment at MY CELLAR. Last year it was April. Although the warehouse is at 51 degrees,

**facebook**                                                                    Log In     Forgot Account?

But there's no global warmer or climate change.
Yeh right

👍 6

| Like | Comment | Share |

---

**Arindam Basu**
March 5 at 3:15 PM · 🌐

Please check out the events of the 9th Ghvino Forum in Philadelphia.



Seminar and tasting for the trade and media
representatives

---

Wed, Mar 11

**Discover the Origins of Wine — Where History Meets the
Future**

Philadelphia
2 people went

👍 5                                                                    1 ▢   1 ▢

| Like | Comment | Share |

 **facebook**

Log In    **Forgot Account?**

**Matt Kirkland**
This is going to be an exceptional event, particularly for those who appreciate the history of wine; and for those who appreciated the profound role Patrick McGovern played in elucidating that history. Everyone should try to attend.

1w

**Arnie Freedman**
February 27 at 12:25 PM ·

Lunch lineup today



👍❤️ 17                                                    8 ▮    1 ▮



 facebook                                                                    Log In    Forgot Account?

**Scot H. Zippy Ziskind**

Admin · February 10 · 🌐

They posted a tease of what will be on fox 29 at 7pm. The 215 is the show. My Cellar Wine Storage gets its 3 minutes of fame. Again. If you go to my web site zipcowinecellarservices.com



instagram

**Signed my life away for this one. Inside a secret wine vault**

facebook

Log In    Forgot Account?



Like          Comment          Share

View more comments

**Scot H. Zippy Ziskind**   Author   Admin
For a company that turns 30 this year, I have stayed away from letting news people into the warehouse. In those 30 years. We have had the Phila Inquirer, Don Polic's World from channel 6 each once.

4w                                                    2 👍

**Scot H. Zippy Ziskind**   Author   Admin
Matt Kirkland this should set him off. I'll post the whole show on Friday to the wine school's page.

4w                                                    👍

**ZipCo Wine Cellar Services**
February 7 · 🌐

# facebook

Log In     Forgot Account?



instagram

**Nature really said, 'Mind ya business.'" #MooseMoments #WildlifeSaidNope #CommentSectionGoingWild**

👍 1                                                                1 ▇

| Like | Comment | Share |

🅉 **ZipCo Wine Cellar Services**   Author

**facebook**

### ZipCo Wine Cellar Services
February 1 · 🌐



instagram
**1/18/26**

| 🔲 Like | 🔲 Comment | 🔲 Share |

Log In    Forgot Account?

# facebook

**Lunch on January 13th at noon. Zipco turns 48 on the 13th.**

👍 6                                                      2 ▪

| Like | Comment | Share |



**Scot H. Zippy Ziskind**    Author    Admin
head count?

8w

Zachary Marcus Cesare Harris replied · 1 Reply

**facebook**

Log In    **Forgot Account?**



# EXHIBIT E

#125455447v1

The Wayback Machine - https://web.archive.org/web/20060910014933/http://www.phillywine.com:80/



**>Upcoming Events**

**Tues. Sept. 5, 2006:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 11, 2006:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 11, 2006**: WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 18, 2006 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 20, 2006**: 9 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Thurs. Sept. 21, 2006, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Sept. 22, 2006:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 8, 2006...Details

**About Phillywine.com**

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & classes in the Delawar 1988.

- twice rated "Best of Philly"by **Philadelphia Magazine**

- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational institutions and hospitality venues in the Delaware Valley. Click about our partners.

In addition to our own courses, we also provide instructors and study materials for the evening "Wine Academy" classes at the Restaurant Sc College and for the evening wine classes at Temple University, Ambler Campus.

## World's Best Wine Classes

We are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education is the educational affiliate of the Institute of Masters of Wine (MW) and, since 1969, its courses have been taken by 15,000 students per year cities in 28 different countries in 7 different languages. Since we are one of only three Centres in the U.S. offering the WSET Diploma, we h students from as far south as Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in the Philadelphia area as well as many other people who just thorough wine education available anywhere.

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a instructors' teaching skills.

**Mon. Sept. 25, 2006:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 9, 2006:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Wed. Oct. 11, 2006:** Wines of Spain(2 week course at Temple Univ., Ambler) **...**Details

**Fri. Oct. 13, 2006**: Last date for Diploma students to register for the Nov. 14, 2006 coursework assignments due date...Details

**Thurs. Oct. 19, 2006, 7:30 p.m. to 9:30 p.m. Beyond the Basics** (3 week course at Temple Univ., Ambler)**...**Details

**Fri. Oct. 20, 2006:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jan. 9, 2007...Details

**Sat. Oct. 28, 2006: Practice exam for Diploma Units 4, 5 & 6** ... Details

**Wed. Nov. 8, 2006:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Wed. Nov. 8, 2006:** Pairing Wine & Cheese (2 week course at Temple Univ., Ambler) **...**Details

**Tues. Nov. 14, 2006:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Wed. Nov. 15, 2006:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Tues. Nov. 28, 2006:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Wed. Nov. 29, 2006:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Thurs. Nov. 30, 2006, 7:30 p.m. to 9:30 p.m. World's Greatest Wine Values** (3 week course at Temple Univ., Ambler) **...**Details

**Mon. Dec. 4, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and tastings have included world's rarest and most expensive wines, and our guest speakers have included many of the world's top winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and classes (not including the Restaurant School Wine Academy cl

So please peruse the list of tastings and classes and click on "Details" to learn more about any you are interested in.

To be kept informed of future events as soon as they are announced we encourage you to sign up for our free newsletter.

## Private Wine Tastings

Most of our WSET graduates are not full-time wine professionals and prefer to stay with their current careers. However, they acquire the sam knowledge as the wine professionals and welcome the chance to share that knowledge. If you are looking for someone to lead an in-home or tasting, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, withou anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can

**Tues. Dec. 5, 2006:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jan. 8, 2007**: WSET Diploma Unit 3 (Light Wines of the World) begins... Details

**Tues. Jan. 9, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given **if at least 6 people have signed up by Oct. 20, 2006**...Details

**Tues. Jan. 16, 2007:** 14 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Wed. Jan. 31, 2007**: 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . . Details

**Mon. Feb. 12, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a "Certified Specialist in Wine" option) ...Details

**Fri. Mar. 9, 2007**: Last date for Diploma students to register for the April 10, 2007 coursework assignments due date...Details

**Mon. Mar. 12, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Wed. Mar. 28, 2007:** WSET Intermediate Certificate Review Session (open to home study students)...Details

**Wed. Apr. 4, 2007:** Exam for the Intermediate Certificate of the Wine & Spirit Education Trust given. ...Details

**Fri. April 6, 2007:** Last day to register to take the Unit 3 Diploma exam on Tuesday, Jun. 12, 2007...Details

**Tues. Apr. 10, 2007:** WSET Advanced Certificate Review Session (open to home study students)...Details

**Tues. Apr. 10, 2007:** WSET Diploma Unit 1 Coursework Assignments due...Details

**Tues. Apr. 24, 2007:** Exam for the Advanced Certificate of the Wine & Spirit Education Trust given. ...Details

**Mon. Jun. 5, 2006:** Exam for Unit 2 of the WSET Diploma given....Details

**Mon. Jun. 11, 2007:** Exams for Units 2, 4, 5 & 6 of the WSET Diploma given....Details

**Tues. Jun. 12, 2007, 10 a.m. - 4:30 p.m.:** Exam for Unit 3 (Light Wines) of the WSET Diploma given...Details

Want to stay up to date with Phillywine events? Email us to subscribe to our free e-newsletter.

All Phillywine events run from 7 PM to 9 PM unless otherwise indicated.

Questions or comments?
Contact Neal Ewing Wine Services:

*P.O. Box 1478 Havertown, PA 19083*

phone/fax 610-649-9936
e-mail Neal@Phillywine.com

# EXHIBIT F

#125455447v1

Case 2:26-cv-01268-JDW   Document 25-1   Filed 03/16/26   Page 46 of 138

Phillywine.com | WSET Courses, Wine Classes, Wine Tastings, & Private Events

The Wayback Machine - https://web.archive.org/web/20220326190649/https://phillywine.com/

# p h i l l y w i n e

## WINE CLASSES AND WINE TASTINGS IN PHILADELPHIA

WSET    Wine Classes    Wine Tastings    About Phillywine    When & Where    Prices



### THE LATEST PHILLY WINE CLASSES AND EVENTS

See our **Event Schedules** for our upcoming wine classes, wine tastings, WSET exams, and registration deadlines.

