**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PHILLYWINE LLC, a Pennsylvania Limited Liability Company, <br><br> *Plaintiff,* <br><br> v. <br><br> KSWCO LLC, a Delaware Limited Liability Company, SALKEDS LLC, a Delaware Limited Liability Company, THE NATIONAL WINE SCHOOL LLC, a Pennsylvania Limited Liability Company, ALANA ZERBE, an individual, and KEITH WALLACE, an individual, d/b/a Wine School of Philadelphia, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    No. 2:26-cv-01268 |

**[PROPOSED] ORDER**

AND NOW, on this _____ day of _____, 2026, upon consideration of the Request for Judicial Notice in Support of Plaintiff's Motion for Preliminary Injunction and the exhibits attached thereto, **IT IS ORDERED:**

The Court takes judicial notice of Exhibits 1 through 4 because they are in the public realm, from government websites, the authenticity of which cannot be reasonably questioned.

Plaintiff's Request for Judicial Notice is **HEREBY GRANTED.**

BY THE COURT:

_____
Hon. Joshua D. Wolson