# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office

## AAA SCHOOL OF TRUCKING

**Reg. No. 7,848,536**
**Registered Jul. 01, 2025**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

AAA School of Trucking, Inc.  (PENNSYLVANIA CORPORATION)
442 E. Girard Avenue, Unit 1
Philadelphia, PENNSYLVANIA 19125

CLASS 41: Education services, namely, providing instruction, classes, seminars, and workshops in the field of trucking, truck driving, and commercial vehicle driving and operation; Providing courses of instruction in the field of trucking, truck driving, and commercial vehicle driving and operation; Providing training in the field of trucking, truck driving, and commercial vehicle driving and operation; Vocational education in the field of trucking, truck driving, and commercial vehicle driving and operation

FIRST USE 00-00-1997; IN COMMERCE 00-00-1997

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF TRUCKING"

SER. NO. 98-764,340, FILED 09-23-2024



Acting Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# AUGUSTE ESCOFFIER SCHOOL OF CULINARY ARTS

**Reg. No. 4,029,325**

**Registered Sep. 20, 2011**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TRIUMPH GROUP, INC. (ILLINOIS CORPORATION)
2300 N. BARRINGTON ROAD
SUITE 443
HOFFMAN ESTATES, IL 60169

FOR: DEGREE AND DIPLOMA GRANTING VOCATIONAL EDUCATION IN THE FIELD OF CULINARY ARTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-1-2011; IN COMMERCE 6-1-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL OF CULINARY ARTS", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-849,447, FILED 10-15-2009.

DANNEAN HETZEL, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

## BARBARA BRENNAN SCHOOL OF HEALING

**Reg. No. 5,594,653**

**Registered Oct. 30, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Barbara Brennan School of Healing  (NEW YORK CORPORATION)
500 Ne Spanish River Blvd., Ste. 208
Boca Raton, FLORIDA 33431

CLASS 41: Educational services, namely, vocational education in the field of holistic health; providing vocational courses of instruction in the field of holistic health and distributing course material in connection therewith; arranging and conducting educational classes, conferences, seminars, workshops, all in the field of holistic health; and educational testing

FIRST USE 9-1-1985; IN COMMERCE 9-1-1985

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF HEALING"

The Name "BARBARA BRENNAN" identifies a living individual whose consent is of record.

SER. NO. 87-812,574, FILED 02-27-2018



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# California School of Construction

**Reg. No. 5,963,698**

**Registered Jan. 14, 2020**

**Int. Cl.: 41**

**Service Mark**

**Supplemental Register**

Hands-On America, Inc.  (CALIFORNIA CORPORATION)
928 N. San Fernando Blvd., Suite J317
Burbank, CALIFORNIA 91504

CLASS 41: Vocational schools, namely, providing education and training for individuals who are seeking to acquire the necessary skills to work in the construction industry

FIRST USE 1-2-2019; IN COMMERCE 1-2-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF CONSTRUCTION"

SER. NO. 88-505,739, FILED P.R. 07-09-2019; AM. S.R. 12-02-2019



Director of the United States
Patent and Trademark Office



> ### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## Calvary School of Missions

**Reg. No. 8,149,123**

**Registered Feb. 24, 2026**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Calvary Chapel Saving Grace  (CALIFORNIA CHARITABLE CORPORATION)
17451 Bastanchury Rd Ste 203
Yorba Linda, CALIFORNIA 92886

CLASS 41: Charitable education services, namely, providing vocational training in the field of international ministry

FIRST USE 00-00-2021; IN COMMERCE 00-00-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL OF MISSIONS"

SER. NO. 99-239,254, FILED 06-17-2025

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**CANADIAN SCHOOL**

**Reg. No. 7,584,860**

**Registered Dec. 03, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

SISTEMA CANADIENSE INTERNACIONAL, S.A. DE C.V.
 (MEXICO sociedad anonima (sa de cv)))
133 BAJADA DE LAS AGUILAS, INT. 3
ZAPOPAN, JALISCO, MEXICO 45129

CLASS 41: Education services, namely, physical, music, boarding school education; Providing training, namely, providing computer education, business, sports, meditation training; Entertainment services, namely, storytelling, cheerleading, conducting contests, conducting carnivals; Organizing exhibitions for sporting and cultural purposes; Educational academies, namely, educating at primary, junior high, senior high school levels; Exam application services for obtaining a certificate in any profession; Coaching in the field of sports; Professional coaching services in the fields of math, science, English, art and sports; Educational services, namely, arranging and conducting colloquiums in the fields of math, science, English, art, music; Organization of sports competitions; Organization of competitions in the field of entertainment, education, and other non-business and non-commercial fields; Arranging and conducting of conferences and congresses in the field of education, telecommunications technology, economics, fashion, intellectual property law; Dissemination of culture and knowledge in the nature of providing information in the fields of art, art history, art culture and art appreciation via a website; Education information in the nature of providing information in the field of teaching methodology and education; Educational services, namely, conducting classes, seminars, conferences and workshops in the fields of education, math, science and distribution of instructional course material in connection therewith; Physical education; Education examination services; Testing services; Education services, namely, providing kindergarten through 12th grade (K-12) classroom instruction; providing classes and instruction in the field of dance; providing tutoring in the field of math, science and art; Teaching services at kindergarten through 12th grade (K-12) school; Award delivery services of recognition derived from educational, cultural and entertainment activities in the nature of incentive award programs to encourage students and organization members to set up and achieve goals in academics, attendance, citizenship, and conduct; Educational services provided by schools in the nature of elementary, beauty, nursing schools; Educational examination services;