Sign up for our **free newsletter** to be kept informed of future wine events as soon as they are announced.

# Welcome to Phillywine.com

This is the place to find world-recognized, quality wine classes in the Philadelphia area. We also offer wine tastings and referral to wine experts who host private events. We've been providing high quality wine tastings & wine classes in the Delaware Valley since 1988 (as Neal Ewing Wine Services).

- Twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by *Philadelphia Magazine*
- Rated "Best Wine School in the Country" by *Wine Notes Magazine*

## World's Best Wine Classes: WSET and Beyond

We are a Registered Centre and Approved Programme Provider for the world-renowned wine courses of England's **Wine & Spirit Education Trust**.

Our **instructors** have nationally and internationally recognized wine credentials. Our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.



We provide instructors and curriculum for the **wine courses offered at several local colleges**.

We also offer our own wine classes and wine tastings at a variety of **restaurants and educational institutions** in the Philadelphia area.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and wine tastings have included some of **the world's rarest and most expensive wines**, and our guest speakers have included many of the world's **top winemakers and wine masters**.

## News

### AWARDS REPLACE CERTIFICATES

In the UK a new certification Authority for WSET led to a change in titles for the documents you receive when you successfully pass a WSET exam. From now on "Certificate" has been replaced by "Award."
**Read more.**

### WSET CERTIFIED EDUCATORS

Every WSET center must have at least one WSET Certified Educator, who has gone through extensive training on teaching techniques. We have far exceeded that minimum, having sent ten of our instructors to this training.

### DIPLOMA VIA VIDEO

Only six cities in the U.S. offer the WSET Diploma. If you're not near one of them your options had been just home study or WSET's Online Diploma Course. Now we have a third option: video participation in our

## Private Wine Tastings

If you are looking for someone to lead an **in-home wine tasting or other private event**, we will be glad to refer you to a thoroughly knowledgeable wine expert. You and he or she can make your own arrangements, without having to pay anything additional to our organization. There is no arbitrary minimum number of guests and no arbitrary per-person fee, so your savings can be substantial.

## Learn More about our Wine Classes and Wine Events

We encourage you to learn more about our wine courses and other wine services we offer. The following pages on our website are good places to start:

- **Wine Classes in the Philadelphia Area**
- **WSET Wine Classes from the Wine and Spirit Education Trust** (Philadelphia area, online, and **home study**)
- **Private Events**
- **Schedule of Wine Classes and Wine Events**

Diploma classes via a Skype-like connection. There is no additional charge when you enroll in the home study course.

**Read more.**

### MORE GREAT DIPLOMA RESULTS

Our recent students continued our excellent performances on the WSET Diploma Unit 3 (Light Wines) exam. Fifteen of 21 students passed the theory portion and 19 of 21 passed the tasting portion. This is far above the international pass rate (approximately 50%) for this difficult, day-long exam.

**Read more.**

Home   WSET   Wine Classes   Wine Tastings   About Phillywine   When & Where   Prices   |   Free Newsletter   Website Extras   Contact Us   Site Map   Sign Up Now

# EXHIBIT G

#125455447v1



WSET
YEARBOOK
2022

wset.graduations.live

**Gastronomisches Bildungszentrum Koblenz e.V.**
Koblenz, Germany
Jan Baum
Daniel Bischof
Oliver Daschkey
Karl Helmers
Verena Hupp
Irina Karpukhina
Mario Kruschinski
Paul Taylor
Angeles Tegtmeyer
Jan Ubben
Robert Wegehaupt

**Grape Experience**
Boston, USA
Keith Akers
Matt Austin
Valentina Bersani
Brian Brill
Henry Brimo
Samuel Budnyk
Bethanie Butcher
Amy Campodonico Burnett
Christopher Cassidy
Amanda Charpentier
Robert Crutchfield
Russ Cucina
Toni DeLuca
Lauren Denecke
Brian Dunn
Edward Everett
Jonathan Frost
Dave Gansler
Anna Gorelikov
Julie Handel Ochse
Wendy Hector
Kaede Hilbert
Cynthia Keen
Marissa Kipp
Eric Lavoie
Jennifer Lordan
Guenter Matthews
Joel Messier
Peter Molinari
Devin Parr
Gianluca Queirol
Diego Roch
Frederique Reddy
Kaysie Rogers
Mark Rowan
David Spector
Terence Spies
Molly Stapleton
Matt Tracy
Lasha Tsatava

Tike Vanier
Lucia Volk
Rodney Wills
Grant Wood
Tony Zozas

**Independent Wine Education Guild**
Toronto, Canada
Adrienne Bertrand
Ian Casterton
Feixiong Guo
Rachel Matthews
Devin Rigaux
Mandi Robertson Belvin
Patty Mu Zhang

**International Wine Center – New York**
New York City, USA
Adriana Aga
Elizabeth Boyle
Jennifer Connan
Krysta Dennis
Christy Frank
Tatiana Gana
Sophie Huberdeau
Paul Kebabtchieff
Susan Kim
Thomas Kobylarz
Oskar Kostecki
Amy Lee
Kristin Ma
Anthony Magro
Thibault Marronnier
Elan Moss
Justin Sharkey
Elizabeth Smith
Andrew Wolinsky

**Neal Ewing Wine Services**
Philadelphia, USA
Arindam Basu
Melissa Graeff
Lisa Hanger
Shengli Hu
Sharyn Kervyn de Volkaersbeke
Edward Lee
Sunita Sheth
Daniel Thomas

**Neptune School of Wine**
Costa Mesa, USA
Noelle Harman
Kristin Morgan
Kara Potthast

**New Zealand School of Wines and Spirits**
Auckland, New Zealand
Marcus Atkinson
Chris Chen
Melissa Csigay
Henry De Salengre
Hannah Drury
Tom French
Ji Hoon Kim
Michael Turner
Juming Xiang

**Plumpton College**
Plumpton, UK
Charles Carter
Edmund Cole
Elle Lloyd Ellis
Natalie Mirzoeff
Jose Quintana
Kristina Whitney

**Prince Wine Store**
Melbourne, Australia
Ansel Ashby
Kirsten Burke
James Cranfield
Sarah Drummond
Yewei Li
Mario Matic
Alexei Tahey MacFarlane
Fraser Townshend
Bo Xu

**Restaurangakademien**
Stockholm, Sweden
Dalda Mascaró

**Sydney Wine Academy**
Sydney, Australia
James Agnew
David Atchison
Zoe Brunton
Michel Catenazzi
Sam Clarke
Andrew Clarke
Manuel Conti
David Davies
Paul Evans
Christoph Ihm
Philip Jones
Ran Li
Dan Manu
Scott McWilliam
Claudio Spahiu
Michael Sy
Yvette Tellsman
Szabolcs Vidosa
Xin Zhao

**The International Wine Education Centre**
Cape Town, South Africa
Samuel Adams
Carolyn Barton
Jackie Campbell
Chantelle Gous
Liz Hedley Smith
Shon Kumar
Cyril Meldinger
Rodrick Moyo
Nicolò Pudel
Samarie Smith

**Napa Valley Wine Academy**
Napa, USA
John Andrews
Jeff Burrows
Yeliz Casper
Cameron Danis
Rick Fisher
Carlos Fraga
Nathaniel Frye
Bryce Gonzales
Gaston Gulbert
Michael Labriola
Matthew Langford
Sharon Mahoney
Mike Moore
Cameron Price
Whitney Sawie
Damian Sawie
Katherine Shapiro
Allison Sheardy
Brian Sheehan
Jennifer Slothower
Patrick St Pierre
Benjamin Trodel
Benjamin Van Antwerp
Calvin Webster
Shaun Wright