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



Organization of exhibitions for cultural or educational purposes; Cultural promotion services in the nature of organizing and hosting events for entertainment and cultural purposes; Nursery schools; Lending library services for lending games; On-line library services, namely, providing electronic library services which feature electronic, computer video games via an on-line computer network; Arranging and conducting in-person cultural and educational forums, seminars, symposiums, and workshops in the fields of music, art, language training, history; Vocational guidance; Vocational education in the fields of art, language, music, English, history and civics; Publication of texts, other than publicity texts; Education services, namely, providing tutoring in the fields of math, science, English, history, civics, art and music

OWNER OF MEXICO , REG. NO. 1671179, DATED 09-05-2016, EXPIRES 05-11-2026

The mark consists of a stylized maple leaf design element above a stylized open book design element above the stacked elements "CANADIAN SCHOOL".

No claim is made to the exclusive right to use the following apart from the mark as shown: "CANADIAN SCHOOL"

SER. NO. 98-289,734, FILED 11-29-2023

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101 and 107**

**Reg. No. 3,089,733**

## United States Patent and Trademark Office

Registered May 9, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

## Colorado School of Healing Arts

HEALTH CARE ASSOCIATES, INC. (COLORADO CORPORATION)

SUITE 100

7655 W. MISSISSIPPI AVE

LAKEWOOD, CO 80226

FOR: VOCATIONAL EDUCATION IN THE FIELD OF MASSAGE THERAPY AND RELATED HEALING ARTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-14-1987; IN COMMERCE 12-14-1987.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL OF HEALING ARTS", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-558,191, FILED 2-1-2005.

ALAIN LAPTER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,337,483**

**Registered Nov. 21, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

ASSOCIATION DE L'ENSEIGNEMENT SUPERIEURCOMMERCIAL RHONE-ALPES - A.E.S.C.R.A. (FRANCE Association régie par la loi du 1er juillet 1901 )
23 Avenue Guy De Collongue
F-69130 Ecully
FRANCE

CLASS 41: Education services, namely, providing classes, seminars, workshops in the fields of entrepreneurship, business, management and executive development; training in the form of workshops in the fields of entrepreneurship, business, management and executive development; teaching courses of instruction at the undergraduate, graduate and post-graduate level; entertainment services in the nature of live events, namely, soccer, golf and tennis tournaments, track and field competitions, running races, automobile races, ballet and dance performances, theatre productions, magic and light shows, performances by a musical band, orchestra performances; entertainment services, namely, arranging and conducting festivals, namely, ethnic, wine, film and music festivals; sporting and cultural activities, namely, organization of sports competitions and of cultural events; providing information and advice in the fields of education, educational training and teaching; organization and conducting of training workshops for students and adults in the fields of entrepreneurship, business, management and executive development; practical training in the form of workshops in the fields of entrepreneurship, business, management and executive development; continuous training in the form of workshops in the fields of entrepreneurship, business, management and executive development; providing education in the fields of entrepreneurship, business, management and executive development rendered through correspondence courses; educational services, namely, conducting interactive distance learning at the university level; organization and conducting of educational conferences, congresses, colloquiums, seminars, symposiums, round tables all in the fields of entrepreneurship, business, management and executive development; educational services, namely, organization and conducting of focus groups for educational purposes in the fields of business organization and management, industrial or commercial companies; organization and conducting of exhibitions for cultural or educational purposes; organization of social entertainment events for educational purposes, namely, meetings of students and former students; vocational guidance; organization of educational competitions with or without distribution of prizes and awards; educational examinations; publication of books; publication of texts; publication of books, manuals, journals and multimedia teaching aids; electronic publication of books and periodicals online; photographic reporting; book lending

The mark consists of the word "em" above the word "lyon" above the word "business" above the word "school" all on a shaded square.



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

PRIORITY DATE OF 02-04-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1320897 DATED 07-08-2016, EXPIRES 07-08-2026

No claim is made to the exclusive right to use the following apart from the mark as shown: "LYON BUSINESS SCHOOL"

SER. NO. 79-197,074, FILED 07-08-2016

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,971,415**
**Registered June 7, 2016**

**Int. Cls.: 16, 25 and 41**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JACKSON PREPARATORY SCHOOL FOUNDATION, INC. (MISSISSIPPI CORPORATION)
P.O. BOX 4940
JACKSON, MS 392964940

FOR: SCHOOL SUPPLIES, NAMELY, NOTEBOOKS, FOLDERS, NOTE PADS, PENCILS, PENS, PENCIL CASES, WRITING UTENSILS, BOOK COVERS; PRINTED INSTRUCTIONAL, EDUCATIONAL, AND TEACHING MATERIALS IN THE FIELDS OF READING, MATHEMATICS, WRITING, SCIENCE, SOCIAL STUDIES, ENGLISH AND FOREIGN LANGUAGES; PUBLICATIONS, NAMELY, YEARBOOKS AND PRINTED PERIODICALS IN THE FIELD OF ACADEMICS, ATHLETICS, MARKETING AND ADMISSIONS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-0-1993; IN COMMERCE 6-0-1993.

FOR: CLOTHING PRODUCTS, NAMELY SHIRTS, T-SHIRTS, JERSEYS, SHORTS, JACKETS AND HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-0-1993; IN COMMERCE 6-0-1993.