**Weinakademie Oesterreich GmbH**
Rust, Austria; Geisenheim, Germany and Wädenswil, Switzerland
Yoo Jin Ahn
Peter Bachmayer
Nicola Bettinazzi
Renato Binati
Roman Blum
Tibor Boné
Maria Cuevas Otero
Bart de Vries
Dawn Dewald
Luis Carlos Fernandes
Elena Francia



**WSET**
WINE & SPIRIT
EDUCATION TRUST

**WSET**
YEARBOOK
2023

Michael Landriault
Vedran Lesic
Karen Nause
Seema Pal
Guillaume Plante
Lynda Maria Razaqpur
Benjamin Somers
Michael Tremblay
Annemarie Van Ettekoven
Han Qing Victor Xia
Shenin Yazdanian

## International Wine Center – New York

**New York City, USA**

Javier Berberena
Christina Bucci Vanderveer
Raymond Bugarin
Xingyu Chen
Elizabeth Comatos
Georgina Davila
Kimberly Delvizis
Megan Kratky
Jihyun Lee
Nikos Mavreas
Caitlin Miller
Kimberly Minarovich
AJ Ojeda-Pons
Andre Rossi
Alexandra Schrecengost
Kai Sheng
Sarah Sutel-Looper

## Napa Valley Wine Academy

**Napa, USA**

Alessandro Albuquerque
Connor Bockman
Stacy Briscoe
Kaleigh Brook
Jacob Bruun-Jensen
Joe Consul
Tony Elsinga
Adriana Fabbro
Dina Given

Darlene Hayes
Kandra Kergen
Erin Kirschenmann
Madison Kreamer
Kara Krushin
Max Loong
Dennis Lopez
Cristina Medina Plaza
Irina Ponomarenko
Kelly Prohl
Jennifer Pyle
Justine Recor
Jordie Ricigliano
Sam Schmitt
Nicholas Setterberg
Dennis Smith
Stephen Staples
Robert Tibbs
Mariann Tonder
Claire Torbeck
Kathryn Truscott
Umar Waheed
Craig Zimberg

## Neal Ewing Wine Services

**Philadelphia, USA**

Nicholas Carrle
Thomas Cole
Trienet P del Valle
Anders Divack
Campbell Flynt
Chen Liang
Sajith Maliakel
Lee Pancake
Walden Pemantle
Kevin Shaffer
Amy Smith
Ryan Tadeo

## Neptune School of Wine

**Costa Mesa, USA**

Angelo Cirinelli
Constancia Loubriel

Chloe Mauri
Rebekah Turpin

## New Zealand School of Wines and Spirits

**Auckland, New Zealand**

Emma Gyenge
Mariana King
Emma Marris
Valentina Verardo

## Plumpton College

**Plumpton, UK**

Andrea Carozzo
Anna Kielsznia
Richard Marsden
Elizabeth Sprake

## Prince Wine Store

**Melbourne, Australia**

Josh Edelman
Hilary Fordham
Andrea Infimo
Edwin Ip
Nathan Matthew
James Mullany
Nicola Reid
Mathieu Smeysters
Mitchell Tiller
Mun Ha Yeung

## Restaurangakademien

**Stockholm, Sweden**

Matilda Carnebo
Sara Haij
Fredrik Finn
Ingela Georgii-Hemming
Pål Helldin
Markus Lindsjö
Torkel Wächter
Philip Wikholm

## Sydney Wine Academy

**Sydney, Australia**

Alex Beckett

Marc Bloom
John Joseph Burton
Laurette Douglas
Matthew Dunne
Andrew James
David Kalvo
Ilra Kim
Kyle Reno Lenci
Linying Luo
Eleanor Webb

## TAFESA

**Adelaide, Australia**

Aaron Fruin
Congling Fu
Cynthia Gemus
Edward Hewitson
Shaughn Jenkins
Sally Johnson
James Pulford
Grégory Teodosio
Yuan Yuan

## The International Wine Education Centre

**Cape Town, South Africa**

Maurício Ceccon
Abrie du Preez
Mário Márcio Júnior
Albert Marais
Helena Melis
Janet Rowsell

## The Texas Wine School

**Houston, USA**

Justyna Brewczyk
Jessica Dupuy
Justin LaTouche



For more information about WSET or to
locate your nearest course provider visit
**wsetglobal.com**

 

@wsetglobal

# EXHIBIT H

#125455447v1


http://www.phillywine.com/    Go

342 captures
5 Aug 2002 - 1 Nov 2025

Case 2:26-cv-01268-JDW    Document 25-1    Filed 03/16/26    Page 55 of 138

JUL  AUG  JAN
31
2006  2007  2008    About this capture


# Phillywine.com

### The Delaware Valley's Best Wine Tastings and Classes
### Since 1988

| Upcoming Events | WSET Classes | Speakers & Wines | Our Partners | Earlybird Discounts | Wine Travels | Free Newsletter |

---

| >Upcoming Events | About Phillywine.com |

**Tues. Sept. 4, 2007:** 15 Week WSET Advanced Certificate Course begins at the Culinary School of the Art Institute, 2300 Market St., Phila....Details

**Mon. Sept. 10, 2007:** WSET Diploma Classes (Units 1 & 2) begin....Details

**Mon. Sept. 10, 2007:** WSET Diploma Unit 5 (Sparkling Wines of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila....Details

**Mon. Sept. 17, 2007 at the Restaurant School at Walnut Hill College:** 10 Week "First Growth" Wine classes begin (with a Society of Wine Educators "Certified Specialist in Wine" option) ...Details

**Wed. Sept. 19, 2007:** 10 Week WSET Intermediate Certificate Course begins at the Sofitel Hotel, 17th & Sansom Sts., , Phila... . Details

**Thurs. Sept. 20, 2007, 7:30 p.m. to 9:30 p.m. Introduction to Wine** (3 week course at Temple Univ., Ambler)...Details

**Fri. Sept. 21, 2007:** Last day to register to take the Unit 2, 4, 5, or 6 Diploma exams on Wed. Nov. 7, 2007...Details

**Mon. Sept. 24, 2007:** WSET Diploma Unit 6 (Liqueur Wines of the World) begins at the London Grill...Details

**Mon. Oct. 8, 2007:** WSET Diploma Unit 4 (Spirits of the World) begins at the London Grill, 23rd & Fairmount Ave., Phila...Details

**Fri. Oct. 12, 2007:** Last date for Diploma students to register for the Nov. 13, 2007

Phillywine.com is the webpage for Neal Ewing Wine Services, which has been providing high quality wine tastings & wine classes in the Delaware Valley since 1988.

- twice rated "Best of Philly"("Best Wine Tastings" and "Best Wine Events") by **Philadelphia Magazine**

- rated "Best Wine School in the Country" by **Wine Notes Magazine**

Our wine classes and wine tastings are held at some of the finest educational institutions and hospitality venues in the Delaware Valley. Click here to learn more about our partners.

In addition to our own courses, we also provide instructors and study materials for the evening "Wine Academy" classes at the Restaurant School at Walnut Hill College and for the evening wir University, Ambler Campus.

## World's Best Wine Classes: WSET

We are a "Registered Centre" and an "Approved Programme Provider" for the world-renowned classes of England's Wine & Spirit Education Trust. The WSET has been the educational affiliat of Wine (MW) since 1969. Its courses are currrently taken by 20,000 students per year in 284 different cities in 38 different countries in 12 different languages. Since we are one of only three C the WSET Diploma, we have attracted students from as far south as Florida and from as far West as Washington state.

Our graduates include some of the top wine professionals and wine educators in the Philadelphia area as well as many other people who just wanted the most thorough wine education available

Our instructors have various national and international wine credentials and our students' high passing rate on the difficult WSET exams is a testament to our instructors' teaching skills.

We don't scrimp on either the wines we pour or the people we have brought in as guest speakers.  Our wine classes and tastings have included some of the world's rarest and most expensive win have included many of the world's top winemakers and wine masters.

We also offer discount tastings. Pay early for big savings on most tastings and classes (not including the Restaurant School Wine Academy classes).

So please peruse the list of tastings and classes and click on "Details" to learn more about any you are interested in.