FOR: EDUCATIONAL SERVICES IN THE NATURE OF A COLLEGE PREPARATORY SCHOOL; EDUCATIONAL SERVICES, NAMELY, PROVIDING SIXTH GRADE THROUGH TWELFTH GRADE CLASSROOM INSTRUCTION AND DISTRIBUTING COURSE MATERIALS IN CONJUNCTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSROOM INSTRUCTION, VOCATIONAL INSTRUCTION, MENTORING, TUTORING, CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF SECONDARY EDUCATION; EDUCATIONAL AND TRAINING SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, AND WORKSHOPS IN THE FIELD OF LEADERSHIP DEVELOPMENT; PROVIDING AFTER SCHOOL EDUCATIONAL AND EXTRACURRICULAR PROGRAMS, NAMELY, STUDY-ABROAD PROGRAMS AND SUMMER PROGRAMS IN THE NATURE OF ARTS, CRAFTS AND ACADEMIC COURSEWORK FOR STUDENTS IN SIXTH GRADE THROUGH TWELFTH GRADE; LIBRARY SERVICES; ADMISSION CONSULTING SERVICES, NAMELY, CONSULTING IN THE FIELD OF COLLEGE ADMISSIONS; ART EXHIBITIONS; ENTERTAINMENT, NAMELY, THEATER PRODUCTIONS, LIVE MUSIC CONCERTS, AND PRESENTATION OF MUSICAL PERFORMANCES; PROVIDING FACILITIES FOR SHOWS, PLAYS, MUSIC AND ART EXHIBITS; ORGANIZING, SANCTIONING AND CONDUCTING, AMATEUR ATHLETIC PROGRAMS, ACTIVITIES AND COMPETITIONS; ENTERTAINMENT IN THE NATURE OF COMPETITIONS IN THE FIELDS OF DEBATE AND ACADEMICS;



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**Reg. No. 4,971,415**    ENTERTAINMENT IN THE NATURE OF COMPETITIONS OR TOURNAMENTS IN THE FIELDS OF FOOTBALL, BASEBALL, SOFTBALL, SOCCER, VOLLEYBALL, BASKETBALL, GOLF, TENNIS, TRACK AND FIELD, CROSS COUNTRY AND SWIMMING; PROVIDING SPORTS FACILITIES; RECREATION, SPORT, ATHLETIC AND SUMMER CAMPS; PROVIDING RECOGNITION AND INCENTIVES BY THE WAY OF AWARDS TO DEMONSTRATE EXCELLENCE IN THE FIELD OF ACADEMICS AND SPORTS; INFORMATION SERVICES FOR ALL OF THE FOREGOING PROVIDED BY A GLOBAL COMPUTER NETWORK; SUMMER CAMPS; RECREATIONAL CAMPS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-0-1993; IN COMMERCE 6-0-1993.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PREPARATORY SCHOOL" FOR EDUCATIONAL SERVICES IN THE NATURE OF A COLLEGE PREPARATORY SCHOOL; EDUCATIONAL SERVICES, NAMELY, PROVIDING SIXTH GRADE THROUGH TWELFTH GRADE CLASSROOM INSTRUCTION AND DISTRIBUTING COURSE MATERIALS IN CONJUNCTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, PROVIDING CLASSROOM INSTRUCTION, VOCATIONAL INSTRUCTION, MENTORING, TUTORING, CLASSES, SEMINARS AND WORKSHOPS IN THE FIELD OF SECONDARY EDUCATION; EDUCATIONAL AND TRAINING SERVICES, NAMELY, CONDUCTING CLASSES, SEMINARS, AND WORKSHOPS IN THE FIELD OF LEADERSHIP DEVELOPMENT; PROVIDING AFTER SCHOOL EDUCATIONAL AND EXTRACURRICULAR PROGRAMS, NAMELY, STUDY-ABROAD PROGRAMS AND SUMMER PROGRAMS IN THE NATURE OF ARTS, CRAFTS AND ACADEMIC COURSEWORK FOR STUDENTS IN SIXTH GRADE THROUGH TWELFTH GRADE; LIBRARY SERVICES; ADMISSION CONSULTING SERVICES, NAMELY, CONSULTING IN THE FIELD OF COLLEGE ADMISSIONS IN CLASS 41, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A DEPICTION OF A SHIELD DIVIDED INTO FOUR PARTS - THE UPPER LEFT CORNER DEPICTING SIX STARS, THE UPPER RIGHT CORNER DEPICTING THREE ACORNS, THE LOWER LEFT CORNER DEPICTING LEAVES, THE LOWER RIGHT CORNER DEPICTING DIAGONAL BARS - AND A BORDER WITH THE WORDING "EXCELLENTIA" ON THE TOP OF THE SHIELD AND "JACKSON PREPARATORY SCHOOL" ON THE LEFT AND RIGHT SIDE OF THE SHIELD.

THE ENGLISH TRANSLATION OF "EXCELLENTIA" IN THE MARK IS "EXCELLENT".

SEC. 2(F).

SER. NO. 86-408,169, FILED 9-28-2014.

MICHELE SWAIN, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL
> TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
> DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:   A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,110,242**

**Registered Jul. 18, 2023**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

B-3-1, LLC  (FLORIDA LIMITED LIABILITY COMPANY), DBA FLEETFORCE, FLEETFORCE TRUCK DRIVING SCHOOL
4950 Recker Highway, Building 9
Winter Haven, FLORIDA 33880

CLASS 41: Providing courses of instruction at the post high school level; Providing courses of instruction in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Education services, namely, providing instruction, classes, seminars, and workshops in the fields of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Educational services in the nature of truck driving schools; Educational services in the nature of commercial vehicle driving and operation schools; Educational services in the nature of heavy equipment operation schools; Educational services, namely, conducting instruction, classes, seminars, and workshops in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Educational services, namely, providing training of drivers and operators for certification in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Training in the use and operation of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Training in the use of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Training services in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Vehicle driving instruction; Vocational education in the field of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation; Vocational education in the fields of trucking, truck driving, commercial vehicle driving and operation, and heavy equipment operation

FIRST USE 9-23-2020; IN COMMERCE 9-23-2020

The color(s) grey, red, and black is/are claimed as a feature of the mark.