# EXHIBIT I

#125455447v1

Case 2:26-cv-01268-JDW     Document 25-1   Filed 03/16/26     Page 57 of 138

The Wayback Machine - https://web.archive.org/web/20221206200743/https://www.phillywine.com/

WSET Classes     Calendar     Instructors     FAQ     Contact          Sign Up



Classes and Certification
For wine lovers, enthusiasts, and trade professionals

formerly Neal Ewing Wine Services

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for you. We offer wine classes, events, and WSET Certification in wine, sake, and spirits.



## Wine & Spirits Education Trust

Based out of London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine LLC is an Approved Program Provider.

## Explore WSET Classes

WINE

## Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.

## Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.

3/14/26, 5:38 PM

PhillyWine

https://web.archive.org/web/20221206200743/https://www.phillywine.com/    9/22

## Level 3 Award in Wines

An advanced level qualification for professionals working in the wine industry and for wine enthusiasts.

# Level 4 Diploma in Wine

The WSET Level 4 Diploma in Wines is an expert-level qualification covering all aspects of wine.

SPIRITS & SAKE

# Level 1 Award in Spirits - Online

The Level 1 qualification offers a hands-on introduction to the world of spirits.

## Level 2 Award in Spirits - Online

A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.

## Level 1 Award in Sake - Online

An introduction to sake for those starting a career in the industry or just pursuing an interested in sake.

# Upcoming  Upcoming  Upcoming  Upcomir

**Next WSET Classes and Exams**

EXAMS: Level 1 & 2 in Wine, Spirits, Sake Exam Dec 7 – Sign up by
Nov 22

Level 1 Wine Online Classroom begins Dec 12 – Sign up by Dec 2

Level 2 Wine Online Classroom begins Dec 12 – Sign up by Dec 2

Level 2 Wine In-Person Winter Classes begin Feb 8 – Sign up
through Feb 15

Level 3 Wine Online Classroom begins Dec 12 – Sign up by Dec 2

Level 3 Wine In-Person Spring Classes begin Jan 24 – Sign up
through Jan 31

Diploma D1 Online Classroom begins Jan 9 – Sign up by Dec 29

Diploma D1 Hybrid Classes begin Nov 28 – Sign up through Dec 5

Diploma D2 Virtual Classes with PhillyWine begin Jan 9 – Sign up
through Jan 8

Diploma D3 Online Classroom begins April 24 – Sign up by April 14

*Visit the WSET Classes pages for more dates*

*WSET Latest Figures:*

- 108,584 candidates in 2020/21*

- 9 separate WSET qualifications

- 800+ WSET course providers worldwide

- 70+ countries provide WSET courses

- 15 languages offered

*\* wordwide across all levels of wine, sake, and spirits*

Follow along  @ _phillywine_

## Subscribe to Our Newsletter

Sign up to receive news and updates. We promise we won't spam you.

| First Name | Last Name | Email Address | Sign Up |

© 2022 PhillyWine, LLC

In-person classes meet at Sofitel Philadelphia

120 S 17th St, Philadelphia, PA 19103

Terms of Service

PhillyWine Policies

Classes

Calendar

FAQ

# EXHIBIT J

#125455447v1





Sponsored

PhillyWine School

4.6 ★★★★⯪ (20)

Educational institution · 2400 Market Street

Open · Closes 9 PM

🌐
Website

◆
Directions

Wine Certification

Perfect for whether you just want to learn more or are working toward a Master-…

Visit Site

Google   phillywine school



**PhillyWine School**

4.7 ★★★★☆ (14) · Educational institution

0.2 mi · 2400 Market St Suite 226

Open · Closes 9 PM

👤 "The **PhillyWine** team worked to help me succeed in my studies."

  🌐 Website     ⬦ Directions

---

**Wine School of Philadelphia**

✔ You manage this Business Profile

4.3 ★★★★☆ (66) · Trade school

2 ft · 109 S 22nd St · (215) 965-1514

Open · Closes 9:30 PM

👤 "The tequilas we tasted were great, and the sangrita Keith made was amazing!"

  🌐 Website     ⬦ Directions

## People also ask ⋮

What is the best wine qualification? ⌄

What education do you need to be a wine sommelier? ⌄


Feedback

---

# PhillyWine School ⋮ ✕



🌐 Website    ⬦ Directions    🔖 Save    ⬈ Share

**Overview**       Reviews

**Address:** 2400 Market St Suite 226, Philadelphia, PA 19103

**Hours:** Open · Closes 9 PM ▾

Suggest an edit

## Add missing information

Add place's phone number

---

⬇ **Send to your phone**      Send

## From PhillyWine School



**Sponsored**

### PhillyWine School ⋮
4.6 ★★★★★ (20) · Educational institution
2400 Market Street
Open · Closes 9 PM
🏬 PhillyWine - Our Team Is Here to Provide You with a High-Quality Education and a Friendly Environment.

 Website   Directions

### PhillyWine School
4.6 ★★★★★ (20) · Educational institution
2400 Market St Suite 226
Open · Closes 9 PM
👤 "The **PhillyWine** team worked to help me succeed in my studies."

 Website   Directions

### Wine School of Philadelphia
4.3 ★★★★★ (64) · Trade school
109 S 22nd St · (215) 965-1514
Open · Closes 9:30 PM
👤 "The tequilas we tasted were great, and the sangrita Keith made was amazing!"

Website  Directions

### Philly Wine School
5.0 ★★★★★ (1) · Event planner
(215) 970-2526
Online appointments

 Website

# EXHIBIT K

#125455447v1



# PENNSYLVANIA WINERY ASSOCIATION
*Meet the Judges!*

### Noelle Allen | PhillyWine School
Noelle began her *career in finance and earned her MBA, but quickly decided Corporate America wasn't for her, so she began studying wine with the London-based Wine & Spirits Education Trust (WSET) in 2014 because it was a globally recognized certificate and was recommended by international colleagues. She became an instructor with PhillyWine in 2017, and eventually the business was handed to me and my business partner by the previous owner, who was retiring. In the interim, she became a partner at a wine import company, and wrote wine articles (on the PA wine scene!) for Eater Philly, as well as post for her now-defunct blog, Wine LALA. Now she spends her days running and growing PhillyWine, teaching WSET classes, and hosting wine events... and I just love it.*
Email: noelle.allen@phillywine.com **Phone:** (215) 313-8743 **Social:** @noelle_allen_ and @phillywineschool

### Arindam Basu | Total Wine & More
Arindam Basu is a trained molecular biologist and a wine educator at PhillyWine LLC where he teaches all levels of WSET courses. He has his own consultancy business, Perfect pour Experience LLC where he offers private wine tasting, wine classes and wine pairing dinners. He also works at Total Wine & More.
Email: narindamorama@gmail.com **Phone:** (267) 258-3118 **Social:** @noelle_allen_ and @phillywineschool

### Cheron Cowan | Craft Restaurant NYC and Wine Enthusiast
Cheron is an Advanced Sommelier (Court of Master Sommeliers) with over 25 years of experience in New York City's hospitality scene, including notable roles at Gramercy Tavern and Blue Hill NYC. He currently serves as Beverage Director for Craft NYC and Vallata, Tom Colicchio's flagship restaurants. Cheron is also a member of the Wine Enthusiast tasting panel for East Coast wines and contributes as a writer at large.
Email: **Ccowan@wineenthusiast.com** Phone: (917) 667-6705 **Social:** @noelle_allen_ and @phillywineschool

### Mark Cochard | Franks Wine and PhillyWine.com
Mark has worked in the wine industry for over 30 years, including 22 years at Chaddsford Winery and his current role at Frank's Wine in Wilmington, DE. A 28-year member of the Society of Wine Educators, he also teaches WSET Diploma (Level 4), focusing on cool climate regions such as the Loire, Rhône, and North America.
He has visited top cool climate regions including the Santa Rita Hills, Willamette Valley, Finger Lakes, Niagara, Okanagan, Loire, Burgundy, Champagne, Mosel, Rheingau, and Southeast England. His teaching and travels have given him deep insight into varietals like Riesling, Pinot Noir, and Cabernet Franc, and the unique expressions they achieve in cooler climates.
Email: cochardmark@gmail.com **Phone:** (215) 802-8709 **Social:** @markcochard

### Tom Dean | DiLisi Imports
Former Center City sommelier and service captain turned wine sales rep, with experience running a liquor store in Delaware for two years. Now back in wine sales.
Email: tdean77@gmail.com **Phone:** (570) 618-3883 **Social:** @thetdean77