The mark consists of the stylized wording "FLEETFORCE" with the word "FLEET" in grey with the top of the "F" extending right to the end of the word "FORCE" and the word "FORCE" in red with the top of the "F" extending right to the end of the word "FORCE" and a line extending left from the bottom of the "F" to the beginning of the word "FLEET," all above a black bar containing the stylized non-colored wording

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



"TRUCK DRIVING SCHOOL".

No claim is made to the exclusive right to use the following apart from the mark as shown: "TRUCK DRIVING SCHOOL"

SER. NO. 97-024,823, FILED 09-13-2021

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**GENIUS SCHOOL**

**Reg. No. 6,571,440**
**Registered Nov. 30, 2021**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

GENIUS GROUP LIMITED  (SINGAPORE LIMITED COMPANY )
8 AMOY STREET #01-01
Singapore 049950, SINGAPORE

CLASS 41: Providing information relating to education services; educational services, namely, providing webinars, classes, workshops, e-courses, coaching, conferences and workshops in fields of business leadership and business management; vocational education in the field of computer software, computer hardware and computer science; tuition services, namely, providing instructions and training for certification in academic and skills disciplines at the secondary and post-secondary level; coaching in the field of self-development, company management, new business ventures and growth strategies; university education services; providing information about education; provision of educational information in the field of business education and business leadership development training

The color(s) green, grey, orange, yellow, blue, black is/are claimed as a feature of the mark.

The trademark is in the shape of the butterfly with green, grey, orange, yellow and blue colours and the letters from the word "GENIUS" are black and letter from the word "SCHOOL" are green.

The mark consists of the design of a butterfly with green, gray, orange, and yellow wings and blue head above the wording "GENIUS SCHOOL", with "GENIUS" in black and "SCHOOL" in green.

PRIORITY DATE OF 10-05-2020 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1567240 DATED 10-10-2020, EXPIRES 10-10-2030

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 79-300,818, FILED 10-10-2020



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,731,235**

**Registered May 5, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GEORGIA TRADE SCHOOL, LLC (GEORGIA LIMITED LIABILITY COMPANY)
2260 MOON STATION COURT, SUITE 110
ATTN.: RYAN BLYTHE, EXECUTIVE DIRECTOR
KENNESAW, GA 30144

FOR: PRACTICAL TRAINING IN THE FIELD OF WELDING; VOCATIONAL EDUCATION IN THE FIELDS OF PIPE WELDING AND STRUCTURAL PLATE WELDING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-0-2012; IN COMMERCE 1-0-2012.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GEORGIA TRADE SCHOOL", APART FROM THE MARK AS SHOWN.

THE COLOR(S) RED, WHITE, BLUE, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDS "GEORGIA" AND "SCHOOL" WRITTEN IN BLACK WITH THE WORD "TRADE" WRITTEN IN RED BETWEEN THEM, THE WORDS "REBUILD-ING AMERICA" WRITTEN IN BLACK UNDERNEATH THE WORDS "GEORGIA TRADE SCHOOL", AND A STYLIZED DRAWING OF A RED, WHITE, AND BLUE BANNER WITH BLUE AND WHITE STARS ABOVE IT AND A BLACK OVAL SURROUNDING IT APPEAR-ING ABOVE THE WORDS "GEORGIA TRADE SCHOOL".

SER. NO. 86-390,606, FILED 9-10-2014.

BRIAN PINO, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

    *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

    *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

    You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# I PROMISE SCHOOL

**Reg. No. 6,789,651**
**Registered Jul. 12, 2022**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

LBJ Trademarks, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 Embassy Parkway, Suite 360
Akron, OHIO 44333

CLASS 41: Education services, namely, providing elementary school and middle school classroom instruction; providing vocational instruction, mentoring, tutoring, classes, seminars and workshops for individuals with varying learning styles using advanced learning technologies and teaching methods

FIRST USE 7-1-2018; IN COMMERCE 7-1-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 97-239,986, FILED 01-26-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

## INTERACTIVE FILM SCHOOL

**Reg. No. 5,076,032**

**Registered Nov. 08, 2016**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

iStudent Media, Inc. (MICHIGAN CORPORATION)
PO BOX 391
Royal Oak, MI 48068

CLASS 9: Downloadable electronic publications in the nature of books, textbooks, interactive-books, and interactive-textbooks in the field of prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; digital media, namely, digital software applications, downloadable electronic data files, downloadable art files, downloadable audio files, downloadable games, downloadable video and movie files, and downloadable interactive-files featuring prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; interactive-multimedia software applications featuring prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies

FIRST USE 1-28-2012; IN COMMERCE 8-9-2012

CLASS 41: Education services, namely, providing live and on-line instruction, tutoring, mentoring, lessons, and inspirational solutions in the field of prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; entertainment services, namely, conducting contests to display work and encourage students in the field of prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies; video production and digital media production, namely, production of CDs, DVDs, books, interactive-books, digital software applications, digital art, digital audio, digital games, electronic files, video, movies, downloadable interactive-files, and interactive-multimedia software and applications featuring prekindergarten through postgraduate subjects, namely, the arts, computers, home economics, language, literature, mathematics, philosophy, physical education, religion, science, social science, social studies, technology, and vocational studies