### Bryant Fennell | Somm Guidance Consulting
Bryant is a former floor sommelier turned retail wine specialist, now working as a wine critic. He is also the creator and host of the informative podcast Wine Unknown, where he explores the stories, styles, and people behind the world of wine.
Email: fennell.bryant@gmail.com **Phone:** (267) 521-7504 **Social:** @yobryguy

### Matt L. Kirkland, DWS | Co-Owner PhillyWine
Matt holds the WSET Diploma and is a Certified Diploma Educator, with Wine Scholar Guild certifications in regions including Bordeaux, Rhône, Champagne, and others. He is the co-owner of PhillyWine, a business he co-founded to advance wine education in the region. Also a Professor of Surgery, Matt brings a unique blend of academic rigor and wine expertise to his work.
Email: matt.kirkland@phillywine.com **Phone:** (215) 837-3919 **Social:** @phillywineschool

### Kevin Ostrowski | American Wine Society and Butler County Community College
Kevin holds a range of certifications including CSW, WSET Level III, AWS Certified Wine Judge with Merit, Master of Champagne (Wine Scholar Guild), and PA RAMP Certification. He currently serves as Director of Education for the American Wine Society and teaches wine appreciation classes at Butler County Community College. Kevin recently judged the Texas International Wine Competition and is slated to judge several others this year, including the Winemaker Magazine Competition, the New York State Fair, and the Big E Northeast Gold Competition, among others.
Email: klonuclear@gmail.com **Phone:** (724) 987-2304 **Social:** @ostrowskikl

### Bailey Place | Vine Bar Collective
Bailey is a WSET Level 2 certified wine professional (with distinction) currently preparing to sit for his Level 3 exam. A lifelong Pennsylvania resident raised by teacher and foodie parents, he developed an early passion for food and wine education. After spending five years in college in Pittsburgh, Bailey discovered his love for wine during the COVID-19 pandemic while working at a local winery in western Pennsylvania. He has since embraced hospitality as a sommelier in Lancaster and continued to deepen his wine expertise. Currently, Bailey works with The Log Cabin in Leola, where he was hired to help the team pursue a Wine Spectator Award of Excellence. Collaborating with the staff and leading training efforts has been both a rewarding challenge and a career highlight. Passionate about education and community, Bailey is committed to enriching and expanding the wine culture throughout Lancaster and across Pennsylvania.
Email: bailey@vinebarvino.com **Phone:** (484) 769-1121 **Social:** @placebailey and @vinebarcollective



# PENNSYLVANIA WINERY ASSOCIATION
## *Meet the Judges!*

**Joseph Quintela | Amada; SPB Hospitality**
Joseph Quintela is the Director of Operations at Amada & Village Whiskey, where he is currently leading a National expansion of the brands as part of SPB Hospitality. He moved to Philadelphia in 2019, and re-opened Garces restaurants after Covid-19, including the creation of a Local & Latin Wine Program at Garces Trading Company. He worked as a Sommelier at the Michelin-starred Public & The Monday Room in NYC and oversaw a Grand Award of Excellence wine program at Fhima's in St. Paul, MN. He is an advocate for the expansion of Pennsylvania's wine industry.
**Email:** josephawquintela@gmail.com **Phone:** (646) 652-9116 **Social:** @josephawquintela

**Robin Shreeves | Robin Shreeves LLC**
Robin Shreeves is a certified wine professional through the Wine School of Philadelphia and a freelance wine journalist. She's written about wine for publications such as Wine Enthusiast, VinePair, Full Pour, Philadelphia Magazine's Foobooz, Courier Post, Wine Industry Advisor, Edible Philly, and Edible Jersey. She loves good wine no matter where it's made, but she often champions the wines and winemakers of East Coast regions in her writing.
**Email:** robin.shreeevs@gmail.com **Phone:** (856) 287-5429 **Social:** @shreeves

**Thomas Stevens | Fearless Restaurants**
Thomas has worked in the wine industry for 15 years, with a focus on cool-climate European wines from regions like Germany, Austria, and northern France. He began his career at Tria in Philadelphia and went on to complete his WSET Level 3 and become a Certified Sommelier through the Court of Master Sommeliers. In New York, he honed his craft at acclaimed restaurants including Terroir, Blanca, and Manhatta. Returning to Philadelphia in 2021, Thomas served as Beverage Director at Walnut Street Café before taking on his current role as Beverage Director for Fearless Restaurants, where he oversees the beverage programs for 14 locations across Pennsylvania and New Jersey.
**Email:** tstevens@fearlessrestaurants.com **Phone:** (484) 883-5452 **Social:** @Philyourbartender

**Phillip Thomas | Shot and Bottle**
Philip is a Level 4 sommelier, published contributor to PennLive, and the founder and coordinator of the Lancaster Wine Club. What began as a passion project has grown into a thriving community that connects members with outstanding wines from around the world, fosters meaningful connections, and provides a platform for local producers to showcase their craft. Through the Lancaster Wine Club, Philip champions wine education, supports regional talent, and continues to cultivate a dynamic wine culture in Lancaster and beyond.
**Email:** Philliprthomas@live.com **Phone:** (717) 342-9854 **Social:** @Philyourbartender

**Bob Trimble | Importer/Distributor/ Educator**
Bob Trimble is the founder and owner of La Lumière Sélections, an importer and distributor of fine wines to the Pennsylvania Liquor Control Board. He is a WSET-certified educator with Fine Vintage Ltd., and also conducts wine classes for The Union League of Philadelphia, the Wharton Wine Club, and speaks regularly at Chaine des Rôtisseurs events. Bob has traveled extensively to the world's major wine regions and imports wines from countries including France, Italy, Spain, Portugal, Chile, New Zealand, Australia, and most recently, Bhutan!
**Email:** bob@phillywineguy.com **Phone:** (610) 620 4464 **Social:** @bobtrimble

**Justen Sloyer | Thistle Finch Distillery - Shot and Bottle & Burley Bar**
Justin has worked in the beverage industry for over a decade, with experience spanning both management and bartending roles. He is currently the Beverage Director for Thistle Finch Distillery in Lancaster, overseeing programs at Shot & Bottle and the Burley Bar—both of which exclusively feature Pennsylvania-made wine, spirits, and beer. Previously, Justin served as head bartender for TFB Hospitality, curating celebrated wine lists at Conway Social Club and C'est La Vie, a European-inspired bistro known for its focus on Old World varietals.
**Email:** justen@shotandbottle.com **Phone:** (717) 586-5724 **Social:** @bobtrimble

**Carrie Lyn Strong | Strong Wine Consulting**
Carrie Lyn is a 15-year NYC sommelier veteran who transitioned into wine consulting in Pennsylvania, where she works to educate both consumers and restaurant staff in wine, spirits, and hospitality. She is a published contributor to Susquehanna Style and Food & Wine, and extends her educational outreach through online media, blending real-world expertise with accessible content.
**Email:** carrielyn23@gmail.com **Phone:** (917) 678-4966 **Social:** @carrielynstrong

**Scott Zoccolillo | La Fête**
Scott brings over 20 years of hospitality experience with a strong focus on wine education. An Advanced Sommelier with the Court of Master Sommeliers, he is known for his depth of knowledge, leadership, and commitment to mentoring the next generation of wine professionals.
**Email:** szoccolillo@gmail.com **Phone:** (302) 507-1063 **Social:** @Rieslingtolive

# EXHIBIT L

#125455447v1

## Contact

www.linkedin.com/in/neal-ewing-
a125998 (LinkedIn)
www.phillywine.com (Personal)

## Top Skills

Wine

Wine Tasting

Restaurants

# Neal Ewing

Owner, Phillywine.com
Havertown, Pennsylvania, United States

## Experience

Drexel University's LeBow College of Business
Adjunct (Wine) Instructor, Dept. Hotel & Restaurant Mgt.
September 2007 - Present (18 years 7 months)

Teach HRM 435 &quot;Wines &amp; Spirits&quot; to undergraduate seniors.

Temple University, Fort Washington Campus
Wine Instructor, non-credit programs
May 2006 - Present (19 years 11 months)

Teach three-week Introduction to Wine course three times per year, plus
selected other courses.