FIRST USE 1-28-2012; IN COMMERCE 8-9-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:



Director of the United States
Patent and Trademark Office

"FILM SCHOOL"

SER. NO. 86-425,129, FILED 10-15-2014
ESTHER ANN BELENKER, EXAMINING ATTORNEY

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# IT STEP SCHOOL

**Reg. No. 6,430,423**
**Registered Jul. 27, 2021**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

KORCHEVSKYI Dmytro  (UKRAINE INDIVIDUAL)
Rupniecibas St. 44, Apt. 17
Riga
LATVIA

CLASS 41: Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies; educational services, namely, providing classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration rendered through correspondence courses; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, and conducting programs featuring recreational activities at children's computer camps; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies; educational services, namely, conducting of on-line exhibitions, displays, interactive exhibits in the field of robots, field trips at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of interactive play areas, social gatherings, live appearances by professional entertainers at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, namely arranging and hosting social entertainment events in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies;





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; providing information about computer education training relating to computer science, computer and information technologies; educational services, namely providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers; vocational guidance, namely, providing advice on training and educating others in the fields of computer science, computer and information technologies

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 10-04-2019 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1518893 DATED 11-25-2019, EXPIRES 11-25-2029

No claim is made to the exclusive right to use the following apart from the mark as shown: "IT" AND "SCHOOL"

SER. NO. 79-280,552, FILED 11-25-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# LUISS BUSINESS SCHOOL

**Reg. No. 7,209,717**

**Registered Nov. 07, 2023**

**Int. Cl.: 9, 14, 16, 18, 21, 25, 36, 39, 41, 43**

**Service Mark**

**Trademark**

**Principal Register**

Luiss - Libera Università Internazionale degli Studi Sociali Guido Carli
 (ITALY University )
Viale Pola 12
I-00198 Roma
ITALY

CLASS 9: Electronically recorded data, namely, electronic database in the field of science, law, medicine and economics recorded on computer media; electronic publications, downloadable, namely, magazines in the field of science, law, medicine and economics; electronic databases recorded on computer media featuring statistical data in the field of science, law, medicine and economics; downloadable sounds, downloadable images, downloadable text and information all featuring recorded audio and video content in the field of ecology to be provided by telecommunications networks, by online delivery and by way of the Internet and the world wide web; downloadable computer software for teaching, instructional and educational purposes in the field of science, law, medicine and economics; blank digital and analogue media for use in recording, reproducing, carrying, storing, processing, manipulating, transmitting, broadcasting, retrieving and reproducing downloadable music, downloadable sounds, downloadable images, downloadable text; optical, electronic and magnetic data storage devices bearing pre-recorded information in the field of science, law, medicine and economics, namely, storage devices in the nature of computer storage devices, namely, high-speed storage subsystems for storage and backup of electronic data either locally or via a telecommunications network; downloadable computer programs, namely, downloadable operating system programs; electric apparatus and instruments for sound or image recording and reproduction; blank sound and video recording materials in the nature of digital storage media; pre-recorded sound and video recording materials featuring musical performances recorded on computer media; information stored in electronic, digital and magnetic form, namely, magnetically, optically, or electronically recorded or encoded data in the fields of science, law, medicine or economics; downloadable publications in electronic form, namely, magazines in the field of science, law, medicine or economics to be supplied on-line from databases from facilities provided on the Internet; downloadable software and applications for use in data analysis; downloadable software applications for delivery on-line through a web-browser or as a downloadable application or application delivered to any computing device including desktop, laptop and tablet computers as well as mobile devices for the purpose of cloud storage of data; blank CD-ROMs and DVDs; helmets, namely, protective helmets for sports; spectacles; blank USB flash drives

CLASS 14: Jewellery findings; jewellery made of precious metals; paste jewellery; tie clips; cuff links; rings being jewellery; bracelets; chains being jewellery; jewellery charms; necklaces being jewellery; tiaras; gems; medals; medallions; earrings; pins being jewellery; watch bands; watch chains; chronographs being watches; chronoscopes; clocks and watches; alarm clocks; commemorative coins; collectible coins; key rings in the nature of split rings with trinket or decorative fobs; commemorative shields of precious metals; jewellery cases; jewelry caskets; jewellery boxes

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



CLASS 16: paper, paper articles In the nature of paper emblems and paper tablemats; cardboard and cardboard articles in the nature of storage boxes; books in the nature of printed date books, sketch books; printed matter, in the nature of printed calendars, printed forms; printed teaching, educational and instructional materials in the field of science, law, medicine and economics; printed specialist periodicals in the field of science, law, medicine and economics; printed periodicals in the nature of magazines in the field of entertainment; printed newspapers; printed sheet music; printed magazines, namely, printed general feature magazines; printed maps for excursions, printed maps for educational and teaching purposes, printed posters and printed wall charts, printed photographs; pens; pencils; pencil cases

CLASS 18: Bags, namely, carry-all bags, leather bags; briefcases, backpacks, suitcases, document cases, umbrellas, wallets, travel bags, briefcases, handbags; conference folders, namely, briefcase-like leather business folders; coin purses, luggage; trunks being luggage; credit card cases and sports bags