Restaurant School at Walnut Hill College, Community Education
Programs
Wine Instructor
January 2004 - Present (22 years 3 months)

Lead instructor for 10 week &quot;First Growth&quot; course which prepares
students for the Society of Wine Educators' Certified Specialist in Wine exam.

WSET Wine & Spirit Education Trust London
Director, Approved Programme Provider 757
September 1999 - Present (26 years 7 months)

Provide instruction for all levels of the WSET programs through the Diploma
level.

Phillywine.com
Owner
January 1999 - Present (27 years 3 months)

Named &quot;Best Wine School in the Country&quot; by &quot;Wine
Notes&quot; Magazine, May, 2000 Edition.

Independent Wine Club
Director
August 1992 - January 2002 (9 years 6 months)

Weekly wine tastings. Named &quot;Best of Philly&quot; for &quot;Best Wine Happenings&quot; by Philadelphia Magazine, August, 1995.

The Wine Line, Camden, NJ
Wine Manager
March 1988 - August 1992 (4 years 6 months)

Established and managed a wine tasting program named &quot;Best of Philly&quot; for &quot;Best Wine Tastings&quot; Philadelphia Magazine, August, 1990.

Wine Spectator Magazine
Writer, Philadelphia area Stringer
September 1986 - September 1987 (1 year 1 month)

──────

## Education

University of Pennsylvania

# EXHIBIT M

#125455447v1

## Saturday, March 15

**Pasta cooking demonstration and tasting**, with James Beard Award-winning author Laura Schenone, who will also discuss and sign her new book, *The Lost Ravioli Recipes of Hoboken: A Search for Food and Family*. Free, but reservations recommended and available by calling 856-772-1636, Ext. 3375. 1-3 p.m. at the Camden County Library, 203 Laurel Rd., Voorhees.

**Double Happiness**, food sculpture and sushi preparation hands-on class with chef Joseph Poon, who will also lead students on a visit to an Asian grocery store. $95 plus tax and gratuity; includes lunch. Meet at noon at 1010 Cherry St., 2nd floor. For reservations, call chef Poon at 215-928-9333.

## Sunday, March 16

**ChefAID black-tie gala** to benefit MANNA (which delivers nourishment to people with life-threatening illnesses) and featuring live music, cocktails, wine, hors d'oeuvres and a multi-course sit-down dinner, with food prepared by local chefs, including Patrick and Terence Feury, Matthew Levin, and many more. $500 per person. 5 p.m. at the Rittenhouse Hotel, 210 W. Rittenhouse Square. Tickets available at 215-496-2662, Ext. 136. or by e-mailing chefaid@mannapa.org.

## Monday, March 17

**Cooking for Life**, a hands-on class focusing on greens for people affected by cancer. Free, but reservations required by Friday and available by calling 215-879-7733. 6:30-8 p.m. at the Wellness Community of Philadelphia, the Suzanne Morgan Center at Ridgeland, Chamounix Drive, West Fairmount Park.

## Wednesday, March 19

**Sommelier Smackdown**, with wine writer Eric Arnold challenging Wine School founder Keith Wallace to see who will create the better food and wine pairing, with the audience acting as tasters and judges. $53.99. 7:30-9:30 p.m. at the Wine School of Philadelphia, 2006 Fairmount Ave., 800-817-7351. Repeats March 20 at 7:30 p.m. with Eric Miller of Chaddsford Winery as challenger.

## Plan Now

**March 22: Cooking demonstration** by chef Donald Smith of Old City Cheese Shop and Restaurant, who will create dishes starring cheese for those present to sample. Free. 2 p.m. at Foster's Homeware, 399 Market St., 215-925-0950.

*— Barry Zukerman*

Submit listings at least three weeks in advance to bzukerman@phillynews.com. Items appear as space permits.

# EXHIBIT N

#125455447v1

PHILLY WINE GUY

Home    Wine Classes    Luxury Wine Travel                 **PHILLY WINE GUY**                                      Contact Us




**UPCOMING CLASSES**

**FALL  2024**





**WSET – LEVEL 1**

at Panorama Wine Bar

Philadelphia, PA

Sat. Sept. 21st

**$399.00**

9:30 am – 5:30 pm

WSET Level 1 courses are perfect for the
beginner and those with a basic knowledge.

**REGISTER HERE**

Sat., November 23rd

**WEST – LEVEL 2**

at Panorama Wine Bar

Philadelphia, PA

**November 9, 10, & 24th**

Sat. Sun. Sun.

**$999.00**

9:30am – 5:30pm

The Level 2 goes into more detail about the wine
regions of the world, the classic grapes, viticulture
and winemaking. Upon registration, you will be sent a

**Tasting Master Class**

Learn about a classic grape variety or wine
region and dramatically improve your ability to
taste, describe, and identify the wines.

at Panorama Wine Bar

Philadelphia, PA

Sat. December 14th

**$199.00**

1:00 pm –5:30 pm

**REGISTER HERE:**

**American Wine 101**

**$399.00**

9:30 am – 5:30 pm

**REGISTER HERE:**

link to your online eBook Study Pack within 2 business days.

**REGISTER HERE:**

Sat., October 26th

**Learn about all the wine regions of America.**

at Panorama Wine Bar

Philadelphia, PA

**$299.00**

9:30am –5:30 pm

**REGISTER HERE:**

**BOB TRIMBLE**

**"THE VOICE OF EXPERIENCE"**



•Bob has been a student of wine and an industry professional for over 35 years. Bob's passion for wine and teaching has taken him throughout many of the worlds great wine regions, as well as working in wine education for some of the largest Wine and Spirit companies in the world. His easy going, down to earth approach to wine and wine education is what makes him a highly sought-after educator!

Bob has served as national wine educator for the massive, multinational Diageo Wines; was director of education, Wines and Champagne, for the equally expansive Pernod-Ricard USA; national sales manager and director of education for Bonny Doon; a regional sales manager with  Seagram Chateau & Estate Wines Co; an instructor at Napa Valley's Sterling Vineyards, School of Service & Hospitality; as well as being a founding board member of the American Sommelier Association, a Judge at TEXSOM and the managing director of Starwine iInternational Wine Competition.

*"I have known and worked with Bob Trimble since we met on a wine supplier trip to Beaujolais, France, in 1986. Since then we have kept in regular correspondence and participated in educational events around the country. I know Bob to be the consummate wine professional. He represents everything good about this industry: knowledgeable but never condescending or arrogant, professional, and with a great sense of humor. Additionally he has a thorough understanding of the entire wine business and works in the trade with a rare combination of business acumen, educational skills, and integrity. I commend Bob without reservation for any position in the wine business and continue to value our professional and personal relationship."*

**Tim Hanni, Master of Wine**

## RECOMMENDATIONS

    

| | | | | |
|---|---|---|---|---|
| "I have known Bob for 20 year+ having worked the market together many times and having shared a few meals too! I can say that Bob is a very charismatic person who his wines very well and appreciates the multi facet's of his work. He knows how to approach people and suggest wines at each levels of | "Over the years Bob has always had a knack for taking the old sniffy-swirly and making it fun! He is living proof that one can get to know serious wines without taking them or one's self too serious."<br><br>**Don Weaver**<br>**Managing Partner** | "Bob is the quintessential "Wine Guy" with oodles of practical Experience, loads of knowledge and a fun way of getting it all across. Enthusiastic and charismatic, well educated and a good educator, Bob is a hard working, down to earth chap, who makes wine tasty and easy to understand!" | "I have always admired Bob's Enthusiasm and knowledge about the wine world: he makes wine both accessible and enjoyable for anyone who takes the time to listen and taste with him. Kudos for his low-key, high fun approach!"<br><br>**Joel Peterson**<br>**Founder Winemaker** | "You will not find a better source for fine wine education than Bob Trimble. He's been importing, wholesaling, and teaching about a wide range of wines, both foreign and domestic, for over 35 years. Sign up for his course—you'll learn a lot! (And have fun doing it.)" |

knowledge making life easier for everyone.