CLASS 21: Drinking glasses, drinking vessels and barware, namely, beer glasses and wine glasses; cups and mugs; porcelain ware, namely, porcelain flower pots; isothermic bags, namely, thermal insulated bags for food or beverages; bottles, sold empty; stemware; decanters; napkin rings; works of art made of glass; works of art made of crystal; souvenir plates; coin banks; toothbrush holders; brushes, namely, scrubbing brushes, bath brushes; toothbrushes, non-electric; toothbrushes, electric

CLASS 25: Articles of clothing and footwear, namely, coats and shirts; bathing suits; neckties; jackets being clothing; stuff jackets being clothing; skirts; aprons being clothing; maillots; hosiery; sweaters; cloaks; brassieres; slips being underclothing; trousers; slippers; pyjamas; ponchos; sandals; shoes; neck scarves being mufflers; shawls; boots; uniforms; combinations being one-piece undergarments; dressing gowns; togas; sweatshirts; tee-shirts; sportswear, namely, sweat pants

CLASS 36: Providing educational scholarships; providing monetary grants to charities; providing information relating to charitable fundraising; investment of funds for charitable purposes; arranging of financing for humanitarian projects; financial sponsorship of scholarship programs, charitable activities and humanitarian projects; philanthropic services concerning monetary donations; providing financial sponsorship of scholarship programs, charitable activities and humanitarian projects and patronage

CLASS 39: Rental of vehicles, namely, bicycles, scooters, cars and trucks; transportation travel arrangement for individuals and for groups, organising, reservation and booking of transport for travel tours, tourist transport services and sightseeing transport services, passenger transport using vehicles and trucks; escorting of travellers; chauffeur services

CLASS 41: Education and instruction, namely, providing classes and seminars in the field of science, law, medicine and economics; advanced training in the field of science, law, medicine and economics; business training services; continuous training in the field of science, law, medicine and economics; training and instruction, namely, providing workshops and seminars in the field of science, law, medicine and economics; educating at university or colleges, namely, providing courses at the university and college level in the field of science, law, medicine and economics; provision of education courses in the field of science, law, medicine and economics; provision of educational examinations and tests in the form of educational testing services; providing facilities for educational purposes; provision of facilities for education; provision of non-downloadable online tutorials in the field of screenwriting; management of education services, namely, educational counseling services to assist students in planning and preparing for further education; teaching in colleges; educational institute services, namely, planning curriculum for teachers in the field of science, law, medicine and economics; teaching, namely, teaching of courses of instruction at the undergraduate, graduate and post-graduate level; provision of skill assessment courses in the field of computer hardware and software repair; publishing services, namely, academic publishing services in the

field of science, law, medicine and economics; electronic publishing services, namely, digital video, audio, and multimedia publishing services; publishing, electronic, namely, open-access publishing services, namely, publication of electronic magazines; providing on-line electronic publications, not downloadable, in the nature of journals in the fields of science, law, medicine or economics; teaching being educational services in the field of science, law, medicine and economics; publishing services offered through the Internet, namely, publishing of web magazines; providing information about education; providing information about teaching; research in the field of education; providing information about education via a computer database; online academic library services provided by a university; university services, namely, providing seminars in the field of science; providing educational assessment services; arranging and conducting seminars, symposiums, conferences and congresses in the field of journalism; conducting of correspondence courses in the field of journalism; teaching, lecturing and tutorial services in middle schools; educational examination, namely, providing educational assessment services; organising of exhibitions for educational purposes; lending libraries and online academic library services; provision of sporting, cultural and entertainment activities, namely, production of televised sporting, cultural and theater events; museum services; rental of educational apparatus and materials in the nature of printed books, downloadable and non-downloadable electronic publications, journals, magazines; information and advisory services relating to all the aforesaid services; educational services provided by universities in the nature of providing courses at the university level; providing online non-downloadable electronic publications in the nature of journals in the fields of science, law, medicine or economics; publication of year books; publication of calendars of events; publication of books; publishing of instructional books; publication of manuals; publication of posters; on-line publication of electronic books and journals; publication of texts, other than publicity texts; electronic desktop publishing services; organizing community sporting and cultural activities; conducting guided tours of universities; arranging and conducting educational lectures, not for business or commercial purposes; arranging and conducting educational conferences, not for business or commercial purposes; arrangement of seminars for educational purposes; arranging of seminars relating to cultural activities, not for business or commercial purposes; arranging and conducting of educational symposiums, not for business or commercial purposes; educational services, namely, providing seminars in the field of engineering; coaching in the nature of sports training; lending library services and library services; educational services in the nature of dance academies; conducting of educational courses in the field of music; conducting courses, seminars and workshops in the field of music; conducting of courses in the field of science, law, medicine and economics; advisory services relating to education methodology; conducting training workshops in the field of science, law, or economics; provision of courses of instruction in languages; conducting training workshops in the field of personal development courses; development and dissemination of printed educational materials of others in the field of science, law, medicine and economics; vocational guidance, namely, providing education or training advice for students

CLASS 43: Rental of temporary accommodation; providing temporary accommodation in universities; temporary accommodation reservations; hospitality services, namely, providing temporary housing accommodations; hospitality services in the nature of making reservations for hotel accommodation; providing conference, exhibition and meeting facilities; providing food and drink in restaurants and bars; bar services; café services; canteen services; self-service restaurant services; restaurant services; snack-bar services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 03-02-2022 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1702937 DATED 04-04-2022, EXPIRES 04-04-2032

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS SCHOOL"

SER. NO. 79-358,242, FILED 04-04-2022

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# MEDIA DESIGN SCHOOL

**Reg. No. 6,993,316**
**Registered Feb. 28, 2023**
**Int. Cl.: 16, 35, 41**
**Service Mark**
**Trademark**
**Supplemental Register**