**Jean Trimbach**
Maison Trimbach
Ribeauvillé, Alsace, France

Harlan Estate
Napa Valley, CA

**George TD Sandeman.**
7th Generation
House of Sandeman
Oporto, Portugal

Once and Future &
Ravenswood

**David Ramey**
Winemaker, Owner,
Ramey Wine Cellars,
Sonoma County, CA











"I had the pleasure of working with Bob while we we both at Seagram in the 1990's thought he was in sales and I was in Marketing, Bob got and understood the role of education in the wine trade as a marketing and sales tool and has followed his heart ever since, teaching and preaching the grape to glass to all that will listen, and he does it well."

**Evan Goldstein, MS**
Founder Full Circle Wine Solutions

"Bob's concept of edutainment" is perfect for delivering the wine information that you want to know is a fun, memorable and entertaining manner. His teaching style is warm and engaging and his passion and enthusiasm for wine is second to none, making it easy for me to recommend working with Bob! "

**Kevin Zraly**
Award winning wine writer, author and founder, Windows on the World

"I've dealt with Bob at various times over the last two decades and he has great integrity, ability and character".

**Doug Frost MS MW**
Founder Echolands Winery, Walla Walla, WA

"Bob is one of the savviest guys I know in the wine business, with a great ability to communicate to salespeople and others the key issues related to wine, the market and the process of selling! He is also one of the nicest and respectful people in the business."
**Joel Butler MW**

"I have known Bob for over 20 years! He has been a great mentor, teacher and colleague my entire career in the wine business. His variety of experiences over the years has enabled him to easily adapt to the ever-changing wine market here in the US. Not many understand so many facets of the wine world like Bob does!"

**Melissa Monosoff**

Master Sommelier, Certified Cicerone, Educator, Speaker, Author

Sandeman Port House, Portugal

Vineyard in Rioja, Spain

Promontory Winery, Napa Valley

Hugh Johnson, The World Atlas of Wine

Milan, Italy

Harlan Estate, Napa Valley

grapes.jpg

PHILLY WINE GUY

bob@phillywineguy.com

(610)-620-4464

LOCAL EVENT

# Philadelphia WSET Level 1 Wine Class & Certification

 **This event has ended.**

VIEW CURRENT EVENTS FROM THIS HOST

Sat, September 30, 2023 (9:30 AM - 5:30 PM)

 **Panorama Wine Bar**

14 North Front Street in the Penn's View Hotel
Philadelphia, PA 19106
view map

Cost: $395.00

## COURSE OVERVIEW

The WSET Level 1 is a fantastic introductory wine course. We take you on a vinous journey around the world, packed full of exceptional quality wine tastings and food pairing exercises. It's both educational and entertaining.

You will learn about:

- How to taste and describe wines
- How to pair food and wine
- The characteristics of the classic grape varieties
- Grape growing, terroir and winemaking
- Storage and service
- Champagne & Port
- Tips on buying wine

## TASTINGS & INSTRUCTION

At the 1 day course you'll be guided through tastings of 14 benchmark wines worth over $700. You'll learn about the classic grapes, enhanced by video clips from leading winemakers.

Our engaging and passionate instructors are highly qualified experts who are happy to answer all your questions. It's fun, relaxed and you can sit back and enjoy the day.

## CERTIFICATION

At the end of the course there is a 30 question multiple choice exam with a pass mark of 70%. At Fine Vintage we have a 98% pass rate because we prepare you very well for the exam. Upon successful completion you will receive a WSET certificate which is a formal qualification in wine with international recognition, and a beautiful lapel pin. Many students frame their WSET certificates. And just to set your mind at ease we offer one free exam resit for this course. So enroll today and fuel your passion.

Instructor: Bob Trimble - 35+ years in the Wine biz

More information:
https://www.finevintageltd.com/wine-course/locations/usa/philadelphia/?goto=WSET-Level-1-Award-in-Wines/

---

## Tags

event    wsetlevel1    wset    wineclass    winetasting    winecertification    winefun    Things to do in Philadelphia, PA

New Jersey Wine & Food Events    Philadelphia Wine & Food Events

---



HOSTED BY

**Philly Wine Guy - Bob Trimble**

See other listings from this host  ➡

---



© OpenStreetMap contributors.

Visit Event Website

 (610) 620-4464



# EXHIBIT O

#125455447v1

Case 2:26-cv-01268-JDW    Document 25-1    Filed 03/16/26    Page 104 of 138



HOME   ABOUT   RESOURCES   CONTACT

EDUCATION

# Whiskey for Beginners: Where to Start

STANDARD   BILL ROWLAND   APRIL 11, 2017   LEAVE A RESPONSE



SEARCH

DRINK WITH US



POPULAR POSTS



### The Negroni: Sophistication in a Glass
4 RESPONSES



### How to Make Ginger Beer
4 RESPONSES



### How to Make a Mint Julep: The Basics
3 RESPONSES

Case 2:26-cv-01268-JDW     Document 25-1     Filed 03/16/26     Page 105 of 138



Everyone's got to start somewhere, so when I had the chance to ambush the whiskey buyer for my local liquor store, whiskey for beginners was on my mind. Frankly walking down the aisles with hundreds of choices felt pretty overwhelming, but Steve Brown from Canal's Liquor Store in Mt. Ephraim, NJ came to the rescue.

Exposed to countless customers looking for "a good whiskey," Steve's observations have forced me to reconsider how I'm approaching my education. Setting all the marketing hype aside, it focuses on simplicity and the application of a little common sense.

In this post I'm going to share some of his advice on how to find a good beginner's whiskey that you'll enjoy.

## Get Some Whiskey Basics

Before diving into the "active research" phase, you'll want to start off by assembling a few whiskey basics. This includes some background on whiskey styles, their taste profiles as well as



Hump Day Happy Hour: The Daiquiri

2 RESPONSES



The Martinez Cocktail: A Classic

2 RESPONSES

---

RECENT POSTS



How to Taste Whiskey: A Tutorial



How to Infuse Bourbon: Quick & Easy



Whiskey for Beginners: Where to Start



More Barrel Aged Cocktails: Vieux Carré



Ben Franklin's Drinker's Dictionary

---

RECENT POSTS     COMMENTS



How to Taste Whiskey: A Tutorial

JANUARY 7, 2018



How to Infuse Bourbon: Quick & Easy

Case 2:26-cv-01268-JDW     Document 25-1     Filed 03/16/26     Page 106 of 138

a few steps on how to taste whiskey. Your research doesn't need to be exhaustive, but it'll help you ask good questions and make wise decisions.

A couple of my favorite resources include:

## Keep it (Almost) Neat

No matter if you're looking for the best whiskey for a classic Old Fashioned cocktail or something to be enjoyed on the rocks, you'll want to taste it with a splash of water. Neat by definition means tasting the unadulterated spirit at room temperature, but that can deaden the taste buds of any newbie pretty quickly. A little splash of water opens up the aroma and makes it easier to taste the whiskey.

This is **the single most impactful thing I learned** at the whiskey class I attended at The Philly Wine School .

## Stay on Budget

Finding a good whiskey for beginners does not need to be expensive and Steve suggests sampling several at your local bar or cocktail lounge. Ordering a flight of different whiskeys with friends can be a great way to compare and contrast the different flavors without committing to a full bottle of anything. Alternatively, keep an eye out for specials that offer the opportunity to sample a whiskey that you may not have encountered before.
**Newbie Tip:** Photograph the bottle of anything you like.

Alternatively, if you're a bit of a homebody or the bars in your area suck there are plenty of affordable starter whiskeys. While I won't saddle your palate with my preferred brands, my experience suggests that you should be able to find some solid choices in the $25 – $30 per bottle range.

## Find a Whiskey Buddy

MAY 4, 2017



Whiskey for Beginners: Where to Start

APRIL 11, 2017



More Barrel Aged Cocktails: Vieux Carré

APRIL 3, 2017



Ben Franklin's Drinker's Dictionary

NOVEMBER 22, 2016

Case 2:26-cv-01268-JDW    Document 25-1    Filed 03/16/26    Page 107 of 138

Few things can be more helpful than finding a knowledgeable wingman when it comes to exploring whiskey. If you're lucky enough to have a close friend with some knowledge then you're all set, but most of us don't have that luxury. So a knowledgeable bartender or liquor store salesperson should be able to guide you to a good beginner's whiskey. As it turns out, that's how I met Steve.