Media Design School  (NEW ZEALAND unlimited liability company )
Level 16, 92 Albert St.
Auckland, NEW ZEALAND 1010

CLASS 16: Publications, namely, books, hand-outs, workbooks, pamphlets and instructions materials in the fields of professional development, art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design; printed matter, namely, magazines, books, printed periodicals, newsletters, and brochures in the fields of professional development, art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design

CLASS 35: Advertising; Dissemination of advertising material; Dissemination of advertising matter; Distribution of advertising material; Event management services, namely, organization of exhibitions or trade fairs for commercial or advertising purposes; Recruitment advertising; Business consultancy; Business management; Business management consultancy; Business recruitment consultancy; Career advisory services other than education and training advice, namely, career placement consulting services; Career counselling in the nature of employment advice and information, namely, career planning services and career advancement consulting services in the field of art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design; Career information and advisory services other than educational and training advice, namely, providing career information; Business consultancy relating to business management; Business consultancy relating to personnel management; Business consultancy relating to personnel recruitment; Business consultancy relating to the management of personnel; Employment staffing consultancy; Employment recruiting consultancy; Personnel management consultancy; Personnel recruitment consultancy; Recruitment consultancy services, namely, consultancy of personnel recruitment and employment recruiting consultancy; Employment counselling services; Employment recruitment; Human resource management; Personnel management; Personnel management advice; Personnel management assistance; Personnel placement; Personnel recruitment; Recruitment of personnel; Job placement services; Personnel management consultations relating to business; Marketing services; Professional business consultancy; Professional recruitment services; Promotional marketing services; Recruitment, employment and career management services, namely, career planning and career placement services; Personnel management services; employment recruiting and



*Katherine Kelly Vidal*

**Director of the United States Patent and Trademark Office**



staffing advice and information; Business and personnel management consulting

CLASS 41: Educational services and on-line educational services, namely, providing courses of instruction at the college, university and graduate school level; educational services, namely, providing courses of study both in person and on-line, at the college, university and graduate school level; Educational counseling services to assist students in planning and preparing for further education; Provision of both education and training via a global computer network, via schools and educational institutions and via correspondence courses, namely, providing on-line training courses, seminars, and workshops in the field of professional development, art, architecture, digital media, software engineering, film, animation and visual effects, creative technologies, creative advertising, and design; Services provided by schools, teaching and training institutions, namely, teaching, training, tutoring and courses of instruction at the undergraduate, graduate and post-graduate level; Arranging and conducting of educational and training workshops, conferences and seminars; Education and training advisory services including vocational education and guidance services, namely, consulting services about education and educational training; Career advisory services in the nature of career counseling, namely, providing advice concerning education options to pursue career opportunities; Education services, namely, conducting courses and training in communication design, interior design, fashion, printing and graphic arts; Career coaching services

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY CLAIMED UNDER SEC. 44(D) ON NEW ZEALAND APPLICATION NO. 1136380, FILED 12-05-2019, REG. NO. 1136380, DATED 03-25-2022, EXPIRES 03-25-2032

OWNER OF U.S. REG. NO. 5356723

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL" FOR INTERNATIONAL CLASS 41

SER. NO. 88-984,609, FILED P.R. 12-10-2019; AM. S.R. 06-24-2022

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**Reg. No. 3,469,429**

## United States Patent and Trademark Office

Registered July 15, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

PENN FOSTER CAREER SCHOOL

PENN FOSTER, INC. (PENNSYLVANIA COR-
PORATION)
925 OAK STREET
SCRANTON, PA 18615

FOR: PROVIDING PROGRAMS AND COURSES OF INSTRUCTION ON A VARIETY OF SUBJECTS AT THE HIGH SCHOOL, VOCATIONAL AND COLLEGE LEVEL VIA DISTANCE LEARNING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-19-2005; IN COMMERCE 12-19-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PENN" AND "CAREER SCHOOL", APART FROM THE MARK AS SHOWN.

SN 78-729,961, FILED 10-10-2005.

PAUL CROWLEY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## ROADMASTER DRIVERS SCHOOL

**Reg. No. 7,378,419**

**Registered May 07, 2024**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Career Path Training Corp.  (FLORIDA CORPORATION)
11300 4th Street No, Ste 200
St Petersburg, FLORIDA 33716

CLASS 41: vocational education and training, namely, conducting in-person classes, online classes, and behind-the-wheel training in the field of truck driving; education and training, namely, conducting in-person classes, online classes, and behind-the-wheel training in the field of acquiring a commercial driver's license (CDL); administration of commercial driver's license (CDL) testing

FIRST USE 11-00-1992; IN COMMERCE 11-00-1992

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3115832

No claim is made to the exclusive right to use the following apart from the mark as shown: "DRIVERS SCHOOL"

SER. NO. 97-871,173, FILED 04-03-2023



Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# STRINGHAM SCHOOLS

**Reg. No. 4,528,058**
**Registered May 13, 2014**
**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

STRINGHAM REAL ESTATE SCHOOL, INC. (UTAH CORPORATION), DBA STRINGHAM
 SCHOOLS
STE 301
635 W 5300 S
SALT LAKE CITY, UT 84123