Once you've found a whiskey Sherpa, apply a little common sense to get the most from your chat:

- **Know What You Like** – Be able to describe the types and brands of whiskey you like and dislike.
- **Respect Their Time** – Expecting your bartender wingman to explain the nuances of bourbon during a Friday happy hour is probably a bit unrealistic... and stupid.
- **Ask Good Questions** – Have a few good questions ready so you don't walk away with just a good buzz.

## Drink What You Like

There are countless whiskey styles, variations and marketing campaigns ready to confuse you, but at the end of the day drink what you like. I've always encountered the mystique surrounding Scotch, but after trying a few I simply haven't found one that I enjoy (yet). I'm sure I will someday, but until then I've really enjoyed learning more about my preferred styles of Rye and Bourbon.

## Conclusion

Needless to say, a lot can go into finding a good whiskey for beginners. Thankfully it really doesn't need to be that complicated and Steve's advice has proven to be incredibly helpful to me; hopefully it'll help you too.

Beginner    Tips    Whiskey



## About Bill Rowland

Suburban adventurer, beer lover and Cocktail Novice, Bill has a variety of interests including cooking, blogging and "bad" surfing. If you're keen to connect, give him a shout on Twitter.

 



COPYRIGHT © 2016 THE COCKTAIL NOVICE, ALL RIGHT RESERVED

# EXHIBIT P



**womenformadison**    [Follow]

♡ 30

💬 2

We sipped, we learned, and we chatted 🥂 Thank you **@phillywineschool** and Noelle Allen for a wonderful evening bringing together some AMAZING women to hear about our student scholarships and get a lesson in all things wine! #jmu #womenformadison #phillywine

February 26, 2024

Add comment...

# EXHIBIT Q

#125455447v1

The Wayback Machine - https://web.archive.org/web/20250115051130/https://www.phillywine.com/



# PHILLY WINE

WSET Certification    WSET Exams    Our Team

Sign Up

## Classes and Certification
## For wine lovers, enthusiasts, and trade professionals

Whether you just want to learn more or are working toward a Master-level title, PhillyWine has something for YOU.
We offer WSET Certification in wine and sake as well as non-certification and custom wine classes and events.

# Wine & Spirits Education Trust

Based in London, the Wine & Spirits Education Trust is a best-in-class, globally recognized program for enthusiasts and trade professionals. PhillyWine is an Approved Program Provider.



# Upcoming WSET Classes

## Online Classroom

WSET's Online Classroom (OLC) is a great way to take class if you need more flexibility. OLC lets you go at your own pace on your own schedule. We can even send you wine tasting kits! Sign up on the corresponding class pages. We also offer OLC for sake.

### Wine & Sake

Level 1 Wine  – Jan 20 – Sign up by Jan 10
Level 2 Wine – Jan 20 – Sign up by Jan 10
Level 3 Wine – Jan 20  – Sign up by Jan 10

### L1 Wine – York, PA – Get Certified in One Day 🚀

Jan 25, 9–4:30PM
YTI Career Institute, York, PA
➡️ Sign up by Jan 9

### L1 Wine – Philadelphia – Get Certified in One Day 🚀

Feb 8, 10AM – 4PM
Fitler Club
➡️ Sign up by Jan 23

Level 1 Sake – **March 10** – Sign up by Feb 27

Case 2:26-cv-01268-JDW    Document 25-1    Filed 03/16/26    Page 114 of 138

D1 Wine – **March 17** – Signup by March 7

D2 Wine – **April 7** – Sign up by March 28

D5 Wine – **Jan 13** – Sign up by Jan 3

## L2 Wine – Philadelphia

Jan 22 – March 26, Wednesdays, 7–9PM

Fitler Club

**Exam:** March 26

➡️ Sign up by Jan 15

## L2 Wine – Accelerated – Lancaster

April 14 – May 12, Mondays, 5–9PM

Location TBD

**Exam:** May 12

➡️ Sign up by April 7

## L3 Wine – Lancaster

Jan 13 – April 7, Mondays, 5PM– 9PM

Vine Bar

**Exam:** April 7

➡️ Sign up by Jan 10

## L3 Wine – Philadelphia

Jan 14 – April 1, Tuesdays, 6PM–9PM

**Exam:** April 1

➡️ Sign up by Jan 10

# Explore WSET Certification

WINE



Level 1 Award in Wines

A beginner level introduction to wine suitable for those starting a wine career or pursuing an interest in wine.



WSET® Level 2 Award in Wines

Level 2 Award in Wines

A beginner- to intermediate-level qualification exploring wines, suitable for industry professionals and wine enthusiasts.



WSET® Level 3 Award in Wines

Level 3 Award in Wines



Level 4 Diploma in Wine

SPIRITS & SAKE



Level 1 Award in Sake - Online

Case 2:26-cv-01268-JDW    Document 25-1    Filed 03/16/26    Page 125 of 138

Level 1 Award in Spirits - Online

**Not currently offered.** The Level 1 qualification offers a hands-on introduction to the world of spirits.

Level 2 Award in Spirits - Online

**Not currently offered.** A beginner to intermediate level qualification exploring spirits and liqueurs for those working in the industry or spirits enthusiasts.



*WSET Latest Figures:*

- 142,000 candidates in 2023/24*

- 9 separate WSET qualifications

- 770 WSET course providers worldwide

- 78 countries provide WSET courses

- 14 languages offered

  *\* wordwide across all levels of wine, sake, and spirits*



## Gift Certificates

Give the gift of wine education with a PhillyWine Voucher! Available in increments of $100, $375 for a WSET Level 1 Class, and $900 for a WSET Level 2 Class. Please email us to purchase one for a custom amount.

Purchase

Follow along  @phillywineschool



© 2024 PhillyWine, LLC

In-person classes meet at
Fitler Club Philadelphia

Terms of Service

PhillyWine Policies

Events

WSET Classes

FAQ

Calendar

# EXHIBIT R

#125455447v1

 Google

phillywine

AI Mode | All | Shopping | Images | Videos | News | Maps | More ▾ | Tools ▾



PhillyWine
https://www.phillywine.com ⋮

## PhillyWine

Earn your globally recognized WSET Certification in wine with **PhillyWine**. Online & in-person classes in PA, DE & VA for all levels.

**Our Team**
Our friendly team is here to provide you with a high quality ...

**WSET Level 2 Award in Wine**   ›
WSET Level 2 is designed for wine lovers and professionals who ...

**Level 4 Diploma in Wine**   ›
The WSET Level 4 Diploma in Wines is an expert-level ...

**Level 1 Award in Wine**   ›
Start your wine journey with WSET Level 1. A beginner-friendly ...

**WSET Level 3 Award in Wine**   ›
... PhillyWine instructors and PhillyWine tastings. The Online ...

More results from phillywine.com »



See photos    See outside

## PhillyWine

4.5 ★★★★⯪  23 Google reviews

Educational institution in Philadelphia, Pennsylvania

 Website     Directions     Reviews

 Save     Share

**Address:** 2400 Market St Suite 226, Philadelphia, PA 19103

**Get There:** 🚆 44 min · 🚗 16 min · 🚶 1 hr 11 min

**Hours:** Closed · Opens 9 AM Mon ▾

Suggest an edit · Own this business?

# EXHIBIT S

#125455447v1



WSET Certification    WSET Exams    Our Team    About

Sign Up

### ABOUT NOELLE ALLEN, DipWSET

I co-own and run PhillyWine School with my business partner, Dr. Matt Kirkland. We're based in Philadelphia, PA. PhillyWine provides WSET Certification in wine, spirits, and sake, as well as independent, non-certification wine classes and events. The Wine & Spirits Education Trust (WSET) is one of the world's leading providers in wine education, and WSET Certification is globally recognized. I am responsible for daily operations at PhillyWine and for creating long term strategies that support program sustainability, quality, and growth.



# EXHIBIT T

#125455447v1

# Instagram

Log In    Sign Up



**mywineschool** ✓    ⋮

**PhillyWine Classes & Certification**

**15** posts    **100** followers    **56** following

Education website
WSET Approved Program Provider. Levels 1-3 & Diploma.
Online & in-person.
📍Fitler Club
… more



  