FOR: CONTINUING EDUCATION SERVICES, NAMELY, PROVIDING LIVE AND ON-LINE CONTINUING PROFESSIONAL EDUCATION SEMINARS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; DEVELOPING EDUCATIONAL MANUALS FOR OTHERS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SER-VICES, NAMELY, PROVIDING CAREER RE-TRAINING CLASSES IN THE FIELDS OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SERVICES, NAMELY, PROVIDING LIVE AND ON-LINE COURSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SERVICES, NAMELY, PROVIDING ON-LINE CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATION SER-VICES, NAMELY, PROVIDING TRAINING IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING PROGRAMS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELDS OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF TRAINING MATERIALS IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING NON-DOWNLOADABLE WEBINARS IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF TRAINING MATERIAL IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CONFERENCES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF COURSE MATERIAL IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, CONDUCTING CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING AND DISTRIBUTION OF EDUCATIONAL MATERIALS IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, PROVIDING CONTINUING PROFES-SIONAL EDUCATION COURSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, PROVIDING ON-LINE CLASSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY, PROVIDING ONLINE INSTRUCTION IN THE FIELD OF REAL ES-TATE, MORTGAGE, OR CONTRACTING; EDUCATIONAL SERVICES, NAMELY,



Michelle K. Lee

**Deputy Director of the United States**
**Patent and Trademark Office**

**Reg. No. 4,528,058** PROVIDING ONLINE INSTRUCTION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING VIA AN ONLINE WEBSITE; EDUCATIONAL SERVICES, NAMELY, PROVIDING TRAINING OF REAL ESTATE AGENTS, MORTGAGE AGENTS, OR CONTRACTORS FOR CERTIFICATION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING; PROVIDING EDUCATION COURSES IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING OFFERED THROUGH ONLINE, NON-DOWNLOADABLE VIDEOS AND INSTRUCTOR ASSISTANCE; VOCATIONAL EDUCATION IN THE FIELD OF REAL ESTATE, MORTGAGE, OR CONTRACTING , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-4-2003; IN COMMERCE 9-4-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOLS", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-877,874, FILED 3-15-2013.

SUSAN RICHARDS, EXAMINING ATTORNEY

<div style="border:1px solid black">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

### United States Patent and Trademark Office

# The Fab School

**Reg. No. 6,607,321**
**Registered Jan. 04, 2022**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Innovative Fabrication School, Inc. (CALIFORNIA CORPORATION), DBA
The Fab School
9571 Pittsburgh Ave.
RANCHO CUCAMONGA, CALIFORNIA 91730

CLASS 41: Educational services, namely, conducting programs in the field of welding, metal fabrication, computer aided software, and composites materials; Computer education training services; Vocational education in the field of welding, metal fabrication, computer aided software, and composites materials

FIRST USE 10-1-2005; IN COMMERCE 10-1-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 90-532,108, FILED 02-17-2021



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and  an  Application  for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# The Lionheart School

**Reg. No. 7,896,515**
**Registered Aug. 19, 2025**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

The Lionheart Life Center  (GEORGIA NON-PROFIT CORPORATION)
225 Roswell St
Alpharetta, GEORGIA 30009

CLASS 41: Charitable services, namely, academic mentoring of school age children; Educational services in the nature of special needs schools; Educational services, namely, conducting programs in the field of special needs; Educational services, namely, conducting classes, seminars, conferences and workshops for children with special needs in the field of hippotherapy, science, history, social studies, occupational therapy, speech, language, reading, writing, math, physical education, art, music, drama, communication skills, therapeutic interventions, assistive technology, life thinking curriculum and pre-vocational and vocational skills

FIRST USE 9-00-2000; IN COMMERCE 9-00-2000

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5432841, 4158296

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 98-502,628, FILED 04-16-2024



Acting Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# The Relationship School

**Reg. No. 5,163,297**

**Registered Mar. 14, 2017**

**Int. Cl.: 41**

**Service Mark**

**Supplemental Register**

The Relationship School (COLORADO LIMITED LIABILITY COMPANY)
2015 Balsam Drive
Boulder, CO 803043617

CLASS 41: Educational services, namely, providing live and on-line mentoring, programs, classes, seminars, workshops, and group coaching on relationship training for personal growth and relationship development of adults and youth; Educational services, namely, providing vocational training of individuals for certification in the relationship coaching field and distribution of course and educational materials in connection therewith; Educational services, providing educational speakers and outreach in the field of relationship development and training of adults and youth

FIRST USE 6-13-2016; IN COMMERCE 6-13-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SCHOOL"

SER. NO. 87-120,236, FILED P.R. 07-28-2016; AM. S.R. 12-20-2016
ELISSA GARBER KON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# TUNER SCHOOL

**Reg. No. 4,758,371**
**Registered June 23, 2015**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

TUNER SCHOOL, LLC (TEXAS LIMITED LIABILITY COMPANY)
9281 SW INTERSTATE 10 FRONTAGE RD
SEALY, TX 77474

FOR: EDUCATIONAL SERVICES IN THE NATURE OF CLASSES, SEMINARS, AND WORKSHOPS, ALL IN THE FIELD OF AUTOMOBILE TUNING, MODIFICATION, IMPROVE-MENT, PERFORMANCE, AND REPAIR; VOCATIONAL EDUCATION IN THE FIELD OF AUTOMOBILES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-1-2007; IN COMMERCE 7-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 86-184,493, FILED 2-4-2014.

JAMES STEIN, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date.   *See* 15 U.S.C. §§1058, 1141k.   If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).   The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.   *See* 15 U.S.C. §§1058, 1141k.   However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.   *See* 15 U.S.C. §1141j.   For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the
USPTO website for further information.   With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:   A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at**  http://www.uspto.gov.