# EXHIBIT 4

| | |
|---|---|
| **To:** | Matthew A. Homyk(mhomyk@blankrome.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98764340 - AAA SCHOOL OF TRUCKING - - 156960-00101 |
| **Sent:** | March 29, 2025 07:11:05 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-merriam-webster-com-dictionary-school-17432882836881

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98764340

**Mark:** AAA SCHOOL OF TRUCKING

**Correspondence Address:**
Matthew A. Homyk
Blank Rome LLP
One Logan Square
Philadelphia PA 19103
United States

**Applicant:** AAA School of Trucking, Inc.

**Reference/Docket No.** 156960-00101

**Correspondence Email Address:** mhomyk@blankrome.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** March 29, 2025

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## Summary of Issues

- Search Results - No Conflicting Marks Found
- Missing Apartment Number or Suite Number
- Disclaimer of Descriptive Wording Required

## Search Results - No Conflicting Marks Found

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

## Missing Apartment Number or Suite Number

**Domicile address cannot be accepted.** Applicant must provide its current domicile street address because the domicile address of record identifies an address for a multi-dwelling building or multi-unit commercial building with the particular unit unspecified, which is not an acceptable type of domicile address for a juristic applicant. TMEP §601.01(c)(i). That is, this address does not identify applicant's principal place of business. *See* 37 C.F.R. §§2.2(o)-(p), 2.11(b), 2.189; TMEP §601.01(c)(i). All applications must include an applicant's domicile address. *See* 37 C.F.R. §§2.32(a)(2), 2.189; TMEP §803.05(a). In addition, all applicants domiciled outside the United States must be represented by a U.S.-licensed attorney. 37 C.F.R. §2.11(a); TMEP §601. See Hiring a U.S.-licensed attorney for more information. The USPTO uses applicant's domicile address to determine whether applicant is required to be represented by a U.S.-licensed attorney in this matter. *See* 37 C.F.R. §2.11(a); TMEP §601.01(a).

**Response option(s)**
**Applicant must provide an acceptable domicile street address**; that is, the location of applicant's headquarters where its senior executives or officers ordinarily direct and control applicant's activities. *See* 37 C.F.R. §§2.2(o)-(p), 2.32(a)(2), 2.189; TMEP §803.05(a). If applicant provides a foreign domicile address, applicant must appoint a U.S.-licensed attorney qualified under 37 C.F.R. §11.14. *See* 37 C.F.R. §2.11(a)-(b); TMEP §601.01(a).

If applicant cannot provide a domicile street address due to an extraordinary situation, applicant may file a petition to the Director to request the Director waive this requirement. *See* 37 C.F.R. §§2.146(a)(5), 2.148; TMEP §1708.01. The petition must include the required fee as well as (a) a verified statement of facts explaining the extraordinary situation, and (b) the state, or foreign equivalent, and country of applicant's domicile, to determine whether applicant must be represented by a U.S.-licensed attorney. *See* 37 C.F.R. §§2.11(a)-(b), 2.146(c)(1); TMEP §1708.01. However, filing a petition is not considered a response to an Office action. *See* 37 C.F.R. §2.146(g); TMEP §1705.06. Applicant must still file a timely response to this Office action to avoid abandonment of the application. The response should indicate that a petition has been filed, specify the reason(s) for filing the petition (i.e., to request a waiver of the domicile address requirement), and request suspension of the application pending disposition of the petition. *See* TMEP §§716.02, 716.02(l), 1705.06.

**Instructions for responding**
**To provide applicant's domicile street address.** After opening the electronic response form and entering the serial number, (1) answer "yes" to the question about owner information and click "Continue;" (2) on the "Owner Information" page, in the "Domicile Address" fields, uncheck the box stating the domicile and mailing address are not the same; and (3) below the checkbox provide applicant's domicile street address. The address provided in the "Domicile Address" fields will be hidden from public view. However, any street address listed in the "Mailing Address" fields will be publicly viewable.

**To appoint a U.S.-licensed attorney,** (1) use the Change Address or Representation form to appoint an attorney after they have been retained, or (2) applicant's attorney can appear by responding on applicant's behalf using the electronic response form, indicating that an appointment of attorney has been made, addressing all other refusals or requirements in the action, if any, and properly signing the response.

## Disclaimer of Descriptive Wording Required

Applicant must disclaim the wording "SCHOOL OF TRUCKING" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from *Merriam Webster's Dictionary* shows that "school" means "an organization that provides instruction" and "trucking" is the subject of the instruction as described in applicant's identification of services. *See* attached evidence from *merriam-webster.com*. Thus, the wording merely describes applicant's goods and/or services because applicant provides instruction in the field of trucking, as described in the identification of services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "SCHOOL OF TRUCKING" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide

additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a <u>response form to this nonfinal Office action</u> or file a <u>request form for an extension of time to file a response</u>.

/Joanne Clifford/
Joanne Clifford
Trademark Examining Attorney
Law Office 125
(571) 272-4692
Joanne.Clifford@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to <u>abandon</u>.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) <u>system availability</u> could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email <u>TEAS@uspto.gov</u>.

- <u>**Responses signed by an unauthorized party**</u> are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with <u>legal authority to bind a juristic applicant</u>. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find <u>contact information for the supervisor</u>** of the office or unit listed in the signature block.



https://www.merriam-webster.com/dictionary/school     at 06 45 02, 03/29/2025

# school 1 of 4 noun (1)

skül

Synonyms of *school* ›

1 : an organization that provides instruction: such as

a : an institution for the teaching of children

b : COLLEGE, UNIVERSITY

c (1) : a group of scholars and teachers pursuing knowledge together that with similar groups constituted a medieval university

(2) : one of the four faculties of a medieval university

(3) : an institution for specialized higher education often associated with a university
the school of engineering

d : an establishment offering specialized instruction
a secretarial school
driving school

**Dictionary**
Definition
noun (1)
verb (1)
noun (2)
verb (2)
Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Rhymes
Entries Near



Related Articles
Cite this Entry
Share
Kids Definition
More from M-W
Show Less

Save Word

Rhymes
Entries Near
Related Articles
Cite this Entry
Share
Kids Definition
More from M-W
Show Less

Save Word

**2 a** (1) : the process of teaching or learning especially at a school

(2) : attendance at a school

(3) : a session of a school

**b** : a school building

**c** : the students attending a school

*also* : its teachers and students

**3** : a source of knowledge

*experience was his school*
*a secretarial school*

*driving schools*

**2 a** (1) : the process of teaching or learning especially at a school

(2) : attendance at a school

(3) : a session of a school

**b** : a school building

**c** : the students attending a school

*also* : its teachers and students

**3** : a source of knowledge

*experience was his school*

**4 a** : a group of persons who hold a common doctrine or follow the same teacher (as in philosophy, theology, or medicine)

*the Aristotelian school*

*also* : the doctrine or practice of such a group

**b** : a group of artists under a common influence

**c** : a group of persons of similar opinions or behavior

*also* : the shared opinions or behavior of such a group

*rival schools of thought*

**5** : the regulations governing military drill of individuals or units

*also* : the exercises carried out

*the school of the soldier*



Can you solve 4 words at once?

Play

ADVERTISEMENT

SPRING

PLAYS
DAILY

Can you solve 4 words at once?

Play

ADVERTISEMENT

SPRING

2024 LINCOLN
Corsair SUV
Exceptional offers happening now

LEARN MORE    SEE OFFERS



WORD OF THE DAY

elucidate

See Definitions and Examples »

Get Word of the Day daily email

Your email add    SUBSCRIBE



# school 2 of 4 verb (1)

**schooled; schooling; schools**

*transitive verb*

1  a : to teach or drill in a specific knowledge or skill
   *well schooled in languages*

   b : to discipline or habituate to something
   *school oneself in patience*

2  : to educate in an institution of learning
   *The child was schooled at great cost to her family.*

# school 3 of 4 noun (2)

: a large number of fish or aquatic animals of one kind swimming together

# school 4 of 4 verb (2)

**schooled; schooling; schools**

*intransitive verb*

: to swim or feed in a school
*bluefish are schooling*

ADVERTISEMENT



**Make The Switch. Own Your Day.**

Stay a step ahead thanks to Now Brief
with Galaxy AI on the new Samsung—

SPONSORED BY SAMSUNG

LEARN MORE

ADVERTISEMENT



mounjaro

**WORK ON HITTING
YOUR A1C GOALS**

MEDICATION AND SAFETY SUMMARY WITH WARNINGS

Mounjaro® (moun-JAHR-OH) is an injectable
medicine for adults with type 2 diabetes used
along with diet and exercise to improve blood
sugar (glucose).

• It is not known if Mounjaro can be used in
people who have had inflammation of the
pancreas (pancreatitis). Mounjaro is not for
use in people with type 1 diabetes. It is not
known if Mounjaro is safe and effective for
use in children under 18 years of age.

Warnings - Mounjaro may cause tumors in the
thyroid, including thyroid cancer. Watch for
possible symptoms, such as a lump or swelling in
the neck, hoarseness, trouble swallowing, or



### Synonyms

**Noun (1)**

| academe | academy | seminary |
|---------|---------|----------|

**Verb (1)**

| educate | indoctrinate | instruct |
|---------|--------------|----------|
| lesson  | teach        | train    |
| tutor   |              |          |

See All Synonyms & Antonyms in Thesaurus >

### Choose the Right Synonym for *school*

**TEACH, INSTRUCT, EDUCATE, TRAIN, DISCIPLINE, SCHOOL** mean to cause to acquire knowledge or skill.

**TEACH** applies to any manner of imparting information or skill so that others may learn.

*taught* us a lot about our planet

**INSTRUCT** suggests methodical or formal teaching.

*instructs* raw recruits in military drill

**EDUCATE** implies development of the mind.

more things than formal schooling serve to *educate* a person

**TRAIN** stresses instruction and drill with a specific end in view.

*trained* foreign pilots to operate the new aircraft

**DISCIPLINE** implies training in habits of order and precision.

a *disciplined* mind

**SCHOOL** implies training or disciplining especially in what is hard to master.

*schooled* the horse in five gaits



### Examples of *school* in a Sentence

#### Noun (1)

one of the first **schools** in the country to admit girls as students

#### Verb (1)

**schooled** their children in proper etiquette for formal occasions

### Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback

**Noun**

Mahmoud Khalil, who helped lead the **school's** student protest movement demanding a ceasefire in Gaza, is married to a US citizen and had a green card.
— Catherine E. Shoichet, *CNN*, 22 Mar. 2025

The announcement drew immediate condemnation from some faculty and free speech groups, who accused the university of caving to President Donald Trump's largely unprecedented intrusion upon the **school's** academic freedom.
— arkansasonline.com, 22 Mar. 2025

**Verb**

Despite being a longtime celebrity chef, Guy Fieri can still get **schooled**.
— Sabrina Weiss, *People.com*, 13 Mar. 2025

The comedian, 42, joked that his dad has been **schooling** him on proper Emmy etiquette ever since the trophy arrived.
— *EW.com*, 11 Mar. 2025

See All Example Sentences for *school* »

ADVERTISEMENT

  Discover Now    **Dove Men+Care** Deodorant    *Dove* MEN+CARE



## Word History

### Etymology

**Noun (1)**

Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *scholē* leisure, discussion, lecture, school; perhaps akin to Greek *echein* to hold — more at SCHEME entry 1

**Noun (2)**

Middle English *scole*, from Middle Dutch *schole*; akin to Old English *scolu* multitude and probably to Old English *scylian* to separate — more at SKILL entry 1

### First Known Use

**Noun (1)**

before the 12th century, in the meaning defined at sense 1

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Noun (2)**

15th century, in the meaning defined above

**Verb (2)**

1597, in the meaning defined above

### Time Traveler

**The first known use of *school* was before the 12th century**

See more words from the same century

## Phrases Containing *school*



| | | |
|---|---|---|
| after-school | alternative school | approved school |
| at school | boarding school | B-school |
| charter school | church school | common school |
| comprehensive school | consolidated school | correspondence school |

See More ⌄

### Rhymes for *school*

| | | |
|---|---|---|
| boule | brule | buhl |
| cool | drool | fool |
| ghoul | mule | pool |
| poul | rule | spool |

See All Rhymes for *school*

### Browse Nearby Words

| | | |
|---|---|---|
| schonfelsite | **school** | schoolable |

See All Nearby Words >

### Articles Related to *school*

  





**A Drudge of Lexicographers Presents:...**
What do you call a group of cats?

**Is 'school' ever properly a verb?**
It's time for you to get schooled on 'school'

**Get Schooled on 'School'**
What does a school of fish have to do with a classroom? Nothing.

ADVERTISEMENT

stelo

### Cite this Entry

Style   MLA

"School." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/school. Accessed 29 Mar. 2025.

Copy Citation

### Share

(f) (X)

### Kids Definition



# school 1 of 3  noun

skul

1  a : a place or establishment for teaching and learning

   public schools

   a music school

   b : a faculty or division within an institution for higher education devoted to teaching, study, and research in a particular area of knowledge : COLLEGE

   school of law

   graduate school

2  a : a session of school

   missed school yesterday

   b : SCHOOLHOUSE

   c : the students or students and teachers of a school

   the whole school was at the assembly

3   : a group of persons having the same opinions and beliefs or accepting the same methods or leaders

   also : the shared opinions, beliefs, or methods of such a group

# school 2 of 3  verb

1   : to teach or drill in a specific skill or area of knowledge

   well schooled in languages

2   : to discipline or make used to something

   school oneself in patience

# school 3 of 3  noun

   : a large number of water-dwelling animals of one kind (as fish) swimming together

## Etymology

**Noun**

Old English scōl "a place for learning," from Latin schola (same meaning), from



Old English scōl "a place for learning," from Latin schola (same meaning), from Greek scholē "leisure, discussion, lecture, school"

### Word Origin

The English word *school* comes from the Greek *scholē*. The original meaning of *scholē* was "leisure." To the Greeks it seemed natural that one's leisure should be spent learning and thinking. *Scholē* therefore came to mean not only "leisure" but also "a place for learning." Many Greeks were later employed by the Romans as teachers, and the Romans borrowed the Greek word as *schola*. The Latin word *schola* in time came into Old English as *scōl*.

ADVERTISEMENT

### More from Merriam-Webster on *school*

Nglish: Translation of *school* for Spanish Speakers

Last Updated: 25 Mar 2025 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### Popular in Grammar & Usage

See More ›







How to Use Em Dashes (—), En Dashes (–) , and Hyphens (-)

The Difference Between 'i.e.' and 'e.g.'

Why is '-ed' sometimes pronounced at the end of a word?

Words You Always Have to Look Up

Democracy or Republic: What's the difference?

## Popular in Wordplay

See More







Top 10 Sophisticated Insults

Flower Etymologies For Your Spring Garden

More Words with Remarkable Origins

Terroir, Oenophile, & Magnum: Ten Words About Wine

8 Words for Lesser-Known Musical Instruments

## Games & Quizzes

See All






Quordle
Can you solve 4 words at once?

**Play**

Blossom Word Game
Pick the best words!

**Play**

Missing Letter
A daily crossword with a twist

**Play**

Guess the Curious Origins of These Everyday Words
Oh, that's where that comes from...

**Take the quiz**

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on March 29, 2025 for
**U.S. Trademark Application Serial No. 98764340**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE
- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| To: | Triumph Group, Inc. (trademarks@sonnenschein.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 77849447 - AUGUSTE ESCOFFIER SCHOOL OF - 09787000.000 |
| Sent: | 1/25/2010 3:34:30 PM |
| Sent As: | ECOM106@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO:    77/849447

MARK: AUGUSTE ESCOFFIER SCHOOL OF

**\*77849447\***

CORRESPONDENT ADDRESS:
  CAROL ANNE BEEN
  SONNENSCHEIN, NATH & ROSENTHAL, LLP
  PO BOX 061080
  CHICAGO, IL 60606-1080

RESPOND TO THIS ACTION:
http://www.uspto.gov/teas/eTEASpageD.htm

GENERAL TRADEMARK INFORMATION:
http://www.uspto.gov/main/trademarks.htm

APPLICANT:    Triumph Group, Inc.

CORRESPONDENT'S REFERENCE/DOCKET NO :
  09787000.000
CORRESPONDENT E-MAIL ADDRESS:
  trademarks@sonnenschein.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE: 1/25/2010**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## Section 2(d) Refusal: Likelihood of Confusion

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 2862085. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the enclosed registration.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant. *See* 15 U.S.C. §1052(d). The court in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section 2(d). *See* TMEP §1207.01. However, not all of the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record. *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont*, 476 F.2d at 1361-62, 177 USPQ at 567.

The question is not whether people will confuse the marks, but whether the marks will confuse people into believing that the goods and/or services they identify come from the same source. *In re West Point-Pepperell, Inc.*, 468 F.2d 200, 201, 175 USPQ 558, 558-59 (C.C.P.A. 1972); TMEP §1207.01(b). For that reason, the test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison. The question is whether the marks create the same overall impression. *See Recot, Inc. v. M.C. Becton*, 214 F.3d 1322, 1329-30, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000); *Visual Info. Inst., Inc. v. Vicon Indus. Inc.*, 209 USPQ 179, 189 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trademarks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537, 540-41 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); TMEP §1207.01(b).

In this case, the following factors are the most relevant: similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services. *See In re Opus One, Inc.*, 60 USPQ2d 1812 (TTAB 2001); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593 (TTAB 1999); *In re Azteca Rest. Enters., Inc.*, 50 USPQ2d 1209 (TTAB 1999); TMEP §§1207.01 *et seq.*

### Similarities of the Marks

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation and commercial impression. *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b). Similarity in any one of these elements may be sufficient to find a likelihood of confusion. *In re White Swan Ltd.*, 8 USPQ2d 1534, 1535 (TTAB 1988); *In re Lamson Oil Co.*, 6 USPQ2d 1041, 1043 (TTAB 1987); *see* TMEP §1207.01(b).

Applicant seeks registration for AUGUSTE ESCOFFIER SCHOOL OF CULINARY ARTS, with SCHOOL OF CULINARY ARTS disclaimed (see requirement below). Although a disclaimed portion of a mark certainly cannot be ignored, and the marks must be compared in their entireties, one feature of a mark may be more significant in creating a commercial impression. Disclaimed matter is typically less significant or less dominant when comparing marks. *See In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997); *In re Nat'l Data Corp.*, 753 F.2d 1056, 1060, 224 USPQ 749, 752 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii). In other words, the dominant portion of applicant's mark is AUGUSTE ESCOFFIER.

Registrant's mark is LA FRATERNELLE DES CUISINIERS GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION AUGUSTE ESCOFFIER, which translates to THE BROTHERHOOD OF CHEFS INTERNATIONAL CULINARY GRAND PRIX AND EXHIBITION AUGUSTE ESCOFFIER. First, the wording GRAND PRIX CULINAIRE INTERNATIONAL ET EXPOSITION is disclaimed, thus making the wording LA FRATERNELLE DES CUISINIERS and AUGUSTE ESCOFFIER the dominant portion of registrant's marks. Applicant's mark is similar in appearance and sound because both marks share the identical element AUGUSTE ESCOFFIER. More importantly, both marks share a similar meaning because of the shared identical element AUGUSTE ESCOFFIER. Auguste Escoffier was a famous French chef who is famous for cultivating French recipes and food. Please see the attached evidence. Thus, because both marks refer to Auguste Escoffier the marks impress upon consumers the ideas and techniques of Auguste Escoffier.

### Similarities of the Services

The goods and/or services of the parties need not be identical or directly competitive to find a likelihood of confusion. *See Safety-Kleen Corp. v. Dresser Indus., Inc.*, 518 F.2d 1399, 1404, 186 USPQ 476, 480 (C.C.P.A. 1975); TMEP §1207.01(a)(i). Rather, it is sufficient that the goods and/or services are related in some manner and/or the conditions surrounding their marketing are such that they would be encountered by the

same purchasers under circumstances that would give rise to the mistaken belief that the goods and/or services come from a common source. *In re Total Quality Group, Inc.*, 51 USPQ2d 1474, 1476 (TTAB 1999); TMEP §1207.01(a)(i); *see, e.g., On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086-87, 56 USPQ2d 1471, 1475-76 (Fed. Cir. 2000); *In re Martin's Famous Pastry Shoppe, Inc.* , 748 F.2d 1565, 1566-68, 223 USPQ 1289, 1290 (Fed. Cir. 1984).

Applicant seeks registration for vocational educational services in the field of culinary arts. These services can be provided by a variety of activities, including workshops, seminars, and exhibitions. Registrant's services include providing educational exhibitions in the field of cooking and culinary arts. The services are legally identical. Both are providing educational services in the field of culinary arts.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

Because the use of similar marks used on legally identical services is likely to cause confusion, registration must be refused under Section 2(d). Although applicant's mark has been refused registration, applicant may respond to the refusal by submitting evidence and arguments in support of registration.

Applicant must respond to the requirements set forth below.

### Disclaimer

A "disclaimer" is a statement in the record that an applicant does not claim exclusive rights to an unregistrable component of a mark; it does not affect the appearance of the mark. TMEP §1213. An unregistrable component can include wording or designs that are merely descriptive or generic, deceptively misdescriptive, or primarily geographically descriptive of an applicant's goods and/or services. 15 U.S.C. §1052(e); *see* TMEP §§1213, 1213.03.

The Office can require an applicant to disclaim an unregistrable component of a mark. 15 U.S.C. §1056(a). Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

A disclaimer does not physically remove the disclaimed matter from the mark, but rather is a written statement that applicant does not claim exclusive rights to the disclaimed wording and/or design separate and apart from the mark as shown in the drawing. TMEP §§1213, 1213.10.

Failure to comply with a disclaimer requirement can result in a refusal to register the entire mark. TMEP §1213.01(b).

The following cases further explain the disclaimer requirement: *Dena Corp. v. Belvedere Int'l Inc* ., 950 F.2d 1555, 21 USPQ2d 1047 (Fed. Cir. 1991); *In re Brown-Forman Corp.*, 81 USPQ2d 1284 (TTAB 2006); *In re Kraft, Inc.*, 218 USPQ 571 (TTAB 1983).

Applicant seeks registration for vocational educational services in the field of culinary arts. The proposed mark includes the phrase "school of culinary arts." This phrase immediately describes applicant's services by informing consumers of the nature of applicant's services (schooling) and the subject matter (culinary arts). Therefore, applicant must disclaim this descriptive phrase apart from the mark as shown. *See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(a). Please see the attached showing the wording "school of culinary arts" used to describe other educational services in the field of culinary arts. This evidence also consists of attached copies of printouts from the USPTO X-Search database, which show third-party registrations that disclaim "school" and "culinary arts" for marks used with in conjunction with educational services or similar services. The use of these disclaimers demonstrates the descriptiveness of this wording in conjunction with the same or similar services as that of the applicant.

The computerized printing format for the Office's *Trademark Official Gazette* requires a standardized format for a disclaimer. TMEP §1213.08(a)(i). The following is the standard format used by the Office:

**No claim is made to the exclusive right to use "SCHOOL OF CULINARY ARTS" apart from the mark as shown.**

TMEP §1213.08(a)(i); *see In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

### Individual Identified

Applicant must clarify whether the name or signature in the applied-for mark identifies a particular living individual. Written consent is required for registration of a name, including a pseudonym, stage name or nickname, or signature, if the name or signature identifies a specific living

individual. Trademark Act Section 2(c), 15 U.S.C. §1052(c); TMEP §813; *see* TMEP §§1206 *et seq.*

**If the name or signature shown in the mark identifies a particular living individual**, then applicant must submit the following:

(1) A written consent, personally signed by the individual whose name or signature appears in the mark, authorizing applicant to register the name, pseudonym, stage name, nickname or signature as a trademark and/or service mark with the USPTO; and

(2) A statement that "**AUGUSTE ESCOFFIER** identifies a living individual whose consent is of record." If the name represents that of a pseudonym, stage name or nickname, applicant must include a statement that "**AUGUSTE ESCOFFIER** identifies the {pseudonym/stage name/nickname} of {specify actual name}, a living individual whose consent is of record."

*See* TMEP §§813, 813.01(a), 1206.04(a).

**However, if the name or signature in the mark does not identify a living individual**, then applicant must submit a statement that "**AUGUSTE ESCOFFIER** does not identify a living individual." TMEP §813.01(b).

**Classification of Services**

The services are classified incorrectly. Applicant must amend the application to classify the services in International Class 041. *See* 37 C.F.R. §§2.32(a)(7), 2.85; TMEP §§1401.02(a), 1401.03(b).

**Response Guidelines**

There is no required format or form for responding to an Office action; however, applicant must explicitly address each refusal and/or requirement raised in this Office action. If a refusal has issued, applicant may wish to argue against the refusal, i.e., submit arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. To respond to requirements, applicant should set forth in writing the required changes or statements and request that the Office enter them into the application record.

The response must be signed by the individual applicant or someone with legal authority to bind a juristic applicant (e.g., a corporate officer or general partner). *See* 37 C.F.R. §§2.62(b), 2.193(e)(2)(ii); TMEP §§611.03(b), 611.06 *et seq.*, 712.01. In the case of joint applicants, all must sign. 37 C.F.R. §2.193(e)(2)(ii); TMEP §611.06(a). In addition, the proper signatory must personally sign or personally enter his/her electronic signature. *See* 37 C.F.R. §2.193(a), (e)(2)(ii); TMEP §§611.01(b), 611.02.

The Office recommends applicants use the Trademark Electronic Application System (TEAS) to respond to Office actions online at http://www.uspto.gov/teas/index.html. If applicant responds on paper via regular mail, the response should include the title "Response to Office Action" and the following information: (1) the name and law office number of the examining attorney, (2) the serial number and filing date of the application, (3) the date of issuance of this Office action, (4) applicant's name, address, telephone number and e-mail address (if applicable), and (5) the mark. 37 C.F.R. §2.194(b)(1); TMEP §302.03(a).

The following legal authorities govern the processing of trademark and service mark applications by the Office: The Trademark Act of 1946, 15 U.S.C. §§1051 *et seq.*; The Trademark Rules of Practice, 37 C.F.R. Part 2; and the Office's *Trademark Manual of Examining Procedure* (TMEP) (6th ed. 2009). These legal resources are available online at http://www.uspto.gov/main/trademarks.htm.

"TMEP" refers to the Office's *Trademark Manual of Examining Procedure* (6th ed. 2009), available on the United States Patent and Trademark Office website at http://www.uspto.gov/main/trademarks.htm. The TMEP is a detailed administrative manual written by the Office to explain the laws and procedures that govern the trademark/service mark application, registration, and post registration processes.

If applicant has questions about its application or this Office action, please contact the assigned trademark examining attorney at the telephone number below.

/Dannean J Hetzel/
Trademark Examining Attorney
Law Office 106
Phone 571-272-8858
Fax    571-273-9106

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**Print: Jan 25, 2010**                    **76471035**

**DESIGN MARK**

**Serial Number**
76471035

**Status**
REGISTERED

**Word Mark**
LA FRATERNELLE DES CUISINIERS GRAND PRIX CULINAIRE INTERNATIONAL ET
EXPOSITION AUGUSTE ESCOFFIER

**Standard Character Mark**
No

**Registration Number**
2862085

**Date Registered**
2004/07/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
LA FRATERNELLE DES CUISINIERS DE NICE MUTUALISTIC COMPANY FRANCE 2 Rue
de l'Hôtel de Ville 06300 Nice FRANCE

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S:
Entertainment in the nature of culinary competitions; publication of
books, newspapers, and magazines; and organizing exhibitions for
educational and cultural purposes relating to cooking.

**Foreign Country Name**
FRANCE

**Foreign Registration Number**
1386953

**Foreign Registration Date**
1986/12/23

**Foreign Expiration Date**
1996/12/23

-1-

**Print: Jan 25, 2010**                    **76471035**


**Foreign Renewal Registration Number**
1386953

**Foreign Renewal Registration Date**
1996/11/25

**Foreign Renewal Expiration Date**
2006/11/25

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GRAND PRIX CULINAIRE
INTERNATIONAL ET EXPOSITION" APART FROM THE MARK AS SHOWN.

**Name/Portrait Statement**
The name "Auguste Escoffier" is the name of an individual who is
deceased.

**Translation Statement**
The words "LA FRATERNELLE DES CUISINIERS" translates from French into
English as "The brotherhood of chefs". The wording "GRAND PRIX
CULINAIRE INTERNATIONAL ET EXPOSITION" translates from French into
English as "International culinary grand prix and exhibition".

**Filing Date**
2002/11/22

**Examining Attorney**
STINE, DAVID

**Attorney of Record**
Mark Lebow



# GRAND PRIX CULINAIRE INTERNATIONAL
## ET EXPOSITION
### AUGUSTE ESCOFFIER

http://www.google.com/search?hl=en&source=hp&q=what+is+school+of+culinary&aq=f&aql=&aqi=&oq=
01/25/2010 01:09:14 PM



http://www.google.com/search?hl=en&source=hp&q=what+is+school+of+culinary&aq=f&aql=&aqi=&oq=
01/25/2010 01:09:14 PM





## Culinary School and Career Resource Center



Before you hand over your tuition money, you probably have some questions about culinary school. In our Culinary School and Career Resource Center, you can learn about a number of topics from how to choose a culinary arts program to industry statistics and information about the outlook for a culinary career.

Read more about culinary schools and careers in our articles and resources:

- Choosing a Culinary Arts Program
- Culinary Jobs and Externships
- How Cooking Schools Work
- Culinary Career Outlook
- Salaries for Culinary Arts Careers
- Chef Job Description
- Chef Interview

## Hospitality & Restaurant Management Resources

Maybe you're interested in a culinary career, but you don't necessarily want to work in the kitchen. If your business skills outshine your culinary genius, find out more about management careers in our Hospitality and Restaurant Management Career Resource Center. There are many opportunities for individuals with business know-how and an appreciation for good food to succeed in the culinary industry.

Read more about restaurant and hospitality management:

- Restaurant Management Job Description
- Hospitality Jobs' Industry Outlook
- Hotel and Restaurant Management Salaries
- Hospitality Career Center
- Restaurant Manager Interview

**Today's Article:**

- Become a Culinary Arts Major: Cook Your Way Out of Job Woes

**Previous Articles:**

- Culinary Volunteers Help Fight Hunger and Obesity
- Honoring Healthy Fare from High School Culinary Students
- Artisan Cooking: Culinary School Isn't Just for Top Chefs

>> More Culinary Community News

## Featured Articles

### Where Top Chefs Attended Cooking School



We revere those who prepare our food. Whether it's Mom's home cooking or a gourmet chef's exquisite concoction, there's no lack of gratitude towards those who feed us. While top chefs fill our stomachs with their culinary creations, they sometimes also fill us with envy for their thriving careers. Read more about where top chefs attended cooking school.

### Culinary Career Success Stories: From Culinary School to a Dream Job



Just as variety is the essence of a successful dish—an abundance of colors, flavors and textures that work together—it's also a key part of the culinary industry.

Culinary careers cover much more than being a chef. There are culinary careers to fit all sorts of people with all kinds of goals, and the paths to these careers are as varied as the jobs themselves. Read these culinary school success

http://www.google.com/search?hl=en&source=hp&q=what+is+school+of+culinary&aq=f&aql=&aqi=&oq=
01/25/2010 01:09:14 PM

- The International Culinary School Professor Interview
- Le Cordon Bleu Professor Interview

### Catering Career Resources

 Put your culinary school training to good use in a catering business. If you're looking for a career that will allow you to be your own boss and have a flexible schedule, a catering career could be a good fit.

Learn more about catering jobs and whether you have what it takes. Explore the following catering articles:

- Catering Job Description
- Inside Look at Catering Jobs
- Getting Started as a Caterer

### Culinary Arts Institute: Geography Resources

 Learn about culinary schools, career prospects and regional cuisines. Get information about the culinary scene in different states so you can choose a school that's right for you.

Explore the following geography articles:

- Arizona Culinary School
- California School of Culinary Arts
- Florida Culinary School
- Illinois Culinary School
- Louisiana Culinary School
- Massachusetts Culinary School
- Nevada Culinary School
- New York Culinary School
- Pennsylvania Culinary Arts Institute

jobs themselves. Read these culinary school success stories.

### Baking and Pastry Chef Resources

 Do your talents tend toward the sweeter side of the culinary spectrum? If so, perhaps it's time to explore your options in a baking or pastry chef program.

Learn more about baking and pastry chef training and careers in the following articles:

- Pastry Chef Job Description
- Inside Look at Pastry Chef Careers
- Baker vs. Pastry Chef: What's the Difference?

### Cuisines

 As you start your culinary school training, you'll be exposed to many different techniques and cuisines. Finding which style of food inspires you the most is an important step toward making your mark in the culinary world.

Read about these popular cooking styles:

- French Cooking
- Italian Cooking
- Japanese Cooking
- Southwestern Cooking

### Other Culinary Articles

- All About Culinary School Accreditation
- Balancing Work and Culinary School
- Guide to Culinary Arts Programs

http://www.google.com/search?hl=en&source=hp&q=what+is+school+of+culinary&aq=f&aql=&aqi=&oq=
01/25/2010 01:09:14 PM

- Culinary School in Texas

- Jobs for Chef School Graduates

Find more articles in our Culinary Arts Schools Article Archive.

### Your Quick and Easy Guide to Cooking Schools



if you're looking for in-depth resources about cooking schools and careers, explore our Culinary Career Resources for information on a wide range of topics. However, if you're looking for a quick and easy guide to cooking school, look no further than this article on How to Choose a Cooking School.

### Quick Links

- Find culinary schools by city or state.
- Learn about Financial Aid for your culinary education.

**Looking for more info?**
Sign up for monthly email updates with the latest career, degree and school info. Email Address    Subscribe»

Home | Schools Directory | Articles & Resources
Find a School | Privacy Policy | Site Map | About Us | School Login | Advertise With Us | Contact Us

| Top Cooking School Programs | Recent Articles | Culinary Career Centers | Interviews |
|---|---|---|---|
| 1. Culinary School | 5 jobs You Can Get With a Hospitality Degree | Culinary School | A Professor's Culinary School Advice |
| 2. Hospitality Management Certificate | Where Top Chefs Attended Cooking School | Baking & Pastry Chef | Inside Pastry Chef Careers |
| 3. Baking School | Culinary Arts Programs | Hospitality Management Training | Restaurant Manager Interview |
| 4. Pastry Chef School | How to Choose a Cooking School | Restaurant Management Career | Inside Catering Jobs |
| 5. Culinary Arts Institutes | Jobs for Chef School Graduates | Chef Job Resources | Inside Chef Jobs |
| 6. Chef School | Salary Information for Culinary Arts Careers | Catering Job Resources | |
| 7. Art of Cooking | | | |
| 8. Food & Beverage Management | | | |

© 2002-2010 All Star Directories, Inc. All Rights Reserved. | Terms of Use

**Print: Jan 25, 2010**                    **76463941**

**DESIGN MARK**

**Serial Number**
76463941

**Status**
REGISTERED

**Word Mark**
C.A.F.E. (CULINARY ARTS FOODSERVICE EXPOSITION)

**Standard Character Mark**
No

**Registration Number**
2781604

**Date Registered**
2003/11/11

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM

**Owner**
Johnson & Wales University NON-PROFIT CORPORATION RHODE ISLAND 8 Abbot
Park Place Providence RHODE ISLAND 029032807

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Vocational
education in the field of foodservice.  First Use: 1991/10/19.  First
Use In Commerce: 1991/10/19.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY ARTS
FOODSERVICE EXPOSITION" APART FROM THE MARK AS SHOWN.

**Filing Date**
2002/10/31

**Examining Attorney**
ENGEL, MICHAEL

**Attorney of Record**
Robert S. Salter, Esq.

# C.A.F.E. (Culinary Arts Foodservice Exposition)

**Print: Jan 25, 2010**                    **76629344**

**DESIGN MARK**

**Serial Number**
76629344

**Status**
REGISTERED

**Word Mark**
THE GREENBRIER CULINARY ARTS CENTER

**Standard Character Mark**
Yes

**Registration Number**
3044199

**Date Registered**
2006/01/17

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
GREENBRIER IA, INC CORPORATION DELAWARE 136 CARRIAGE LANE WHITE
SULPHUR SPRING WEST VIRGINIA 24986

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Education
services, namely, offering a variety of cooking classes.  First Use:
2000/00/00.  First Use In Commerce: 2000/00/00.

**Prior Registration(s)**
1482046;1627679;2754408;AND OTHERS

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY ARTS CENTER"
APART FROM THE MARK AS SHOWN.

**Filing Date**
2005/01/24

**Examining Attorney**
MARTIN, JENNIFER

-1-

**Print: Jan 25, 2010**                    **76629344**

**Attorney of Record**
Mary Dalton Baril

-2-

**Print: Jan 25, 2010**                    **76629344**

# The Greenbrier Culinary Arts Center

**Print: Jan 25, 2010**                    **77076286**

**DESIGN MARK**

**Serial Number**
77076286

**Status**
REGISTERED

**Word Mark**
NATIONAL INSTITUTE FOR CULINARY ARTS AT MOUNTAIN STATE UNIVERSITY

**Standard Character Mark**
No

**Registration Number**
3427650

**Date Registered**
2008/05/13

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Mountain State University CORPORATION WEST VIRGINIA P.O. Box 9003
Beckley WEST VIRGINIA 25802

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: education
courses relating to culinary arts.  First Use: 2008/01/03.  First Use
In Commerce: 2008/01/03.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NATIONAL INSTITUTE FOR
CULINARY ARTS AT MOUNTAIN STATE UNIVERSITY" APART FROM THE MARK AS
SHOWN.

**Description of Mark**
The mark consists of a light blue diamond around a dark blue interior
and a light blue flame above the words "NATIONAL INSTITUTE FOR
CULINARY ARTS" in dark blue and the words "AT MOUNTAIN STATE
UNIVERSITY" in black.

**Colors Claimed**
The color(s) light blue, dark blue, and black is/are claimed as a

-1-

**Print: Jan 25, 2010**                    **77076286**

feature of the mark.

**Filing Date**
2007/01/04

**Examining Attorney**
CHHINA, KARAN

**Attorney of Record**
Michael T. Smith

-2-

**77076286**



# National Institute for Culinary Arts

### AT MOUNTAIN STATE UNIVERSITY

**Print: Jan 25, 2010**                    **77279743**

**DESIGN MARK**

**Serial Number**
77279743

**Status**
REGISTERED

**Word Mark**
THE INTERNATIONAL CULINARY SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
3464763

**Date Registered**
2008/07/08

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Education Management LLC LIMITED LIABILITY COMPANY DELAWARE 210 Sixth
Avenue Pittsburgh PENNSYLVANIA 15222

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, providing courses of instruction at the
postsecondary level.  First Use: 2007/11/05.  First Use In Commerce:
2007/11/05.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CULINARY SCHOOL" APART
FROM THE MARK AS SHOWN.

**Filing Date**
2007/09/14

**Amended Register Date**
2008/05/06

**Examining Attorney**
WELLS, KELLEY

-1-

**Print: Jan 25, 2010**                              **77279743**

**Attorney of Record**
Christie Baty Heinze

-2-

77279743

# THE INTERNATIONAL CULINARY SCHOOL

http://www.escoffier.com/    01/25/2010 03:29:10 PM

## Did you know that your Internet Explorer 6 (IE6) is out of date?

This template is compatible with IE6, however your experience will be enhanced with a newer browser.

To get the best possible experience using our website we recommend that you upgrade to a newer version or other web browser. A list of the most popular web browsers can be found below





# Escoffier On Line
## The Culinary Resource
### Serving the Culinary Community since 1995

| EOL Home | Escoffier & Great Chefs | Careers, Education & Scholarships | Content Categories | Culinary Forums&Blogs | Photos &Videos | Chef Shops | Contact EOL | Site Map |
|---|---|---|---|---|---|---|---|---|

**HOT JOBS**
- Executive Chef- Atlanta, GA
- Kitchen Manager- Duluth, MN
- Executive Chef- Detroit, MI
- Restaurant General Manager- Orlando, FL
- Banquet Chef- Lansing, MI

**CHEF CAREER HELP**
- Has Your Head Been Hunted Lately? Working with Recruiters in Your Job Search
- Cruise Ship Job Applications - Target Them Correctly
- The Salary Negotiation Dance During A Job Interview
- Cruise Ship Jobs: Why Bigger Isn't Always Better!
- Your Job Search Wish List

**HOT OFF THE STOVE**
- Basilicata Italy Carnevale Season
- A Wine Lover's Weekly Guide To $10 Wines - A Beringer White Zinfandel
- Food Packaging: More Environmentally Friendly
- Kosher Wine Pairings For The Distinguished Palate
- Easy Casseroles and Meat Pies

**SEARCH EOL**

### Escoffier On Line

Search

Search

**LOG IN**

Username

Password

☐ Remember me



### Georges Auguste Escoffier

Auguste Escoffier began his career at the age of 13 and retired 61 years later. Escoffier made French Cuisine world famous and documented its methods and techniques. He moved menus, cooking technique and the organization of the professional kitchen into what

Share on facebook

Add Site to Favorites
Add Page to Favorites
Make Homepage
Print This Page

http://www.escoffier.com/    01/25/2010 03:29:10 PM

LOGIN

Forgot login?

No account yet? Register



Available

professional kitchen into what we are familiar with today. His three cook books, especially Le Guide Culinaire first published in 1903, are read by all levels of culinarians from Culinary Students to Certified Master Chefs for inspiration. Escoffier On Line is dedicated to preserving the history of Escoffier and the Great Chefs. We hope to add the Culinary Community by organizing the many resources on the web for Escoffier and the Great Chefs

There have been discussions that contend that Escoffier would have been upset with the wonderful new tools we have; food processors, convection and combi ovens, computers and all the information on Culinary Arts on the web. I believe the opposite is true, and that he would have embraced them and been at the forefront of incorporating these new technologies into his kitchen

Print

To learn more about Escoffier read his biography



EXECUTIVE CHEF CAREER
Morrison Management Specialists
US-DC-Washington

Production Supervisor/Sous Chef
Goodwin House
US-VA-Falls Church

Restaurant Manager - 500+
locations - GMs earn $100K
Patrice & Associates
US-VA-Dumfries

Restaurant General Manager
Horizon Hospitality Associates, Inc.
US-VA-DC and Northern VA

Complex Executive Chef
Hilton Worldwide
US-VA-Arlington

Restaurant Manager
BlackFinn American Saloon
US-MD-Bethesda

Cook
Sunrise Senior Living
US-MD-Bethesda

Restaurant Managers needed
Martin & Associates
US-VA-Fairfax

Restaurant Manager and General
Manager
Gecko Hospitality
US-MD-Bethesda, Rockville,
California Waldorf and surrounding
areas

Type in search...    Go

Post a Resume
Post a Job

See more jobs at
CareerBuilder.com



3rd Annual Upromise Scholarship — Upromise is giving $2,500 each to some very deserving students. » Learn more

World Travel

## I Love Italian Travel - Basilicata Carnevale Season

Basilicata sits in the south of Italy with a tiny coastline on the Tyrrhenian Sea to the west and a somewhat larger one on the Gulf of Taranto to the south. This is one of the least prosperous, most

| To: | Triumph Group, Inc. (trademarks@sonnenschein.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77849447 - AUGUSTE ESCOFFIER SCHOOL OF - 09787000.000 |
| **Sent:** | 1/25/2010 3:34:34 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | |

## IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

Your trademark application (Serial No. 77849447) has been reviewed. The examining attorney assigned by the United States Patent and Trademark Office ("USPTO") has written a letter (an "Office action") on 1/25/2010 to which you must respond (*unless the Office letter specifically states that no response is required*). Please follow these steps:

1.     Read     the     Office     letter     by     clicking     on     this     **link** http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77849447&doc_type=OOA&mail_date=20100125 OR go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter. If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from **1/25/2010** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

### ALERT:

Failure to file any required response by the applicable deadline will result in the **ABANDONMENT** (loss) of your application.

Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.

| To: | Hands-On America, Inc. (roger@rogerdoumanianlaw.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 88505739 - CALIFORNIA SCHOOL OF CONSTRUCTION - 8118HOA-TMR |
| Sent: | September 26, 2019 03:31:37 PM |
| Sent As: | ecom125@uspto.gov |
| Attachments: | Attachment - 1 |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.**
88505739

**Mark:** CALIFORNIA
SCHOOL OF
CONSTRUCTION

**Correspondence Address:**
ROGER DOUMANIAN
ROGER DOUMANIAN,
ATTORNEY AT LAW, APC
27955 SMYTH DRIVE,
SUITE 107
VALENCIA, CA 91355

**Applicant:** Hands-On
America, Inc.

**Reference/Docket No.**
8118HOA-TMR

**Correspondence Email
Address:**

roger@rogerdoumanianlaw.com

## NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within** **six months** **of the issue date below or the application will be** **abandoned.** Respond using the Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date: September 26, 2019**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

### SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

### SUMMARY OF ISSUES:
- SECTION 2(e)(2) REFUSAL – PRIMARILY GEOGRAPHICALLY DESCRIPTIVE
- DISCLAIMER OF GENERIC WORDING REQUIRED ON SUPPLEMENTAL REGISTER

**SECTION 2(e)(2) REFUSAL – PRIMARILY GEOGRAPHICALLY DESCRIPTIVE**

Registration is refused because the applied-for mark is primarily geographically descriptive of the origin of applicant's goods and/or services. Trademark Act Section 2(e)(2), 15 U.S.C. §1052(e)(2); *see* TMEP §§1210, 1210.01(a).

A mark is primarily geographically descriptive when the following is demonstrated:

>    (1) The primary significance of the mark is a generally known geographic place or location;

>    (2) The goods and/or services for which applicant seeks registration originate in the geographic place identified in the mark; and

>    (3) Purchasers would be likely to make a goods-place or services-place association; that is, purchasers would be likely to believe that the goods and/or services originate in the geographic place identified in the mark.

TMEP §1210.01(a); *see In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1452 (Fed. Cir. 1987); *In re Hollywood Lawyers Online*, 110 USPQ2d 1852, 1853 (TTAB 2014).

Applicant has applied to register CALIFORNIA SCHOOL OF CONSTRUCTION for "Vocational schools, namely, providing education and training for individuals who are seeking to acquire the necessary skills to work in the construction industry" in International Class 41.

The primary significance of "CALIFORNIA" is a geographic location, namely, a state in the United States of America, as shown in the attached internet evidence from the Columbia Gazetteer of the World.

Here, applicant's address lists California which creates a direct association between the services and the geographic location in the mark.

Applicant's incorporation of the additional wording "SCHOOL OF CONSTRUCTION" does not avoid the refusal.   The addition of generic or highly descriptive wording to a geographic word or term does not diminish that geographic word or term's primary geographic significance. TMEP §1210.02(c)(ii); *see, e.g.*, *In re Hollywood Lawyers Online*, 110 USPQ2d 1852, 1853-54 (TTAB 2014) (holding HOLLYWOOD LAWYERS ONLINE primarily geographically descriptive of attorney referrals, online business information, and an online business directory); *In re Cheezwhse.com, Inc.*, 85 USPQ2d 1917, 1920 (TTAB 2008) (holding NORMANDIE CAMEMBERT primarily geographically descriptive of cheese).

Applicant's identification of goods states that applicant provides education services related to the construction industry at a vocational school. Thus, the wording "SCHOOL OF CONSTRUCTION" is merely descriptive of a feature of applicant's services.

Based on the foregoing, registration is refused under Section 2(e)(2) because the applied-for mark is primarily geographically descriptive of the origin of applicant's services.

*SUPPLEMENTAL REGISTER ADVISORY*

Registration is refused on the Supplemental Register because the proposed mark is not in lawful use in commerce, as required by Trademark Act Section 23. *See* 15 U.S.C. §1091(a); 37 C.F.R. §2.47(a); TMEP §714.05(a)(i). Specifically, this application is based on applicant's bona fide intention to use the mark in commerce under Section 1(b), and applicant has not yet submitted an amendment to allege use under 37 C.F.R. §2.76. *See* 37 C.F.R. §§2.47(d), 2.75(b); TMEP §§815.02, 1102.03.

This refusal will be withdrawn if applicant (1) deletes the amendment to the Supplemental Register, or (2) submits an amendment to allege use that meets the requirements of 37 C.F.R. §2.76(b), (c). *See* TMEP §§815.02, 1102.03.

If applicant maintains the amendment to the Supplemental Register and provides an acceptable amendment to allege use, the effective filing date of the application will be the date on which applicant met the minimum filing requirements of 37 C.F.R. §2.76(c) for the amendment to allege use. 37 C.F.R. §2.75(b); TMEP §§816.02, 1102.03. In addition, the undersigned trademark examining attorney will conduct a new search of the USPTO records for conflicting marks based on the later application filing date. TMEP §§206.01, 1102.03.

Although registration on the Supplemental Register does not afford all the benefits of registration on the Principal Register, it does provide the following advantages to the registrant:

>    (1)    Use of the registration symbol ® with the registered mark in connection with the designated goods and/or services, which provides public notice of the registration and potentially deters third parties from using confusingly similar marks.

(2)     Inclusion of the registered mark in the USPTO's database of registered and pending marks, which will (a) make it easier for third parties to find it in trademark search reports, (b) provide public notice of the registration, and thus (c) potentially deter third parties from using confusingly similar marks.

(3)     Use of the registration by a USPTO trademark examining attorney as a bar to registering confusingly similar marks in applications filed by third parties.

(4)     Use of the registration as a basis to bring suit for trademark infringement in federal court, which, although more costly than state court, means judges with more trademark experience, often faster adjudications, and the opportunity to seek an injunction, actual damages, and attorneys' fees and costs.

(5)     Use of the registration as a filing basis for a trademark application for registration in certain foreign countries, in accordance with international treaties.

*See* 15 U.S.C. §§1052(d), 1091, 1094; J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§19:33, 19:37 (rev. 4th ed. Supp. 2017).

**DISCLAIMER OF GENERIC WORDING REQUIRED ON SUPPLEMENTAL REGISTER**

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to disclaim "SCHOOL OF CONSTRUCTION" because such wording appears to be generic in the context of applicant's goods and/or services.  *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

Applicant may submit a disclaimer in the following format:

**No claim is made to the exclusive right to use "SCHOOL OF CONSTRUCTION" apart from the mark as shown.**

TMEP §1213.08(a)(i).

For an overview of disclaimers and instructions on how to satisfy this issue using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**RESPONSE GUIDELINES**

Please call or email the assigned trademark examining attorney with questions about this Office action.  Although the trademark examining attorney cannot provide legal advice or statements about applicant's rights, the trademark examining attorney can provide applicant with additional explanation about the refusal(s) and/or requirement(s) in this Office action.  *See* TMEP §§705.02, 709.06.  Although the USPTO does not accept emails as responses to Office actions, emails can be used for informal communications and will be included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

**How to respond.  Click to file a response to this nonfinal Office action**

/Katie Foss/
Examining Attorney
Law Office 125

571-272-4067
katherine.foss@uspto.gov

**RESPONSE GUIDANCE**

- **Missing the response deadline to this letter will cause the application to <u>abandon.</u>** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or <u>unforeseen circumstances</u> could affect an applicant's ability to timely respond.

- <u>**Responses signed by an unauthorized party**</u> are not accepted and can **cause the application to <u>abandon.</u>** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with <u>legal authority to bind a juristic applicant.</u> If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find <u>contact information for the supervisor</u>** of the office or unit listed in the signature block.

Site Provided by U.S. Patent and Trademark Office          GAZETTEER HOME   MY GAZ   CONTRIBUTORS   HELP   CONTACT US

# THE COLUMBIA GAZETTEER OF THE WORLD

QUICK SEARCH [____]  ● place name ○ full text GO          Search hints

SEARCH   BROWSE          Using the Gazetteer  |  About the Gazetteer  |  Glossary  |  Almanac

‹ previous entry   next entry ›          Search Results > California          print | cite | e-mail

California

California
Geography
Economy
History: 1500s to 1776
History: 1776 to 1812
History: 1812 to 1853
History: 1853 to World War II
History: World War II to 1980
History: 1980 to Present
Government

**State Flag**

★
CALIFORNIA REPUBLIC

**Country Flag**

## California                                          ADD TO MY GAZ

| | |
|---|---|
| TYPE OF PLACE | state |
| LOCATION | California, United States |
| POPULATION | 36,457,549 |

**California** (KAL-ee-FORN-yah), state (= 163,707 sq          Historical Population
mi/424,001 sq km; 2000 population 33,871,648; 2005
estimated population 36,154,147). W U.S., admitted as the thirty-first state of the Union
in 1850; • Sacramento. The largest cities are Los Angeles, San Diego, San Jose, San
Francisco, Long Beach, Oakland, and Sacramento. California is known as "The Golden
State" due to the discovery of gold in 1848 and for its fields of golden poppies.

### Geography

California is bounded on the N by Oregon, on the E by Nevada and Arizona (from which
it is separated by the Colorado River), on the S by Mexico (Baja California Norte state),
and on the W by the Pacific Ocean. Ranking first among the U.S. states in population
and third in area, California has a diverse topography and climate. A series of low
mountains known as the Coast Ranges extends along the 1,200 mi/1,931 km coast. Most
of the coastal areas and mountains immediately inland, from Eureka in N to Los Angeles
in S, are subject to frequent and often severe earthquakes from the San Andreas Fault
and other geological faults; also, some areas in NE, especially around Lassen Peak, are
volcanically active. The Coast Ranges receive heavy rainfall in the N, but the climate of
these mountains is considerably drier in S California, and no major rivers reach the
ocean S of the Golden Gate. The entire coastline is subject to fog, formed by a clash of
cool ocean currents from N and a warm land surface; fog adds to the region's beauty, but
is also the contributor to infamous multicar pileups on California's freeways. Behind the
coastal ranges in central California lies the great Central Valley, a long alluvial valley
drained by the Sacramento and San Joaquin rivers. In the SE lie vast deserts, notably the
Mojave Desert, site of Joshua Tree National Monument. Rising as an almost
impenetrable granite barrier E of the Central Valley is the Sierra Nevada range, which
includes Mount Whitney (highest point in U.S. outside Alaska, 14,494 ft/4,418 m), Kings
Canyon National Park, Sequoia National Park, and Yosemite National Park (all in S part
of Sierras, SE California). The Cascade Range, the northern continuation of the Sierra
Nevada, includes Lassen Volcanic National Park. Death Valley National Monument is E
of the S Sierra Nevada.

### Economy

California has an enormously productive and diverse economy. Although agriculture is
second to industry as the basis of the state's economy, California is the leading state in
the production of fruits and vegetables, including tomatoes, carrots, asparagus, broccoli,
spinach, citrus, and artichokes. The state's most valuable crops are grapes, nursery
products, cotton, flowers, almonds, lettuce, strawberries, and oranges. Cattle, poultry
and dairy products also contribute a major share of farm income. The state produces the
major share of U.S.-produced wine, especially Sonoma and Napa counties. N of San
Francisco, California's farms are highly productive as a result of good soil, a long
growing season, and the use of modern agricultural methods. Irrigation is widely used in
almost every agricultural district. The gathering and packing of crops is done largely by
seasonal migrant labor, including thousands of Mexicans. Fishing remains an important
industry in the NW. Much of the state's manufacturing depends on the processing of
farm produce and upon such local natural resources as mineral deposits and forests.
Petroleum is the state's most valuable mineral, although reserves are being depleted
rapidly. Other important products are natural gas, cement, and sand and gravel. Since
World War II heavy industry in the state has increased enormously, notably in the
manufacture of transportation equipment, electronic equipment, machinery, and metal
products. Major reductions in the defense industry in the late 1980s and in the 1990s
have had a severe negative impact on the region. The "Silicon Valley," between Palo Alto
and San Jose, earns its nickname as the nation's leading producer of semiconductors,
but suffered an economic downturn in 2001 due to the fall out in the online/computer
industry. California continues to be a major U.S. center for motion-picture and
television production, although Hollywood's luster has faded since the 1950s and the
industry has dispersed to adjacent areas (Burbank, Studio City, Beverly Hills). Tourism
is an important source of income. Disneyland, Sea World, and other theme parks draw
many visitors each year, as does San Francisco with its numerous attractions, including
the Golden Gate Bridge. California also abounds in natural beauty, featuring the giant
sequoia trees (among the oldest living things on earth), Redwood National Park in NW,
Lassen Volcanic National Park in NE, Channel Islands National Park off SW coast; Point
Reyes National Seashore and Golden Gate National Recreation Area in W;
Whiskeytown-Shasta-Trinity National Recreation Area in N; and Santa Monica
Mountains National Recreation Area in SW. Several national forests include Six Rivers,
Trinity, and Mendocino (NW); Klamath and Shasta (N); Modoc and Lassen (NE);
Plumas, Tahoe, Eldorado, Stanislaus, Tuolumne, Sierra, Sequoia, and Inyo (E);
Cleveland, San Bernardino, San Gabriel, and Los Padres (S). The Sierras contain many
national parks and forests, and there are miles of beautiful beaches, especially in
Southern California. One of the state's most acute problems is an inadequate water
supply. The once fertile Owens Valley is now arid, its waters tapped by Los Angeles,
located 175 mi/282 km away. In the lush, fruit-growing Imperial Valley, irrigation is
controlled by the All-American Canal, which draws from the Colorado River. To the N,
the Central Valley receives its water supply mainly from streams descending out of the
Sierra Nevada. After a cutback in federally-funded water projects in the late 1970s and
1980s, many California cities began to buy their water from areas with a surplus. In
addition to irrigation water supply, drinking water for major cities is carried by long
concrete aqueducts, including Hetch Hetchy in the central part of the state and Los
Angeles and Colorado rivers aqueducts in S.

### History: 1500s to 1776

The first voyage (1542) to Alta California (Upper California), as the region N of Baja
California (Lower California) came to be known, was commanded by the Spanish
explorer Juan Rodriguez Cabrillo, who explored San Diego Bay and the area farther N
along the coast. In 1579 an English expedition headed by Sir Francis Drake landed near
Point Reyes, N of San Francisco, and claimed the region for Queen Elizabeth I. In 1602,
Sebastian Vizcaino, another Spaniard, explored the coast and Monterey Bay.
Colonization was slow, but finally in 1769 Gaspar de Portolà, governor of the Californias,
led an expedition up the Pacific coast and established a colony on San Diego Bay. The
following year he explored the area around Monterey Bay and later returned to establish
a presidio there. Soon afterward, Monterey became the capital of Alta California.
Accompanying Portolà's expedition was Father Junipero Serra, a Franciscan missionary
who founded a mission at San Diego. Franciscans later founded several missions that
extended as far N as Sonoma, N of San Francisco. The missionaries sought to
Christianize the Native Americans, but also forced them to work as manual laborers,
helping to build the missions into rural agricultural communities. Cattle raising was of

| To: | Hands-On America, Inc. (roger@rogerdoumanianlaw.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 88505739 - CALIFORNIA SCHOOL OF CONSTRUCTION - 8118HOA-TMR |
| Sent: | September 26, 2019 03:31:37 PM |
| Sent As: | ecom125@uspto.gov |
| Attachments: | |

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **September 26, 2019** for
**U.S. Trademark Application Serial No.** 88505739

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Katie Foss
/Katie Foss/
Examining Attorney
Law Office 125
571-272-4067
katherine.foss@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **September 26, 2019**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond.

## GENERAL GUIDANCE

· **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address,** if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

| | |
|---|---|
| **To:** | Calvary Chapel Saving Grace(stacy@ccsavinggrace.com) |
| **Subject:** | U.S. Trademark Application Serial No. 99239254 - CALVARY SCHOOL OF MISSIONS |
| **Sent:** | November 12, 2025 04:08:18 PM EST |
| **Sent As:** | tmng.notices@uspto.gov |

### Attachments

screencapture-ahdictionary-com-word-search-html-17629627612261
screencapture-ahdictionary-com-word-search-html-17629630302971

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 99239254

**Mark:** CALVARY SCHOOL OF MISSIONS

**Correspondence Address:**
Calvary Chapel Saving Grace
17451 Bastanchury Rd Ste 203
Yorba Linda CA 92886
United States

**Applicant:** Calvary Chapel Saving Grace

**Reference/Docket No.** N/A

**Correspondence Email Address:** stacy@ccsavinggrace.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** November 12, 2025

### Introduction

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## Summary of Issues

- Search Results - No Conflicting Marks Found
- Disclaimer of Descriptive Wording Required
- Advisory Regarding Hiring a Trademark Attorney

## Search Results - No Conflicting Marks Found

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

## Disclaimer of Descriptive Wording Required

Applicant must disclaim the wording "SCHOOL OF MISSIONS" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from *American Heritage Dictionary* shows the wording SCHOOL refers to an institution for instruction, and the term MISSIONS means "a body of persons sent to a foreign land by a religious organization, especially a Christian organization, to spread its faith or provide educational, medical, and other assistance." Thus, the wording merely describes applicant's goods and/or services because applicant is providing a school specifically for training students in how to conduct missions. *See* applicant's specimen.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "SCHOOL OF MISSIONS" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

## Advisory Regarding Hiring a Trademark Attorney

Because of the legal technicalities and strict deadlines of the trademark application process, applicant is encouraged to hire a private attorney who specializes in trademark matters to assist in this process. The assigned trademark examining attorney can provide only limited assistance explaining the content of an Office action and the application process. USPTO staff cannot provide legal advice or statements about an applicant's legal rights. TMEP §§705.02, 709.06. See Hiring a U.S.-licensed trademark attorney for more information.

## Response Guidelines

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal

and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Kaitlin Pomeroy-Murphy/
Kaitlin Pomeroy-Murphy
Examining Attorney
LO126--LAW OFFICE 126
(571) 270-0886
Kaitlin.PomeroyMurphy@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://ahdictionary.com/word/search.html?q=school                                                                at 10 52 44, 11/12/2025

# AMERICAN HERITAGE *dictionary* of the English Language

Search

HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. Fill in or type in the word and click on the "Search" button instead of using the "enter" key.

Some compound words like bus record transit, dog whistle or identity theft don't appear on the drop down list when you type them in the search bar. For such result with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

## school¹ (skool)

*n.*

1. An institution for the instruction of children or people under college age.
2. An institution for instruction in a skill or business: a secretarial school; a karate school.
3.
   a. A college or university.
   b. An institution within or associated with a college or university that gives instruction in a specialized field and recommends candidates for degrees.
   c. A division of an educational institution constituting several grades or classes advanced to the upper school.
   d. The student body of an educational institution.
   e. The building or group of buildings housing an educational institution.
4. The process of being educated formally, especially education constituting a planned series of courses over a number of years: *The children were put to school at home. What do you plan to do when you finish school?*
5. A session of instruction: *School will start in three weeks. His had to stay after school today.*
6.
   a. A group of people, especially philosophers, artists, or writers, whose thought, work, or style demonstrates a common origin or influence or unifying beliefs: the *school of Aristotle; the Venetian school of painters.*
   b. A group of people distinguished by similar manners, customs, or opinions: *a materialist of the old school.*
7. Close order drill instructions or exercises for military units or personnel.
8. *Australian* A group of people gathered together for gambling.

*v.* **schooled, school·ing, schools**
1. To educate in or as if in a school.
2. To train or discipline: *She is well schooled in literature. See Synonyms at teach.*
3. *Slang* To defeat or put down decisively, especially in a humiliating manner: *Our team got schooled by the worst team in the division.*

*adj.*
Of or relating to school or education in schools: *school supplies; a school dictionary.*

[Middle English *scole*, from Old English *scōl*, **from Latin *schola*, *scola*, from Greek *skholē*; see *segh-* in the Appendix of Indo-European roots.]**

The American Heritage® Dictionary of the English Language, **Fifth Edition** copyright ©2022 by HarperCollins Publishers. All rights reserved.

## school² (skool)

*n.*
A large group of aquatic animals, especially fish, swimming together; a shoal.

*v.* **schooled, school·ing, schools**
To swim in or form into a school.

[Middle English *scole*, from Middle Dutch; see *skel-¹* in the **Appendix of Indo-European roots.**]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by

AMERICAN HERITAGE DICTIONARY APP!

The new American Heritage Dictionary app is now available for iOS and Android.

THE AMERICAN HERITAGE DICTIONARY BLOG

This is where we are blog published, new words, revised definitions, interesting images from the fifth edition, discussions of usage and more.

THE 100 WORDS®

See word lists from the best-selling 100 Words series!

FIND OUT MORE?

INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

HarperCollins Publishers. All rights reserved.



## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our **Dictionary of Indo-European Roots**.

## American Heritage Dictionary Products

| | | | | |
|---|---|---|---|---|
| The American Heritage Dictionary 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary |

**CONTACT US**

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

**FOR AUTHORS**

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

**COVID-19 RESOURCES & PERMISSIONS**

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**GLOSE APP**

iPhone
Android

**GLOBAL DIVISIONS**

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins
News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information
Copyright 2022 HarperCollins Publishers All rights reserved.

This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari, have checkbox in presentations and etymologies correct for document projects at internet Explorer.

https://ahdictionary.com/word/search.html?q=mission

at 10 57 13  11/12/2025

The  AMERICAN HERITAGE dictionary *of the* English Language

[ Search ]

### HOW TO USE THE DICTIONARY

To look up an entry in The American Heritage Dictionary of the English Language, use the search window above. For best results, after typing in the word click on the "search" button instead of using the 'enter' key

Some compound words like bus stop and hot dog and lots of phrasal verbs don't appear on the drop-down list which appears as you type them in the search window. For best results with compound words, place a quotation mark before the compound word in the search window

GUIDE TO THE DICTIONARY

### THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions

THE PANELISTS

**mission**  (mĭsh′ən)

1.
  a. A special assignment given to a person or group; an agent on a secret mission.
  b. A combat operation assigned to a person or military unit.
  c. An aerospace operation intended to carry out specific program objectives; a mission to Mars.
2. An ambition or purpose that is assumed by a person or group; felt it was his mission in life to help the poor.
3.
  a. A body of persons sent to conduct negotiations or establish relations with a foreign country.
  b. The business with which such a body of persons is charged.
  c. A permanent diplomatic office abroad.
  d. A body of experts or dignitaries sent to a foreign country.
4.
  a. A body of persons sent to a foreign land by a religious organization, especially a Christian organization, to spread its faith or provide educational, medical, and other assistance.
  b. A mission established abroad.
  c. The district assigned to a mission worker.
  d. A building or compound housing a mission.
  e. An organization for carrying on missionary work in a territory.
  f. **missions** Missionary duty or work.
5. A Christian church or congregation with no parish of its own that depends for support on a larger religious organization.
6. A welfare or educational organization established for the needy people of a district.

**mis·sioned, mis·sion·ing, mis·sions**
1. To send (someone) on a mission.
2. To organize or establish a religious mission among (a people) or in (an area).

*adj.*
1. Of or relating to a mission.
2. Of or relating to a style of architecture or furniture used in the early Spanish missions of California.
3. often **Mission** Of or relating to a furniture style originating during the Arts and Crafts Movement and characterized by sturdy, angular, solid wood construction.

[French, from Old French, from Latin *missiō, missiōn-*, from *missus*, past participle of *mittere*, to send off.]

**mis′sion·al** *adj.*


(click for a larger image)
mission
Mission San Luis Rey
Oceanside, California

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

 AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android

THE AMERICAN HERITAGE DICTIONARY BLOG

The american heritage blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more

### THE 100 WORDS'

See word lists from the best selling 100 Words Series!

FIND OUT MORE!

 INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com



**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on November 12, 2025 for
**U.S. Trademark Application Serial No. 99239254**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| To: | Kevin P. Hartley(kevin@trusttree.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 98289734 - CANADIAN SCHOOL |
| **Sent:** | June 29, 2024 06:53:30 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

screencapture-en-wikipedia-org-wiki-Canadians-17196931460651
screencapture-www-ahdictionary-com-word-search-html-17196933672651
screencapture-www-canadianschool-com-mx-17196939333631
98289734

## United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98289734

**Mark:** CANADIAN SCHOOL

**Correspondence Address:**
KEVIN P. HARTLEY
TRUST TREE LEGAL, P.C.
798 BERRY ROAD, #41400
NASHVILLE TN 37204
UNITED STATES

**Applicant:** SISTEMA CANADIENSE INTERNACIONAL, S.A. DE C.V.

**Reference/Docket No.** N/A

**Correspondence Email Address:** kevin@trusttree.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** June 29, 2024

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SUMMARY OF ISSUES:

- REQUIREMENT for Submission of a Disclaimer Statement
- REQUIREMENT for Clarification of Identification Language
- REQUIREMENT for Submission of Filing Fee for Additional International Class or Restriction of Identification Language

## SEARCH

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02. In order to pursue registration, however, the applicant must respond to the following requirements.

## REQUIREMENT for Submission of a Disclaimer Statement

Applicant must disclaim the wording "CANADIAN SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from the online reference resource *Wikipedia.org* Canadians - Wikipedia that defines the term CANADIAN to mean "people identified wit the country of Canada" and the digital version of *The American Heritage English Dictionary* American Heritage Dictionary Entry: school (ahdictionary.com) to mean "An institution for the instruction of children or people under college age." Thus, use of the term SCHOOL in the context of the listed educational services, the term SCHOOL is the generic name for the listed services in this case.

Also attached are pages from the applicant's website CANADIAN SCHOOL® Colegio privado en ingles english full immersion that shows the applicant stating:

**"The province of Alberta, Canada, has one of the finest educational systems in the world. At Canadian School we are proud to have implemented its curricula as the core of our program.We are one of the 14 Alberta-accredited international schools."**

Thus, the wording merely describes a feature and characteristic of the applicant's identified educational services because applicant provides its educational instruction services using curricula and instructional methods developed for and used in *Canadian schools.*

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "CANADIAN SCHOOL"**

**apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

## REQUIREMENT for Clarification of Identification Language

The following wording in bold in the identification of goods language is indefinite and must be clarified as to the form of and subject-matter featured by the listed services:

**"EDUCATION; PROVIDING OF TRAINING; ENTERTAINMENT; SPORTING AND CULTURAL ACTIVITIES; ACADEMIES (EDUCATION); EXAM APPLICATION SERVICES TO OBTAIN A CERTIFICATE IN ANY PROFESSION; APPLICATION OF ACADEMIC EXAMINATIONS FOR ACCREDITATION CERTIFICATION; COACHING (TRAINING);** ARRANGING AND CONDUCTING OF COLLOQUIUMS; ORGANIZATION OF SPORTS COMPETITIONS; **ORGANIZATION OF COMPETITIONS (EDUCATION OR ENTERTAINMENT); ARRANGING AND CONDUCTING OF CONFERENCES; ARRANGING AND CONDUCTING OF CONGRESSES; DISSEMINATION OF CULTURE AND KNOWLEDGE; EDUCATION INFORMATION; EDUCATION SERVICES WITH DISTRIBUTION OF INSTRUCTIONAL LITERATURE;** PHYSICAL EDUCATION; **EDUCATION SERVICES; TEACHING; AWARD DELIVERY SERVICES OF RECOGNIZATION DERIVED FROM EDUCATIONAL, CULTURAL AND ENTERTAINMENT ACTIVITIES; EDUCATIONAL SERVICES PROVIDED BY SCHOOLS; EDUCATIONAL EXAMINATION;** ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; **CULTURAL PROMOTION SERVICES; NURSERY SCHOOLS; TEACHING; NURSERY SCHOOLS; GAMES LIBRARY SERVICES ; ARRANGING AND CONDUCTING OF IN-PERSON EDUCATIONAL FORUMS; ARRANGING AND CONDUCTING OF SEMINARS; ARRANGING AND CONDUCTING OF SYMPOSIUMS; ARRANGING AND CONDUCTING OF WORKSHOPS (TRAINING);** VOCATIONAL GUIDANCE **(EDUCATION OR TRAINING ADVICE);** PUBLICATION OF TEXTS, OTHER THAN PUBLICITY TEXTS; **TUTORING"**. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The identification of services contains parentheses. Generally, an applicant should *not* use parentheses and brackets, including curly brackets, in identifications in order to avoid confusion with the USPTO's practice of using parentheses and brackets in registrations to indicate (1) services that have been deleted from registrations, (2) services not claimed in an affidavit of incontestability, or (3) guidance to users of the USPTO's *U.S. Acceptable Identification of Goods and Services Manual* to draft an acceptable identification. *See* TMEP §§1402.04, 1402.12. The only exception for including parenthetical information in identifications is if it serves to explain or translate the matter immediately preceding the parenthetical phrase in such a way that it does not affect the clarity or scope of the identification, e.g., "fried tofu pieces (abura-age)." *See* TMEP §1402.12.

Therefore, applicant must remove the parentheses from the identification and incorporate any parenthetical or bracketed information into the description of the services.

Applicant is advised to delete or modify the duplicate entry in the identification of services in International Class 041 for "TEACHING" and "NNURSERY SCHOOLS". *See generally* TMEP §§1402.01, 1402.01(a). If applicant does not respond to this issue, be advised that the USPTO will remove duplicate entries from the identification prior to registration. If modifying one of the duplicate entries, applicant may amend it to clarify or limit the services, but not to broaden or expand the services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Also, generally, any deleted services may not later be reinserted. TMEP §1402.07(e).

Applicant's services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different services or add services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the services will further limit scope, and once services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

<u>Applicant may address the issues raised herein by ^ amend the identification to the following suggested amended language, if accurate:</u>

***Please note*** that parentheses are not acceptable in the identification. *See* TMEP Section 1402.12. Where the wording "**{specify ...}**" appears in this Office Action, the examining attorney has merely suggested ways to cure the indefiniteness of the identification. The applicant must list the goods and/or services without parentheses.

### *INTERNATIONAL CLASS 041*

Education *services, namely,* **{specify, e.g., physical, music, boarding school}** education; Proving of training, *namely, providing* **{specify, e.g., computer education, animal, business, sports, meditation}** *training;* Entertainment *services, namely,* **{specify, e.g., storytelling, cheerleading, conducting contests, conducting carnivals}**;
*Organizing exhibitions for* sporting and cultural *purposes;* Education*al* academies, *namely, educating at* **{specify, e.g., primary, junior high, senior high}** *school levels* Exam application services *for obtaining* a certificate in any profession; Coaching *in the field of sports; Professional* coaching *services in the field of* **{indicate field or subject matter}**; *Educational services, namely,* arranging and conducting colloquiums *in the field of* **{specify subject-matter, e.g., math, science, English, art, music}**; Organization of sports competitions; Organization of competitions *in the field of* entertainment, education, *and other non-business and non-commercial fields;*
Arranging and conducting of conferences and congresses *in the field of* **{specify, e.g., telecommunications technology, economics, fashion, intellectual property law}**;
Dissemination of culture and knowledge *in the nature of providing information in the fields of art, art history, art culture and art appreciation via a website;* Education information *in the nature of providing information in the field of teaching methodology and education;* Educational services, *namely, conducting* **{specify modes of instruction, e.g., classes, seminars, conferences, workshops}** *in the field of* **{indicate specific field, e.g., pet care, math}** *and* distribution of instructional *course*

*material in connection therewith;* Physical education; Education {**specify, e.g., examination, testing**} services; Education services, *namely, providing* {**specify, e.g., kindergarten through 12th grade (K-12) classroom instruction; providing classes and instruction in the field of dance; providing tutoring in the field of {specify subject matter}**}; Teaching *at* {**specify, e.g., elementary, junior high**} *school;* Award delivery services of recognition derived from educational, cultural and entertainment activities *in the nature of incentive award programs to encourage students and organization members to set up and achieve goals in academics, attendance, citizenship and conduct;* Educational services provided by schools *in the nature of* {**specify, e.g., elementary, beauty, nursing**} *schools;* Educational examination *services;* Organization of exhibitions for cultural or educational purposes; Cultural promotion services *in the nature of organizing and hosting events for entertainment and cultural purposes;* Nursery schools; *Lending* library *services for lending* games; *On-line* library *services, namely, providing electronic library services which feature {specify, e.g., electronic, computer video}* games *via an on-line computer network;* Arranging and conducting in-person {**specify type, e.g., cultural, educational**} forums, seminars, symposiums, workshops *in the field of* {**specify, e.g., music, art, language training, history**}; Vocational guidance; Vocational education *in the field of* {**indicate specific field, e.g. mechanics, computers**}; Publication of texts, other than publicity texts; *Education services, namely, providing* tutoring *in the field of* {**specify subject matter, e.g., math, science, English, history, civics, art, music**}.

### *INTERNATIONAL CLASS 042*

Application of academic examinations for accreditation certification, *namely,* {**specify, e.g., testing, analysis and evaluation of service provider examinations to determine conformity with established accreditation standards; evaluating organizations to determine whether the organization examinations conform to an established accreditation standard**}.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual. See* TMEP §1402.04.

## REQUIREMENT for Submission of Additional Class Filing Fee or Restriction of Identification Language

The application identifies services that are classified in at least two (2) classes; however, applicant submitted a fee sufficient for only one (1) class. In a multiple-class application, a fee for each class is required. 37 C.F.R. §2.86(a)(2), (b)(2); TMEP §§810.01, 1403.01. For more information about adding classes to an application, see the Multiple-class Application webpage.

Therefore, applicant must either (1) Restrict the application to the number of classes covered by the fees already paid, or (2) Submit the fees for each additional class.

The application identifies services in more than one international class; therefore, applicant must satisfy all the requirements below for each international class based on Trademark Act Section 44:

(1) **List the goods and/or services by their international class number** in consecutive

numerical order, starting with the lowest numbered class.

(2) **Submit a filing fee for each international class** not covered by the fee already paid (view the USPTO's current fee schedule). The application identifies services that are classified in at least two (2) classes; however, applicant submitted a fee sufficient for only one (1) class. Applicant must either submit the filing fees for the classes not covered by the submitted fees or restrict the application to the number of classes covered by the fees already paid.

*See* 37 C.F.R. §2.86(a); TMEP §§1403.01, 1403.02(c).

For an overview of the requirements for a Section 44 multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, see the Multiple-class Application webpage.

**How to respond:** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Amy Kean/
Amy Kean
Trademark Examining Attorney
Law Office 121
(571) 272-8854
Amy.Kean@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://en.wikipedia.org/wiki/Canadians at 04:32:45, 08/29/2024

## Contents hide

(Top)
Term
˅ Population
  Immigration
  Citizenship and diaspora
  Ethnic ancestry
˅ Culture
  Religion
  Languages
See also
Notes
References
Bibliography
Further reading
External links

(Redirected from Canadian)

*"Canadian" redirects here. For other uses, see Canadian (disambiguation)*

**Canadians** (French: *Canadiens*) are people identified with the country of Canada. This connection may be residential, legal, historical or cultural. For most Canadians, many (or all) of these connections exist and are collectively the source of their being *Canadian*.

Canada is a multilingual and multicultural society home to people of groups of many different ethnic, religious, and national origins, with the majority of the population made up of Old World immigrants and their descendants. Following the initial period of French and then the much larger British colonization, different waves (or peaks) of immigration and settlement of non-indigenous peoples took place over the course of nearly two centuries and continue today. Elements of Indigenous, French, British, and more recent immigrant customs, languages, and religions have combined to form the culture of Canada, and thus a Canadian identity. Canada has also been strongly influenced by its linguistic, geographic, and economic neighbour—the United States.

Canadian independence from the United Kingdom grew gradually over the course of many years following the formation of the Canadian Confederation in 1867. The First and Second World Wars, in particular, gave rise to a desire among Canadians to have their country recognized as a fully-fledged, sovereign state, with a distinct citizenship. Legislative independence was established with the passage of the Statute of Westminster, 1931; the Canadian Citizenship Act, 1946, took effect on January 1, 1947, and full sovereignty was achieved with the patriation of the constitution in 1982. Canada's nationality law closely mirrored that of the United Kingdom. Legislation since the mid-20th century represents Canadians' commitment to multilateralism and socioeconomic development.

## Term

The word *Canadian* originally applied, in its French form, *Canadien*, to the colonists residing in the northern part of New France[12]— in Quebec, and Ontario—during the 16th, 17th, and 18th centuries. The French colonists in Maritime Canada (New Brunswick, Nova Scotia, and Prince Edward Island), were known as Acadians.

When Prince Edward (a son of King George III) addressed, in English and French, a group of rioters at a poll in Charlesbourg, Lower Canada (today Quebec), during the

### Canadians



National flag of Canada

| Total population |
|---|
| Canada 39,858,480 (Q2 2023)[1] |

Ethnic origins:[2][3]
White (69.8%)
South Asian (7.1%)
Indigenous (5%)
Chinese (4.7%)
Black (4.3%)
Arab (1.9%)
Latin American (1.6%)
Southeast Asian (1.1%)
West Asian (1%)
Korean (0.6%)
Japanese (0.3%)
Multiracial/Other (3.2%)
2021 census: Overall total is greater than 100% due to multiple visible minority, population group and Indigenous responses[3]

### Regions with significant populations



Map of the Canadian diaspora in the world

| United States | 1,062,640[5] |
| Hong Kong | 300,000[5] |
| United Kingdom | 73,000[5] |

election of the Legislative Assembly in June 1792,[13] He stated, "I urge you to unanimity and concord. Let me hear no more of the odious distinction of English and French. You are all His Britannic Majesty's beloved Canadian subjects."[14] It was the first-known use of the term *Canadian* to mean both French and English settlers in the Canadas.[13][15]

Ethnic ancestry
∨ Culture
  Religion
  Languages
See also
Notes
References
Bibliography
Further reading
External links

## Population

*See also: Population of Canada and Demographics of Canada*

As of 2010, Canadians make up 0.5% of the world's total population,[16] having relied upon immigration for population growth and social development.[17] Approximately 41% of current Canadians are first- or second-generation immigrants,[18] and 20% of Canadian residents in the 2000s were not born in the country.[19] Statistics Canada projects that, by 2031, nearly one-half of Canadians above the age of 15 will be foreign-born or have one foreign-born parent.[20] Indigenous peoples, according to the 2016 Canadian census, numbered at 1,673,780 or 4.9% of the country's 35,151,728 population.[21]

### Immigration

*Main articles: Immigration to Canada and Canada immigration statistics*

While the first contact with Europeans and Indigenous peoples in Canada had occurred a century or more before, the first group of permanent settlers were the French, who founded the New France settlements, in present-day Quebec and Ontario, and Acadia in present-day Nova Scotia and New Brunswick, during the early part of the 17th century.[22][23]

Approximately 100 Irish-born families would settle the Saint Lawrence Valley by 1700, assimilating into the *Canadien* population and culture.[24][25] During the 18th and 19th century, immigration westward (to the area known as Rupert's Land) was carried out by "Voyageurs" French settlers working for the North West Company, and by British settlers (English and Scottish) representing the Hudson's Bay Company, coupled with independent entrepreneurial woodsman called coureur des bois.[26] This arrival of newcomers led to the creation of the Métis, an ethnic group of mixed European and First Nations parentage.[27]

In the wake of the British Conquest of New France in 1760 and the Expulsion of the Acadians, many families from the British colonies in New England moved over into Nova Scotia and other colonies in Canada, where the British made farmland available to British settlers on easy terms. More settlers arrived during and after the American Revolutionary War, when approximately 60,000 United Empire Loyalists fled to British North America, a large portion of whom settled in New Brunswick.[28] After the War of 1812, British (including British army regulars), Scottish, and Irish immigration was encouraged throughout Rupert's Land, Upper Canada and Lower Canada.[29]

Between 1815 and 1850, some 800,000 immigrants came to the colonies of British North America, mainly from the British Isles as part of the Great Migration of Canada.[30] These new arrivals included some Gaelic-speaking Highland Scots displaced by the Highland Clearances to Nova Scotia.[31] The Great Famine of Ireland of the 1840s significantly increased the pace of Irish immigration to Prince Edward Island and the Province of Canada, with over 35,000 distressed individuals landing in Toronto in 1847 and 1848.[32][33] Descendants of Francophone and Anglophone northern Europeans who arrived in the 17th, 18th, and 19th centuries are often referred to as Old Stock Canadians.[34][35]

| | |
|---|---|
| France | 60,000[4] |
| Lebanon | 45,000[3] |
| United Arab Emirates | 40,000[7] |
| Italy | 30,000[8] |
| Pakistan | 30,000[9] |
| Australia | 27,289[5] |
| China | 19,990[5] |
| Germany | 15,750[10] |
| South Korea | 14,210[5] |
| Japan | 11,016[5] |

| Languages |
|---|
| Languages of Canada[11] |
| 54.9% English |
| 19.6% French |
| 3.5% Chinese |
| 1.8% Punjabi |
| 1.5% Spanish |
| 1.4% Arabic |
| 1.3% Tagalog |
| 0.9% Italian |
| 0.7% German |
| 0.7% Portuguese |

| Religion |
|---|
| Religions of Canada[11] |
| 53.3% Christian[a] |
| 4.9% Muslim |
| 2.3% Hindu |
| 2.1% Sikh |
| 1.0% Buddhist |
| 0.9% Jewish |
| 0.2% Indigenous spirituality |
| 0.6% Other |
| (34.6% No religion) |

Width
◉ Standard
○ Wide

Width
◉ Standard
○ Wide

Ethnic ancestry
∨ Culture
  Religion
  Languages
See also
Notes
References
Bibliography
Further reading

External links

Ethnic ancestry
⌄ Culture
    Religion
    Languages
See also
Notes
References
Bibliography
Further reading
External links

Beginning in the late 1850s, the immigration of Chinese into the Colony of Vancouver Island and Colony of British Columbia peaked with the onset of the Fraser Canyon Gold Rush.[36] The *Chinese Immigration Act of 1885* eventually placed a head tax on all Chinese immigrants, in hopes of discouraging Chinese immigration after completion of the Canadian Pacific Railway.[37] Additionally, growing South Asian immigration into British Columbia during the early 1900s[38] led to the continuous journey regulation act of 1908 which indirectly halted Indian immigration to Canada, as later evidenced by the infamous 1914 *Komagata Maru* incident.

| Rank | Country | Number | Percentage |
|---|---|---|---|
| 1 | India | 127,795 | 31.5 |
| 2 | China[b] | 30,970 | 7.6 |
| 3 | Philippines | 17,990 | 4.4 |
| 4 | Nigeria | 15,580 | 3.0 |
| 5 | France | 12,685 | 3.1 |
| 6 | United States | 11,930 | 2.9 |
| 7 | Brazil | 11,420 | 2.8 |
| 8 | Iran | 11,285 | 2.8 |
| 9 | Afghanistan | 8,550 | 2.1 |
| 10 | Pakistan | 8,410 | 2.1 |
| | Top 10 Total | 256,615 | 63.3 |
| | Other | 148,715 | 30.7 |
| | Total | 405,330 | 100 |

Permanent residents admitted in 2021, by top 10 source countries[39]

The population of Canada has consistently risen, doubling approximately every 40 years, since the establishment of the Canadian Confederation in 1867.[40] In the mid-to-late 19th century, Canada had a policy of assisting immigrants from Europe, including an estimated 100,000 unwanted "Home Children" from Britain.[41] Block settlement communities were established throughout Western Canada between the late 19th and early 20th centuries. Some were planned and others were spontaneously created by the settlers themselves.[42] Canada received mainly European immigrants, predominantly Italians, Germans, Scandinavians, Dutch, Poles, and Ukrainians.[43] Legislative restrictions on immigration (such as the continuous journey regulation and *Chinese Immigration Act, 1923*) that had favoured British and other European immigrants were amended in the 1960s, opening the doors to immigrants from all parts of the world.[44] While the 1950s had still seen high levels of immigration by Europeans, by the 1970s immigrants were increasingly Chinese, Indian, Vietnamese, Jamaican, and Haitian.[45] During the late 1980s and early 1970s, Canada received many American Vietnam War draft dissenters.[46] Throughout the late 1980s and 1990s, Canada's growing Pacific trade brought with it a large influx of South Asians, who tended to settle in British Columbia.[47] Immigrants of all backgrounds tend to settle in the major urban centres.[48][49] The Canadian public, as well as the major political parties, are tolerant of immigrants.[50]

Width
● Standard
○ Wide

The majority of illegal immigrants come from the southern provinces of the People's Republic of China, with Asia as a whole, Eastern Europe, Caribbean, Africa, and the Middle East.[51] Estimates of numbers of illegal immigrants range between 35,000 and 120,000.[52]

### Citizenship and diaspora

*Main articles: Canadian nationality law and Canadian diaspora*

Canadian citizenship is typically obtained by birth in Canada or by birth or adoption abroad when at least one biological parent or adoptive parent is a Canadian citizen who was born in Canada or naturalized in Canada (and did not receive citizenship by being born outside of Canada to a Canadian citizen).[53] It can also be granted to a permanent resident who lives in Canada for three out of four years and meets specific requirements.[54] Canada established its own nationality law in 1946, with the enactment of the *Canadian Citizenship Act* which took effect on January 1, 1947.[55] The *Immigration and Refugee Protection Act* was passed by the Parliament of Canada in 2001 as Bill C-11, which replaced the *Immigration Act 1976* as the primary federal legislation regulating immigration.[56] Prior to the conferring of legal status on Canadian citizenship, Canada's naturalization laws consisted of a multitude of Acts beginning with the *Immigration Act* of 1910.[57]



Map of the Canadian diaspora in the world (might include people with Canadian citizenship and children of Canadians) [8]

■ Canada
■ + 100,000
■ + 10,000
□ + 1,000

According to Citizenship and Immigration Canada, there are three main classifications

for immigrants: *family class* (persons closely related to Canadian residents), *economic class* (admitted on the basis of a point system that accounts for age, health and labour-market skills required for cost effectively inducting the immigrants into Canada's labour market) and *refugee class* (those seeking protection by applying to remain in the country by way of the Canadian immigration and refugee law).[58] In 2008, there were 65,567 immigrants in the family class, 21,860 refugees, and 149,072 economic immigrants amongst the 247,243 total immigrants to the country.[18] Canada resettles over one in 10 of the world's refugees[59] and has one of the highest per-capita immigration rates in the world.[60]

As of a 2010 report by the Asia Pacific Foundation of Canada, there were 2.8 million Canadian citizens abroad.[61] This represents about 8% of the total Canadian population. Of those living abroad, the United States, Hong Kong, the United Kingdom, Taiwan, China, Lebanon, United Arab Emirates, and Australia have the largest Canadian diaspora. Canadians in the United States constitute the greatest single expatriate community at over 1 million in 2009, representing 35.8% of all Canadians abroad.[62] Under current Canadian law, Canada does not restrict dual citizenship, but Passport Canada encourages its citizens to travel abroad on their Canadian passport so that they can access Canadian consular services.[63]

Ethnic ancestry
∨ Culture
   Religion
   Languages
See also
Notes
References
Bibliography
Further reading
External links

### Ethnic ancestry

*Main article: Ethnic origins of people in Canada*

According to the 2021 Canadian census, over 450 "ethnic or cultural origins" were self-reported by Canadians.[4] The major panethnic origin groups in Canada are: European (52.5%), North American (22.9%), Asian (19.3%), North American Indigenous (6.1%), African (3.8%), Latin, Central and South American (2.5%), Caribbean (2.1%), Oceanian (0.3%), and Other (6%).[4][64] Statistics Canada reports that 35.5% of the population reported multiple ethnic origins, thus the overall total is greater than 100%.[4][d]

The country's ten largest self-reported specific ethnic or cultural origins in 2021 were Canadian[c] (accounting for 15.6 percent of the population), followed by English (14.7 percent), Irish (12.1 percent), Scottish (12.1 percent), French (11.0 percent), German (8.1 percent), Indian (5.1 percent),[e] Chinese (4.7 percent), Italian (4.3 percent), and Ukrainian (3.5 percent).[68][64]





A map showing the largest ethnic or cultural origins in Canada by census division in 2021

Canadian  Métis
Canadian[f]  Acadian
English  Mennonite
Irish  Inuit
Scottish  Cree
French  Ojibway
German  Dene
Chinese  Heiltsuk
Indian
Ukrainian

Of the 36.3 million people enumerated in 2021 approximately 25.4 million reported being "white", representing 69.8 percent of the population.[69][70] The indigenous population representing 5 percent or 1.8 million individuals, grew by 9.4 percent compared to the non-Indigenous population, which grew by 5.3 percent from 2016 to 2021.[71] One out of every four Canadians or 26.5 percent of the population belonged to a non-White and non-Indigenous visible minority,[70][f] the largest of which in 2021 were South Asian (2.6 million people, 7.1 percent), Chinese (1.7 million, 4.7 percent) and Black (1.5 million, 4.3 percent).[69]

Between 2011 and 2016, the visible minority population rose by 18.4 percent.[73] In 1961, less than two percent of Canada's population (about 300,000 people) were members of visible minority groups.[74] The 2021 Census indicated that 8.3 million people, or almost one-quarter (23.0 percent) of the population reported themselves as being or having been a landed immigrant or permanent resident in Canada—above the 1921 Census previous record of 22.3 percent.[75] In 2021 India, China, and the Philippines were the top three countries of origin for immigrants moving to Canada.[76]

Ethnic ancestry
∨ Culture
   Religion

## Culture

*Main article: Culture of Canada*

Canadian culture is primarily a Western culture, with influences by First Nations and other

Width
⦿ Standard
◯ Wide

Width
⦿ Standard
◯ Wide

Languages
See also
Notes
References
Bibliography
Further reading
External links

cultures. It is a product of its ethnicities, languages, religions, political, and legal system(s). Canada has been shaped by waves of migration that have combined to form a unique blend of art, cuisine, literature, humour, and music.[77] Today, Canada has a diverse makeup of nationalities and constitutional protection for policies that promote multiculturalism rather than cultural assimilation.[78] In Quebec, cultural identity is strong, and many French-speaking commentators speak of a Quebec culture distinct from English Canadian culture.[79] However, as a whole, Canada is a cultural mosaic: a collection of several regional, indigenous, and ethnic subcultures.[80][81]



A 1911 political cartoon on Canada's bicultural identity showing a flag combining symbols of Britain, France and Canada, titled "The next favor 'A flag to suit the minority.'"

Canadian government policies such as official bilingualism, publicly funded health care, higher and more progressive taxation, outlawing capital punishment, strong efforts to eliminate poverty, strict gun control, the legalizing of same-sex marriage, pregnancy terminations, euthanasia and cannabis are social indicators of Canada's political and cultural values.[82][83] American media and entertainment are popular, if not dominant, in English Canada; conversely, many Canadian cultural products and entertainers are successful in the United States and worldwide.[84] The Government of Canada has also influenced culture with programs, laws, and institutions. It has created Crown corporations to promote Canadian culture through media, and has also tried to protect Canadian culture by setting legal minimums on Canadian content.[85]



Monument to Multiculturalism by Francesco Pirelli in Toronto; four identical sculptures are located in Buffalo City, Changchun, Sarajevo, and Sydney

Canadian culture has historically been influenced by European culture and traditions, especially British and French, and by its own indigenous cultures. Most of Canada's territory was inhabited and developed later than other European colonies in the Americas, with the result that themes and symbols of pioneers, trappers, and traders were important in the early development of the Canadian identity.[86] First Nations played a critical part in the development of European colonies in Canada, particularly for their role in assisting exploration of the continent during the North American fur trade.[87] The British conquest of New France in the mid-1700s brought a large Francophone population under British imperial rule, creating a need for compromise and accommodation.[88] The new British rulers left alone much of the religious, political, and social culture of the French-speaking *habitants*, guaranteeing through the *Quebec Act* of 1774 the right of the *Canadiens* to practise the Catholic faith and to use French civil law (now Quebec law).[89]

The *Constitution Act, 1867* was designed to meet the growing calls of Canadians for autonomy from British rule, while avoiding the overly strong decentralization that contributed to the Civil War in the United States.[90] The compromises made by the Fathers of Confederation set Canadians on a path to bilingualism, and this in turn contributed to an acceptance of diversity.[91][92]

The Canadian Armed Forces and overall civilian participation in the First World War and Second World War helped to foster Canadian nationalism;[93][94] however, in 1917 and 1944, conscription crises' highlighted the considerable rift along ethnic lines between Anglophones and Francophones.[95] As a result of the First and Second World Wars, the Government of Canada became more assertive and less deferential to British authority.[96] With the gradual loosening of political ties to the United Kingdom and the modernization of Canadian immigration policies, 20th-century immigrants with African, Caribbean and Asian nationalities have added to the Canadian identity and its culture.[97] The multiple-origins immigration pattern continues today, with the arrival of large numbers of immigrants from non-British or non-French backgrounds.[98]

Multiculturalism in Canada was adopted as the official policy of the government during the premiership of Pierre Trudeau in the 1970s and 1980s.[99] The Canadian government has often been described as the instigator of multicultural ideology, because of its public emphasis on the social importance of immigration.[100] Multiculturalism is administered by the Department of Citizenship and Immigration and reflected in the law through the *Canadian Multiculturalism Act*[101] and section 27 of the *Canadian Charter of Rights and Freedoms*.[102]

Ethnic ancestry
Culture
  Religion
  Languages
See also
Notes
References
Bibliography
Further reading
External links

Width
● Standard
○ Wide

Ethnic ancestry
⌄ Culture
  **Religion**
  Languages
See also
Notes
References
Bibliography
Further reading
External links

## Religion

*Main article: Religion in Canada*

Canada as a nation is religiously diverse, encompassing a wide range of groups, beliefs and customs.[104] The preamble to the *Canadian Charter of Rights and Freedoms* references "God", and the monarch carries the title of "Defender of the Faith".[105] However, Canada has no official religion, and support for religious pluralism (Freedom of religion in Canada) is an important part of Canada's political culture.[106][107] With the role of Christianity in decline, it having once been central and integral to Canadian culture and daily life,[108] commentators have suggested that Canada has come to enter a post-Christian period in a secular state,[109][110] with irreligion on the rise.[111] The majority of Canadians consider religion to be unimportant in their daily lives, but still believe in God.[112] The practice of religion is now generally considered a private matter throughout society and within the state.[113]

The 2011 Canadian census reported that 67.3% of Canadians identify as being Christians, of this number, Catholics make up the largest group, accounting for 38.7 percent of the population.[103] The largest Protestant denomination is the United Church of Canada (accounting for 6.1% of Canadians), followed by Anglicans (5.0%), and Baptists (1.9%).[103] About 23.9% of Canadians declare no religious affiliation, including agnostics, atheists, humanists, and other groups.[103] The remaining are affiliated with non-Christian religions, the largest of which is Islam (3.2%), followed by Hinduism (1.5%), Sikhism (1.4%), Buddhism (1.1%), and Judaism (1.0%).[103]



Religion in Canada (2011 National Household Survey)[103]

- Catholic (38.7%)
- Other Christian (28.6%)
- Non-religious (23.9%)
- Islam (3.2%)
- Hinduism (1.5%)
- Sikhism (1.4%)
- Buddhism (1.1%)
- Judaism (1.0%)
- Other religions (0.6%)

Width

- ⦿ Standard
- ◯ Wide

Before the arrival of European colonists and explorers, First Nations followed a wide array of mostly animistic religions.[114] During the colonial period, the French settled along the shores of the Saint Lawrence River, specifically Latin Church Catholics, including a number of Jesuits dedicated to converting indigenous peoples, an effort that eventually proved successful.[115] The first large Protestant communities were formed in the Maritimes after the British conquest of New France, followed by American Protestant settlers displaced by the American Revolution.[116] The late nineteenth century saw the beginning of a substantive shift in Canadian immigration patterns. Large numbers of Irish and southern European immigrants were creating new Catholic communities in English Canada.[117] The settlement of the west brought significant Eastern Orthodox immigrants from Eastern Europe and Mormon and Pentecostal immigrants from the United States.[118]

The earliest documentation of Jewish presence in Canada occurs in the 1754 British Army records from the French and Indian War.[119] In 1760, General Jeffrey Amherst, 1st Baron Amherst attacked and won Montreal for the British. In his regiment there were several Jews, including four among his officer corps, most notably Lieutenant Aaron Hart who is considered the father of Canadian Jewry.[119] The Islamic, Jain, Sikh, Hindu, and Buddhist communities—although small—are as old as the nation itself. The 1871 Canadian Census (first "Canadian" national census) indicated thirteen Muslims among the populace,[120] while the Sikh population stood at approximately 5,000 by 1908.[121] The first Canadian mosque was constructed in Edmonton, in 1938, when there were approximately 700 Muslims in Canada.[122] Buddhism first arrived in Canada when Japanese immigrated during the late 19th century.[123] The first Japanese Buddhist temple in Canada was built in Vancouver in 1905.[124] The influx of immigrants in the late 20th century, with Sri Lankan, Japanese, Indian and Southeast Asian customs, has contributed to the recent expansion of the Jain, Sikh, Hindu, and Buddhist communities.[125]

## Languages

*Main article: Languages of Canada*



A multitude of languages are used by Canadians, with English and French (the official languages) being the mother tongues of approximately 56% and 21% of Canadians,

Ethnic ancestry
∨ Culture
  Religion
  **Languages**
  See also
  Notes
  References
  Bibliography
  Further reading
  External links


Approximately 98% of Canadians can speak English or French (2006)[129]
☐ English – 56.9%
▨ English and French (Bilingual) – 16.1%
▨ French – 21.3%
☐ Sparsely populated area (<0.4 km² (0.15 sq mi) per person)

respectively.[127] As of the 2016 Census, just over 7.3 million Canadians listed a non-official language as their mother tongue. Some of the most common non-official first languages include Chinese (1,227,680 first-language speakers), Punjabi (501,680), Spanish (458,850), Tagalog (431,385), Arabic (419,895), German (384,040), and Italian (375,645).[127] Less than one percent of Canadians (just over 250,000 individuals) can speak an indigenous language. About half this number (129,865) reported using an indigenous language on a daily basis.[128] Additionally, Canadians speak several sign languages, the number of speakers is unknown of the most spoken ones, American Sign Language (ASL) and Quebec Sign Language (LSQ),[129] as it is of Maritime Sign Language and Plains Sign Talk.[130] There are only 47 speakers of the Inuit sign language Inuktitut.[131]

English and French are recognized by the Constitution of Canada as official languages.[132] All federal government laws are thus enacted in both English and French, with government services available in both languages.[132] Two of Canada's territories give official status to indigenous languages. In Nunavut, Inuktitut, and Inuinnaqtun are official languages, alongside the national languages of English and French, and Inuktitut is a common vehicular language in territorial government.[133] In the Northwest Territories, the *Official Languages Act* declares that there are eleven different languages: Chipewyan, Cree, English, French, Gwich'in, Inuinnaqtun, Inuktitut, Inuvialuktun, North Slavey, South Slavey, and Tłı̨chǫ.[134] Multicultural media are widely accessible across the country and offer specialty television channels, newspapers, and other publications in many minority languages.[135]

In Canada, as elsewhere in the world of European colonies, the frontier of European exploration and settlement tended to be a linguistically diverse and fluid place, as cultures using different languages met and interacted. The need for a common means of communication between the indigenous inhabitants and new arrivals for the purposes of trade and (in some cases) intermarriage, led to the development of mixed languages.[136] Languages like Michif, Chinook Jargon, and Bungi creole tended to be highly localized and were often spoken by only a small number of individuals who were frequently capable of speaking another language.[137] Plains Sign Talk—which functioned originally as a trade language used to communicate internationally and across linguistic borders—reached across Canada, the United States, and into Mexico.[138]

## See also

- Canuck
- List of Canadians
- Persons of National Historic Significance
- List of prime ministers of Canada

👑 *Canada portal*

## Notes

Ethnic ancestry
∨ Culture
  Religion
  Languages
  **See also**
  Notes
  References
  Bibliography
  Further reading
  External links

a. ^ Catholic 29.9%, United Church 3.3%, Anglican 3.1%, Orthodox 1.7%, Baptist 1.2%, Pentecostal 1.1%, Lutheran 0.9%, Presbyterian 0.8%, Anabaptist 0.4%, Jehovah's Witness 0.4%, Methodist 0.3%, Latter Day Saints 0.2%, Reformed 0.2%, other Christian 9.7%.

b. ^ Officially: the People's Republic of China. Excludes Hong Kong, Macau, and Taiwan (listed separately)

c. ^ a b All citizens of Canada are classified as "Canadians" as defined by Canada's nationality laws. "Canadian" as an ethnic group has since 1996 been added to census questionnaires for possible ancestral origin or descent. "Canadian" was included as an example on the English questionnaire and "Canadien" as an example on the French questionnaire.[66] The majority of respondents to this selection are from the eastern part of the country that was first settled. Respondents generally are visibly European (Anglophones and Francophones) and no longer self-identify with their ethnic ancestral origins. This response is attributed to a multitude of reasons such as generational distance from ancestral lineage.[66][67]

d. ^ The 2021 census on ethnic or cultural origins. Statistics Canada states "Given the fluid nature of this concept and the changes made to this question, 2021 Census data on ethnic or cultural origins are not comparable to data from previous censuses and should not be used to

measure the growth or decline of the various groups associated with these origins" [5]

e  ^ Statistic includes all persons with ethnic or cultural origin responses with ancestry to the nation of India, including "Anglo-Indian" (3,340) "Bengali" (26,675), "Goan" (9,700), "Gujarati" (36,970) "Indian" (1,347,715), "Jatt" (22,785), "Kashmiri" (6,165), "Maharashtrian" (4,125), "Malayali" (12,490) "Punjabi" (279,950) "Tamil" (102,170), and "Telugu" (6,670)" [66]

f  ^ Indigenous peoples are not considered a visible minority in Statistics Canada calculations. Visible minorities are defined by Statistics Canada as "persons, other than aboriginal peoples, who are non-Caucasian in race or non-white in colour" [77]

## References

1  ^ Statistics Canada (September 29, 2021). "Population estimates, quarterly". *www150.statcan.gc.ca*. Government of Canada. Archived from the original on June 14, 2018

2  ^ Government of Canada, Statistics Canada (October 26, 2022) "The Canadian census: A rich portrait of the country's religious and ethnocultural diversity". *www12.statcan.gc.ca*. Retrieved October 26, 2022. "In 2021 just over 25 million people reported being White in the census, representing close to 70% of the total Canadian population. The vast majority reported being White only while 2.4% also reported one or more other racialized groups."

3  ^ Government of Canada, Statistics Canada (October 26, 2022) "Visible minority and population group by generation status. Canada, provinces and territories, census metropolitan areas and census agglomerations with parts". *www12.statcan.gc.ca*. Retrieved October 26, 2022

4  ^ a b c d e Government of Canada, Statistics Canada (October 26, 2022) "The Canadian census: A rich portrait of the country's religious and ethnocultural diversity". *www12.statcan.gc.ca*. Retrieved October 26, 2022

5  ^ a b c d e f g h "Canadians Abroad: Canada's Global Asset" (PDF). Asia Pacific Foundation of Canada. 2011. p. 12. Retrieved September 23, 2013

6  ^ "Histoires bilatérales de Canada et France". *France Diplomatie*. Ministère de l'Europe et des Affaires étrangères Archived from the original on March 4, 2016. Retrieved January 4, 2023

7  ^ "Canada may limit services for dual citizens". *Gulf News*. January 15, 2014. Retrieved July 12, 2015

8  ^ a b "Global Migration Map: Origins and Destinations, 1990–2017". *Pew Research Center's Global Attitudes Project*. Retrieved October 3, 2021

9  ^ Hasan, Shazia (August 20, 2019). "HC highlights growing ties between Canada, Pakistan". *Dawn*. Archived from the original on August 20, 2019. Retrieved November 24, 2022. "Meanwhile, there are some 30,000 to 50,000 Canadians in Pakistan"

10  ^ "Ausländeranteil in Deutschland bis 2018". *Statista*

11  ^ a b "Census Profile, 2021 Census of Population Profile table". Statistics Canada

12  ^ *Daily Life in New France*. Canadian History Project. retrieved March 15, 2023

13  ^ a b Boustuleid, Arthur, Toffoli, Garry (2010). *Royal Tours 1786–*

64  ^ a b c Government of Canada, Statistics Canada (October 26, 2022). "Ethnic or cultural origin by gender and age. Canada, provinces and territories, census metropolitan areas and census agglomerations with parts". *www12.statcan.gc.ca*. Retrieved October 26, 2022

65  ^ Simon, Patrick, Piché, Victor (2013). *Accounting for Ethnic and Racial Diversity: The Challenge of Enumeration*. Routledge. pp. 48–49. ISBN 978-1-317-98108-4

66  ^ Bezanson, Kate, Webber, Michelle (2016). *Rethinking Society in the 21st Century* (4th ed.). Canadian Scholars' Press. pp. 455–456. ISBN 978-1-55130-936-1

67  ^ Edmonston, Barry, Fong, Eric (2011) *The Changing Canadian Population*. McGill-Queen's University Press. pp. 294–296. ISBN 978-0-7735-3793-4

68  ^ a b Government of Canada, Statistics Canada (October 26, 2022). Census Profile, 2021 Census of Population Profile table Canada [Country] Total – Ethnic or cultural origin for the population in private households – 25% sample data". *www12.statcan.gc.ca*. Retrieved October 26, 2022

69  ^ a b "The Daily — The Canadian census: A rich portrait of the country's religious and ethnocultural diversity". *Statistics Canada*. October 26, 2022. Retrieved October 29, 2022

70  ^ a b Government of Canada, Statistics Canada (October 26, 2022) "Visible minority and population group by generation status. Canada, provinces and territories, census metropolitan areas and census agglomerations with parts". *www12.statcan.gc.ca*. Retrieved October 29, 2022

71  ^ "The Daily — Indigenous population continues to grow and is much younger than the non-Indigenous population, although the pace of growth has slowed". *Statistics Canada*. September 21, 2022. Retrieved October 29, 2022

72  ^ "Classification of visible minority". *Statistics Canada*. July 25, 2008. Archived from the original on July 14, 2011. Retrieved September 16, 2009

73  ^ "Census Profile, 2016 Census". *Statistics Canada*. February 8, 2017. Archived from the original on October 15, 2017. Retrieved February 16, 2018

74  ^ Pendakur, Krishna. "Visible Minorities and Aboriginal Peoples in Vancouver's Labour Market". Simon Fraser University. Archived from the original on May 16, 2011. Retrieved June 30, 2014

75  ^ "The Daily — Immigrants make up the largest share of the population in over 150 years and continue to shape who we are as Canadians". *Statistics Canada*. October 26, 2022. Retrieved

Ethnic ancestry

˅ Culture
   Religion
   Languages
See also
Notes
**References**
Bibliography
Further reading
External links

Width
◉ Standard
◯ Wide

Ethnic ancestry
˅ Culture
   Religion
   Languages
See also
Notes
**References**
Bibliography
Further reading
External links

1165-5
14. ^ Harris, Caroline (February 3, 2022), "Royals Who Lived in Canada". The Canadian Encyclopedia. Historica Canada. retrieved March 13, 2023
15. ^ Tidridge, Nathan (2013). Prince Edward, Duke of Kent: Father of the Canadian Crown. Dundurn Press. p. 90. ISBN 978-1-4597-0790-0
16. ^ "Environment – Greenhouse Gases (Greenhouse Gas Emissions per Person)". Human Resources and Skills Development Canada. 2010. Archived from the original on November 4, 2017. Retrieved January 19, 2011
17. ^ Cornelius et al. 2004. p. 100
18. ^ a b "Canada – Permanent residents by gender and category 1984 to 2008". Facts and figures 2008 – Immigration overview: Permanent and temporary residents. Citizenship and Immigration Canada. August 25, 2009. Archived from the original on November 8, 2009. Retrieved December 4, 2009
19. ^ Bybee & McCrae 2009. p. 92
20. ^ "Projections of the Diversity of the Canadian Population". Statistics Canada. March 9, 2010. Retrieved March 15, 2010
21. ^ "Aboriginal Peoples in Canada: First Nations People, Métis and Inuit". Statistics Canada. 2012
22. ^ Hudson 2002. p. 15
23. ^ Griffiths 2005. p. 4
24. ^ McGowan 1999
25. ^ Magocsi 1999. p. 736ff
26. ^ Standford 2000. p. 42
27. ^ Borrows 2010. p. 134
28. ^ Munro et al. 2007. p. 172
29. ^ Feltes 1999. p. 19
30. ^ Harland-Jacobs 2007. p. 177
31. ^ Campey 2006. p. 122
32. ^ McGowan 2009. p. 97
33. ^ Elliott 2004. p. 106
34. ^ Boberg, Charles (2010). The English Language in Canada: Status, History, and Comparative Analysis. Cambridge University Press. p. 97. ISBN 9781139491440
35. ^ Chown, Marco; Otis, Daniel (September 18, 2015). "Who are 'old stock Canadians'? The Star asked some people with deep roots in Canada what they thought of Conservative Leader Stephen Harper's controversial phrase". Toronto. Toronto Star. Retrieved September 21, 2015
36. ^ Haki & Hwang 2001. p. 9
37. ^ Huang 2006. p. 107
38. ^ Singh, Hira. p. 94 [permanent dead link] (Archive )
39. ^ "Permanent Residents – Monthly IRCC Updates – Canada – Admissions of Permanent Residents by Country of Citizenship". Statistics Canada. Retrieved March 8, 2022
40. ^ "Canadians in Context – Population Size and Growth". Human Resources and Skills Development Canada. 2010

October 29, 2022
76. ^ "2021 Annual Report to Parliament on Immigration". Immigration, Refugees and Citizenship Canada. March 15, 2022
77. ^ Kalman 2009. pp. 4–7
78. ^ DeRocco & Chabot 2008. p. 13
79. ^ Franklin & Baun 1993. p. 61
80. ^ English 2004. p. 111
81. ^ Burghus 2005. p. 31
82. ^ Bricker & Wright 2005. p. 16
83. ^ "Exploring Canadian values" (PDF). Nanos Research. October 2016. Archived from the original (PDF) on April 5, 2017. Retrieved February 1, 2017
84. ^ Blackwell 2005
85. ^ Armstrong 2010. p. 144
86. ^ "Canada in the Making: Pioneers and Immigrants". The History Channel. August 25, 2005. Archived from the original on February 1, 2011. Retrieved November 30, 2006
87. ^ White & Findlay 1999. p. 67
88. ^ Dufour 1990. p. 25
89. ^ "Original text of The Quebec Act of 1774". Canadiana (Library and Archives Canada). 2004. Retrieved April 11, 2010
90. ^ "American Civil War and Canada". The Canadian Encyclopedia. Historica Foundation. 2003. Archived from the original on November 17, 2015. Retrieved November 30, 2006
91. ^ Vaillancourt & Coche 2009. p. 11
92. ^ Magocsi 2002. p. 3
93. ^ Nersessian 2007
94. ^ "Forging Our Legacy: Canadian Citizenship And Immigration, 1900–1977 – The growth of Canadian nationalism". Citizenship and Immigration Canada. 2006. Archived from the original on June 10, 2011. Retrieved January 16, 2011
95. ^ Linteau, Durocher & Robert 1983. p. 522
96. ^ "Canada and the League of Nations". Faculty.marianopolis.edu. 2007. Retrieved August 10, 2010
97. ^ Bodvarsson & Van den Berg 2009. p. 380
98. ^ Prato 2009. p. 50
99. ^ Duncan & Ley 1993. p. 205
100. ^ Wayland 1997
101. ^ "Canadian Charter of Rights and Freedoms (Being Part I of the Constitution Act, 1982)". Electronic Frontier Canada. 2008. Archived from the original on December 12, 2018. Retrieved September 12, 2010
102. ^ "Canadian Multiculturalism Act (1985, c. 24 (4th Supp.))". Department of Justice Canada. 2010. Archived from the original on February 19, 2011. Retrieved September 12, 2010
103. ^ a b c d e "Religions in Canada—Census 2011". Statistics Canada/Statistique Canada. May 8, 2013
104. ^ Hales & Lauzon 2009. p. 440
105. ^ Coates 2006. p. 143
106. ^ "Canadian Charter of Rights and Freedoms (Part I of the

Width
◉ Standard
◯ Wide

Ethnic ancestry
˅ Culture
   Religion
   Languages
See also

Width
◉ Standard
◯ Wide

See also
Notes
**References**
Bibliography
Further reading
External links

Archived from the original on July 6, 2011. Retrieved December 17, 2010.

41. ^ Heckel, MacKechnie & Lavallée 1999, p. 33.
42. ^ Martens 2004, p. 28.
43. ^ Day 2000, p. 124.
44. ^ Ksenych & Liu 2001, p. 407.
45. ^ "Immigration Policy in the 1970s". Canadian Heritage (Multicultural Canada). 2004. Archived from the original on November 5, 2009. Retrieved April 12, 2010.
46. ^ Kusch 2001, p. 2.
47. ^ Agnew 2007, p. 182.
48. ^ Wilkinson 1980, p. 200.
49. ^ Good 2009, p. 13.
50. ^ Heathfield, Martin & Greenus 2014, p. 11.
51. ^ Schneider 2009, p. 367.
52. ^ "Canadians want illegal immigrants deported: poll". Ottawa Citizen. CanWest MediaWorks Publications Inc. October 20, 2007. Archived from the original on October 20, 2010. Retrieved October 18, 2010.
53. ^ "Am I Canadian?". Government of Canada. Canada. 2014. Retrieved July 1, 2014.
54. ^ "Citizenship Act (R.S. 1985, c. C-29)". Department of Justice Canada. 2010. Archived from the original on January 6, 2011. Retrieved July 11, 2010.
55. ^ "Canadian Citizenship Act and current issues -BP-445E". Government of Canada – Law and Government Division. 2002. Retrieved July 11, 2010.
56. ^ Sinha, Jay; Young, Margaret (January 31, 2002). "Bill C-11 Immigration and Refugee Protection Act". Law and Government Division. Government of Canada. Retrieved December 12, 2009.
57. ^ Bloemraad 2006, p. 269.
58. ^ "Canadian immigration". Canada Immigration Visa. 2009. Retrieved December 12, 2010.
59. ^ "Canada's Generous Program for Refugee Resettlement Is Undermined by Human Smugglers Who Abuse Canada's Immigration System". Public Safety Canada. Archived from the original on June 29, 2013. Retrieved December 12, 2010.
60. ^ Zimmerman 2008, p. 51.
61. ^ DeVoretz 2011.
62. ^ "United States Total Canadian Population. Fact Sheet" (PDF). Asia Pacific Foundation of Canada. 2010. Archived from the original (PDF) on August 27, 2013. Retrieved July 12, 2010.
63. ^ Gray 2010, p. 302.

Constitution Act, 1982)". Department of Justice Canada. 2010. Archived from the original on January 5, 2011. Retrieved September 10, 2010.
107. ^ Moolema 2005, p. 15.
108. ^ Bramadat & Seljak 2005, p. 3.
109. ^ Bowen 2005, p. 174.
110. ^ Gregory et al. 2009, p. 672.
111. ^ Metlon & Baumann 2010, p. 493.
112. ^ Haskell 2009, p. 50.
113. ^ Boyle & Sheen 1997, pp. 100–110.
114. ^ Tooker 1980, p. 20.
115. ^ Findling & Thackeray 2010, p. 52.
116. ^ MacLeod & Poutanen 2004, p. 23.
117. ^ Powell 2005, pp. 152, 154.
118. ^ Martynowych 1991, p. 28.
119. ^ a b Bloomberg 2004, p. 255.
120. ^ Coward & Kawamura 1979, p. 95.
121. ^ Coward, Hinnells & Williams 2000, p. 192.
122. ^ Waugh, Abu-Laban & Qureshi 1991, p. 15.
123. ^ Bramadat & Seljak 2009, p. 102.
124. ^ Yamagishi 2010, p. 17.
125. ^ Naik 2003, p. 32.
126. ^ "2006 Census: The Evolving Linguistic Portrait, 2006 Census Highlights". Statistics Canada. Dated 2006. Archived from the original on April 29, 2011. Retrieved October 12, 2010.
127. ^ a b Government of Canada, Statistics Canada (February 8, 2017). "Census Profile, 2016 Census – Canada [Country] and Canada [Country]". www12.statcan.gc.ca.
128. ^ Gordon 2005.
129. ^ Kockaert & Steurs 2015, p. 490.
130. ^ Grimes & Grimes 2000.
131. ^ Schull, Baker & Phua 2011.
132. ^ a b "Official Languages Act (R.S.C., 1985, c. 31 (4th Supp.))". Act current to 2016-08-29 and last amended on 2015-05-23. Department of Justice. September 21, 2017.
133. ^ "Nunavut's Languages". Office of the Languages Commissioner of Nunavut. Archived from the original on September 4, 2010. Retrieved November 16, 2009.
134. ^ "Highlights of the Official Languages Act". Legislative Assembly of the NWT. 2003. Archived from the original on January 2, 2011. Retrieved October 12, 2010.
135. ^ Ha & Ganahl 2006, p. 62.
136. ^ Winford 2003, p. 183.
137. ^ Wurm, Mühlhäusler & Tryon 1996, p. 1491.
138. ^ Pitau, Dembrough & Wolf 2012, p. 540.

Ethnic ancestry
∨ Culture
    Religion
    Languages
See also
Notes
**References**
Bibliography
Further reading
External links

Width
- ◉ Standard
- ○ Wide

## Bibliography

- Agnew, Vijay (2007). *Interrogating Race and Racism*. Toronto UP. ISBN 978-0-8020-9509-1.
- Haskell, David M. (2009). *Through a Lens Darkly: How the News Media Perceive and Portray Evangelicals*. Clements Academic

Ethnic ancestry
∨ Culture
  Religion
  Languages
See also
Notes
References
**Bibliography**
Further reading
External links

- Armstrong, Robert (2010) *Broadcasting Policy in Canada* ⬈ U Toronto P ISBN 978-1-4426-1035-4
- Blackwell, John D (2005) "Culture High and Low" ⬈ International Council for Canadian Studies World Wide Web Service Archived from the original ⬈ on August 21, 2014 Retrieved March 15, 2006
- Bloemraad, Irene (2006) *Becoming a Citizen Incorporating Immigrants And Refugees in the United States And Canada* ⬈ U Cal P ISBN 978-0-520-24898-4
- Bloomberg, Jon (2004) *The Jewish World in the Modern Age* ⬈ KTAV Publishing ISBN 978-0-88125-844-8
- Bodvarsson, Örn Bodvar & Van den Berg, Hendrik (2009) *The economics of immigration theory and policy* ⬈ Springer ISBN 978-3-540-77795-3
- Borrows, John (2010) *Canada's Indigenous Constitution* ⬈ Toronto UP ISBN 978-1-4426-1038-5
- Kockaert, Hendrik J Steurs, Frieda (March 13, 2015) *Handbook of Terminology* ⬈ John Benjamins Publishing Company ISBN 978-90-272-6956-0
- Bowen, Kurt (2005) *Christians in a Secular World The Canadian Experience* ⬈ MQUP ISBN 978-0-7735-2712-6
- Boyle, Kevin & Sheen, Juliet, eds (1997) *Freedom of Religion and Belief A World Report* ⬈ U Essex – Routledge ISBN 978-0-415-15977-7
- Bramadat, Paul & Seljak, David (2009) *Religion and Ethnicity in Canada* ⬈ U Toronto P ISBN 978-1-4426-1018-7
- Bricker, Darrell & Wright, John (2005) *What Canadians Think About Almost Everything* ⬈ Doubleday ISBN 978-0-385-65985-7
- Burgess, Ann Carroll (2005) *Guide to Western Canada* GPP ISBN 978-0-7627-2987-6
- Bybee, Rodger W & McCrae, Barry (2009) *Pisa Science 2006 Implications for Science Teachers and Teaching* ⬈ NSTA ISBN 978-1-933531-31-1
- Cameron, Elspeth, ed (2004) *Multiculturalism and Immigration in Canada An Introductory Reader* ⬈ Canadian Scholars' ISBN 978-1-55130-249-2
- Campey, Lucille H (2008) *Unstoppable Force The Scottish Exodus to Canada* ⬈ Dundurn ISBN 978-1-55002-811-9
- Chase, Steven, Curry Bill & Galloway Gloria (May 6, 2008) "Thousands of illegal immigrants missing A-G" ⬈ *The Globe and Mail* Toronto Archived ⬈ from the original on September 18, 2016 Retrieved January 19, 2011
- Coates, Colin MacMillan, ed (2006) *Majesty in Canada Essays on the Role of Royalty* ⬈ Dundurn Press ISBN 978-1-55002-586-6
- Cornelius, Wayne A Tsuda Takeyuk Martin Philip, Hollifield James, eds (2004) *Controlling immigration a global perspective* ⬈ Stanford UP ISBN 978-0-8047-4490-4
- Coward, Harold G Hinnells John Russell & Williams Raymond Brady (2000) *The South Asian religious diaspora in Britain, Canada and the United States* ⬈ SUNY Press ISBN 978-0-7914-9302-1
- Coward, Harold G & Kawamura Leslie S (1979) *Religion and Ethnicity Essays* ⬈ Wilfrid Laurier UP ISBN 978-0-88920-064-7

- ISBN 978-1-894667-92-0
- Hobbs, Sandy MacKechnie Jim & Lavalette Michael (1999) *Child Labour A World History Companion* ⬈ ABC-CLIO ISBN 978-0-87436-956-4
- Hollifield James; Martin Philip & Orrenius, Pia, eds (2014) *Controlling Immigration A Global Perspective* ⬈ (third ed ) Stanford UP ISBN 978-0-8047-8627-0
- Huang, Annian (2006) *The Silent Spikes Chinese Laborers and the Construction of North American Railroads* ⬈ Translated by Juguo Zhang China Intercontinental Press [ 中信出版社 ] ISBN 978-7-5085-0988-4
- Hudson John C (2002) *Across This Land A Regional Geography of the United States and Canada* ⬈ JHUP ISBN 978-0-8018-6567-1
- Kalman, Bobbie (2009) *Canada The culture* ⬈ Crabtree ISBN 978-0-7787-9284-0
- Ksenych Edward & Liu David eds (2001) *Conflict, Order, and Action Readings in Sociology* ⬈ Canadian Scholars' ISBN 978-1-55130-192-1
- Kusch, Frank (2001) *All American Boys Draft Dodgers in Canada from the Vietnam War* ⬈ Greenwood ISBN 978-0-275-97268-4
- Linteau, Paul-André Durocher, René & Robert Jean-Claude (1983) *Quebec A History 1867–1929* ⬈ Translated by Robert Chodos Lorimer ISBN 978-0-88862-604-2
- MacLeod Roderick & Poutanen Mary Anne (2004) *Meeting of the People School Boards and Protestant Communities in Quebec 1801–1998* ⬈ MQUP ISBN 978-0-7735-2742-3
- Magocsi Paul R (1999) Multicultural History Society of Ontario (ed ) *Encyclopedia of Canada's Peoples* ⬈ U Toronto P ISBN 978-0-8020-2938-6
- Magocsi, Paul R (2002) *Aboriginal Peoples of Canada A Short Introduction* ⬈ U Toronto P ISBN 978-0-8020-8469-9
- Martens, Klaus, ed (2004) *The Canadian Alternative* ⬈ (in German) Königshausen & Neumann ISBN 978-3-8260-2636-2 {{cite book}}: |work= ignored (help)
- Martynowych, Orest T (1991) *Ukrainians in Canada The Formative Period, 1891–1924* ⬈ CIUS Press U Alberta ISBN 978-0-920862-76-6
- McGowan, Mark G , ed (1999) "Irish Catholics Migration, Arrival and Settlement before the Great Famine" ⬈ *The Encyclopedia of Canada's Peoples* Multicultural Canada Archived from the original ⬈ on March 7, 2012
- McGowan, Mark (2009) *Death or Canada the Irish Famine Migration to Toronto 1847* Novalis ISBN 978-2-89646-129-5
- Melton J Gordon & Baumann Martin eds (2010) *Religions of the World, Second Edition A Comprehensive Encyclopedia of Beliefs and Practices* ⬈ ABC-CLIO ISBN 978-1-59884-203-6
- Miedema Gary (2005) *For Canada's Sake Public Religion Centennial Celebrations and the Re making of Canada in the 1960s* ⬈ MQUP ISBN 978-0-7735-2877-2
- Murrin, John M., Johnson Paul E., McPherson James M , Fahs Alice Gerstle, Gary Rosenberg, Emily S & Rosenberg Norman L

Width
○ Standard
○ Wide

Ethnic ancestry
∨ Culture
  Religion
  Languages
See also
Notes
References
**Bibliography**
Further reading
External links

- Day, Richard J F (2000) *Multiculturalism and the History of Canadian Diversity* ⟶ Toronto UP ISBN 978-0-8020-8075-2
- DeRocco, David & Chabot, John F (2008) *From Sea to Sea to Sea: A Newcomer's Guide to Canada* ⟶ Full Blast Productions ISBN 978-0-9784734-4-6
- DeVoretz, Don J (2011) "Canada's Secret Province: 2.8 Million Canadians Abroad" 📄 (PDF) Asia Pacific Foundation of Canada Retrieved September 23, 2013
- Dufour, Christian (1990) *A Canadian Challenge Le Défi Quebecois* ⟶ Colichan / IRPP ISBN 978-0-88982-105-7
- Duncan, James S & Ley, David, eds (1993) *Place/culture/representation* ⟶ Routledge ISBN 978-0-415-09451-1
- Elliott, Bruce S (2004) *Irish Migrants in the Canadas: A New Approach* ⟶ (2nd ed ) MQUP ISBN 978-0-7735-2321-0
- English, Allan D (2004) *Understanding Military Culture: A Canadian Perspective* ⟶ MQUP ISBN 978-0-7735-2715-7
- Friites, Norman N (1999). *This Side of Heaven: Determining the Donors Murders*, 1910 ⟶ Toronto UP ISBN 978-0-8020-4115-0
- Findling, John E & Thackeray, Frank W , eds (2010) *What Happened? An Encyclopedia of Events That Changed America Forever* ⟶ ABC-CLIO ISBN 978-1-59884-621-8
- Franklin, Daniel & Baun, Michael J (1995) *Political Culture and Constitutionalism: A Comparative Approach* ⟶ Routledge ISBN 978-1-56324-416-2
- Good, Kristin R (2009) *Municipalities and Multiculturalism: The Politics of Immigration in Toronto and Vancouver* ⟶ Toronto UP ISBN 978-1-4426-0993-8
- Gordon, Raymond G , ed (2005) *Ethnologue: Languages of the world* ⟶ (15 ed ) SIL International ISBN 978-1-55671-159-6
- Gray, Douglas (2010) *The Canadian Snowbird Guide: Everything You Need to Know about Living Part-Time in the USA and Mexico* ⟶ Wiley ISBN 978-0-470-73942-6
- Gregory, Derek, Johnston, Ron, Pratt, Geraldine, Watts, Michael & Whatmore, Sarah, eds (2009) *The Dictionary of Human Geography* ⟶ (5th ed ) Wiley–Blackwell ISBN 978-1-4051-3288-6
- Griffiss, N E S (2005) *From Migrant to Acadian: A North American Border People, 1604–1755* ⟶ MQUP ISBN 978-0-7735-2699-0
- Grimes, Barbara F & Grimes, Joseph Evans, eds (2000) *Ethnologue: Languages of the world* ⟶ (14 ed ) SIL International ISBN 978-1-55671-103-9
- Ha, Louisa S & Ganahl, Richard J (2006) *Webcasting Worldwide: Business Models of an Emerging Global Medium* ⟶ Routledge ISBN 978-0-8058-5915-7
- Hales, Dianne R & Lauzon, Lara (2009) *An Invitation to Health* ⟶ Cengage Learning ISBN 978-0-17-650009-2
- Hall, Patricia Wong & Hwang, Victor M , eds (2001) *Anti-Asian Violence in North America: Asian American and Asian Canadian Reflections on Hate, Healing, and Resistance* ⟶ Rowman & Littlefield ISBN 978-0-7425-0459-2
- Harland-Jacobs, Jessica L (2007) *Builders of Empire: Freemasonry and British Imperialism, 1717–1927* ⟶ NCUP ISBN 978-0-8078-

- (2007) *Liberty, Equality, Power: A History of the American People: To 1877* ⟶ (5th ed ) (Wadsworth) Cengage Learning ISBN 978-0-495-11506-6
- Naik, C D (2003) *Thoughts and Philosophy of Doctor B R Ambedkar* ⟶ Sarup ISBN 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-418-2
- Nersessian, Mary (April 9, 2007) "Vimy battle marks birth of Canadian nationalism" ⟶ CTV Television Network Archived ⟶ from the original on September 18, 2016 Retrieved January 16, 2011
- Pfau, Roland, Steinbach, Markus & Woll, Bencie, eds (2012) *Sign Language: An International Handbook* ⟶ de Gruyter / Mouton ISBN 978-3-11-026132-5
- Powell, John (2005) *Encyclopedia of North American immigration* ⟶ InfoBase ISBN 978-0-8160-4658-4
- Prato, Giuliana B , ed (2009) *Beyond multiculturalism: Views from Anthropology* ⟶ Ashgate ISBN 978-0-7546-7173-2
- Schneider, Stephen (2009) *Iced: The Story of Organized Crime in Canada* ⟶ Wiley ISBN 978-0-470-83500-5
- Schuit, Joke, Baker, Anne & Pfau, Roland (2011) "Inuit Sign Language: a contribution to sign language typology" ⟶ (pdf) Amsterdam Center for Language and Communication Working Papers (ACLC) 4 (1) U Amsterdam 1–31
- Standford, Frances (2000) *Development of Western Canada Gr 7–8* ⟶ On The Mark Press ISBN 978-1-77072-743-4
- Tooker, Elisabeth (1980) *Native North American spirituality of the eastern woodlands: sacred myths, dreams, visions, speeches, healing formulas, rituals, and ceremonials* ⟶ Paulist Press ISBN 978-0-8091-2256-1
- Vaillancourt, François & Coche, Olivier (2009), "Official Language Policies at the Federal Level in Canada: Costs and Benefits in 2006" 📄 (PDF) *Studies in Language Policy* Fraser Institute, ISSN 1920-0749 ⟶
- Waugh, Earle Howard, Abu-Laban, Sharon McIrvin & Qureshi, Regula (1991) *Muslim families in North America* ⟶ U Alberta ISBN 978-0-88864-225-7
- Wayland, Shara V (1997) "Immigration, Multiculturalism and National Identity in Canada" *International Journal on Minority and Group Rights* 5 (1) Dept of Political Science, U Toronto 33–58 doi 10.1163/15718119720907408 ⟶
- White, Richard & Findlay, John M , eds (1999) *Power and Place in the North American West* ⟶ UWP ISBN 978-0-295-97773-7
- Wilkinson, Paul F (1980) *In celebration of play: an anthropological approach to play and child development* ⟶ Macmillan ISBN 978-0-312-41078-0
- Winford, Donald (2003) *An introduction to Contact Linguistics* ⟶ Wiley ISBN 978-0-631-21250-8
- Wurm, Stephen Adolphe, Muhlhausler, Peter & Tryon, Darrell T , eds (1996) *Atlas of Languages of intercultural Communication in the Pacific, Asia, and the Americas* ⟶ de Gruyter / Mouton ISBN 978-3-11-013417-9
- Yamagishi, N Rochelle (2010) *Japanese Canadian Journey: The Nakagama Story* ⟶ Trafford Publishing ISBN 978-1-4269-8148-7

Width
○ Standard
○ Wide

Ethnic ancestry
∨ Culture
  Religion
  Languages
See also
Notes
References
**Bibliography**
Further reading
External links

Width
○ Standard
○ Wide

XC88-3

- Zimmerman, Karla (2008). *Canada* (tenth ed.). Lonely Planet. ISBN 978-1-74104-571-0

## Further reading

*Main article: Bibliography of Canada*

- Beaty, Bart, Briton, Derek, Filax, Gloria (2010). *How Canadians Communicate III: Contexts of Canadian Popular Culture*. Athabasca University Press. ISBN 978-1-897425-59-5.
- Bumsted, J. M. (2003). *Canada's diverse peoples: a reference sourcebook*. ABC-CLIO. ISBN 978-1-57607-672-9
- Carment, David, Bercuson, David (2008). *The World in Canada: Diaspora, Demography, and Domestic Politics*. McGill-Queen's Press – MQUP. ISBN 978-0-7735-7455-7
- Cohen, Andrew (2008). *The Unfinished Canadian: The People We Are*. McClelland & Stewart. ISBN 978-0-7710-2286-9
- Gillmor, Don, Turgeon, Pierre (2002). CBC (ed.). *Canada: A People's History* Vol. 1. McClelland & Stewart. ISBN 978-0-7710-3324-7
- Gillmor, Don; Turgeon, Pierre, Michaud, Achille (2002). CBC (ed.). *Canada: A People's History* Vol. 2. McClelland & Stewart. ISBN 978-0-7710-3336-0.
- Kearney, Mark, Ray, Randy (2009). *The Big Book of Canadian Trivia*. Dundurn. ISBN 978-1-77070-044-9
- Kelley, Ninette, Trebilcock, M. J. (2010). *The Making of the Mosaic: A History of Canadian Immigration Policy*. University of Toronto Press. ISBN 978-0-8020-9536-7
- Resnick, Philip (2005). *The European Roots of Canadian Identity*. University of Toronto Press. ISBN 978-1-55111-705-8
- Richard, Madeline A. (1992). *Ethnic Groups and Marital Choices: Ethnic History and Marital Assimilation in Canada, 1871 and 1971*. UBC Press. ISBN 978-0-7748-0431-8
- Simpson, Jeffrey (2000). *Star-Spangled Canadians: Canadians Living the American Dream*. Harper-Collins. ISBN 978-0-00-255767-2
- Studin, Irvin (2006). *What Is a Canadian? Forty-Three Thought-Provoking Responses*. McClelland & Stewart. ISBN 978-0-7710-8321-1

## External links

- Canada Year Book 2010 – Statistics Canada
- Canada: A People's History – Teacher Resources – Canadian Broadcasting Corporation
- Persons of National Historic Significance in Canada [permanent dead link] – Parks Canada
- Multicultural Canada – Department of Canadian Heritage
- The Canadian Immigrant Experience – Library and Archives Canada
- The Dictionary of Canadian Biography – Library and Archives Canada
- Canadiana: The National Bibliography of Canada – Library and Archives Canada



Wikimedia Commons has media related to *Canadians*.

Wikiquote has quotations related to *Canadians*.

Listen to this article (24 minutes)



This audio file was created from a revision of this article dated 3 December 2013, and does not reflect subsequent edits.

(Audio help · More spoken articles)

| V·T·E | Ethnic origins of people in Canada | [show] |
|---|---|---|
| V·T·E | Canadian identity | [show] |
| V·T·E | Canadians abroad and their descendants | [show] |
| V·T·E | Canada | [show] |
| | Authority control databases ✎ | [show] |

Categories: Canadian people | Ethnic groups in Canada | North American people · Nansen Refugee Award laureates

This page was last edited on 22 June 2024, at 07:34 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 4.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy    About Wikipedia    Disclaimers    Contact Wikipedia    Code of Conduct    Developers    Statistics    Cookie statement    Mobile view

https://www.ahdictionary.com/word/search.html?q=school
at 04:36:10, 06/29/2024

The
AMERICAN HERITAGE **dictionary** *of the* English Language

Search

### HOW TO USE THE DICTIONARY

To look up an entry in The American Heritage Dictionary of the English Language, use the search window above. The best results, after typing in the word, click on the Search button. Ahead of using the search box...

Some compound words can be written as two or more words. If you can't find your compound, enter the words separately. If you have them in the search box, if a word results with compound words, place a question mark before the compound word in the search window.

**GUIDE TO THE DICTIONARY**

### THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. We use them to gauge the acceptability of particular usages and grammatical constructions.

**THE PANELISTS**

## school¹ (skōōl)

*n.*
1. An institution for the instruction of children or people under college age.
2. An institution for instruction in a skill or business: a secretarial school, a karate school.
3.
   a. A college or university.
   b. An institution within or associated with a college or university that gives instruction in a specialized field and recommends candidates for degrees.
   c. A division of an educational institution constituting several grades or classes advanced to the upper school.
   d. The student body of an educational institution.
   e. The building or group of buildings housing an educational institution.
4. The process of being educated formally, especially education constituting a planned series of courses over a number of years: *The children were put to school at home. What do you plan to do when you finish school?*
5. A session of instruction: *School will start in three weeks. He had to stay after school today.*
6.
   a. A group of people, especially philosophers, artists, or writers, whose thought, work, or style demonstrates a common origin or influence or unifying belief: *the school of Aristotle; the Venetian school of painters.*
   b. A group of people distinguished by similar manners, customs, or opinions: *statesmen of the old school.*
7. Close-order drill instructions or exercises for military units or personnel.
8. *Australian* A group of people gathered together for gambling.

*tr.v.* **schooled, school·ing, schools**
1. To educate in or as if in a school.
2. To train or discipline: *He is well schooled in literature. See Synonyms at teach.*
3. *Slang* To defeat or put down decisively, especially in a humiliating manner: *Our team got schooled by the worst team in the division.*

*adj.* Of or relating to school or education in schools: *school supplies; a school dictionary.*

[Middle English *scole*, from Old English *scōl*, from Latin *schola*, *scola*, from Greek *skholē*; see **seĝh-** in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## school² (skōōl)

*n.*
A large group of aquatic animals, especially fish, swimming together; a shoal.

*intr.v.* **schooled, school·ing, schools**
To swim in or form into a school.

[Middle English *scole*, from Middle Dutch *schōle*; see **skel-¹** in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by

### AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary App is now available for iOS and Android.

### THE AMERICAN HERITAGE DICTIONARY BLOG

Visit our blog and see new words we've added, interesting images from the fifth edition, discussions of usage, and more.

### THE 100 WORDS®

See word lists from the best selling 100 Words series.

**FIND OUT MORE!**

### INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

HarperCollins Publishers. All rights reserved.



Copyright 2021 HarperCollins Publishers. All rights reserved.

https://www.canadianschool.com.mx/  at 04 45 45 06/29/2024

ALBERTA ACCREDITED ⌄    CAREERS    ADMISSIONS & CONTACT


**CANADIAN**
SCHOOL.

CANADIAN SCHOOL WAY    CAMPUS ⌄    EARLY YEARS    ELEMENTARY    JUNIOR HIGH    HIGH SCHOOL



**Learning is a joyful ADVENTURE** be CANADIAN SCHOOL


Alberta Canada 🍁
Accredited
International
School

Campus Guadalajara y Campus Querétaro






## Welcome to Canadian *School*

Where hearts come together to create a dynamic learning community, where values drive our guiding principles with a high international recognition.

A place where students, teachers, and families become one big family, supporting, learning, nurturing, and celebrating together. Here, the journey of education is not solitary, but a shared adventure, where friendships bloom. Our tight-knit community forms a strong foundation for every student and an atmosphere of belonging and acceptance that empowers each individual to thrive.

We don't just teach values; we live them.

Our core principles are integrity, compassion, and respect that illuminates the path of our students. These values are the moral compass that guides us in every decision, every action, and every interaction. Our aim is not only to shape brilliant minds but also to mold compassionate individuals who with positive minds towards empathy and understanding.



## The Canadian **School** *way*

A character development program that inspires our students to make decisions based on our six core values:



 **Responsibility**

 **Respect**

 **Honesty**

 **Love**

**Cooperation**

 **Tolerance**





# be your own role model

Education for connected minds. Digital Literacy.

The province of Alberta, Canada, has one of the finest educational systems in the world. At Canadian School we are proud to have implemented its curricula as the core of our program.

We are one of the 14 Alberta-accredited international schools. Canada ranks 7th place among 72 countries in the PISA test 2015. Alberta ranks 1st place among the 10 Canadian provinces in PISA 2015. PISA assesses the academic proficiency of 15-year-olds in reading, math, and science subjects.



Alberta Canada

Accredited International School

SEP
SECRETARÍA DE EDUCACIÓN PÚBLICA

Campus Guadalajara y Querétaro



**ACADEMIC EXCELLENCE**

Academic excellence is important because it paves the way for future success.

+ More info

**INNOVATION**

We are leaders in technology, focused on 21st Century teaching and learning best practices and community engagement.

**ENGLISH FULL IMMERSION**

Our program uses English language for instruction and for communication.

+ More info

**TECHNOLOGY INTEGRATION**

Technology integration is the use of technological resources in daily teaching and learning practices.

+ More info

**STUDENT SUCCESS**

We are committed to achieve success for every student. Our professional staff of psychologists and learning specialists assist students to advance their learning.

+ More info

**WELL ROUNDED EDUCATION**

Outside our classrooms, our students are engaged in a varied and rich selection of extended curricular activities.

+ More info





### Apple Distinguished School

Center of leadership and educational excellence that demonstrate Apple's vision for learning with technology. We are part of the most innovative schools in the world.

**PARENTS**

Parents are central motivators, role models, decision makers and nurturers of their children and play a critical role in the formative early years of the child's development.

+ More info

**TEACHERS**

The quality of our teachers and leadership is of major importance to achieving excellence in teaching and learning.

+ More info

**STAFF**

Our educators, counselors, and support teams work closely to create an environment where students feel heard, valued, and supported in all aspects of their development.

+ More info

**STUDENTS**

Students are encouraged to drive their learning and success through meaningful engagement in their educational experience.

+ More info



ACHIEVEMENTS

## to be proud

**In every laughter shared, every hand extended, and every moment of triumph celebrated, the essence of the Canadian School thrives.**

Our program is inspired by the *Reggio Emilia* approach. This focuses on the creation of a learning environment that enhances and facilitates a child's way of thinking and where their senses are stimulated.

With the *Reggio Emilia* approach, children are endowed with multiple languages (painting, sculpting, drama, etc.) therefore our program is based on inquiry, investigation and discovery. It's a safe place where children lead the way and where teachers explore the child's interests, their natural curiosity and their immense sense of wonder.

 SCUOLE E NIDI D'INFANZIA
Istituzione del

 CANADIAN
SCHOOL



ADMISSIONS

CAMPUS OF INTEREST Click on the city of your interest

GUADALAJARA   LEÓN   PUEBLA   QUERÉTARO

Selecciona tu ciudad de interés / *Click on the city of your interest*

A SCHOOL
*to be*
*proud*

CANADIAN
SCHOOL

©CANADIAN SCHOOL ©All rights reserved

Design and Powered by





98289734



CANADIAN
SCHOOL

| | |
|---|---|
| **Word Mark** | CANADIAN SCHOOL |
| **Goods/Services** | IC 041 US 100 101 107<br>EDUCATION; PROVIDING OF TRAINING; ENTERTAINMENT; SPORTING AND CULTURAL ACTIVITIES; ACADEMIES (EDUCATION); EXAM APPLICATION SERVICES TO OBTAIN A CERTIFICATE IN ANY PROFESSION; APPLICATION OF ACADEMIC EXAMINATIONS FOR ACCREDITATION CERTIFICATION; COACHING (TRAINING); ARRANGING AND CONDUCTING OF COLLOQUIUMS; ORGANIZATION OF SPORTS COMPETITIONS; ORGANIZATION OF COMPETITIONS (EDUCATION OR ENTERTAINMENT); ARRANGING AND CONDUCTING OF CONFERENCES; ARRANGING AND CONDUCTING OF CONGRESSES; DISSEMINATION OF CULTURE AND KNOWLEDGE; EDUCATION INFORMATION; EDUCATION SERVICES WITH DISTRIBUTION OF INSTRUCTIONAL LITERATURE; PHYSICAL EDUCATION; EDUCATION SERVICES; TEACHING; AWARD DELIVERY SERVICES OF RECOGNIZATION DERIVED FROM EDUCATIONAL, CULTURAL AND ENTERTAINMENT ACTIVITIES; EDUCATIONAL SERVICES PROVIDED BY SCHOOLS; EDUCATIONAL EXAMINATION; ORGANIZATION OF EXHIBITIONS FOR CULTURAL OR EDUCATIONAL PURPOSES; CULTURAL PROMOTION SERVICES; NURSERY SCHOOLS; TEACHING; NURSERY SCHOOLS; GAMES LIBRARY SERVICES ; ARRANGING AND CONDUCTING OF IN-PERSON EDUCATIONAL FORUMS; ARRANGING AND CONDUCTING OF SEMINARS; ARRANGING AND CONDUCTING OF SYMPOSIUMS; ARRANGING AND CONDUCTING OF WORKSHOPS (TRAINING); VOCATIONAL GUIDANCE (EDUCATION OR TRAINING ADVICE); PUBLICATION OF TEXTS, OTHER THAN PUBLICITY TEXTS; TUTORING. |
| **Register** | PRINCIPAL |
| **Serial Number** | **98289734** |
| **Filing Date** | 2023-11-29T00:00:00 |
| **Original Filing Basis** | 44e |

| | |
|---|---|
| **Current Filing Basis** | 44e |
| **Owner** | (APPLICANT) SISTEMA CANADIENSE INTERNACIONAL, S.A. DE C.V. (sociedad anonima (sa de cv)); MEXICO); 133 BAJADA DE LAS AGUILAS, INT. 3, ZAPOPAN, JALISCO, 45129, MEXICO |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 050303, 200505 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of a stylized maple leaf design element above a stylized open book design element above the stacked elements "CANADIAN SCHOOL". |
| **Live Dead Indicator** | LIVE |
| **Status** | NEW APPLICATION - ASSIGNED TO EXAMINER |
| **Attorney of Record** | Kevin P. Hartley |

**Print:** June 29, 2024 4:47 PM

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on June 29, 2024 for
**U.S. Trademark Application Serial No. 98289734**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action.** This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams.** Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| To: | Health Care Associates, Inc. (csha@csha.net) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78558191 - COLORADO SCHOOL OF HEALING ARTS - N/A |
| Sent: | 9/8/05 1:44:42 PM |
| Sent As: | ECOM108@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    78/558191

**APPLICANT:**    Health Care Associates, Inc.

**CORRESPONDENT ADDRESS:**
   DENNIS SIMPSON
   HEALTH CARE ASSOCIATES, INC.
   7655 W MISSISSIPPI AVE STE 100
   LAKEWOOD, CO 80226-4332

**MARK:**    COLORADO SCHOOL OF HEALING ARTS

**CORRESPONDENT'S REFERENCE/DOCKET NO :**  N/A

**CORRESPONDENT EMAIL ADDRESS:**
   csha@csha.net

## *78558191*

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT:** TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

Serial Number  78/558191

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

## SEARCH RESULTS

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

## SECTION 2(F) - ACQUIRED DISTINCTIVENESS

The examining attorney has reviewed the Section 2(f) evidence included by the Applicant, and has concluded that the mark has acquired 2(f) distinctiveness as to the wording "COLORADO".   However, the wording "SCHOOL OF HEALING ARTS" has not acquired distinctiveness based on its generic nature, and therefore needs to be disclaimed, as discussed below.

## DISCLAIMERS

Applicant must disclaim the wording "SCHOOL OF HEALING ARTS" apart from the mark as shown because it is the generic designation of the Applicant's services.   Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a).

Generic terms are terms that the relevant purchasing public understands primarily as the common or class name for the goods or services. *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 57 USPQ2d 1807 (Fed. Cir. 2001); *In re American Fertility Society*, 188 F.3d 1341, 51 USPQ2d 1832 (Fed. Cir. 1999); *In re Merrill Lynch, Pierce, Fenner & Smith, Inc.*, 828 F.2d 1567, 4 USPQ2d 1141 (Fed. Cir. 1987); *H. Marvin Ginn Corp. v. Int'l Ass'n of Fire Chiefs, Inc.*, 782 F.2d 987, 228 USPQ 528 (Fed. Cir. 1986).  Generic terms are by definition incapable of indicating a particular source of the goods or services, and cannot be registered as trademarks; doing so "would grant the owner of the mark a monopoly, since a competitor could not describe his goods as what they are." *In re Merrill Lynch*, 828 F.2d at 1569, 4 USPQ2d at 1142.

Here, the wording is generic of the services. First, the Applicant describes the services in the application's recitation as including "related healing arts".  This demonstrates that the wording "healing arts" in the mark is highly descriptive of the services themselves.   In addition, the wording is used generically by many other institutions providing identical services. Consequently, consumers will automatically equate such wording with the associated services. See attached Exhibits 1-4. Furthermore, the wording "school" is generic for the services in that the Applicant uses the mark to provide "vocational education".   Finally, the US PTO has required Applicant's with similar marks and services to disclaim such wording in the past.  See attached Registration Nos. 2950568 and 1440944.

The Office can require an applicant to disclaim exclusive rights to an unregistrable part of a mark, rather than refuse registration of the entire mark.  Trademark Act Section 6(a), 15 U.S.C. §1056(a).  Under Trademark Act Section 2(e), 15 U.S.C. §1052(e), the Office can refuse registration of the entire mark where it is determined that the entire mark is merely descriptive, deceptively misdescriptive, or primarily geographically descriptive of the goods.  Thus, the Office may require the disclaimer of a portion of a mark which, when used in connection with the goods or services, is merely descriptive, deceptively misdescriptive, primarily geographically descriptive, or otherwise unregistrable (e.g., generic).  TMEP §1213.03(a).  If an applicant does not comply with a disclaimer requirement, the Office may refuse registration of the entire mark.  TMEP §1213.01(b).

A "disclaimer" is thus a written statement that an applicant adds to the application record that states that applicant does not have exclusive rights, separate and apart from the entire mark, to particular wording and/or to a design aspect.  The appearance of the applied-for mark does not change.  therefore, the Applicant must include the following disclaimer with the Application.

No claim is made to the exclusive right to use "SCHOOL OF HEALING ARTS" apart from the mark as shown.

A disclaimer of the individual component words of a complete descriptive phrase is improper.  *See, e.g., In re Medical Disposables Co.*, 25 USPQ2d 1801, 1805 (TTAB 1992); *In re Wanstrath*, 7 USPQ2d 1412, 1413 (Comm'r Pats. 1987); *American Speech-Language-Hearing Association v. National Hearing Aid Society*, 224 USPQ 798, 804 n.3 (TTAB 1984); *In re Surelock Mfg. Co., Inc.*, 125 USPQ 23, 24 (TTAB 1960).  This standard is applied strictly, and the disclaimer of individual words separately is generally appropriate only when the words being disclaimed are separated by registrable matter.  TMEP §1213.08(b).

## SPECIMEN OF SERVICES

Applicant must submit (1) a substitute specimen showing the mark as it is used in commerce on the goods or on packaging for the goods, and (2) a statement that "the substitute specimen was in use in commerce at least as early as the filing date of the application," verified with a notarized affidavit or a signed declaration under 37 C.F.R. §2.20.

The current specimen of record comprises of the mark, along with other wording in an image, and is unacceptable as evidence of actual trademark use in commerce because it does not appear to be anything more than a .jpg image. Examples of acceptable specimens for services are signs, photographs, brochures, website printouts or advertisements that show the mark used in the sale or advertising of the services.  TMEP §§1301.04 *et seq.*

Pending an adequate response to the above, registration is refused because the specimen of record does not show use of the proposed mark as a trademark.  Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051, 1052 and 1127; TMEP §§904.11 and 1202 *et seq.*

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

## SAMPLE DECLARATION

The following is a sample declaration under 37 C.F.R. §2.20 with a supporting statement for a substitute specimen:

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting there from, declares *that the substitute specimen was in use in commerce at least as early as the filing date of the application;* all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

/Alain Lapter/
Trademark Attorney
600 Dulaney Street
Law Office 108 - 5A20
Alexandria, VA  22314
571-272-8607 (phone)

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

**Print: Aug 30, 2005**                    **73571548**

**TYPED DRAWING**

**Serial Number**
73571548

**Status**
SECTION 8-ACCEPTED

**Word Mark**
AMERICAN COLLEGE OF HEALING ARTS

**Standard Character Mark**
No

**Registration Number**
1440944

**Date Registered**
1987/05/26

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
OLIVE W. GARVEY CENTER FOR THE IMPROVEMENT OF HUMAN FUNCTIONING, THE
DBA AMERICAN COLLEGE OF HEALIGN ARTS NON-PROFIT CORPORATION KANSAS
3100 N. HILLSIDE WICHITA KANSAS 67219

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  107.  G & S: [ EDUCATIONAL
SERVICES, NAMELY, ] ORGANIZING AND CONDUCTING CONFERENCES RELATING TO
THE ENHANCEMENT OF FUNCTIONING IN THE HEALTH IMPROVEMENT FIELD, AND
THE PRESENTATION OF AWARDS TO THOSE PERSONS SUBMITTING THE BEST PAPERS
IN THIS HEALTH FIELD.  First Use: 1985/03/00.  First Use In Commerce:
1985/03/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "COLLEGE OF HEALING
ARTS" APART FROM THE MARK AS SHOWN.

**Filing Date**
1985/12/04

**Amended Register Date**
1987/01/27

-1-

**Print: Aug 30, 2005**                    **73571548**

**Examining Attorney**
MARKS, MARTIN H.

**Attorney of Record**
JOHN W. CARPENTER

-2-

73571548

**Print: Aug 30, 2005**                              **76537429**

**DESIGN MARK**

**Serial Number**
76537429

**Status**
REGISTERED

**Word Mark**
ORIENTAL HEALING ARTS INSTITUTE

**Standard Character Mark**
No          .

**Registration Number**
2950568

**Date Registered**
2005/05/10

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
Oriental Healing Arts Institute CORPORATION CALIFORNIA 1945 Palo Verde
Avenue, Suite 208 Long Beach CALIFORNIA 90815

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: educational
classes and seminars relating to Oriental medicine and herbs.  First
Use: 1975/09/05.  First Use In Commerce: 1975/09/05.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE HEALING ARTS INSTITUTE
APART FROM THE MARK AS SHOWN.

**Filing Date**
2003/08/14

**Amended Register Date**
2005/01/31

**Examining Attorney**
WHITAKER-BROWN, TRACY

-1-

**Print: Aug 30, 2005**                              **76537429**

**Attorney of Record**
Derek S. Yee

76537429

# ORIENTAL HEALING ARTS INSTITUTE

http://www.healingartsnetwork.com/     08/30/2005 10:44:55 AM

## Healing Arts Network

| Links | Gallery | Animal Health | Reiki | Acupuncture | In the News |
|---|---|---|---|---|---|
| First Time Visitors | Sacred Sites | Shamanic Practitioners | Reiki Outside of U.S. | Aromatherapy Etc. | Upcoming Events |
| Search Site | Inspirational Verses | Energywork Practitioners | Holistic Practitioners | Speakers Bureau | Informative Articles |
| Site Overview | Shopping | Schools/Centers | Yoga Studios | Bodywork Practitioners | Journeys |
| Code of Ethics | Related Products | School Search | Feng Shui Consultants | | Publications |
| Home | | Listing Update Form | Listing Application | | |

**Welcome to the Healing Arts Network, your source for information on Alternative Medicine, Holistic Health and Shamanic Practice.**



Practitioners,
Learn how to list
your practice.

We are very happy to present this exciting web site which offers information about various forms of alternative medicine including Reiki, Shamanism, Acupuncture, Feng Shui, Massage, Holistic Health and references to schools/centers,conferences, books and related products. Most importantly, is included an ever enlarging list of practitioners throughout the U.S., Canada and Great Britain and the World, who offer these services.

Interesting photos of sacred places in Peru, England, Nepal and Mexico can be found on the **Sacred Places** page. You can click on **Shopping** and find out more



about some of the merchants with whom we have associated. Please also check out **Upcoming Events** and our **Informative Articles** page.

We will be updating and expanding weekly. *Why not bookmark/favorite place us now and check us out again soon?*

Do you need a web site for your practice? Check out Site-Spinners, at www.site-spinners.com and ask about our special joint offer.

*In the mean time, happy surfing and hope to see you back here again in the near future.*

- New Art Gallery
- Reiki Training
- Reiki Practitioners
- Energywork Practitioners
- Acupuncture Practitioners
- Reflexology Practitioners
- Feng Shui Consultants
- Spiritual Journeys
- Travel
- Courses
- Chiropractors
- Physical Therapy

- Shamanism
- Shamanic Training
- Shamanic Practitioner
- Aromatherapy
- Holistic Practitioner
- Alternative Schools
- Speakers
- Drums
- Books
- Bodywork
- Massage Therapy
- Posters
- Animal Health

Email Us

OMPLACE

CONSCIOUS LIVING AWARD

Copyright 1998-2005 By Healing Arts Network. All rights reserved. Please direct all comments on these pages to webmaster@HealingArtsNetwork.com. Designed by *Site-Spinners* www.site-spinners.com

http://www.swiha.org/    08/30/2005 10:45:32 AM



Southwest Institute *of* Healing Arts
*Arizona's Premier Holistic Healthcare College*

Home    About Us    Programs    Admissions    Student Clinic    Yoga Center
        Alumni      Events      Contact Us    SWIHA Classes

*Discover the School with Great Energy!*
Click Here to Request a Catalog!

**Southwest Institure of Healing Arts** is a state approved
school for massage and bodywork - and one of the most
recognized massage schools in Arizona and the country - we
are committed to providing the best training available. Choose
from over 10, 000 hours of dynamic classes in areas such as
massage therapy, life coaching, hypnotherapy, yoga teacher
training, and many more...



**Out of State Students**

Moving to Arizona? Everything you need to know
is right here...

    Welcome to SWIHA



**Upcoming Events**

DISCOVER YOUR GIFT!
YOUR GIFTS AND GRACES

Sign Up Today!

Celebrate
Your
Life!

 is right here...

 **Attention Holistic Practitioners**
Get Listed on GreatTherapists.com

Click here for more information!



Celebrate Your Life
Conference

Advanced Hypnotherapy
Clinic- Volunteers Needed

2005 Holistic Health Gathering
Click Here

 **Featured Programs**
- Massage Therapy
- Western Herbalism
- Holistic Healthcare
- Mind-Body Program
- Yoga Teacher Training
- Hypnotherapy
- Life Coaching
- All Programs...

**Change People's Lives**
Become a **Life Coach!** Today!

 A New Holistic High School
Visit www.newsamaz.com Today!

© 2005 SWIHA. All rights reserved.
Site Developed by Healing Arts Media

Home   About Us   Programs   Admissions   Consumer Info.   Yoga Center   Classes   Contact Us

http://www.diha.org/    08/30/2005 10:46:23 AM



the Healing Arts—a state licensed school specializing in massage therapy training and shiatsu. Located in Tucson, Arizona, amidst the uniquely exquisite beauty of the southwest and the sonoran desert.

Our training is dedicated to providing quality personal instruction in the art and science of massage therapy, shiatsu, thai massage therapy, and reflexology. The goal of our school is to provide the public with highly skilled professionals.

We would love to hear from you, to respond to your inquiries or just to say "hi". Give us a call today at (520) 882-0899, toll free at 1-800-733-8098, or email us. We'll be happy to give you any additional information you may require.

### Our Mission Statement

We are committed to being the leading international healing arts school, attracting people who are passionate about challenging themselves academically, personally and professionally. The impact is rewarding, successful careers and life-long relationships.

The Commitment: To provide opportunities for personal growth experiences that reward our graduates with the ability to personally connect with others, while providing a therapeutic, intuitive bodywork treatment that promotes profound changes in muscular and energetic imbalances as well as improving health and well-being.

Academically: To provide high academic training in the science and education of massage therapy and bodywork by offering comprehensive educational opportunities taught by advanced educators and thereby lead the profession forward using the latest information and research and providing the best educational materials for our students.

Lifelong Relationships: Everyone who passes through our school experiences a deep respect for all people. They value our standards, thus creating a trust in our products, services and training programs.

---

Why Choose DIHA | Accreditations | School Admissions | School Tuition | Apply For Training | Student Services | Financial Aid

Gift Certificates | Massage Therapy Training | Shiatsu Training Program | Thai Massage Therapy | Reflexology Training

Job Placement | Introductory Training | School Calendar | Locate a Therapist | Graduate Information | Links | Contact

ACCREDITATIONS
ACCSCT ☐   COMTA ☐

Desert Institute of the Healing Arts
140 E. 4th Street • Tucson Arizona 85705
1-800-733-8098 • 520-882-0899
Massage Therapy Training • Massage Therapy School

http://www.nmhealingarts.org/    08/30/2005 10:46:53 AM



**Healing in Santa Fe**

With a name like Santa Fe (which means "Holy Faith" in Spanish), you would expect this city in the mountains to have something special going for it. Holistic healing is in the air here. According to the Los Angeles Times, Santa Fe has the nation's most active community of complementary health care professionals: it boasts one such practitioner for every 27 residents —compared to only one conventional doctor per 200. The city has more acupuncturists per capita than Bejing.

"What I like most about having a practice here is people's

"At the Academy, we support and guide our students as they participate in healing their own bodies, minds and spirits. From this experience of awareness they are then prepared to sense and work



**Attend a sampler class!**

willingness to explore healing not only on the body, but on the mind and the spirit, also," says Michael Herbert, a massage therapist in Santa Fe. "When I'm working on someone in Santa Fe, I get the distinct feeling that they are working on themselves at the same time."

>>>click here to read more

to emerge and work in the larger world, sharing their understanding and skills with those they touch."

*Lorin Parrish,
Executive Director*

**Home | Admissions | Online application | Our Vision | Contact Us**

Certification Programs | Continuing Education | Course Catalog (pdf) | Course Listings
Advanced Myofascial | Massage Therapy | Somatic Polarity Therapy | Dual Certification | Financial Assistance (pdf)
About Santa Fe | Links | Our Faculty | Site Map

Cranial-sacral program: Cranial-sacral Therapy | Courses | Faculty | Brochure | Cranial Sacral Application (pdf)

Ortho-Bionomy program: Ortho-Bionomy | Article | Basic Practitioner | Brochure (pdf)
Class Schedule | Courses | Faculty | Practical Study
Society of Ortho-Bionomy International | Advanced Practitioner

Hakomi for Bodyworkers program: General information | 16-hour workshops | 200-hour program | 2005-2006 schedule

©2005 New Mexico Academy of Healing Arts   All Rights Reserved/Terms of Use
Call us at 1-888-808-5188, or e-mail us at info@nmhealingarts.org for more information.

If you cannot view our PDFs, your browser may not have a PDF viewer plug-in.
You can download Adobe Acrobat reader for free by clicking here.

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

U.S. APPLICATION SERIAL NO. 79197074

MARK: EM LYON BUSINESS SCHOOL

**\*79197074\***

CORRESPONDENT ADDRESS:
  Cabinet LAURENT & CHARRAS,
  Mlle Audrey BAUJOIN
  Le Contemporain, 50 Chemin de la Bruyère
  F-69574 DARDILLY Cedex
  FRANCE

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

APPLICANT: ASSOCIATION DE L'ENSEIGNEMENT SUPERIEUR
ETC.

CORRESPONDENT'S REFERENCE/DOCKET NO :
  N/A
CORRESPONDENT E-MAIL ADDRESS:

## OFFICE ACTION

**INTERNATIONAL REGISTRATION NO. 1320897**

**STRICT DEADLINE TO RESPOND TO THIS NOTIFICATION:** TO AVOID ABANDONMENT OF THE REQUEST FOR EXTENSION OF PROTECTION OF THE INTERNATIONAL REGISTRATION, THE USPTO MUST RECEIVE A COMPLETE RESPONSE TO THIS PROVISIONAL FULL REFUSAL NOTIFICATION **WITHIN 6 MONTHS** OF THE "DATE ON WHICH THE NOTIFICATION WAS SENT TO WIPO (MAILING DATE)" LOCATED ON THE WIPO COVER LETTER ACCOMPANYING THIS NOTIFICATION.

In addition to the Mailing Date appearing on the WIPO cover letter, a holder (hereafter "applicant") may confirm this Mailing Date using the USPTO's Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. To do so, enter the U.S. application serial number for this application and then select "Documents." The Mailing Date used to calculate the response deadline for this provisional full refusal is the "Create/Mail Date" of the "IB-1rst Refusal Note."

This is a **PROVISIONAL FULL REFUSAL** of the request for extension of protection of the mark in the above-referenced U.S. application. *See* 15 U.S.C. §1141h(c). See below in this notification (hereafter "Office action") for details regarding the provisional full refusal.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

## SUMMARY OF ISSUES:

  I.    Identification Amendment Required
  II.   Mark Description Amendment Required
  III.  Entity Clarification Required
  IV.   Disclaimer

## I.    IDENTIFICATION AMENDMENT REQUIRED

The wording following wording in the identification of services is indefinite and must be clarified.  *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

| CURRENT ID | ISSUE | SUGGESTED ID |
|---|---|---|
| Education | Indefinite – applicant must further clarify the types of services offered.  For example, if applicant provides classes in the field of business, then applicant may amend its application to indicate this explicitly. | Education **services, namely, providing {indicate form of educational activity, e.g., classes, seminars, workshops} in the fields of {indicate subject matter or fields of educational activity}** |
| Training; practical training; continuous training | Indefinite – applicant must further clarify the types of services offered.  For example, if applicant provides training in the field of computers, then applicant may amend its application to indicate this explicitly. | training **in the field of {specify field or subject matter}** |
| Teaching | Indefinite – applicant must further clarify the types of services offered.  For example, if applicant provides teaching in the field of marketing, then applicant may amend its application to indicate this explicitly.  If applicant teaches courses of instruction at the undergraduate, graduate and post-graduate level; then applicant may indicate this as well. | teaching **in the field of {specify field}** |
| entertainment services | Indefinite – applicant must further clarify the types of services offered. | entertainment services, **namely, {specify services, e.g., wine tastings, conducting contests, etc.}** |
| sporting and cultural activities | Indefinite – applicant must further clarify the types of services offered. | sporting and cultural activities, **namely {specify, e.g., organization of sports competitions, organization of cultural events, etc.}** |
| organization and conducting of training workshops | Indefinite – applicant must further clarify the types of services offered. | organization and conducting of training workshops **for {indicate group, e.g., students, teachers} in the field of {indicate subject matter or field}** |
| correspondence courses | Indefinite – applicant must further clarify the services by indicating the field of the courses | **providing education in the fields of {indicate specific fields, e.g., computers, music, art} rendered through** correspondence courses |
| interactive distance learning | Indefinite – applicant must further clarify the services by indicating the level of instruction | **educational services, namely, conducting** interactive distance learning **at the {indicate level of instruction, e.g., university} level** |

| organization and conducting of conferences, congresses, colloquiums, seminars, symposiums, round tables; organization and conducting of focus groups in connection with business organization and management, industrial or commercial companies | Indefinite – applicant must specify that these are educational in nature | organization and conducting of **educational** conferences, congresses, colloquiums, seminars, symposiums, round tables **all in the field of {specify subject matter, e.g., business organization}** |
|---|---|---|
| organization of educational competitions with or without distribution of prizes and awards | Indefinite – applicant must specify that the services are for educational purposes | organization and conducting of focus groups **for educational purposes** in **the field of** business organization and management, industrial or commercial companies |
| organization of meetings of students and former students | Indefinite – applicant must specify that these is for educational purposes | organization of **events for educational purposes, namely,** meetings of students and former students |

If accurate, applicant may adopt the following identification in their appropriate international classes:

International Class 041: International Class 041: Education **services, namely, providing {indicate form of educational activity, e.g., classes, seminars, workshops} in the fields of {indicate subject matter or fields of educational activity}**; training **in the field of {specify field or subject matter}**; teaching **courses of instruction at the undergraduate, graduate and post-graduate level**; entertainment services, **namely, {specify services, e.g., wine tastings, conducting contests, etc.}**; sporting and cultural activities, **namely {specify, e.g., organization of sports competitions, organization of cultural events, etc.}; providing** information and advice in **the field of** education, training and teaching; organization and conducting of training workshops **for {indicate group, e.g., students, teachers} in the field of {indicate subject matter or field}**; practical training **in the field of {specify field or subject matter}**; continuous training **in the field of {specify field or subject matter}; providing education in the fields of {indicate specific fields, e.g., computers, music, art} rendered through** correspondence courses; **educational services, namely, conducting** interactive distance learning **at the {indicate level of instruction, e.g., university} level**; organization and conducting of **educational** conferences, congresses, colloquiums, seminars, symposiums, round tables **all in the field of {specify subject matter, e.g., business organization}**; organization and conducting of focus groups **for educational purposes** in **the field of** business organization and management, industrial or commercial companies; organization and conducting of exhibitions for cultural or educational purposes; organization of **events for educational purposes, namely,** meetings of students and former students; **vocational guidance**; organization of educational competitions with or without distribution of prizes and awards; educational examinations; publication of books; publication of texts; publication of books, manuals, journals and multimedia teaching aids; electronic publication of books and periodicals online; photographic reporting; book lending.

An applicant may only amend an identification to clarify or limit the services, but not to add to or broaden the scope of the services. 37 C.F.R. §2.71(a); see TMEP §1904.02(c)(iv). In an application filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau). 37 C.F.R. §2.85(f); TMEP §§1402.07(a), 1904.02(c). If an applicant amends an identification to a class other than that assigned by the International Bureau, the amendment will not be accepted because it will exceed the scope and those services will no longer have a basis for registration under U.S. law. TMEP §§1402.01(c), 1904.02(c).

In addition, in a Section 66(a) application, an applicant may not change the classification of services from that assigned by the International Bureau in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1402.01(c). Further, in a multiple-class Section 66(a) application, an applicant may not transfer services from one existing international class to another. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1402.01(c).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable U.S. Acceptable Identification of Goods and Services Manual at http://tess2.uspto.gov/netahtml/tidm.html. See TMEP §1402.04.

## II.    MARK DESCRIPTION AMENDMENT REQUIRED

The applied-for mark is not in standard characters and applicant did not provide a description of the mark with the initial application.

Applications for marks not in standard characters must include an accurate and concise description of the entire mark that identifies literal elements as well as any design elements. *See* 37 C.F.R. §2.37; TMEP §§808.01, 808.02, 808.03(b).

Therefore, applicant must provide a description of the applied-for mark. The following is suggested:

**The mark consists of the word "em" above the word "lyon" above the word "business" above the word school" all on a shaded square.**

## III.   ENTITY CLARIFICATION AMENDMENT REQUIRED

Applicant must specify its form of business or type of legal entity **and** its national citizenship or foreign country of organization or incorporation. *See* 37 C.F.R. §§2.32(a)(3)(i)-(ii), 7.25(a)-(b); TMEP §§803.03, 803.04, 1904.02(a). This information is required in all U.S. trademark applications, including those filed under Trademark Act Section 66(a) (also known as "requests for extension of protection of international registrations to the United States"). *See* 37 C.F.R. §§2.32(a)(3)(i)-(ii), 7.25(a)-(b); TMEP §§803.03, 803.04, 1904.02(a).

If applicant's entity type is an individual, applicant must indicate his or her national citizenship for the record. *See* 37 C.F.R. §2.32(a)(3)(i); TMEP §803.04. If applicant's entity type is a corporation, association, partnership, joint venture, or the foreign equivalent, applicant must set forth the foreign country under whose laws applicant is organized or incorporated. 37 C.F.R. §2.32(a)(3)(ii); TMEP §§803.03(b)-(c), 803.04. For an association, applicant must also specify whether the association is incorporated or unincorporated, unless the foreign country and the designation or description "association/associazione" appear in Appendix D of the *Trademark Manual of Examining Procedure* (TMEP). TMEP §803.03(c).

If applicant is organized under the laws of a foreign province or geographical region, applicant should specify both the foreign province or geographical region and the foreign country in which the province or region is located. *See* TMEP §803.04. To provide this information online via the Trademark Electronic Application System (TEAS) response form, applicant must (1) locate the "Entity Type" heading and select "Other; " (2) locate the "Specify Entity Type" heading and select "Other" under the Foreign Entity option, and enter in the free-text field below both applicant's entity type and the foreign province or geographical region of its organization (e.g., partnership of Victoria); and (3) locate the "State or Country Where Legally Organized" heading and select the appropriate foreign country (e.g., Australia) under the Non-U.S. Entity option. *See id.*

## IV.   DISCLAIMER REQUIRED

Applicant must disclaim the following unregistrable components of the mark: (1) the wording "BUSINESS SCHOOL" because it merely describes a characteristic of applicant's services; and (2) the wording "LYON" because it is primarily geographically descriptive of the origin of applicant's services. *See* 15 U.S.C. §§1052(e)(1)-(2), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1451-52 (Fed. Cir. 1987); TMEP §§1210.01(a), 1210.06(a), 1213.03(a).

The attached evidence from applicant's website shows the wording "business school" is commonly used in connection with similar services to mean a learning institute where business related courses are offered. Therefore, this wording merely describes the place offering applicant's services.

The attached evidence from applicant's website as well as Google Maps shows that Lyon is a generally known geographic place or location. *See* TMEP §§1210.02 *et seq.* The services for which applicant seeks registration originate in this geographic place or location as shown by applicant's website. *See* TMEP §1210.03. Purchasers are likely to believe the services originate in this geographic place or location because applicant's school is located in this area. *See* TMEP §§1210.04 *et seq.*

An applicant may not claim exclusive rights to terms that others may need to use to describe their services, including the geographic origin thereof, in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.*, 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 979-80, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "LYON BUSINESS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

## RESPONSE GUIDELINES

For this application to proceed further, applicant must explicitly address each refusal and/or requirement raised in this Office action. If the action includes a refusal, applicant may provide arguments and/or evidence as to why the refusal should be withdrawn and the mark should register. Applicant may also have other options specified in this Office action for responding to a refusal, and should consider those options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements. For more information and general tips on responding to USPTO Office actions, response options, and how to file a response online, see "Responding to Office Actions" on the USPTO's website.

If applicant does not respond to this Office action within six months of the date on which the USPTO sends this Office action to the International Bureau, or responds by expressly abandoning the application, the application process will end and the trademark will fail to register. *See* 15 U.S.C. §1062(b); 37 C.F.R. §§2.65(a), 2.68(a); TMEP §§711, 718.01, 718.02. Where the application has been abandoned for failure to respond to an Office action, applicant's only option would be to file a timely petition to revive the application, which, if granted, would allow the application to return to active status. *See* 37 C.F.R. §2.66; TMEP §1714. There is a $100 fee for such petitions. *See* 37 C.F.R. §§2.6(a)(15), 2.66(b)(1).

**WHO IS PERMITTED TO RESPOND TO THIS PROVISIONAL FULL REFUSAL:** Any response to this provisional refusal must be personally signed by an individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant (e.g., a corporate officer or general partner). 37 C.F.R. §§2.62(b), 2.193(e)(2)(ii); TMEP §712.01. If applicant hires a qualified U.S. attorney to respond on his or her behalf, then the attorney must sign the response. 37 C.F.R. §§2.193(e)(2)(i), 11.18(a); TMEP §§611.03(b), 712.01. Qualified U.S. attorneys include those in good standing with a bar of the highest court of any U.S. state, the District of Columbia, Puerto Rico, and other U.S. commonwealths or U.S. territories. *See* 37 C.F.R. §§2.17(a), 2.62(b), 11.1, 11.14(a); TMEP §§602, 712.01. Additionally, for all responses, the proper signatory must personally sign the document or personally enter his or her electronic signature on the electronic filing. *See* 37 C.F.R. §2.193(a); TMEP §§611.01(b), 611.02. The name of the signatory must also be printed or typed immediately below or adjacent to the signature, or identified elsewhere in the filing. 37 C.F.R. §2.193(d); TMEP §611.01(b).

In general, foreign attorneys are not permitted to represent applicants before the USPTO (e.g., file written communications, authorize an amendment to an application, or submit legal arguments in response to a requirement or refusal). *See* 37 C.F.R. §11.14(c), (e); TMEP §§602.03-.03(b), 608.01.

**DESIGNATION OF DOMESTIC REPRESENTATIVE:** The USPTO encourages applicants who do not reside in the United States to designate a domestic representative upon whom any notice or process may be served. TMEP §610; *see* 15 U.S.C. §§1051(e), 1141h(d); 37 C.F.R. §2.24(a)(1)-(2). Such designations may be filed online at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

/Elle Marino/
Trademark Examining Attorney
Law Office 121
Phone: (571) 270-3699
E-mail: elle.marino@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.





5:59:43 PM 12/12/2016

## Lyon-Ecully Campus

Our Lyon campus combines high quality academic and sports facilities and a high quality of life – all within easy reach of a thriving metropolis. Situated just minutes away from the centre of France's second city, emlyon business school offers an ideal backdrop for study.

MAP & ACCESS TO THE EUROPEAN CAMPUS    SHANGHAI CAMPUS    LEARNING HUB    LIFE IN LYON
ACCOMMODATION    LIFE IN SHANGHAI    SPORTS FACILITIES

### LIFE ON THE CAMPUS

✓ The emlyon business school European Campus is set in 6 acres of wooded parkland located only ten minutes from the centre of one of France's biggest cities. Its 30,000m² of modern buildings offer the following features:

✓ Access to a wifi network

✓ A trading room

✓ A library offering over 10 000 electronic books, more than 10 000 newspapers, magazines and other periodicals, 50 databases available on and outside the campus, over 25 000 books and several professors' publications

✓ A reception and exhibition area (Grand Amphitheater + gallery)

PHOTOS

EMLYON Business School Campus

EMLyon

flickr



6:04 19 PM 12/12/2016



## International MBA
## Make your future

Share

According to our participants, it is the combination of the strong focus on entrepreneurship, the year-long consulting project and the large diversity in student body and faculty that makes our **full-time MBA** program so uniquely suited to meet their needs.

**Take your career to the next level and benefit from:**

> Project based learning with the Entrepreneurial Leadership Project
> Exploration of alternate business models via Learning Trips
> Specialization by industry (Luxury Business or Innovation in Life Sciences) or by firm type (MNEs or New Ventures)
> Lessons from corporate and social intrapreneurs, as well as from entrepreneurs who started their own companies
> Small cohort size / large cohort diversity
> A clear career focus through continuous Careers Services
> A wide range of elective courses tailored to your needs

### Fast Facts

* Meet us in Paris, Mexico, Bogota, Lima, Beirut
* 12 months, full-time MBA
* Join a diverse group of professionals from over 20 nationalities
* Work on a **9-month** consulting project
* Strong **focus on entrepreneurship**
* **Entirely taught in English**
* Next intake: **September 2017**
* Scholarships available
* 90% of our MBA participants find a job within 3 months

**Apply Now**

**Download the brochure**

**Create Your Personal Space**

**Meet Us**

**CONTACT**

Anna Lewarzewska
Recruitment Manager
Full time MBA

Tel: +33 (0)4 72 18 48 18



6 04:33 PM 12/12/2016

## Ambitious and motivated graduates from around the globe!

Selecting the right participant is about more than just test scores. At EMLYON Business School we take an applicant's entire potential into account. Elements like motivation to pursue an MBA, your background and professional project weigh just as heavily in our selection procedure.

If you would like to have the contact details of the right person to help you with any questions regarding the programme or the selection procedure, you can create your personal space and obtain full contact details on your EMLYON dashboard.

### > Admission Process

The admission process for the 2017 intake will run on a monthly basis from October 2016 to July 2017

### > Admission Requirements:

- University Degree (minimum Bachelor's Degree or equivalent)
- Min 3 years work experience
- Fluency in at least 2 languages (French is not necessary for Admission)
- GMAT, GRE or TAGE MAGE Score
- English proficiency score (TOEIC or TOEFL or IELTS or Cambridge CPE or PTE)

### > Please note:

- You may apply even if you have not taken the **GMAT/GRE/TAGE MAGE test yet.**
- An exemption from a GMAT/GRE/TAGE MAGE test is possible but **only under specific conditions.**

More information can be found on your **EMLYON account.**

| To: | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| Sent: | 1/21/2015 2:51:40 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | Attachment - 1 <br> Attachment - 2 <br> Attachment - 3 <br> Attachment - 4 |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

| | |
|---|---|
| **U.S. APPLICATION SERIAL NO.** 86408169 <br><br> **MARK:** EXCELLENTIA JACKSON PREPARATORY | **\*86408169\*** |
| **CORRESPONDENT ADDRESS:** <br> STEPHEN R. LEWIS <br> ADAMS AND REESE LLP <br> 1221 MCKINNEY ST STE 4400 <br> HOUSTON, TX 77010-2023 | **CLICK HERE TO RESPOND TO THIS LETTER:** <br> http://www.uspto.gov/trademarks/teas/response_forms.jsp <br><br> VIEW YOUR APPLICATION FILE |
| **APPLICANT:** Jackson Preparatory School Foundation, I ETC. | |
| **CORRESPONDENT'S REFERENCE/DOCKET NO:** <br> 23828-1 <br> **CORRESPONDENT E-MAIL ADDRESS:** <br> trademarks@arlaw.com | |

## OFFICE ACTION

## STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 1/21/2015**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES that applicant must address:**

- English Translation Required
- Identification of Goods and Services – Classes 16 and 41
- Multiple-Class Application Requirements (Advisory)
- Disclaimer Requirement

**SEARCH OF OFFICE'S DATABASE OF MARKS**

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**ENGLISH TRANSLATION REQUIRED**

Applicant must submit an English translation of all foreign wording in the mark.  37 C.F.R. §2.32(a)(9); *see* TMEP §809.  In the present case, the wording "EXCELLENTIA" requires translation.

The following translation statement is suggested:

**The English translation of the word "EXCELLENTIA" in the mark is "EXCELLENT".**

TMEP §809.03.  See attached translation evidence.

**IDENTIFICATION OF GOODS AND SERVICES – CLASSES 16 AND 41**
**THIS REQUIREMENT APPLIES TO THE GOODS AND SERVICES IN CLASSES 16 AND 41 ONLY.**

The identification of goods in Class 16 is indefinite because the subject matter of the "printed instructional, educational, and teaching materials" is not specified.  Applicant must specify the subject matter of the materials.  Also, the wording "periodicals" requires clarification because the wording is too broad.  Applicant must indicate the "periodicals" are "printed" and indicate the subject matter of the periodicals.

The identification of services in Class 41 is indefinite and must be clarified.  *See* TMEP §1402.01.  Specifically, applicant must clarify the nature of the "extracurricular programs" and "summer programs" for sixth grade students.   Also, the services "promoting" and "sponsoring" athletic programs, activities and competitions identifies services in Class 35.  Applicant must specify the common commercial or generic name for the services.  If the services have no common commercial or generic name, applicant must describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).

Applicant may adopt the following identification, if accurate:

Class 16:   School supplies, namely, notebooks, folders, note pads, pencils, pens, pencil cases, writing utensils, book covers; **printed instructional, educational, and teaching materials in the field of [indicate subject matter]; publications, namely, printed periodicals in the field of [indicate subject matter]** and yearbooks.

Class 35:   Promoting and sponsoring amateur athletic programs, activities and competitions

Class 41:   Educational services in the nature of a college preparatory school; educational services, namely, providing sixth grade through twelfth grade classroom instruction and distributing course materials in conjunction therewith; educational services, namely, providing classroom instruction, vocational instruction, mentoring, tutoring, classes, seminars and workshops in the field of secondary education; educational and training services, namely, conducting classes, seminars, and workshops in the fields leadership development; **providing after school educational and extracurricular programs, namely, [indicate, e.g., sports activities and and summer programs in the nature of [specify, e.g., cooking classes, math classes] for students in sixth grade through twelfth grade;** physical education services; library services; admission consulting services, namely, consulting in the field of college admissions; art exhibitions; entertainment, namely, theater productions, live music concerts, and presentation of musical performances; providing facilities for shows, plays, music and art exhibits; **organizing, sanctioning and conducting amateur athletic programs, activities and competitions;** entertainment in the nature of competitions in the fields of debate and academics; entertainment in the nature of competitions or tournaments in the fields of football, baseball, softball, soccer,

volleyball, basketball, golf, tennis, track and field, cross country and swimming; providing sports facilities; recreation, sport, athletic and summer camps; providing recognition and incentives by the way of awards to demonstrate excellence in the field of academics and sports; information services for all of the foregoing provided by a global computer network; summer camps; recreational camps

An applicant may only amend an identification to clarify or limit the services, but not to add to or broaden the scope of the services.  37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html.  *See* TMEP §1402.04.

## MULTIPLE – CLASS APPLICATION REQUIREMENTS (ADVISORY)

The application identifies goods and/or services in more than one international class; therefore, applicant must satisfy all the requirements below for each international class based on use in commerce under Section 1(a):

(1)    **List the goods and/or services by their international class number** in consecutivenumerical order, starting with the lowest numbered class.

(2)    **Submit a filing fee for each international class** not covered by the fee(s) already paid (view the USPTO's current fee schedule at http://www.uspto.gov/trademarks/tm_fee_info.jsp).  The application identifies goods and/or services that are classified in at least 4 classes; however, applicant submitted a fee(s) sufficient for only 3 class(es).  Applicant must either submit the filing fees for the classes not covered by the submitted fees or restrict the application to the number of classes covered by the fees already paid.

(3)    **Submit verified dates of first use of the mark** anywhere and in commerce **for each international class**.

(4)    **Submit a specimen for each international class.**  The current specimen is acceptable for classes 16, 25, 35 and 41. No additional specimen is required.

Examples of specimens for goods include tags, labels, instruction manuals, containers, and photographs that show the mark on the actual goods or packaging, or displays associated with the actual goods at their point of sale.  Webpages may also be specimens for goods when they include a picture or textual description of the goods associated with the mark and the means to order the goods.

Examples of specimens for services include advertising and marketing materials, brochures, photographs of business signage and billboards, and website printouts that show the mark used in the actual sale, rendering, or advertising of the services.

(5)    **Submit a verified statement** that " **The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application."**

*See* 15 U.S.C. §§1051(a), 1112; 37 C.F.R. §§ 2.32(a)(6)-(7), 2.34(a)(1), 2.86(a); TMEP §§904, 1403.01, 1403.02(c).

For an overview of the requirements for a Section 1(a) multiple-class application and how to satisfy the requirements online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/multiclass.jsp.

## DISCLAIMER REQUIRED

Applicant must disclaim the wording " **JACKSON PREPARATORY SCHOOL**" because it merely describes a feature of applicant's goods and services, and thus is an unregistrable component of the mark.  *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

In this case, applicant's goods and services concern a Jackson, Mississippi prep school.   The term JACKSON is geographically descriptive for the goods and services because applicant is located in Jackson, Mississippi. See attached Internet evidence from Columbia Gazetteer. Thus, it is presumed the goods and services originate in the place named in the mark. The wording PREPARATORY SCHOOL describes a feature of the goods and services.  A "preparatory school" is " a usually private school preparing students primarily for college." (See http://www.merriam-

webster.com/dictionary/preparatory%20school).

An applicant may not claim exclusive rights to terms that others may need to use to describe their goods and/or services in the marketplace. *See Dena Corp. v. Belvedere Int'l, Inc.*, 950 F.2d 1555, 1560, 21 USPQ2d 1047, 1051 (Fed. Cir. 1991); *In re Aug. Storck KG*, 218 USPQ 823, 825 (TTAB 1983). A disclaimer of unregistrable matter does not affect the appearance of the mark; that is, a disclaimer does not physically remove the disclaimed matter from the mark. *See Schwarzkopf v. John H. Breck, Inc.*, 340 F.2d 978, 978, 144 USPQ 433, 433 (C.C.P.A. 1965); TMEP §1213.

If applicant does not provide the required disclaimer, the USPTO may refuse to register the entire mark. *See In re Stereotaxis Inc.*, 429 F.3d 1039, 1040-41, 77 USPQ2d 1087, 1088-89 (Fed. Cir. 2005); TMEP §1213.01(b).

Applicant should submit a disclaimer in the following standardized format:

**No claim is made to the exclusive right to use "JACKSON PREPARATORY SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to satisfy this disclaimer requirement online using the Trademark Electronic Application System (TEAS) form, please go to http://www.uspto.gov/trademarks/law/disclaimer.jsp.

/Michele-Lynn Swain/
Michele-Lynn Swain
Examining Attorney
Law Office 116
571-272-9232
michele.swain@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



http://www.columbiagazetteer.org/main/ViewPlace/20063654    01/16/2018 08:24:02 PM

Site Provided by U. S. Patent and Trademark Office    GAZETTEER HOME  MY GAZ  CONTRIBUTORS  HELP  CONTACT US

## THE COLUMBIA GAZETTEER OF THE WORLD

QUICK SEARCH [_____]    ⦿ place name  ○ full text [🔍]    Search tips

SEARCH  BROWSE    Using the Gazetteer | About the Gazetteer | Glossary | Almanac

‹ previous entry    next entry ›    Search Results > Jackson    print | cite | e-mail

Jackson

**State Flag**

**Country Flag**

### Jackson

ADD TO MY GAZ

| | |
|---|---|
| TYPE OF PLACE | city |
| LOCATION | Mississippi, United States |
| COORDINATES | 32°19′N 90°12′W |
| POPULATION | 184,256 |

**Jackson**, city (1990 population 196,637; 2000    Historical Population
population 184,256), Hinds and Madison counties. W central
Mississippi, cap of Mississippi, and Hinds county (shares county seat with Raymond),
on the Pearl River (forms large Ross Barnett Reservoir to NE); 32°19′N 90°12′W,
railroad junction. It is the state's largest city and commercial center, with
important railroad, warehouse, and distributing operations. Manufacturing (food,
construction materials, glass, paper products, printing and publishing, lumber,
machinery, consumer goods, furniture, concrete, fabricated metal products). The
site of the city, a trading post known as Le Fleur's Bluff near the Natchez Trace, was
chosen and laid out as the state capital in 1821 and named for Andrew Jackson. The
first U.S. law giving property rights to married women was passed here in 1839.
During the Civil War, Jackson was a military center for the Vicksburg Campaign and
was largely destroyed by Sherman's forces in 1863. The old capitol (1839) is

http://www.columbiagazetteer.org/main/ViewPlace/63654    01/15/2015 05:24:02 PM





preserved as a museum; the new capital was completed in 1903. Among the many points of interest are the governor's mansion (erected 1839; city hall, which was used as a hospital during the Civil War; a 720-acre/89-ha scale model of the Mississippi River flood control system; Mynelle's Gardens; a Jackson Zoological Park; Municipal Art Gallery; a notable Confederate monument; and many antebellum homes; Mississippi Agriculture and Forestry Museum; Mississippi Museum of Natural History; Mississippi State Historical Museum; Dizzy Dean Museum; Davis Planetarium; McNair Space Theater; Smith Robertson Museum (African-Amer. culture), Belhaven College, Jackson State University, Millsaps College, the University of Mississippi Medical Center, and several state institutions for the physically and mentally handicapped are here. Nearby are Tougaloo College (Tougaloo) and Mississippi College (Clinton). During the 1960s, Jackson was the scene of considerable racial unrest. In May 1970, demonstrations at the predominantly black Jackson State College resulted in the deaths of 2 students. Allen C. Thompson Airport to E; Hawkins Field Airport in NW. LeFleurs Bluff State Park in city, NE of downtown. Incorporated 1833.

### Citations

**MLA**
"Jackson." *Columbia Gazetteer of the World Online*, 2015. Columbia University Press. 15 Jan. 2015.
<http://www.columbiagazetteer.org/main/ViewPlace/63654>

**Chicago Manual of Style**
*Columbia Gazetteer of the World Online*, s.v. "Jackson."
http://www.columbiagazetteer.org/main/ViewPlace/63654 (accessed January 15, 2015).

COLUMBIA UNIVERSITY PRESS
Terms of Service | Privacy Policy | License and Registration | Purchase Information | About Columbia University Press

http://www.merriam-webster.com/dictionary/preparatory%20school    01/00/2015 02 06 32 PM



**?!**

Quiz

Test Your Vocabulary
Take Our 10-Question Quiz

THE ORIGINAL
NON-IRON
SHIRT

**preparatory school**

Save this word to your Favorites.
If you're logged into Facebook, you're ready to go

Save up to 20% in Desert Springs
www.marriott.communities

**preparatory school** *noun*

Definition of PREPARATORY SCHOOL

1 : a usually private school preparing students primarily for college

2 *British* : a private elementary school preparing students primarily for British public schools

⊕ See preparatory school defined for English-language learners »
See preparatory school defined for kids »

Beat your friends at SCRABBLE® with our official Word Finder Tool »

MORE QUIZZES

Name That Thing
Take our visual vocabulary quiz
Test Your Knowledge »

True or False?
A quick quiz about stuff worth knowing

Merriam-Webster

http://www.merriam-webster.com/dictionary/preparatory%20school    01/06/2016 02:06:32 PM



First Known Use of PREPARATORY SCHOOL

1822

### preparatory school *noun*  *(Concise Encyclopedia)*

School that prepares students for entrance to a higher school. In Europe, where SECONDARY EDUCATION has been selective, preparatory schools have been those that catered to pupils wishing to enter the academic secondary schools. In North America, where access to secondary education has been less competitive, the term usually refers to private secondary schools that prepare students for college.

Learn More About PREPARATORY SCHOOL

@ Britannica.com: Encyclopedia article about "preparatory school"

Browse

* Next Word in the Dictionary: preparatory seminary
* Previous Word in the Dictionary: preparatory
* All Words Near: preparatory school

Ask the Editor Videos

A quick quiz about stuff worth knowing
Take It Now »

Spell It
The commonly misspelled words quiz
Hear It, Spell It »

TOP 10 LISTS »

alfabet
ABC
Failed Attempts to Reform English Spelling
8 Spelling Suggestions That Didn't Stick

Should You "Flush Out" or "Flesh Out" Your Plan?
Top 10 Commonly Confused Words Vol. 2

| To: | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| Sent: | 1/21/2015 2:51:42 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON **1/21/2015** FOR U.S. APPLICATION SERIAL NO. 86408169

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **1/21/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| To: | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
| --- | --- |
| Subject: | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| Sent: | 8/8/2015 2:42:26 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 86408169

**MARK:** EXCELLENTIA JACKSON PREPARATORY

## *86408169*

**CORRESPONDENT ADDRESS:**
STEPHEN R. LEWIS
ADAMS AND REESE LLP
1221 MCKINNEY ST STE 4400
HOUSTON, TX 77010-2023

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**VIEW YOUR APPLICATION FILE**

**APPLICANT:** Jackson Preparatory School Foundation, I ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
23828-1
**CORRESPONDENT E-MAIL ADDRESS:**
trademarks@arlaw.com

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER
TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 8/8/2015**

This Office action is in response to applicant's communication filed on July 20, 2015 and July 21, 2015.

1) The translation statement is accepted and made of record.

2) The amended identification of goods in Class 16 is accepted.

3) The disclaimer requirement is maintained for the reasons stated below.

4) The identification requirement for Class 41 services is maintained for the reasons stated below.

**SUMMARY OF ISSUES that applicant must address:**

- Acquired Distinctiveness
- Disclaimer Required
- Identification of Services – Class 41

**SECTION 2(f) ACQUIRED DISTINCTIVENESS**

Applicant claims that the applied-for mark has acquired distinctiveness under Trademark Act Section 2(f); however, this claim is unnecessary because the mark appears to be inherently distinctive and is eligible for registration on the Principal Register without proof of acquired distinctiveness. *See* 15 U.S.C. §1052(f); TMEP §1212.02(d).

Applicant may request to withdraw the claim of acquired distinctiveness by instructing the trademark examining attorney to delete it from the application record. *See* TMEP §1212.02(d). If applicant does not withdraw the claim, it will remain in the application record and be printed on the registration certificate.

A claim of acquired distinctiveness may be construed as a concession by applicant that the applied-for mark is not inherently distinctive. *In re Reed Elsevier Prop. Inc.*, 77 USPQ2d 1649, 1652 n.3 (TTAB 2005), *aff'd*, 482 F.3d 1376, 82 USPQ2d 1378 (Fed. Cir. 2007); *see* TMEP §1212.02(b).

**DISCLAIMER REQUIRED**

In its response, applicant asserted the proposed mark JACKSON PREPARATORY SCHOOL has acquired distinctiveness and disclaimed the term SCHOOL apart from the mark. As stated in the previous action, the wording "PREPARATORY SCHOOL" is highly descriptive of applicant's goods and services and must be disclaimed. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); TMEP §§1213, 1213.03(a).

As noted in the previous action, a "preparatory school" is a "p rivate school preparing students primarily for college." See attached dictionary evidence. As indicated by the attached Internet evidence from applicant's website, applicant's goods and services are provided by, and concern, a private college preparatory school.

Specializing in secondary education since 1970, Jackson Preparatory School (Prep) has produced 547 National Merit semifinalists, including 10 from the class of 2014. Statewide, Prep is one of four schools selected for a cum laude chapter, the high school equivalent of Phi Beta Kappa. Students consistently win regional and national awards in language, literature, art, mathematics, science, music, and drama. In athletics, Prep teams remain among the leaders of the conference in overall championships.

Jackson Preparatory School is an independent, co-educational, and college preparatory day school enrolling 810 students in grades six through twelve.

In addition, Internet materials showing common usage of the term PREPARATORY SCHOOL in connection with college preparatory schools are attached.

Based on the foregoing, the disclaimer of the wording PREPARATORY SCHOOL is maintained.

The following is the standardized format for a disclaimer:

**No claim is made to the exclusive right to use "PREPARATORY SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).

**IDENTIFICATION OF SERVICES – CLASS 41**

The amended identification of services in Class 41 is indefinite and must be clarified. *See* TMEP §1402.01. Specifically, the services applicant's provides with respect to "leadership" and "educational forums" require clarification.    Applicant must specify the common commercial or generic name for the services. If the services have no common commercial or generic name, applicant must describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).

Applicant may adopt the following identification, if accurate:

Class 41:    Educational services in the nature of a college preparatory school; educational services, namely, providing sixth grade through twelfth grade classroom instruction and distributing course materials in conjunction therewith; educational services, namely, providing classroom instruction, vocational instruction, mentoring, tutoring, classes, seminars and workshops in the field of secondary education; educational and training services, namely, conducting classes, seminars, and workshops in the fields leadership development; providing after school educational and extracurricular programs, namely, **leadership [clarify, e.g., training], in-person educational forums in the field of [indicate subject matter or field]**, athletic programs, study-abroad programs and summer programs in the nature of athletic, arts, crafts and academic coursework for students in sixth grade through twelfth grade; physical education services; library services; admission consulting services, namely, consulting in the field of college admissions; art exhibitions; entertainment, namely, theater productions, live music concerts, and presentation of musical performances; providing facilities for shows, plays, music and art exhibits; organizing, sanctioning and conducting, amateur athletic programs, activities and competitions; entertainment in the nature of competitions in the fields of debate and academics; entertainment in the nature of competitions or tournaments in the fields of football, baseball, softball, soccer, volleyball, basketball, golf, tennis, track and field, cross country and swimming; providing sports facilities; recreation, sport, athletic and summer camps; providing recognition and incentives by the way of awards to demonstrate excellence in the field of academics and sports; information services for all of the foregoing provided by a global computer network; summer camps; recreational camps

An applicant may only amend an identification to clarify or limit the services, but not to add to or broaden the scope of the services. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07.

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

**MULTIPLE – CLASS APPLICATION REQUIREMENTS**

The fees for adding classes to a regular TEAS application are $325 per class when the fee is paid using the Trademark Electronic Application System (TEAS) and $375 per class when the fee is paid in a paper submission. *See* 37 C.F.R. §2.6(a)(1)(i)-(ii); TMEP §§810, 1403.02(c).

/Michele-Lynn Swain/
Michele-Lynn Swain
Examining Attorney
Law Office 116
571-272-9232
michele.swain@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an

applicant (i.e., a corporate officer, a general partner, all joint applicants).  If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



http://www.merriam-webster.com/dictionary/preparatory+school    07/31/2015 12:54:30 PM

Dictionary

# preparatory school

noun                                                    Cite!   Tweet

Definition of PREPARATORY SCHOOL

1 :  usually private school preparing students primarily for college

2   British :  a private elementary school preparing students primarily for British public schools

See preparatory school defined for English-language learners

See preparatory school defined for kids

http://jacksonprep.net/page.aspx?pid=391    07/31/2015 01:00:34 PM



JACKSON PREPARATORY SCHOOL

| ABOUT PREP | ADMISSION | ACADEMICS | FINE ARTS | ATHLETICS | CAMPUS LIFE | SUPPORT PREP |

### Inside This Section

- Get to Know Us!
- Head of School
- Board of Trustees
- Strategic Planning
- History
- Employment
- Technology
- PATRIOT Magazine



## Get to Know Us!

More than anything else, Jackson Prep is a school that passionately pursues academic excellence... it is what we do best. With your first step on our campus, you will sense something different about Jackson Prep. Our students demonstrate it. Our parents support it. Our faculty and staff instill it. Our alumni testify to it. It is an expectation of excellence in all that we do. Over the years, this expectation has developed into a tradition unmatched by any other school in the state.

Jackson Prep is unique in that students come from elementary and junior high schools throughout the greater Jackson area. When you consider the variety of individuals who compose Jackson Prep, it is not surprising that our students' talents and intellectual strengths are as diverse as their personalities. Because we are a community of learners, we value the academic abilities of each student, and we focus all of our resources to nurture each one's special interests.

We invite you to learn more about Jackson Prep. No matter which elementary or junior high school your child has attended, when it comes to preparation for college, Jackson Prep sets the standard for secondary school excellence (grades 6 -12). After all, "preparatory" is in our name... it is what we do best!

### MISSION STATEMENT

Jackson Preparatory School inspires and challenges students toward academic, athletic and artistic excellence, instills personal integrity through biblical values, and equips students to pursue lives of distinction in service to society.

### SCHOOL PHILOSOPHY

http://jacksonprep.net/page.aspx?pid=391      07/31/2015 01:00:34 PM

## SCHOOL PHILOSOPHY

Jackson Preparatory School seeks to provide excellence in education in an atmosphere conducive to the intellectual, cultural, social, spiritual, and physical development of its students. The school recognizes the needs of our times and accepts the challenge to develop each student's potential to the greatest extent possible.

Jackson Preparatory School strives to be a school where learning and character are nourished; where teachers and students are valued as individuals; where differences are respected and talents are nurtured; where success and honest effort are recognized and failures become instructive; where judgments are tempered with compassion and achievements with humility; where privilege accepts responsibility; where education is not an end in itself but a means to the individual's fulfillment as a contributing member of the world community.

## STATEMENT OF DIVERSITY

Respect and understanding of differences are necessary parts of preparation for life in today's complex world. To achieve the broader educational goal of preparing students to participate in the world community, Prep is committed to diversity in race, color and national origin in the student body, faculty and programs.

## PROFILE

Specializing in secondary education since 1970, Jackson Preparatory School (Prep) has produced 187 National Merit semi-finalists, ranking 10 from the state of Mississippi. Prep is one of four schools selected for a charter for a chapter of the high school organization of Phi Beta Kappa. Students consistently win regional and national awards in language, literature, art, mathematics, science, music, and science in athletics, Prep teams remain among the leaders of the conference in several championships.

Jackson Preparatory School is an independent, coeducational and college preparatory day school enrolling 810 students in grades six through twelve. The school is located on a 74-acre campus east of Jackson and is the largest independent secondary school in the state of Mississippi. The student body is diverse, representing various racial, ethnic, economic and religious groups.

## FACULTY

The Prep faculty/staff is comprised of 91 dedicated and experienced professionals, including 45 with post-graduate degrees. Eight faculty members hold doctoral degrees. The average class size is 17 students.

## SCHOLARSHIPS AND AWARDS

In recent years, Prep students have earned many scholarships and awards including the Presidential Scholars Award, Principal's Leadership Scholarship, Robert Byrd Scholarship, Intel Talent Search Scholarship, National Merit Corporation Scholarship, Coca-Cola Scholarship, and numerous academic and leadership awards from individual colleges and universities. Members of the Class

of 2013 were offered scholarships totaling $6.17 million and accepted $3.21 million in merit-based scholarships. Prep teams routinely win quiz bowl matches, math and science tournaments, literary contests, mock trial competitions, debate tournaments, and many other academic competitions.

## STUDENT LIFE

Prep students have many opportunities to develop physically, socially, and emotionally through participation in a variety of co-curricular and extra-curricular activities. The student government association, debate team, student publications, service clubs, academic honorary societies, band, choir, spirit teams, visual arts classes and exhibits, drama and musical theater productions, and special interest clubs are representative examples of the co-curricular activities available to students.

Prep enjoys statewide and regional recognition for its competitive athletic programs. Varsity teams compete in Class AAA of the Mississippi Association of Independent Schools. Prep also competes against schools from outside this association and from other states and regions. Prep teams have won championships in football, basketball, baseball, track, cross country, soccer, softball, swimming, tennis, and golf. Since 1970, over 200 Prep graduates have participated in collegiate athletics.

## FACILITIES

Jackson Prep's 74-acre campus is home to an impressive complex of flexible educational facilities. The Junior High includes academic classrooms, science labs, wireless internet throughout the building and a computer center with internet-connected work stations. The Senior High includes academic classrooms, wireless internet throughout the building and a world languages lab. The Senior High is also home to the Design Center and Fab Lab, where students work with equipment that enhances their experiences in science, technology, engineering, art and math. Two collaborative rooms with state-of-the-art technology provide a place for cooperative learning. The Hub provides a place for students to work, print and charge their devices for use throughout the school day. The Guyton Science Center houses six state-of-the-art science classrooms with laboratories and the Lyceum, a 200-seat lecture/meeting facility. Sixth grade classrooms are located in the Junior High building.

The creative heart of the campus is the McRae Fine Arts and Media Center, which houses three art studios, a ceramics studio, band hall, choir room and art gallery. The McRae Center is also home to the Jesse Howell Library, the Multi-Purpose Room which is used for a wide range of activities, administrative and development offices, and the office of admission. The second floor houses business and technology offices.

The Centre for Arts and Leadership showcases the Fortenberry Theatre, a 1000-seat, state-of-the-art theater for musicals, dramas, concerts, class days and student forums. Also included is a 400-seat Lindsay Hall, home to many activities of the Global Leadership Institute, an event space for lectures, presentations and recitals. The Centre features the VanDevender Art Gallery, a media/broadcast

http://jacksonprep.net/page.aspx?pid=391    07/31/2015 01:00:34 PM

……, the GLI East Wing multi-purpose area and a conference area.

The Jackson Prep Gymnasium, along with the J.O. Manning Patriot Center, provide athletic venues, dressing rooms, weight rooms, coaches' offices, and a high-tech multi-media film, memorabilia and conference room. Prep's outdoor athletic complex includes lighted baseball, softball and soccer fields, a lighted football stadium with a state-of-the-art turf field and 400-meter track, eight wheelchair-accessible tennis courts, a cross country course, and practice fields.

Patriot Way, Patriot Avenue and the Dining Commons give students and faculty an opportunity to gather and relax, and provide space for outdoor classrooms. Patriot Way features a clock tower and outdoor classroom. Patriot Avenue is a central green space featuring a concrete plaza, connecting pathways and stepped amphitheater seating. The Dining Commons is a contemporary, multi-purpose dining hall and student common area with al fresco dining options, as well as gathering and performing space.

## ASBESTOS NOTICE

As part of an annual notification, we are informing all persons of their option of reviewing the Asbestos Management Plan, which would include documentation of any asbestos-containing materials at the school. To provide continuing management of the asbestos in our school, all asbestos-containing materials (ACM) are inspected every six months by an engineering firm from Jackson, MS. Any changes in the ACM are being recorded in a surveillance report as part of the Asbestos Management Plan. A copy of the surveillance report, along with a copy of the Asbestos Management Plan, is located in the Business Office. Any interested party should feel free to come to this office and review these reports.



JACKSON PREPARATORY SCHOOL
© Copyright 2011 All Rights Reserved | 3100 Lakeland Drive, Jackson MS 39232 | P (601) 939-8611    Directions & Map    Privacy Policy    Email Preferences    Contact Us

| ABOUT PREP | ADMISSION | ACADEMICS | FINE ARTS | ATHLETICS | CAMPUS LIFE | SUPPORT PREP |
|---|---|---|---|---|---|---|
| Get to Know Us | Why Jackson Prep | Curriculum & Faculty | Visual Arts | Patriot Creed | Clubs & Organizations | Meet Our Team |
| Head of School | Admission Steps | Academic Programs | Performing Arts | Boys Sports | Bell Schedule | Make a Gift Today |
| Board of Trustees | Tuition & Financial | Academic Counseling | Applause! | Girls Sports | Community Service | Patron Club |
| Strategic Planning | Assistance | College Counseling | Calendar of Events | Patriot Spirit Squads | Prep in the News | Patriot Club Golf Classic |
| History | Tuition Exchange Programs | Support Services | Box Office | JP Outdoors | School Uniform Information | Incent of Giving |
| Employment | Visit the School | MS Grade Program | | Facilities | Summer Camps & Programs | Honor Roll of Donors |
| Technology | | Jewett L. Howell, Jr. Library | | Accolades | Campus Ministries | Transforming Prep |
| | | Beyond the Classroom | | Broadcast Link | Summer School | Tuition Raffle |
| | | Scholastic Portal | | Athletic Booster Club | Campus Life Lists & Forms | Legacy Society |
| | | | | Driving Directions | | Heart of the Home |

http://www.charlotteprep.org/    07/31/2015 01:05:19 PM



Visit or call Charlotte Prep today 704-366-5994

About Us    Admissions    Academics    Student Life    Support    News



"Charlotte Prep is my home away from home."

Calendar

- Aug
  7
  Friday, Aug 7



**Charlotte Preparatory School**



http://webcache.googleusercontent.com/search?q=cache:8WWTgXui-uQJ:www.gprep.org/+&cd=8&hl=en&ct=clnk&gl=us
07/31/2015 01:10:10 PM

This is Google's cache of http://www.gprep.org/. It is a snapshot of the page as it appeared on Jul 26, 2015 08:14:13 GMT.
The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source

Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar



http://webcache.googleusercontent.com/search?q=cache:fuZkPYHJVvssJ:https://www.shp.org/+&cd=11&hl=en&ct=clnk&gl
=us     07/31/2015 01:12:05 PM

This is Google's cache of https://www.shp.org/. It is a snapshot of the page as it appeared on Jul 26, 2015 12:06:12 GMT.
The current page could have changed in the meantime. Learn more

Full version     Text-only version     View source                Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



http://webcache.googleusercontent.com/search?q=cache:KEbcPVWjZJlJ:www.pinewoodprep.com/+&cd=8&hl=en&ct=clnk&gl
=us    07/31/2015 01:13:51 PM

This is Google's cache of http://www.pinewoodprep.com/. It is a snapshot of the page as it appeared on Jul 26, 2015 14:09:00 GMT.
The current page could have changed in the meantime. Learn more

Full version    Text-only version    View source        Tip: To quickly find your search term on this page, press Ctrl+F or ⌘-F (Mac) and use the find bar.



http://www.westhollywoodschool.com/    08/08/2015 02:40:15 PM



Parents  |  Students  |  Alumni  |  Giving

### West Hollywood College Preparatory School
*Preparing Young Minds for the Future*

Home    About    Programs    Admissions    News    Calendar    Contact

West Hollywood College Preparatory School prepares young minds for the future with our Pre-school to 12th grade program. Students learn in a nurturing environment with small classes, enjoy a superb curriculum and faculty, and are encouraged to participate in civic and community life.

**Upcoming Events**
RENEWED

**Latest News**
RENEWED

**2015 – 2016**
**Registration is Open**

http://www.westhollywoodschool.com/    08/08/2015 02:40:15 PM



**RENEWED ACCREDITATION**
West Hollywood College Prep is PROUD TO ANNOUNCE our RENEWED ACCREDITATION by...

**Elementary School Summer Reading**
Dear WHCP family,
Greetings! We hope you are

**Grades 6-12 Summer Reading**
Dear WHCP Middle & High School Family,

**First Day of School**
First day of school is Tuesday, September 8, 2015. See you then!

View calendar

**RENEWED ACCREDITATION**
July 29, 2015
West Hollywood College Prep is PROUD TO ANNOUNCE our RENEWED ACCREDITATION by the WASC

**First Day of School**
July 29, 2015
First day of school is Tuesday, September 8, 2015. See you then!

**Grades 6-12 Summer Reading**
April 23, 2015
Dear WHCP Middle & High School Family,

**Elementary School Summer Reading**
July 29, 2015
Dear WHCP family,
Greetings! We hope you are

View news

**All Year Round**
✓ Apply Now

**Learn About Our School Programs**
📖 Our Programs

**Make a Difference at WHCP**
🎁 Make a Gift

**Sign up for our newsletter**

First Name
Last Name
Email
Subscribe

📍 1317 N. Crescent Heights Blvd
West Hollywood, CA 90046
**Get directions**

❓ **Phone:** (323) 822-7000
**Fax:** (323) 822-7009
**Contact us**

© 2014 West Hollywood College Preparatory School. Website Design by DesignLeap.net

Webmaster Login

| To: | Jackson Preparatory School Foundation, I ETC. (trademarks@arlaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86408169 - EXCELLENTIA JACKSON PREPARATORY - 23828-1 |
| Sent: | 8/8/2015 2:42:28 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
ON **8/8/2015** FOR U.S. APPLICATION SERIAL NO. 86408169

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **8/8/2015** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

United States Patent and Trademark Office (USPTO)
Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application
Serial No.**
79300818

**Mark:** GENIUS
SCHOOL

**Correspondence
Address:**
Magdalena Klys
Korzeniowska
8 AMOY
STREET, #01
Singapore
049950
SINGAPORE

**Applicant:**
GENIUS
GROUP
LIMITED

**Reference/Docket
No.** N/A

**Correspondence
Email Address:**

# NONFINAL OFFICE ACTION

**International Registration No.** 1567240

**Notice of Provisional Full Refusal**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

---

The referenced application has been reviewed by the assigned trademark examining attorney.

**No Conflicting Marks**

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

However, the applicant must address the following informalities.

### Description of the Mark

Applicant must submit an amended description of the mark because the current one is incomplete and does not describe all the significant aspects of the mark. 37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02. Descriptions must be accurate and identify all the literal and design elements in the mark. *See* 37 C.F.R. §2.37; TMEP §§808 *et seq.*

The following description is suggested, if accurate: **The mark consists of the design of a butterfly with green, gray, orange, and yellow wings and blue head above the wording GENIUS SCHOOL, with GENIUS in black and SCHOOL in green.**

### Identification of Services

The wording "education information" "educational services" "vocational education" "tuition services" "training" "coaching [training]" "provision of educational information" in the identification of goods and/or services in International Class(es) 041 is indefinite and too broad. This wording must be clarified because it is not clear what the goods and/or services are and could identify goods and/or services in more than one international class. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03, 1904.02(c), (c)(ii). For example, "providing educational information about healthcare" is in International Class 044 and "providing educational information about business insurance" is in International Class 036.

In an application filed under Trademark Act Section 66(a), an applicant may not change the classification of goods and/or services from that assigned by the International Bureau of the World Intellectual Property Organization in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Therefore, although the goods and/or services may be classified in several international classes, any modification to this wording must identify goods and/or services in International Class(es) 041 only, the class(es) specified in the application for these goods and/or services. *See* TMEP §1904.02(c), (c)(ii).

Applicant may adopt the following wording in International Class 041, if accurate.

> **Providing information relating to education services**; educational services, **namely, providing [specify, e.g., classes, seminars] in the field of [specify subject matter]**; vocational education **in the field of [specify, e.g., mechanics, computers]**; tuition services, **namely, [specify the common commercial names of the services in this class]**; training, **namely, [specify, e.g., business training]**; coaching **in the field of [indicate, e.g., sports, managing personal finances]**; university education services; providing information about education; provision of educational information **in the field of [specify the subject matter in this International Class, e.g., providing biographical information of individuals via the Internet for educational purposes]** in International Class 041.

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably amended. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

### Disclaimer

Applicant must disclaim the word "SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The services are all educational services. The attached evidence from the online Merriam-Webster Dictionary shows that a school is an establishment that provides such services. Thus, the wording merely describes applicant's goods and/or services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

No claim is made to the exclusive right to use "SCHOOL" apart from the mark as shown.

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Email Address**
**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. *See* 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. *See* Examination Guide 1-20, at III.A.

**U.S. Licensed Attorney**
**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; *Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants*, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark attorney at https://www.uspto.gov/trademarks-getting-started/why-hire-private-trademark-attorney for more information.

Only a U.S.-licensed attorney can take action on an application on behalf of a foreign-domiciled applicant. 37 C.F.R. §2.11(a). Accordingly, the USPTO will not communicate further with applicant about the application beyond this Office action or permit applicant to make future submissions in this application.

**To appoint or designate a U.S.-licensed attorney.** To appoint an attorney, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form at https://teas.uspto.gov/wna/ccr/car. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form at https://teas.uspto.gov/office/roa/ indicating that an appointment of attorney has been made and address all other refusals or requirements in this action, if any. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii).

**Questions Regarding Office Action**
Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. See TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. See 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond. Click to file a response to this nonfinal Office action.**

/allison holtz/
Allison Holtz
Trademark Examining Attorney
Law Office 111
allison.holtz@uspto.gov (preferred)
571-272-9383

**RESPONSE GUIDANCE**
- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.merriam-webster.com/dictionary/school    03/08/2021 12:47:11 PM





## school noun (1)

Save Word

\ ˈskül \

**Definition of *school* (Entry 1 of 4)**

1 : an organization that provides instruction: such as

  a : an institution for the teaching of children

  b : COLLEGE, UNIVERSITY

  c  (1) : a group of scholars and teachers pursuing knowledge together that with similar groups constituted a medieval university

    (2) : one of the four faculties of a medieval university

    (3) : an institution for specialized higher education often associated with a university
      // the *school* of engineering

  d : an establishment offering specialized instruction
    // a secretarial *school*
    // driving *schools*

2  a  (1) : the process of teaching or learning especially at a school

    (2) : attendance at a school

    (3) : a session of a school

  b : a school building

  c : the students attending a school
    *also* : its teachers and students

3 : a source of knowledge
  // experience was his *school*

WORD OF THE DAY

pivot

See Definitions and Examples ›

Get Word of the Day daily email!

Your email addre  **SUBSCRIBE**

https://www.merriam-webster.com/dictionary/school    03/08/2021 12:47:11 PM

**4  a**  : a group of persons who hold a common doctrine or follow the same teacher (as in philosophy, theology, or medicine)
// the Aristotelian *school*

*also* : the doctrine or practice of such a group

**b**  : a group of artists under a common influence

**c**  : a group of persons of similar opinions or behavior
*also* : the shared opinions or behavior of such a group
// other *schools* of thought

**5**  : the regulations governing military drill of individuals or units
*also* : the exercises carried out
// the *school* of the soldier

## school  verb (1)

**schooled; schooling; schools**

### Definition of *school* (Entry 2 of 4)

*transitive verb*

**1  a**  : to teach or drill in a specific knowledge or skill
// well *schooled* in languages

**b**  : to discipline or habituate to something
// *school* oneself in patience

**2**  : to educate in an institution of learning
// The child was *schooled* at great cost to her family.

## school  noun (2)

### Definition of *school* (Entry 3 of 4)

: a large number of fish or aquatic animals of one kind swimming together

## school  verb (2)

**schooled; schooling; schools**

### Definition of *school* (Entry 4 of 4)

*intransitive verb*

TEST YOUR VOCABULARY

Who Knew?



What is a ruelle?

| a pillow for one's elbow | a second mother-in-law |
| the space between a bed and the wall | a week and a day |



Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ »



A daily challenge for crossword fanatics
TAKE THE QUIZ »

https://www.merriam-webster.com/dictionary/school    03/06/2021 12:47:11 PM

*intransitive verb*

: to swim or feed in a school

// bluefish are *schooling*

### Choose the Right Synonym for *school*

**Verb (1)**

TEACH, INSTRUCT, EDUCATE, TRAIN, DISCIPLINE, SCHOOL mean to cause to acquire knowledge or skill. TEACH applies to any manner of imparting information or skill so that others may learn. // *taught* us a lot about our planet // INSTRUCT suggests methodical or formal teaching. // *instructs* raw recruits in military drill // EDUCATE implies development of the mind. // more things than formal schooling serve to *educate* a person // TRAIN stresses instruction and drill with a specific end in view. // *trained* foreign pilots to operate the new aircraft. // DISCIPLINE implies training in habits of order and precision. // a *disciplined* mind // SCHOOL implies training or disciplining especially in what is hard to master. // *schooled* the horse in five gaits //

### First Known Use of *school*

**Noun (1)**

before the 12th century, in the meaning defined at sense 1c(1)

**Verb (1)**

15th century, in the meaning defined at sense 1a

**Noun (2)**

15th century, in the meaning defined above

**Verb (2)**

1597, in the meaning defined above

### History and Etymology for *school*

**Noun (1)**

Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *scholē* leisure, discussion, lecture, school; perhaps akin to Greek *echein* to hold — more at SCHEME entry 1

**Noun (2)**

Middle English *scole*, from Middle Dutch *schole*, akin to Old English *scolu* multitude and probably to Old English *scylian* to separate — more at SKILL entry 1

rdps://www.merriam-webster.com/dictionary/school    03/08/2021 12:47:11 PM

## Learn More about *school*

**Share** *school*



**Time Traveler for** *school*

 The first known use of *school* was before the 12th century

See more words from the same century

### From the Editors at Merriam-Webster



**A Drudge of Lexicographers Presents: Collective Nouns**

What do you call a group of cats?



**Is 'School' Ever Properly a Verb?**

It's time for you to get schooled on 'school'



**Get Schooled on 'School'**

What does a school of fish have to do with a classroom? Nothing.

### Dictionary Entries near *school*

scholium
Schomburgkia
schönfelsite
**school**
schoolable
school-age

### Phrases Related to *school*

at school
comprehensive school
dental school
high school reunion
in school
junior school

https://www.merriam-webster.com/dictionary/school    03/08/2021 12:47:11 PM

schoolbag

law school

**See More Nearby Entries** ⊙

**Statistics for** *school*

**Look-up Popularity**

Top 1% of words

**Cite this Entry**

"School," *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/school. Accessed 8 Mar. 2021.

**Style: MLA** ⌄

## More Definitions for *school*

### school noun

\ skül \

**Kids Definition of** *school* **(Entry 1 of 3)**

1  : a place for teaching and learning

2  : a session of teaching and learning
   // night *school*
   // You'll be late for *school*.

3  : SCHOOLHOUSE

4  : the teachers and pupils of a school
   // The entire *school* was at the rally.

5  : a group of persons who share the same opinions and beliefs
   // a new *school* of philosophy

### school verb

https://www.merriam-webster.com/dictionary/school    03/08/2021 12:47:11 PM

school *verb*

schooled; schooling

**Kids Definition of *school* (Entry 2 of 3)**

: TEACH sense 2, TRAIN
// Has he been *schooled* in proper behavior?

### school  noun

**Kids Definition of *school* (Entry 3 of 3)**

: a large number of one kind of fish or water animals swimming together

**More from Merriam-Webster on *school***

Thesaurus: All synonyms and antonyms for *school*
Nglish: Translation of *school* for Spanish Speakers
Britannica English: Translation of *school* for Arabic Speakers

**Comments on *school***

What made you want to look up *school*? Please tell us where you read or heard it
(including the quote, if possible).

Show Comments ⊕

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

https://www.merriam-webster.com/dictionary/school    03/06/2021 12:47:11 PM

WORDS AT PLAY

**The Words of the Week - 3/5/2021**

Words from the week of 3/5/2021

**Getting Up to Speed on (the History of) 'Speed'**

"Godspeed," dear readers.

**The Story Behind 'Stonks'**

Buying low and selling high in the meme market

**And So It Begins: 9 Words for Beginnings**

Let's take it from the top.

ASK THE EDITORS

**'All Intensive Purposes' or 'All Intents and Purposes'?**

We're intent on clearing it up

**'Nip it in the butt' or 'Nip it in the bud'?**

We're gonna stop you right there

**Literally**

How to use a word that (literally) drives some

**Is Singular 'They' a Better Choice?**

The awkward case of 'his or her'

WORD GAMES

WORD WINDER

https://www.merriam-webster.com/dictionary/school    03/08/2021 12:47:11 PM



**Who Knew?**

Take this quiz and discover 12 words for
TAKE THE QUIZ ›

**February 2021 Words of the Day Quiz**

Our most challenging yet!

TAKE THE QUIZ ›

**How Strong Is Your Vocabulary?**

Test your vocabulary with our 10-question quiz!
TAKE THE QUIZ ›

**Word Winder's CrossWinder**

A game of winding words.

PLAY THE GAME ›

Learn a new word every day.
Delivered to your inbox!

Your email address

SUBSCRIBE

OTHER MERRIAM-WEBSTER DICTIONARIES
LEARNER'S ESL DICTIONARY
VISUAL DICTIONARY
SCRABBLE® WORD FINDER

FOLLOW US

MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
BRITANNICA ENGLISH - ARABIC TRANSLATION
NGLISH - SPANISH-ENGLISH TRANSLATION

Browse the Dictionary: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

Home   Help   Apps   About Us   Shop   Advertising Info   Dictionary API   Contact Us   Join MWU   Videos
Word of the Year   Puku   Vocabulary Resources   Law Dictionary   Medical Dictionary   Privacy Policy   Terms of Use
Do Not Sell My Info

Browse the Thesaurus   Browse the Medical Dictionary   Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated

**United States Patent and Trademark Office (USPTO)**
Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 79410804

**Mark:** HENLEY BUSINESS SCHOOL

**Correspondence Address:**
The University of Reading

**Applicant:** The University of Reading

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION
## Notice of Provisional Full Refusal

**International Registration No. 1824922**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

## INTRODUCTION

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issues below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**
- (Partial) Section 2(d) Refusal – Likelihood of Confusion
- Section 2(e)(4) Refusal - Primarily Merely a Surname
- Amendment of Identification of Goods and Services Required

- Domicile Address Clarification Required
- U.S.-Licensed Attorney Required
- Email Address Required

## SECTION 2(d) REFUSAL – LIKELIHOOD OF CONFUSION
## (THIS PARTIAL REFUSAL APPLIES ONLY TO THE GOODS AND SERVICES IN
## INTERNATIONAL CLASSES 009, 016, AND 041)

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 5154139 (HENLEY). Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registration.

The Applicant's mark is **HENLEY BUSINESS SCHOOL** for "Downloadable electronic publications; podcasts; computer programs; audio and cassette tapes, pre recorded discs, teaching apparatus, data carriers (including disks, memory devices and cards); pre recorded data carriers (including disks, memory devices and cards), mouse mats, mobile phone cases and accessories", "Printed matter including books; printed publications; text books; magazines and journals; stationery; writing implements; adhesives for stationery purposes; adhesive tapes for stationery purposes; paper, cardboard and goods made from these materials, not included in other classes; calendars, diaries, posters, coasters of paper, decalcomanias, graphic prints, greetings cards, postcards, beer mats, photographs, wrapping paper", "Economic forecasting and analysis services, including consultancy, advisory, research, forecasting, management and analysis services; business and commercial services, including consultancy, advisory, research, forecasting, management and analysis services; human resource services, including consultancy, advisory, research, forecasting, management and analysis services; opinion polling; statistical services, including compilation and analysis of statistics; business management services; organisation of exhibitions for commercial or advertising purposes; word processing; data processing services; commercial advisory services; career advisory services (other than education and training advice); preparation of reports relating to all the aforesaid services; provision of office facilities being the providing of access to office equipment; business or office administration services for others; photocopying services; retail services connected with downloadable electronic publications, podcasts, computer programs, audio and cassette tapes, pre recorded tapes, teaching apparatus, data carriers including discs, memory devices and cards, pre recorded data carriers including discs, memory devices and cards, mouse mats, mobile phone cases and accessories, jewellery, including rings, cuff links and tie pins, watches and clocks, printed matter including books, printed publications, text books, magazines and journals, stationery, writing implements, adhesives for stationery purposes, adhesive tapes for stationery purposes, paper, cardboard and goods made from these materials, calendars, diaries, posters, coasters of paper, decalcomanias, graphic prints, greeting cards, postcards, beer mats, photographs, wrapping paper, travelling bags, luggage, briefcases, suitcases, rucksacks, backpacks, attache cases, cases, handbags, key cases (leatherwear), pocket wallets, purses, credit card cases, satchels, shoulder bags, umbrellas and parasols, glassware, porcelain and earthenware, household containers, kitchenware, plates and cups of paper or plastic, drinking vessels of plastic, clothing and headgear, food, drink and toiletries; information and advisory services, all relating to the aforesaid services", "Economic financial services, including consultancy, advisory, research, forecasting, management and analysis services; financial services, including consultancy, advisory, research, forecasting, management and analysis services; financial services; actuarial services; financial management; planning, reports, analysis and research, all being financial services; preparation of reports relating to all the aforesaid services; renting of apartments, commercial premises, flats, houses, offices; banking and credit card services; information and advisory services, all relating to the aforesaid

services", "Higher education, academic, linguistic and vocational education and training services; provision of correspondence courses; educational services; educational examination services; distance learning services, including those provided online; lending library services and library services; provision of training facilities for the teaching of academic subjects and vocational skills; provision of information and preparation of reports, all relating to education and training; career advisory services (education or training advice) including career counselling relating to education and training; vocational guidance (education or training advice); career and vocational training; publishing services, including publication of books, journals, magazines and on line publications; providing on line electronic publications, not downloadable; orchestra and concert services; production of cine-films, videos, radio and television programs; organisation of cultural activities; organisation of sports and recreation activities; publishing services; rental of educational material and apparatus; organisation of sporting events; provision of sporting facilities; entertainment services; arranging and conducting conferences, conventions, congresses, lectures, exhibitions, day schools, workshops, concerts, seminars, colloquia, and symposia, all for entertainment or education purposes; preparation of reports relating to all the aforesaid services; digital imaging services; rental of loudspeakers and video cameras; information and advisory services, all relating to the aforesaid services", and "Consultancy and research services, including those relating to academic subjects, vocational skills, and in the fields of science, engineering, information technology, research and development of medicines, research in the field of ecology and of the environment; computer programming; consultancy relating to computer hardware and software; design and development of computer hardware and software; installation, maintenance and updating of computer software; creating and maintaining websites for others; rental of computers and computer software, preparation of reports relating to all the aforesaid services; information and advisory services, all relating to the aforesaid services".

The Registrant's mark is **HENLEY** for "Art prints; Cards, namely, greeting cards, note cards and post cards; Series of fiction books; Stationery; Wrapping paper; A series of fiction works, namely, novels and books featuring animals, pets and companions; Paper gift tags; Party ornaments of paper" and "Providing a website for entertainment purposes featuring graphics, videos, animation and written information about companions, animals, pets and children's entertainment; Providing on-line publications in the nature of electronic books and magazines in the field of companions, animals, pets and children's entertainment".

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and services of the applicant and registrant. *See* 15 U.S.C. §1052(d). A determination of likelihood of confusion under Section 2(d) is made on a case-by-case basis and the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) aid in this determination. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d 1344, 1349, 98 USPQ2d 1253, 1256 (Fed. Cir. 2011) (citing *On-Line Careline, Inc. v. Am. Online, Inc.*, 229 F.3d 1080, 1085, 56 USPQ2d 1471, 1474 (Fed. Cir. 2000)). Not all the *du Pont* factors, however, are necessarily relevant or of equal weight, and any one of the factors may control in a given case, depending upon the evidence of record. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 637 F.3d at 1355, 98 USPQ2d at 1260; *In re Majestic Distilling Co.*, 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); *see In re E. I. du Pont de Nemours & Co.*, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity and nature of the goods and services, and similarity of the trade channels of the goods and services. *See In re Viterra Inc.*, 671 F.3d 1358, 1361-62, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Dakin's Miniatures Inc.*, 59 USPQ2d 1593, 1595-96 (TTAB 1999); TMEP §§1207.01 *et seq.*

COMPARISON OF THE MARKS

Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1321, 110 USPQ2d 1157, 1160 (Fed. Cir. 2014) (quoting *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

Applicant's mark is **HENLEY BUSINESS SCHOOL**.

Registrant's mark is **HENLEY**.

In this case, both marks feature the wording "HENLEY". Marks may be confusingly similar in appearance where similar terms or similar parts of terms appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Com.*, 228 USPQ 689, 690-91 (TTAB 1986) (holding COMMCASH and COMMUNICASH confusingly similar), *aff'd sub nom. Canadian Imperial Bank of Com. v. Wells Fargo Bank, N.A.*, 811 F.2d 1490, 1492, 1495, 1 USPQ2d 1813, 1814-15, 1817 (Fed. Cir. 1987); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (holding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (holding MILTRON and MILLTRONICS confusingly similar); *Sun Elec. Corp. v. Sun Oil Co.*, 196 USPQ 450, 452 (TTAB 1977) (holding SUNELECT and SUN ELECTRIC confusingly similar); *In re BASF Aktiengesellschaft*, 189 USPQ 424, 424 (TTAB 1976) (holding LUTEX and LUTEXAL confusingly similar); TMEP §1207.01(b)(ii)-(iii).

As the first or only term in each mark, the shared term "HENLEY" is the dominant word in each mark. Consumers are generally more inclined to focus on and remember the first word, prefix, or syllable in a mark. *See Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *Sage Therapeutics, Inc. v. SageForth Psych. Servs., LLC*, Opp. No. 91270181, 2024 TTAB LEXIS 139, at *14-15 (2024) (finding similarity between SAGEFORTH and SAGE CENTRAL, in part because the "common 'sage' element" was dominant in both marks" as "the first elements"); TMEP §1207.01(b)(viii).

The additional wording in applicant's mark, namely, "BUSINESS SCHOOL" is at least merely descriptive of, if not generic for, the provider of applicant's services and must be disclaimed (See below). Thus, the shared term "HENLEY" remains the dominant portion of applicant's mark. Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii). Disclaimed matter that is descriptive of or generic for a party's

goods and services is typically less significant or less dominant when comparing marks. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022); TMEP §1207.01(b)(viii), (c)(ii).

Furthermore, generally, the greater the degree of similarity between the applied-for mark and the registered mark, the lesser the degree of similarity between the goods and services of the parties is required to support a finding of likelihood of confusion. *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *L'Oreal S.A. v. Marcon*, 102 USPQ2d 1434, 1440 (TTAB 2012)); *In re C.H. Hanson Co.*, 116 USPQ2d 1351, 1353 (TTAB 2015) (citing *In re Opus One Inc.*, 60 USPQ2d 1812, 1815 (TTAB 2001)); *In re House Beer, LLC*, 114 USPQ2d 1073, 1077 (TTAB 2015); TMEP §1207.01(a).

COMPARISON OF THE GOODS AND SERVICES

The goods and services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. *See Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi). The compared goods and services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Determining likelihood of confusion is based on the description of the goods and services stated in the application and registration at issue, not on extrinsic evidence of actual use. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1307 (Fed. Cir. 2018) (citing *In re i.am.symbolic, llc*, 866 F.3d 1315, 1325 (Fed. Cir. 2017)).

In this case, the application uses broad wording to describe its printed matter and printed publications, publishing services, provision of online electronic publications, and entertainment services, which presumably encompasses all goods and services of the type described, including registrant's narrower printed publications, provision of online publications, and entertainment services. *See, e.g., Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022); *In re Solid State Design Inc.*, 125 USPQ2d 1409, 1412-15 (TTAB 2018); *Sw. Mgmt., Inc. v. Ocinomled, Ltd.*, 115 USPQ2d 1007, 1025 (TTAB 2015). Thus, applicant's and registrant's goods and services are legally identical. *See, e.g., In re i.am.symbolic, llc*, 127 USPQ2d 1627, 1629 (TTAB 2018) (citing *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp., Inc.*, 648 F.2d 1335, 1336 (C.C.P.A. 1981); *Inter IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1745 (TTAB 2014); *Baseball Am. Inc. v. Powerplay Sports Ltd.*, 71 USPQ2d 1844, 1847 n.9 (TTAB 2004)).

Additionally, the goods and services of the parties have no restrictions as to nature, type, channels of trade, or classes of purchasers and are "presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d 1358, 1362 (Fed. Cir. 2012) (quoting *Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1268 (Fed. Cir. 2002)); *see Cai v. Diamond Hong*,

*Inc.*, 901 F.3d 1367, 1372 (Fed. Cir. 2018). Thus, applicant's and registrant's goods and/or services are related.

The trademark examining attorney has attached evidence from the USPTO's X-Search database consisting of a representative sampling of third-party marks registered for use in connection with the same or similar goods and services as those of both applicant and registrant in this case. This evidence shows that the goods and services listed therein, namely, downloadable electronic publications, podcasts, computer programs, computer and mobile phone accessories, printed publications and paper products, educational services, publishing services, and/or entertainment services such as film production, as well as printed and paper products, and/or providing online books and magazines, are of a kind that may emanate from a single source under a single mark. *See In re I-Coat Co.*, 126 USPQ2d 1730, 1737 (TTAB 2018) (citing *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988)); TMEP §1207.01(d)(iii).

In a third-party registration, the full scope of the goods and services must be considered. *In re Country Oven, Inc.*, 2019 USPQ2d 443903, at *9 (TTAB 2019). Specifically, "a registration that describes goods [or services] broadly is presumed to encompass all goods or services of the type described." *In re Country Oven, Inc.*, 2019 USPQ2d 443903, at *9 (citing *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 1323, 110 USPQ2d 1157, 1161 (Fed. Cir. 2014)). Accordingly, terms such as "provision of online publications" in the third-party registrations are broad enough to encompass the provision of various online publications in the application and registration.

The overriding concern is not only to prevent buyer confusion as to the source of the goods and services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. *See In re Shell Oil Co.*, 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); *see Hewlett-Packard Co. v. Packard Press, Inc.*, 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); *In re Hyper Shoppes (Ohio), Inc.*, 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1026 (Fed. Cir. 1988).

In light of the similarities between the marks and the relatedness of the goods and services, it is likely that consumers who encounter the parties' goods and services will falsely conclude that they originate from the same source.

Although applicant's mark has been refused registration, applicant may respond to the refusals by submitting evidence and arguments in support of registration. If applicant responds to the refusals, applicant must also respond to the requirements set forth below.

## SECTION 2(e)(4) REFUSAL – PRIMARILY MERELY SURNAME

Registration is refused because the applied-for mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); *see* TMEP §1211.

An applicant's mark is primarily merely a surname if the surname, when viewed in connection with the applicant's recited goods and services, "'is the primary significance of the mark as a whole to the purchasing public.'" *Earnhardt v. Kerry Earnhardt, Inc.*, 864 F.3d 1374, 1377, 123 USPQ2d 1411, 1413 (Fed. Cir. 2017) (quoting *In re Hutchinson Tech. Inc.*, 852 F.2d 552, 554, 7 USPQ2d 1490, 1492

(Fed. Cir. 1988)); TMEP §1211.01.

The following five inquiries are often used to determine the public's perception of a term's primary significance:

(1)    Whether the surname is rare;

(2)    Whether anyone connected with applicant uses the term as a surname;

(3)    Whether the term has any recognized meaning other than as a surname;

(4)    Whether the term has the structure and pronunciation of a surname; and

(5)    Whether the term is sufficiently stylized to remove its primary significance from that of a surname.

*In re Colors in Optics, Ltd.*, 2020 USPQ2d 53784, at *1-2 (TTAB 2020) (citing *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333-34 (TTAB 1995) for the *Benthin* inquiries/factors)); TMEP §1211.01; *see also In re Etablissements Darty et Fils*, 759 F.2d 15, 16-18, 225 USPQ 652, 653 (Fed. Cir. 1985).

These inquiries or factors are not exclusive, and any of these circumstances – singly or in combination – and any other relevant circumstances may be considered when making this determination. *In re Colors in Optics, Ltd.*, 2020 USPQ2d 53784, at *2 (citing *Azeka Bldg. Corp. v. Azeka*, 122 USPQ2d 1477, 1480 (TTAB 2017)); TMEP §1211.01. For example, when the applied-for mark is not stylized, it is unnecessary to consider the fifth inquiry. *In re Yeley*, 85 USPQ2d 1150, 1151 (TTAB 2007); TMEP §1211.01.

Please see the attached evidence from lexisnexis.com, establishing the surname significance of "HENLEY". This evidence shows the applied-for mark appearing 50,162 times as a surname in the LEXISNEXIS® surname database, which is a weekly updated directory of cell phone and other phone numbers (such as voice over IP) from various data providers.

Although applicant's mark has been refused registration, applicant may respond to the refusals by submitting evidence and arguments in support of registration.


### *Supplemental Register Advisory*

Applicant cannot overcome the refusal by amending the application to the Supplemental Register, because a mark in an application under §66(a) of the Trademark Act is not eligible for registration on the Supplemental Register. Trademark Act Section 68(a)(4), 15 U.S.C. §1141h(a)(4); 37 C.F.R. §§2.47(c) and 2.75(c); TMEP §§801.02(b), 815, 816.01 and 1904.02(c).


### *Disclaimer Advisory*

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f), applicant will be required to disclaim "BUSINESS SCHOOL" because such wording appears to be generic in the context of applicant's goods and services. *See* 15

U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

Applicant may submit a disclaimer in the following format:

> **No claim is made to the exclusive right to use "BUSINESS SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).


## AMENDMENT OF IDENTIFICATION OF GOODS AND SERVICES REQUIRED

Some of the wording in the identification of goods and services is indefinite and overly broad; that is, the nature of the goods and services is not clear. The identification of goods and services must be specific, definite, clear, accurate, and concise. *See* 15 U.S.C. §§1051(a)(2), 1051(b)(2), 1053, 1126(d)-(e), 1141f; 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.01(b)-(c). However, the international classification of goods and services in applications filed under Trademark Act Section 66(a) cannot be changed from the classification the International Bureau assigned to the goods and services in the corresponding international registration. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

Therefore, applicant must either (1) delete the unacceptable wording or (2) amend it to definite wording that specifies the nature of the goods and services in greater detail, that is within the scope of the original identification, and that remains in the international class assigned to those goods and/or services by the International Bureau. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. For assistance with drafting acceptable wording, use the USPTO's online searchable *Acceptable Identification of Goods and Services Manual* (ID Manual). *See* TMEP §1402.04. For guidance on searching the ID Manual, see "Searching the Trademark ID Manual" located under "Guides, Manuals, and Resources" in the Trademark portion of USPTO.gov, linked here.

Applicant is in the best position to know their goods and services, and the ID Manual is a good resource for finding an appropriate amendment. Applicant may adopt the suggested identification and classification below, if accurate, which identifies the specific indefinite or overly broad wording and suggested clarification of that wording in **bold and underlined** font and which may indicate deletion of some or all of the indefinite or overly broad wording:

> **International Class 009**: "Downloadable electronic publications **in the nature of [specify nature of publication, *e.g.*, books, magazines, journals] in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]; downloadable** podcasts in the field of **[indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]; downloadable** computer programs **for [specify function of computer programs, *e.g.*, analyzing market information, editing images, network management]**; audio and **audio** cassette tapes **featuring [indicate subject matter, *e.g.*, music, spoken word in the field of literature]**; pre-recorded **video** discs **featuring [indicate subject matter, *e.g.*, music, spoken word in the field of literature]**; teaching apparatus **in the nature of [specify nature of teaching apparatus in this International Class, *e.g.*, hairdressing training heads, a guard that is attached to the body of a woodwind instrument for music instruction]**; data carriers, **namely, [specify data carriers within this International Class, *e.g.*, memories for data processing equipment, computer memory devices, blank flash memory cards, disc**

memories] ~~(including disks, memory devices and cards)~~; pre-recorded **magnetic** data carriers **featuring [indicate subject matter, *e.g.*, music, spoken word in the field of literature]** ~~(including disks, memory devices and cards)~~**;**~~,~~ mouse mats**;**~~,~~ mobile phone cases and accessories**, namely, [specify mobile phone accessories within this International Class, *e.g.*, bags adapted for mobile phones, devices for hands-free use of mobile phones, keyboards for mobile phones]**"

International Class 016: "Printed matter**, namely,** ~~including~~ **printed** books **in the field of [indicate subject matter of publication, e.g., finance, ecology, environmental science]**; printed publications**, namely, [specify publications within this International Class, *e.g.*, books, workbooks, training manuals] in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; **printed** text books **in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; **printed** magazines and journals **in the field of [indicate subject matter of publication, *e.g.*, finance, ecology, environmental science]**; stationery; writing implements; adhesives for stationery purposes; adhesive tapes for stationery purposes; paper, cardboard**,** and goods made from these materials**, namely, [specify paper and cardboard goods within this International Class, *e.g.*, carboard boxes, cardboard labels, baking paper, paper bags]**~~, not included in other classes~~; **printed** calendars, **printed** diaries, **printed** posters, coasters of paper, decalcomanias, graphic prints, **printed** greetings cards, **printed** postcards, beer mats **being mats of paper for beer glasses**, **printed** photographs, wrapping paper"

International Class 035: "Economic forecasting and analysis services, **namely,** ~~including~~ **business** consultancy, advisory, research, forecasting **in the nature of economic forecasting for business purposes**, management**,** and **data** analysis services; business and commercial services, **namely,** ~~including~~ **business** consultancy, advisory, research, forecasting **in the nature of economic forecasting for business purposes**, management**,** and **data** analysis services; human resource services, **namely,** ~~including~~ **human resources** consultancy, **human resources** advisory, **business** research **in the field of human resources**, **economic** forecasting **in the field of human resources**, **human resources** management**,** and **human resources** analysis services; **public** opinion polling; statistical services, **namely,** ~~including~~ compilation and analysis of statistics **for business purposes**; business management services; organisation of exhibitions for commercial or advertising purposes; word processing; data processing services; commercial advisory services **in the nature of business advisory services**; career advisory services**, namely, [specify career advisory services within this International Class, *e.g.*, career placement, career planning services, career advancement consulting in the field of engineering]** ~~(other than education and training advice)~~; preparation of **business** reports relating to all the aforesaid services; provision of office facilities being the providing of access to office equipment**, namely, rental of office equipment**; business **administration and** ~~or~~ office administration services for others; photocopying services; retail **store** services **featuring** ~~connected with~~ downloadable electronic publications, podcasts, computer programs, audio and cassette tapes, pre-recorded tapes, teaching apparatus, data carriers **being** ~~including~~ discs, memory devices and cards, pre-recorded data carriers **being** ~~including~~ discs, memory devices and cards, mouse mats, mobile phone cases and accessories, jewellery**,** **being** ~~including~~ rings, cuff links and tie pins, watches and clocks, printed matter **being** ~~including~~ books, printed publications, text books, magazines and journals, stationery, writing implements, adhesives for stationery purposes, adhesive tapes for stationery purposes, paper, cardboard and goods made from these materials, calendars, diaries, posters, coasters of paper, decalcomanias, graphic prints, greeting cards, postcards, beer mats, photographs, wrapping paper, travelling bags, luggage, briefcases,

suitcases, rucksacks, backpacks, attache cases, cases, handbags, **leather** key cases ~~(leatherwear)~~, pocket wallets, purses, credit card cases, satchels, shoulder bags, umbrellas and parasols, glassware, porcelain and earthenware, household containers, kitchenware, plates and cups of paper or plastic, drinking vessels of plastic, clothing and **headwear** ~~headgear~~, food, drink and toiletries; **business** information and advisory services, all relating to the aforesaid services"

**International Class 036**: "Economic financial services, **namely,** ~~including~~ **financial** consultancy, advisory, research, forecasting, management and analysis services; financial services, **namely,** ~~including~~ **financial** consultancy, advisory, research, forecasting, management and analysis services; financial services**, namely, [specify financial services within this International Class, *e.g.*, debt settlement, credit repair, financial risk assessment services]**; actuarial services; financial management; **financial** planning, **financial** reports **being financial reporting services, financial** analysis and **financial** research, all being financial services; ~~preparation of reports relating to all the aforesaid services;~~ renting of **real estate, namely,** apartments, commercial premises, flats, houses, offices; banking **services** and credit card services**, namely, [specify credit card services within this International Class, *e.g.*, credit card transaction processing services, credit card factoring services, credit card authorization services]**; **financial** information and advisory services, all relating to the aforesaid services"

**International Class 041**: "Higher education **services, namely, [specify higher education services within this International Class, *e.g.*, educating at universities or colleges, conducting distance learning instruction at the university level, providing courses of instruction at the university level];** academic **services, namely, [specify academic services within this International Class, *e.g.*, online academic library services, academic mentoring of school age children, scoring academic standardized tests];** linguistic **services, namely, [specify linguistic services within this International Class, *e.g.*, language instruction, language interpretation, language translation];** ~~and~~ vocational education and training services**, namely, [specify vocational education and training services within this International Class, *e.g.*, vocational guidance, vocational training services in the field of plumbing, vocational education in the field of computers]**; provision of correspondence courses**, namely, education in the fields of [specify field, *e.g.*, economics, mathematics, environmental science] rendered through correspondence courses**; educational services**, namely, [specify educational services within this International Class, *e.g.*, providing online educational examination services, boarding school education, educating at universities or colleges]**; educational examination services; distance learning services, **namely, [specify distance learning services within this International Class, *e.g.*, conducting distance learning instruction at the primary level, conducting distance learning instruction in the field of accounting, conducting online distance learning instruction in the field of environmental science]** ~~including those provided online~~; lending library services and **mobile** library services; provision of training facilities **being facilities for educational [specify type of educational activity, *e.g.*, classes, seminars, workshops]** for the teaching of academic subjects and vocational skills; provision of information **in the fields of education and employment training** ~~and preparation of reports~~, all relating to education and training; career advisory services**, namely,** ~~(education or training advice) including~~ career counselling relating to education and training **in the nature of providing advice concerning education options to pursue career opportunities; educational and training services, namely,** vocational guidance ~~(education or training advice)~~; career **re-training classes** and vocational training **in the field of [specify field, *e.g.*, plumbing, mechanics, computers]**; publishing services, **namely,** ~~including~~ publication of

books, journals, magazines and **online** ~~on line~~ **electronic** publications; providing on line electronic publications, not downloadable**, in the nature of [specify nature of publications, e.g., books, magazines, brochures] in the field of [indicate subject matter of publication, e.g., finance, ecology, environmental science]**; orchestra **services** and concert services**, namely, [specify concert services within this International Class, e.g., arranging and conducting of concerts, live music concerts, concert booking]**; production of cine-films **in the nature of films**, videos **in the field of [indicate subject matter, e.g., finance, ecology, environmental science], and** radio and television programs; organisation of cultural activities**, namely, [specify organization of cultural activities within this International Class, e.g., organization of exhibitions for cultural purposes, impresario services in the nature of organization of shows for cultural purposes, organization of cultural shows, organization of events for cultural purposes]**; organisation of sports and recreation activities**, namely, [specify organization of sports and recreation activities within this International Class, e.g., recreational services in the nature of horseback riding facilities, providing recreational sports camps, organization of sports competitions]**; publishing services**, namely, [specify nature of publishing within this International Class, e.g., book publishing, desktop publishing for others, publishing of electronic publications]**; rental of educational material and apparatus**, namely, [specify rental of educational material and apparatus within this International Class, e.g., rental of anatomical models for educational purposes, rental of exhibition stands for educational purposes, rental of microscopes for educational purposes]**; organisation of sporting events**, namely, [specify type of event being organized, e.g., swimming meet, soccer competitions, triathlons]**; provision of sporting facilities; entertainment services**, namely, [specify entertainment services within this International Class, e.g., cabaret entertainment services, providing motivational and educational speakers, live musical performances]**; arranging and conducting conferences, conventions, congresses, lectures, **educational** exhibitions, ~~day schools,~~ workshops, ~~concerts,~~ seminars, colloquia, and symposia, all for entertainment or education purposes**, in the field of [specify field, e.g., finance, ecology, environmental science]; day schools, namely, [clarify nature of day schools within this International Class, e.g., charter schools, pre-schools, correspondence schools]; arranging and conducting concerts**; ~~preparation of reports relating to all the aforesaid services;~~ digital imaging services **in the nature of photography services**; rental of loudspeakers **in the nature of audio equipment** and video cameras; information **in the field of education** and advisory services, all relating to the aforesaid services"

International Class 042: "**Technological** ~~C~~consultancy and research services, **all**~~including~~ ~~those~~ relating to academic subjects~~,~~ **and** vocational skills, ~~and~~ in the fields of science, engineering, information technology~~;~~ research and development of medicines~~;~~ research in the field of ecology and ~~of the~~ environment**al** **science**; computer programming; consultancy relating to computer hardware **being technological services in the field of computer hardware systems** and **computer** software **consulting**; design and development of computer hardware and software; installation, maintenance and updating of computer software; creating and maintaining websites for others; rental of computers and **rental of** computer software **for [specify function of computer programs, e.g., analyzing market information, editing images, network management]**~~;~~ ~~preparation of reports relating to all the aforesaid services;~~ **providing technological** information and advisory services, all relating to the aforesaid services"

Applicant may amend the identification to clarify or limit the goods and services, but not to broaden or expand the goods and services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and services may not later be

reinserted. *See* TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

## DOMICILE ADDRESS CLARIFICATION REQUIRED

**Domicile address cannot be accepted.** Applicant must provide its current domicile street address because the domicile address of record identifies an address that is not a street address, which is not an acceptable type of domicile address for a juristic applicant. TMEP §601.01(c)(i). That is, this address does not identify applicant's principal place of business. *See* 37 C.F.R. §§2.2(o)-(p), 2.11(b), 2.189; TMEP §601.01(c)(i). All applications must include an applicant's domicile address. *See* 37 C.F.R. §§2.32(a)(2), 2.189; TMEP §803.05(a). In addition, all applicants domiciled outside the United States must be represented by a U.S.-licensed attorney. 37 C.F.R. §2.11(a); TMEP §601. See Hiring a U.S.-licensed attorney for more information. The USPTO uses applicant's domicile address to determine whether applicant is required to be represented by a U.S.-licensed attorney in this matter. *See* 37 C.F.R. §2.11(a); TMEP §601.01(a).

**Response option(s)**

**Applicant must provide an acceptable domicile street address**; that is, the location of applicant's headquarters where its senior executives or officers ordinarily direct and control applicant's activities. *See* 37 C.F.R. §§2.2(o)-(p), 2.32(a)(2), 2.189; TMEP §803.05(a). If applicant provides a foreign domicile address, applicant must appoint a U.S.-licensed attorney qualified under 37 C.F.R. §11.14. *See* 37 C.F.R. §2.11(a)-(b); TMEP §601.01(a).

If applicant cannot provide a domicile street address due to an extraordinary situation, applicant may file a petition to the Director to request the Director waive this requirement. *See* 37 C.F.R. §§2.146(a)(5), 2.148; TMEP §1708.01. The petition must include the required fee as well as (a) a verified statement of facts explaining the extraordinary situation, and (b) the state, or foreign equivalent, and country of applicant's domicile, to determine whether applicant must be represented by a U.S.-licensed attorney. *See* 37 C.F.R. §§2.11(a)-(b), 2.146(c)(1); TMEP §1708.01. However, filing a petition is not considered a response to an Office action. *See* 37 C.F.R. §2.146(g); TMEP §1705.06. Applicant must still file a timely response to this Office action to avoid abandonment of the application. The response should indicate that a petition has been filed, specify the reason(s) for filing the petition (i.e., to request a waiver of the domicile address requirement), and request suspension of the application pending disposition of the petition. *See* TMEP §§716.02, 716.02(l), 1705.06.

**Instructions for responding**

**To provide applicant's domicile street address.** After opening the electronic response form and

entering the serial number, (1) answer "yes" to the question about owner information and click "Continue;" (2) on the "Owner Information" page, in the "Domicile Address" fields, uncheck the box stating the domicile and mailing address are not the same; and (3) below the checkbox provide applicant's domicile street address. The address provided in the "Domicile Address" fields will be hidden from public view. However, any street address listed in the "Mailing Address" fields will be publicly viewable.

**To appoint a U.S.-licensed attorney**, (1) use the electronic Change Address or Representation form to appoint an attorney after they have been retained, or (2) applicant's attorney can appear by responding on applicant's behalf using the electronic Response to Examining Attorney Office Action form, indicating that an appointment of attorney has been made, addressing all other refusals or requirements in the action, if any, and properly signing the response.

## U.S.-LICENSED ATTORNEY REQUIRED

**Applicant is required to be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal** because applicant's domicile is located outside of the United States and applicant does not appear to be represented by a qualified U.S. attorney. 37 C.F.R. §2.11(a); TMEP §601.01(a). An applicant whose domicile is located outside of the United States or its territories must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §2.11(a); TMEP §§601, 601.01(a). In this case, applicant's domicile is identified in the application as outside of the United States or its territories. For more information, see the U.S. Counsel webpage at https://www.uspto.gov/trademark/laws-regulations/trademark-rule-requires-foreign-applicants-and-registrants-have-us and Hiring a U.S.-licensed trademark attorney webpage at https://www.uspto.gov/trademarks-getting-started/why-hire-private-trademark-attorney.

**To appoint a U.S.-licensed attorney** in this application, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form at https://teas.uspto.gov/ccr/car. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form at https://teas.uspto.gov/office/roa/ indicating that an appointment of attorney has been made and address all other refusals or requirements in this action. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii); TMEP §604.01.

## EMAIL ADDRESS REQUIRED

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. *See* 37 C.F.R. §2.32(a)(2); TMEP §803.05(b). This email address cannot be identical to the primary correspondence email address of a U.S.-licensed attorney retained to represent applicant in this application. *See* TMEP §803.05(b).

*Response Guidelines*

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see "Responding to Office Actions" and the informational video "Response to Office Action" for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond. Click to file a response to this nonfinal Office action.**

/Crystal Yi/
Crystal Yi
Trademark Attorney Advisor
Law Office 123
(571) 270-0763
Crystal.Yi@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- Responses signed by an unauthorized party are not accepted and can **cause the application to abandon**. If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

5154139

# HENLEY

| | |
|---|---|
| **Word Mark** | HENLEY |
| **Goods/Services** | IC 016 US 002 005 037 038 029 050 022 023<br>Art prints; Cards, namely, greeting cards, note cards and post cards; Series of fiction books; Stationery; Wrapping paper; A series of fiction works, namely, novels and books featuring animals, pets and companions; Paper gift tags; Party ornaments of paper.<br><br>IC 041 US 100 101 107<br>Providing a website for entertainment purposes featuring graphics, videos, animation and written information about companions, animals, pets and children's entertainment; Providing on-line publications in the nature of electronic books and magazines in the field of companions, animals, pets and children's entertainment. |
| **Register** | PRINCIPAL |
| **Serial Number** | 86904468 |
| **Filing Date** | 2016-02-11T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2016-12-20 |
| **Registration Number** | 5154139 |
| **Date Registered** | 2017-03-07 |
| **Owner** | (REGISTRANT) Julie Muszynski (INDIVIDUAL; USA); 1 Irving Place V7A, New York, NEW YORK 10003, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |

Mark Drawing Code          (4) STANDARD CHARACTER MARK

Live Dead Indicator        LIVE

Status                     SECTION 8-ACCEPTED

Attorney of Record         Patrice P. Jean

Print: December 3, 2024 10:07 AM

6957885

# Synths

| | |
|---|---|
| Word Mark | SYNTHS |
| Goods/Services | IC 009 US 021 026 038 036 023<br>Downloadable series of fiction books; downloadable electronic publications in the nature of graphic novels in the field of fiction.<br><br>IC 016 US 005 002 037 029 022 038 050 023<br>Graphic novels; children's books; young adult novels; cartoon prints; illustrations; posters. |
| Register | PRINCIPAL |
| Serial Number | 88294032 |
| Filing Date | 2019-02-08T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2019-10-15 |
| Registration Number | 6957885 |
| Date Registered | 2023-01-17 |
| Owner | (REGISTRANT) Tai Joon Hee Inc. (CORPORATION; CANADA); 195 Glenview Ave, Toronto, ON, M4R1R4, CANADA |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | WILLIAM SCOTT GOLDMAN |

Print: December 3, 2024 10:58 AM

7051682



| | |
|---|---|
| **Word Mark** | BIRDHISM INSPIRING COMPASSION FOR BIRDS |
| **Goods/Services** | IC 016 US 005 002 037 029 038 050 022 023<br>Decals; Stickers; Art prints; Blank paper notebooks; Paper notebooks; Printed notebooks.<br><br>IC 041 US 100 101 107<br>Providing information and advice in the field of pet training; Providing information in the field of bird training; Providing information in the fields of animals and pets in the field of animal training and animal exhibitions for educational or entertainment purposes; On-line journals, namely, blogs featuring information about birds; Providing a website featuring blogs and non-downloadable publications in the nature of articles and newsletters in the field of birds. |
| **Register** | PRINCIPAL |
| **Serial Number** | 90848163 |
| **Filing Date** | 2021-07-26T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2023-02-28 |
| **Registration Number** | 7051682 |
| **Date Registered** | 2023-05-16 |
| **Owner** | (REGISTRANT) Birdhism, Inc. (CORPORATION; FLORIDA, USA); 1111 South Creek Drive #422, Round Rock, TEXAS 78664, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |

| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
|---|---|
| Design Code | 021101, 021113, 031524, 031525, 031716, 031725, 040707 |
| Description of Mark | The mark consists of A heart shaped bird's face with a beak and two eyes placed next to the word "BIRDHISM" which is above the words "INSPIRING COMPASSION FOR BIRDS". |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Joseph A. Bellanca |

Print: December 3, 2024 10:58 AM

7051681

# BIRDHISM

| | |
|---|---|
| Word Mark | BIRDHISM |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Decals; Stickers; Art prints; Blank paper notebooks; Paper notebooks; Printed notebooks.<br><br>IC 041 US 100 101 107<br>Providing information in the fields of animals and pets in the field of animal training and animal exhibitions for educational or entertainment purposes; On-line journals, namely, blogs featuring information about birds; Providing information in the field of bird training; Providing a website featuring blogs and non- downloadable publications in the nature of articles and newsletters in the field of birds. |
| Register | PRINCIPAL |
| Serial Number | 90848118 |
| Filing Date | 2021-07-26T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-02-28 |
| Registration Number | 7051681 |
| Date Registered | 2023-05-16 |
| Owner | (REGISTRANT) Birdhism, Inc. (CORPORATION; FLORIDA, USA); 1111 South Creek Drive #422, Round Rock, TEXAS 78664, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |

Live Dead Indicator     LIVE

Status     REGISTERED

Attorney of Record     Joseph A. Bellanca

Print: December 3, 2024 10:58 AM

7122666

# KOFFEEKWEENS

| | |
|---|---|
| Word Mark | KOFFEEKWEENS |
| Goods/Services | IC 016 US 005 002 037 038 029 050 022 023<br>Printed matter and paper goods, namely, graphic novels, a series of fiction books, children's books, cartoon strips, illustrations, blank writing or sketching journals, notebooks, greeting cards, day and desktop planners, coloring books, stickers, posters, postcards, stationery, bookmarks, calendars, adhesive note paper, fine art prints, mounted aluminum art prints, mounted acrylic art prints.<br><br>IC 021 US 030 002 033 013 029 040 050 023<br>Drinkware and beverageware, namely, cups, mugs, coffee mugs, tea cups, and beverage glassware.<br><br>IC 041 US 100 101 107<br>Entertainment services offered on-line over a worldwide communication network, namely, providing a website featuring non-downloadable comics, non-downloadable illustrations, non-downloadable photographs, non-downloadable videos and information relating to fictional illustrated characters. |
| Register | PRINCIPAL |
| Serial Number | 97004500 |
| Filing Date | 2021-08-31T00:00:00 |
| Original Filing Basis | • 1a<br>• 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-09-20 |
| Registration Number | 7122666 |
| Date Registered | 2023-07-25 |
| Owner | (REGISTRANT) Kiara Walker (INDIVIDUAL; USA); c/o Lyons & Salky |

Law, 156 Katonah Ave., Katonah, NEW YORK 10536, UNITED STATES

| | |
|---|---|
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Jesseca Salky |

Print: December 3, 2024 10:58 AM

7381117

# EAT DIRT

| | |
|---|---|
| **Word Mark** | EAT DIRT |
| **Goods/Services** | IC 009 US 021 023 026 036 038<br>Downloadable children's educational software; Downloadable computer game software; Downloadable electronic publications in the nature of books in the field of children's entertainment, children's education, children's fictional stories, children's arts and crafts, children's educational activities and children's games; Electronic books featuring entertaining and educational material for children, parents and families recorded on computer media; Motion picture films and films for television featuring children's entertainment; Visual recordings and audiovisual recordings featuring music and animation; Visual and audio recordings featuring entertaining and educational material for children, parents and families.<br><br>IC 016 US 002 005 022 023 029 037 038 050<br>Stickers; Adhesive notepads; Art prints; Folders for papers; Framed art prints; Gift bags; Illustrated notepads; Paper gift tags; Paper napkins; Paper place mats; Paper table cloths; Pen and pencil cases; Printed books in the field of entertainment and education for children, parents and families; Printed charts for displaying data about human height; Printed greeting cards; Printed instructional, educational, and teaching materials in the field of children's entertainment, children's education, children's fictional stories, children's arts and crafts, children's educational activities and children's games; Printed invitations; Printed notebooks; Printed postcards; Printed posters; Printed publications, namely, books in the field of children's entertainment, children's education, children's fictional stories, children's arts and crafts, children's educational activities and children's games; Wrapping paper; Printed children's books.<br><br>IC 028 US 022 023 038 050<br>Card games; Educational card games; Game cards; Playing cards and card games. |
| **Register** | PRINCIPAL |
| **Serial Number** | 90534562 |

| | |
|---|---|
| Filing Date | 2021-02-18T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-06-28 |
| Registration Number | 7381117 |
| Date Registered | 2024-05-07 |
| Owner | (REGISTRANT) Stacy Moore Photography, Inc. (CORPORATION; COLORADO, USA); PO Box 130, Bellvue, COLORADO 80512, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Shireen Marshall |

Print: December 3, 2024 10:58 AM

7158045

# MATTISA

| | |
|---|---|
| Word Mark | MATTISA |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Envelopes; Stickers; Adhesive note pads; Art pictures in the nature of drawings; Art pictures in the nature of paintings; Art pictures on canvas; Art prints; Art prints on canvas; Binders for office use; Blank note cards; Blank writing journals; Book marks; Framed art prints; Gift boxes; Gift wrapping paper; Paper folders; Paper notebooks; Paper stationery; Personalized writing journals; Printed business cards; Printed calendars; Printed coloring books; Printed daily planners; Printed desktop planners; Printed greeting cards; Printed holiday cards; Printed invitations; Printed note cards; Printed notebooks; Printed post cards; Printed posters; Sketch books; Stationery; Stationery folders; Wrapping paper; Paper gift tags.<br><br>IC 021 US 033 030 002 013 029 040 050 023<br>Mugs. |
| Register | PRINCIPAL |
| Serial Number | 90692035 |
| Filing Date | 2021-05-05T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2023-03-28 |
| Registration Number | 7158045 |
| Date Registered | 2023-09-05 |
| Owner | (REGISTRANT) MATTISA, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 300 N. Marienfeld Suite 700, Midland, TEXAS 79701, UNITED STATES |
| Type of Mark | TRADEMARK |

Mark Drawing Code     (4) STANDARD CHARACTER MARK

Live Dead Indicator     LIVE

Status     REGISTERED

Attorney of Record     Sarah Hegi Simpson

Print: December 3, 2024 10:58 AM

6974881

# giggledoon

| | |
|---|---|
| Word Mark | GIGGLEDOON |
| Goods/Services | IC 009 US 021 026 038 036 023<br>Downloadable MP3 files, MP3 recordings featuring audio books in the field of literature, namely, children's literature; pre-recorded audio books in the field of literature, namely, children's literature; pre-recorded compact discs featuring literature, namely, children's literature.<br><br>IC 016 US 005 002 037 029 038 022 050 023<br>Printed matter, namely, series of fiction books, children's story books, children's activity books, children's coloring books, greeting cards.<br><br>IC 028 US 038 022 050 023<br>Games, namely, memory games, card games, manipulative games, parlor games, party games.<br><br>IC 041 US 100 101 107<br>Providing online publications in the nature of an e-book in the field of literature, namely, children's literature. |
| Register | PRINCIPAL |
| Serial Number | 88645051 |
| Filing Date | 2019-10-07T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2020-05-12 |
| Registration Number | 6974881 |
| Date Registered | 2023-02-07 |
| Owner | (REGISTRANT) GIGGLEDOON LLC (LIMITED LIABILITY COMPANY; NEW JERSEY, USA); 1812 FRONT STREET, SCOTCH PLAINS, NEW JERSEY 07076, UNITED STATES |

| | |
|---|---|
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021116, 261709 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of the term "giggledoon" with a smile or arc symbol spanning from beneath about the center of the first "g" to beneath about the center of the second "g". |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | WALTER J. TENCZA, JR. |

Print: December 3, 2024 10:58 AM

5867003

# Sea Urchin Studio

| | |
|---|---|
| Word Mark | SEA URCHIN STUDIO |
| Goods/Services | IC 016 US 023 022 037 038 029 005 050 002<br>Art prints; Blank writing journals; Calendars; Greeting cards; Notebooks; Notepads; Post cards; Stationery; Wrapping paper. |
| Register | PRINCIPAL |
| Serial Number | 88324085 |
| Filing Date | 2019-03-04T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2019-07-09 |
| Registration Number | 5867003 |
| Date Registered | 2019-09-24 |
| Owner | (REGISTRANT) Sea Urchin Studio LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 24 Roberts Lane, Ridgefield, CONNECTICUT 06877, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "STUDIO" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

7267889

# Leezmark

| | |
|---|---|
| Word Mark | LEEZMARK |
| Goods/Services | IC 016 US 002 005 022 023 029 037 038 050<br>3D decals for use on any surface; Decals; Stickers; Desk mats; Desk organizers for stationery use; Gift bags; Gift wrapping paper; Grocery bags; Office stationery; Packaging boxes of paper; Page holders; Party ornaments of paper; Temporary tattoo transfers; Wrapping paper; Printed greeting cards; Printed postcards. |
| Register | PRINCIPAL |
| Serial Number | 97711173 |
| Filing Date | 2022-12-09T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-10-24 |
| Registration Number | 7267889 |
| Date Registered | 2024-01-09 |
| Owner | (REGISTRANT) Shenzhen Lizi Network Technology Co., Ltd. (limited company (ltd.); CHINA); 3B-045, Phase II, No.1 Huanan Avenue, Hehua Community, Pinghu Street, Longgang, Shenzhen, Guangdong, 518000, CHINA |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Xuan Gu |

Print: December 3, 2024 10:58 AM

7310594

# PLASMAWORLDS

| | |
|---|---|
| Word Mark | PLASMAWORLDS |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Audio books in the nature of novels; Downloadable video game programs; Downloadable video game software; Downloadable computer game software for personal computers and home video game consoles; Downloadable computer programs for video and computer games; Downloadable series of fiction books.<br><br>IC 016 US 002 005 022 023 029 037 038 050<br>Book marks; Postcards; Fabric gift bags; Greetings cards and postcards; Series of fiction books; Series of fiction works, namely, novels and books. |
| Register | PRINCIPAL |
| Serial Number | 88596848 |
| Filing Date | 2019-08-28T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2023-04-25 |
| Registration Number | 7310594 |
| Date Registered | 2024-02-20 |
| Owner | (REGISTRANT) BEY-TAYLOR, ANWAR (INDIVIDUAL; USA); 1167 Bush St. #606, San Francisco, CALIFORNIA 94109, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |

Status                    REGISTERED

Attorney of Record        Moorisha Bey-Taylor

Print: December 3, 2024 10:58 AM

6881455

# EDDIE BAUER

| | |
|---|---|
| Word Mark | EDDIE BAUER |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Gift bags; ribbons and bows of paper for gift wrapping; tissue paper; gift wrapping paper; paper gift tags; printed greeting cards; printed postcards; gift boxes containing note cards; stationery; stationery boxes. |
| Register | PRINCIPAL |
| Serial Number | 90867335 |
| Filing Date | 2021-08-05T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-03-08 |
| Registration Number | 6881455 |
| Date Registered | 2022-10-18 |
| Owner | (REGISTRANT) Eddie Bauer Licensing Services LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1411 Broadway, 21st Floor, New York, NEW YORK 10018, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Bridgette Fitzpatrick |

Print: December 3, 2024 10:58 AM

7221236

# DODO KIDS

| | |
|---|---|
| **Word Mark** | DODO KIDS |

**Goods/Services**

IC 009 US 021 023 026 036 038
Downloadable computer application software for mobile phones, portable media players, and handheld computers, namely, software for providing information, news and commentary in the field of current events relating to non-extinct animals, animal training, and animal stories regarding non-extinct animals; downloadable ongoing entertainment shows featuring comedy, drama, current events news, information about non-extinct animals and pets, commentary about non-extinct animals and pets, documentaries, reality, non-fiction, and animation, recorded, and delivered to mobile devices.

IC 041 US 100 101 107
Education and entertainment services in the nature of non-downloadable ongoing entertainment shows featuring comedy, drama, current events news, information about non-extinct animals and pets, commentary about non-extinct animals and pets, documentaries, reality, non-fiction, and animation, recorded, and delivered via a global computer network or to mobile devices; production of internet-based audio, video and television programs for playing on electronic devices; production of podcasts and other audio content for streaming over a global computer network or playing on a computer or mobile device; distribution in the nature of multimedia publishing of podcasts and other audio content for streaming over a global computer network for playing on a computer or mobile device; providing a website for entertainment purposes featuring non-downloadable comedy, drama, news, information, commentary, documentary, reality, non-fiction, animation videos in the field of non-extinct animals and pets; providing a website featuring information in the field of education; providing online information, news and commentary in the field of current events relating to non-extinct animals; providing online information, news and commentary in the field of animal training; entertainment services, namely, providing images and text featuring animal stories regarding non-extinct animals, on-line and in mobile wireless form.

**Register**          PRINCIPAL

**Serial Number**     97234740

| | |
|---|---|
| Filing Date | 2022-01-24T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-09-05 |
| Registration Number | 7221236 |
| Date Registered | 2023-11-21 |
| Owner | (REGISTRANT) VOX MEDIA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1701 Rhode Island Ave NW, WASHINGTON, District of Columbia 20036, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "KIDS" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Jason J. Mazur |

Print: December 3, 2024 10:58 AM

7255630

# Sincerely Chinx

| | |
|---|---|
| **Word Mark** | SINCERELY CHINX |
| **Goods/Services** | IC 009 US 023 038 026 021 036<br>Downloadable multimedia file containing video relating to holistic wellness and nutrition; Downloadable electronic publications in the nature of newsletter and worksheets in the field of holistic wellness and nutrition.<br><br>IC 016 US 023 037 038 029 005 022 050 002<br>Gift bags; Gift wrapping bows of paper; Gift-wrapping paper; Stickers; Paper gift wrapping bows; Paper gift wrapping ribbons; Printed greeting cards.<br><br>IC 041 US 100 101 107<br>Providing online non-downloadable electronic publications in the nature of blogs in the field of holistic wellness and nutrition. |
| **Register** | PRINCIPAL |
| **Serial Number** | 90726343 |
| **Filing Date** | 2021-05-21T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2022-05-03 |
| **Registration Number** | 7255630 |
| **Date Registered** | 2023-12-26 |
| **Owner** | (REGISTRANT) Sincerely Chinx, LLC (LIMITED LIABILITY COMPANY; CONNECTICUT, USA); 14 Hamilton Ave, Norwalk, CONNECTICUT 06854, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Other Data | The name "CHINX" identifies Stacey Dumas, whose consent(s) to register is made of record. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Alexandra DeNeve |

Print: December 3, 2024 10:58 AM

6612154

# GREY STREET

| | |
|---|---|
| Word Mark | GREY STREET |
| Goods/Services | IC 016 US 029 005 037 050 038 022 023 002<br>Pencils; Stationery; Stickers; Art prints; Paper gift tags; Temporary tattoo transfers; Wrapping paper; Blank writing journals; Illustrated notepads; Printed calendars; Printed greeting cards; Printed note cards; Printed notebooks; Printed postcards. |
| Register | PRINCIPAL |
| Serial Number | 90529879 |
| Filing Date | 2021-02-16T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-10-26 |
| Registration Number | 6612154 |
| Date Registered | 2022-01-11 |
| Owner | (REGISTRANT) Grey Street Paper LLC (LIMITED LIABILITY COMPANY; NEW YORK, USA); 44 LAWRENCE ST, GREENLAWN, NEW YORK 11740, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6572990

# Vision To Fruition

| | |
|---|---|
| Word Mark | VISION TO FRUITION |
| Goods/Services | IC 016 US 005 002 037 029 038 022 050 023<br>Stationery; Stationery cases; Blank cards; Blank journal books; Blank journals; Blank writing journals; Correspondence cards; Customizable journal books; Daily planners; Day planners; Desk top planners; Desktop planners; Flash cards; Greeting cards; Motivational cards; Note cards; Note cards that unfold to act as worksheets for daily/monthly planners, organizers, calendars, to do lists that re-fold to make a credit card sized item that fits neatly in your wallet or pocket; Occasion cards; Office stationery; Organizers for stationery use; Paper stationery; Personalized writing journals; Post cards; Stickers; Writing journal sheets.<br><br>IC 041 US 100 101 107<br>Educational services, namely, conducting programs in the field of personal growth, professional growth, and self-confidence; Educational services, namely, conducting seminars, lectures, teleseminars, teleclasses, and workshops in personal awareness; Educational and entertainment services, namely, providing motivational speaking services in the field of personal growth, professional growth, and self-confidence; Entertainment services, namely, providing podcasts in the field of personal growth, professional growth, and self-confidence; Production of podcasts. |
| Register | PRINCIPAL |
| Serial Number | 90316587 |
| Filing Date | 2020-11-12T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-09-14 |
| Registration Number | 6572990 |

| | |
|---|---|
| Date Registered | 2021-11-30 |
| Owner | (REGISTRANT) Freedom With Fallon LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA); 2669 Oak Leaf Place SE, Atlanta, GEORGIA 30316, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Kyona McGhee, Esq |

Print: December 3, 2024 10:58 AM

7404700



| | |
|---|---|
| **Word Mark** | SOL STATIONERY XN.C.F.RAY |
| | |
| | **IC 009 US 021 023 026 036 038**<br>Downloadable printable stationery materials, namely, recipe card templates, phone wallpaper, desktop wallpaper; Electronic personal organizer; Downloadable electronic greeting cards; Downloadable postcards; Downloadable printable calendars; Downloadable printable planners and organizers; Electronic day planners. |
| **Goods/Services** | **IC 016 US 002 005 022 023 029 037 038 050**<br>Stationery; Blank note cards; Blank or partially printed postcards; Blank writing journals; Customizable journal books for writing; Desk organizers for stationery use; Office stationery; Organizational kits containing printed calendars, stationery, planning folders, templates and guidelines for planning social events; Paper stationery; Paper sheets being stationery; Personalized writing journals; Printed calendars; Printed cards bearing universal greetings; Printed greeting cards; Printed greeting cards featuring keepsake fabric for couples, weddings, birthdays, holidays, special occasions, celebrations; Printed invitations for couples, weddings, birthdays, holidays, special occasions, celebrations; Printed note cards featuring calligraphy; Printed postcards; Printed stationery; Printed Christmas cards; Printed daily planners; Printed day planners; Printed desk calendars; Printed holiday cards; Printed invitation cards; Printed motivational cards; Printed note cards; Printed occasion cards; Printed picture cards; Printed picture postcards; Printed social note cards; Printed wall calendars; Writing journal sheets. |
| **Register** | PRINCIPAL |
| **Serial Number** | 97541281 |
| **Filing Date** | 2022-08-09T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2024-03-19 |

| | |
|---|---|
| Registration Number | 7404700 |
| Date Registered | 2024-06-04 |
| Owner | (REGISTRANT) Dreams Depicted LLC (LIMITED LIABILITY COMPANY; GEORGIA, USA); 1305 Barnard St #707, Savannah, GEORGIA 31401, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 200101, 200303, 200307, 260121 |
| Description of Mark | • The color(s) cream, yellow, black and white is/are claimed as a feature of the mark.<br>• The mark consists of a cream colored rectangle representing an envelope with a smaller cream colored rectangle with a yellow border inside of a black border and yellow circle representing a stamp at the top right corner of the envelope. The letters "XN.C.F.Ray" are in the top left corner in Adorn Garland script in black. A yellow circle is in the middle of the envelope with the word "SOL" in Adorn Garland script in black. A black pencil with a yellow tip is at a diagonal angle across the yellow circle with the word "STATIONERY" written in white on the pencil, in Adorn Garland script. |
| Translation | The English translation of SOL in the mark is SUN. |
| Disclaimer | "STATIONERY" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Johnetta Paye |

Print: December 3, 2024 10:58 AM

6992579



| | |
|---|---|
| Word Mark | MATTISA ART LITERATURE STATIONERY ISABEL SANCHEZ H MIS ANGELES MIS DEMONIOS BONITO |
| Goods/Services | IC 016 US 002 005 037 038 029 050 022 023<br>Envelopes; Stationery; Stickers; Adhesive note pads; Art pictures in the nature of drawings; Art pictures in the nature of paintings; Art pictures on canvas; Art prints; Art prints on canvas; Binders for office use; Blank note cards; Blank writing journals; Book marks; Framed art prints; Gift boxes; Gift wrapping paper; Paper folders; Paper notebooks; Paper stationery; Personalized writing journals; Printed calendars; Printed coloring books; Printed daily planners; Printed desktop planners; Printed greeting cards; Printed holiday cards; Printed invitations; Printed note cards; Printed notebooks; Printed post cards; Printed posters; Sketch books; Stationery folders; Wrapping paper; Paper gift tags; Printed business cards. |
| Register | PRINCIPAL |
| Serial Number | 90693996 |
| Filing Date | 2021-05-06T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-07-05 |
| Registration Number | 6992579 |
| Date Registered | 2023-02-28 |
| Owner | (REGISTRANT) MATTISA, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 300 N. Marienfeld Suite 700, Midland, TEXAS 79701, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |

| | |
|---|---|
| Design Code | 031506, 031524, 050525, 200501, 260106 |
| Description of Mark | The mark consists of a drawing of a swan with three books arranged on the swan's back, the term "MATTISA" positioned below the swan drawing, and a circle surrounding the swan with the words "ART", "LITERATURE" and "STATIONERY" arranged under "MATTISA" along the bottom left side of the circle and a drawing of small flowers forming the right side of the circle. The wording "ISABEL SANCHEZ H" forms the back of the swan's neck, the wording "MIS ANGELES" forms the swan's underside, and the wording "MIS DEMONIOS" forms the front of the swan's neck. In the swan's tail feathers are the letters "B O N I T O". |
| Translation | The English translation of "MIS ANGELES MIS DEMONIOS BONITO" in the mark is "MY ANGELS MY DEMONS PRETTY". |
| Disclaimer | "ART" AND "STATIONERY" |
| Other Data | The name(s), portrait(s), and/or signature(s) shown in the mark identifies ISABEL SANCHEZ H, whose consent(s) to register is made of record. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Sarah Hegi Simpson |

Print: December 3, 2024 10:58 AM

7249869

# THE BOXCAR CHILDREN

| | |
|---|---|
| **Word Mark** | THE BOXCAR CHILDREN |
| **Goods/Services** | IC 009 US 021 023 026 036 038<br>Downloadable fiction e-books on a variety of topics; audio books in the nature of novels; DVDs featuring children's stories; motion picture films and films for television featuring children's entertainment being motion picture films featuring comedy, drama, action, adventure and animation and motion picture films for broadcast on television featuring comedy, drama, action, adventure and animation; downloadable audio and video recordings featuring children's stories; prerecorded video tapes, video cassettes, and digital versatile discs featuring music, comedy, drama, action, adventure, and animation.<br><br>IC 016 US 002 005 022 023 029 037 038 050<br>Series of printed children's books; printed children's books; printed matter and paper goods, namely, coloring books, children's activity books; printed notebooks; printed diaries; printed greeting cards; bookmarks; printed calendars.<br><br>IC 041 US 100 101 107<br>Entertainment in the nature of theater productions; entertainment services, namely, displaying a series of films; online journals, namely, blogs featuring children's stories; entertainment services, namely, providing online video games; providing online non-downloadable visual and audio recordings featuring children's stories. |
| **Register** | PRINCIPAL |
| **Serial Number** | 90630260 |
| **Filing Date** | 2021-04-07T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2022-07-05 |
| **Registration Number** | 7249869 |

Date Registered      2023-12-19

Owner      (REGISTRANT) Penguin Random House LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1745 Broadway, New York, NEW YORK 10019, UNITED STATES

Type of Mark
- TRADEMARK
- SERVICE MARK

Mark Drawing Code      (4) STANDARD CHARACTER MARK

Live Dead Indicator      LIVE

Status      REGISTERED

Print: December 3, 2024 10:58 AM

6276550

# WILDE HOUSE PAPER

| | |
|---|---|
| Word Mark | WILDE HOUSE PAPER |
| Goods/Services | IC 016 US 002 005 022 023 029 037 038 050<br>Paper Stationery; Calendar desk pads; Calendars; Notepads; Notebooks; blank journals; Note cards; Holiday cards; Birthday cards; Greeting cards; Blank cards; Art prints; Daily planners; Gift wrapping paper; Wrapping paper. |
| Register | PRINCIPAL |
| Serial Number | 90055159 |
| Filing Date | 2020-07-15T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2020-12-08 |
| Registration Number | 6276550 |
| Date Registered | 2021-02-23 |
| Owner | (REGISTRANT) Megan Heddinger (INDIVIDUAL; USA); 1235 Monterey Street, San Luis Obispo, CALIFORNIA 93401, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "PAPER" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Raj Abhyanker |

Print: December 3, 2024 10:58 AM

7409422

# BLACK CLOAK

| | |
|---|---|
| Word Mark | BLACK CLOAK |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic publications in the nature of graphic novels, comic books, short stories, a series of fiction books, magazines and periodicals, all in the field of action and adventure; electronic publications, namely, downloadable e-zines featuring action and adventure; downloadable graphic novels.<br><br>IC 016 US 002 005 022 023 029 037 038 050<br>Printed comic books; Printed graphic novels.<br><br>IC 041 US 100 101 107<br>Providing online non-downloadable comic books and graphic novels. |
| Register | PRINCIPAL |
| Serial Number | 97372940 |
| Filing Date | 2022-04-20T00:00:00 |
| Original Filing Basis | • 1a<br>• 1b |
| Current Filing Basis | 1a |
| Publication Date | 2023-06-13 |
| Registration Number | 7409422 |
| Date Registered | 2024-06-04 |
| Owner | (REGISTRANT) 1979 Semi-Finalist, Inc. (CORPORATION; NEW YORK, USA); 6525 SE 85th Ave, Portland, OREGON 97266, UNITED STATES |
| Type of Mark | • TRADEMARK |

- SERVICE MARK

Mark Drawing Code        (4) STANDARD CHARACTER MARK

Live Dead Indicator      LIVE

Status                   REGISTERED

Attorney of Record       Robert Scott Lawrence

Print: December 3, 2024 10:58 AM

7302606

# VAMPIRONICA

| | |
|---|---|
| Word Mark | VAMPIRONICA |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic publications, namely, comic books, comic magazines and graphic novels.<br><br>IC 016 US 002 005 022 023 029 037 038 050<br>Printed matter and paper goods, namely, comics, magazines, graphic novels, digests and books for children and adults featuring characters from animated and live action motion picture and television films; printed posters.<br><br>IC 041 US 100 101 107<br>Providing online non-downloadable electronic publications, namely, comic books, comic magazines and graphic novels. |
| Register | PRINCIPAL |
| Serial Number | 97529390 |
| Filing Date | 2022-08-01T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-11-28 |
| Registration Number | 7302606 |
| Date Registered | 2024-02-13 |
| Owner | (REGISTRANT) Archie Comic Publications, Inc. (CORPORATION; NEW YORK, USA); 629 Fifth Avenue, Pelham, New York 10803, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |

| | |
|---|---|
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Edmund J. Ferdinand, III |

Print: December 3, 2024 10:58 AM

7221235



**Word Mark**

**Goods/Services**

IC 041 US 100 101 107
Education and entertainment services in the nature of non-downloadable
entertainment shows featuring comedy, drama, current events news,
information about non-extinct animals and pets, commentary about non-extinct
animals and pets, documentaries, reality, non-fiction, and animation, recorded,
and delivered via a global computer network or to mobile devices; production
of internet-based audio, video and television programs for playing on electronic
devices; production of podcasts and other audio content for streaming over a
global computer network or playing on a computer or mobile device;
distribution in the nature of multimedia publishing of podcasts and other audio
content for streaming over a global computer network for playing on a
computer or mobile device; providing a website for entertainment purposes
featuring non-downloadable comedy, drama, news, information, commentary,
documentary, reality, non-fiction, animation videos in the field of non-extinct
animals and pets; providing a website featuring information in the field of
education; providing online information, news and commentary in the field of
current events relating to non-extinct animals; providing online information,
news and commentary in the field of animal training; entertainment services,
namely, providing images and text featuring animal stories regarding non-
extinct animals, on-line and in mobile wireless form.

| | |
|---|---|
| Register | PRINCIPAL |
| Serial Number | 97234729 |
| Filing Date | 2022-01-24T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-09-05 |
| Registration Number | 7221235 |

| | |
|---|---|
| Date Registered | 2023-11-21 |
| Owner | (REGISTRANT) VOX MEDIA, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 1701 Rhode Island Ave NW, WASHINGTON, District of Columbia 20036, UNITED STATES |
| Type of Mark | SERVICE MARK |
| Mark Drawing Code | (2) DESIGN ONLY |
| Design Code | 031524, 031525 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of a bird. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Jason J. Mazur |

Print: December 3, 2024 10:58 AM

7060250

# Color◆Post

| | |
|---|---|
| Word Mark | COLOR-POST |
| Goods/Services | IC 016 US 005 002 037 029 038 050 022 023<br>Drawings; Stationery; Cachets being letter seals; Gift wrapping paper; Note paper; Paper and cardboard; Paper garbage bags; Paper tissues; Printed greeting cards; Printed photographs; Printed postcards; Stationery writing paper and envelopes; Stickers; Writing implements; Art prints. |
| Register | PRINCIPAL |
| Serial Number | 97354798 |
| Filing Date | 2022-04-08T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2023-03-07 |
| Registration Number | 7060250 |
| Date Registered | 2023-05-23 |
| Owner | (REGISTRANT) Yu, Jiangfan (INDIVIDUAL; CHINA); 14-701, Shendaxin Village, Futian Dist., Shenzhen, Guangdong, 518000, CHINA |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 260712, 260721, 261701, 261705 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the wording "COLOR-POST" in stylized font with the hyphen enclosed in a shaded diamond. |

Live Dead Indicator          LIVE

Status                       REGISTERED

Attorney of Record           Wei Gu

Print: December 3, 2024 10:58 AM

6336366



| | |
|---|---|
| Word Mark | DIY PARTY |
| Goods/Services | IC 009 US 026 038 021 036 023<br>Downloadable tutorial e-books in the field of party planning; Downloadable tutorial software featuring instruction in baby showers, wedding, birthday, holiday and special occasion planning; Downloadable templates for designing and customizing greeting cards, thank you cards, note cards, invitations, brochures, business cards, activity pages, planners, party decorations and games.<br><br>IC 016 US 002 005 037 029 038 050 022 023<br>Calendars; Daily planners; Greeting cards; Notepads; Paper; Paper doilies; Paper gift cards; Paper labels; Paper notebooks; Stickers; Bond paper; Calligraphy paper; Corkboard pins; Corrugated paper panels laminated with bleached white paper primarily for application of printed media for further use in signage applications; Craft paper; Drawing pins; Envelope paper; Illustration paper; Label paper; Letterhead paper; Paper gift tags; Postcard paper; Push pins; Stencil paper; Printed party invitations; Paper party decorations; Decoration and art materials and media, namely, art paper, artist's pens and pencils; Party stationery; Desk calendars; Thank you cards; Printed marketing and advertising materials, namely, gift certificates; paper napkins. |
| Register | PRINCIPAL |
| Serial Number | 88820563 |
| Filing Date | 2020-03-04T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2020-07-07 |
| Registration Number | 6336366 |
| Date Registered | 2021-04-27 |

| | |
|---|---|
| Owner | (REGISTRANT) Hadley Designs, LLC (LIMITED LIABILITY COMPANY; TEXAS, USA); 2616 Leafspray Ln, Flower Mound, TEXAS 75022, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 051504, 090503, 210113, 270305 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized words "DIY PARTY" and two balloons, The letter "A" in the word "PARTY" is a fanciful representation of either a Christmas tree or party hat. |
| Disclaimer | "DIY PARTY" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Justin Brown |

Print: December 3, 2024 10:58 AM

6221810



**1 C A N O E 2**

| | |
|---|---|
| Word Mark | 1CANOE2 |
| Goods/Services | IC 016 US 005 002 037 029 038 022 050 023<br>printed matter, namely, stationery, greeting cards, blank note cards, postcards, note pads, paper gift tags, calendars, recipe cards, recipe binders, art prints, notebooks, day planners, blank journals, address books; printed quilt patterns. |
| Register | PRINCIPAL |
| Serial Number | 88935665 |
| Filing Date | 2020-05-27T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2020-09-29 |
| Registration Number | 6221810 |
| Date Registered | 2020-12-15 |
| Owner | • (REGISTRANT) 1canoe2, LLC (LIMITED LIABILITY COMPANY; MISSOURI, USA); 413 Court Street, Fulton, MISSOURI 65251, UNITED STATES<br>• (LAST LISTED OWNER) INKED BRANDS, INC. (CORPORATION; DELAWARE, USA); PO BOX 5100, BOWLING GREEN, KENTUCKY 42101, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 050525 |

| | |
|---|---|
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the phrase "1CANOE2" in a stylized font below a depiction of two flowers with their stems crossed. |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6535174

# TRAZER

| | |
|---|---|
| Word Mark | TRAZER |
| Goods/Services | IC 009 US 038 026 021 036 023<br>Audio books in the nature of novels; Downloadable series of fiction books; Downloadable computer programs for video and computer games.<br><br>IC 016 US 005 002 037 029 038 050 022 023<br>Series of fiction books; Series of fiction works, namely, novels and books. |
| Register | PRINCIPAL |
| Serial Number | 90365330 |
| Filing Date | 2020-12-08T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-08-10 |
| Registration Number | 6535174 |
| Date Registered | 2021-10-26 |
| Owner | (REGISTRANT) Yorubaboy LLC., (LIMITED LIABILITY COMPANY; MARYLAND, USA); 8011 Cattail Court, Frederick, MARYLAND 21701, UNITED STATES |
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |

Print: December 3, 2024 10:58 AM

6453074

# PAPER THISTLE

| | |
|---|---|
| Word Mark | PAPER THISTLE |
| Goods/Services | IC 016 US 037 029 038 050 005 022 023 002<br>Calendars; Notebooks; Paper; Art prints; Gift bags; Greeting cards; Note cards; Wrapping paper; Blank journals; Paper gift tags; Paper stationery.<br><br>IC 035 US 102 100 101<br>On-line retail store services featuring mugs, cards, customizable cards, art prints, tea towels, gift tags, and stationery.; Retail store services featuring mugs, cards, customizable cards, art prints, tea towels, gift tags, and stationery. |
| Register | PRINCIPAL |
| Serial Number | 90309898 |
| Filing Date | 2020-11-10T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2021-06-01 |
| Registration Number | 6453074 |
| Date Registered | 2021-08-17 |
| Owner | (REGISTRANT) Paper Thistle (LIMITED LIABILITY COMPANY; NORTH CAROLINA, USA); 226 Magnolia Ave., Charlotte, NORTH CAROLINA 28203, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "PAPER" |

Live Dead Indicator          LIVE

Status                       REGISTERED

Attorney of Record           Ashley D. Johnson

Print: December 3, 2024 10:58 AM

7474573

# THE JI

| | |
|---|---|
| Word Mark | THE JI |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic publications in the nature of journals in the field of immunology.<br><br>IC 041 US 100 101 107<br>Providing online publications in the nature of journals in the field of immunology. |
| Register | PRINCIPAL |
| Serial Number | 98151315 |
| Filing Date | 2023-08-25T00:00:00 |
| Original Filing Basis | 1a |
| Current Filing Basis | 1a |
| Publication Date | 2024-05-28 |
| Registration Number | 7474573 |
| Date Registered | 2024-08-13 |
| Owner | (REGISTRANT) The American Association of Immunologists, Inc. (CORPORATION; MARYLAND, USA); 1451 Rockville Pike, Suite 650, Rockville, Maryland 20852, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Live Dead Indicator | LIVE |

Status                     REGISTERED

Attorney of Record         Rebecca Liebowitz

Print: December 3, 2024 10:58 AM

6660777

# HAPPY HOPE COMPANY

Word Mark          HAPPY HOPE COMPANY

IC 009 US 026 038 021 036 023
Downloadable podcasts in the fields of strategic leadership, innovation, corporate team building, customer relationship management, entrepreneurship, creativity in business, change management and sustainability.

IC 016 US 005 002 037 029 038 050 022 023
Blank cards; blank note cards; blank paper notebooks; calendars; cards bearing universal greetings; Christmas cards; correspondence cards; gift bags; gift boxes; gift boxes containing note cards; gift boxes made of cardboard; gift wrapping paper; greeting cards; postcards; Holiday cards; invitation cards; blank writing journals; printed journals in the field of corporate team building; motivational cards; note books; note cards; note pad holders; note pads; note paper; notebook covers; notebooks; occasion cards; paper photo frames; paper napkins; paper for wrapping and packaging; paper gift bags; paper gift cards; paper gift tags; paper gift wrap; paper notebooks; paper sheets for note taking; picture cards; place cards; post cards; postcards and greeting cards; picture postcards; printed invitations; social note cards; stationery; stickers; decals; paper notebooks; paper sheets for note taking; coloring books; books, namely, books in the field of inspiration, personal growth, health, happiness, charitable giving, peaceful conflict resolution, and life lessons.

Goods/Services

IC 041 US 100 101 107
Educational and entertainment services, namely, providing motivational speaking services for business executives, business leaders, educational program participants, and corporate sponsors in the fields of strategic leadership, innovation, corporate team building, customer relationship management, entrepreneurship, creativity in business, change management and sustainability; Educational services, namely, conducting workshops, lectures, seminars, learning forums, educational programs, and conferences in the field of developing professional leadership skills for executives; Arranging and conducting of conferences, seminars and symposiums in the fields of strategic leadership, innovation, corporate team building, customer relationship management, entrepreneurship, creativity in business, change management and sustainability; Educational services, namely, classes and instruction in the fields of strategic leadership, innovation, corporate team building, customer

relationship management, entrepreneurship, creativity in business, change management and sustainability.

| | |
|---|---|
| Register | PRINCIPAL |
| Serial Number | 90217906 |
| Filing Date | 2020-09-28T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2021-05-11 |
| Registration Number | 6660777 |
| Date Registered | 2022-03-01 |
| Owner | (REGISTRANT) Happy Hope Foundation, Inc. (non-profit corporation; MASSACHUSETTS, USA); 6 Benjamin Nye Circle, Pocasset, MASSACHUSETTS 02559, UNITED STATES |
| Type of Mark | • TRADEMARK<br>• SERVICE MARK |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Disclaimer | "COMPANY" |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Miguel Danielson |

Print: December 3, 2024 10:58 AM

7056466



| | |
|---|---|
| Word Mark | SS SNOW SUMMIT |
| Goods/Services | IC 009 US 021 023 026 036 038<br>Downloadable electronic greeting cards; downloadable postcards; downloadable posters.<br><br>IC 016 US 002 005 022 023 029 037 038 050<br>Print note cards and envelopes; printed illustrations; photographic prints; framed art prints; office supplies, namely, stationery, envelopes, wrapping paper, packaging materials made of paper; blank journals for writing; printed notebooks; printed greeting cards; printed postcards; decals and stickers; printed posters.<br><br>IC 025 US 022 039<br>Clothing, namely, base layers, vests, shirts, T-shirts, sweatshirts, robes, bathrobes, jackets, ski pants, cycling jerseys, socks, belts, gloves; headwear, namely, visors, caps, hats and beanies. |
| Register | PRINCIPAL |
| Serial Number | 90836635 |
| Filing Date | 2021-07-19T00:00:00 |
| Original Filing Basis | 1b |
| Current Filing Basis | 1a |
| Publication Date | 2022-06-21 |
| Registration Number | 7056466 |
| Date Registered | 2023-05-16 |
| Owner | (REGISTRANT) Snow Summit, LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 880 SUMMIT BOULEVARD, BIG BEAR LAKE, California 92315, UNITED STATES |

| | |
|---|---|
| Type of Mark | TRADEMARK |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Code | 060104 |
| Description of Mark | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized wording "SNOW SUMMIT" with the word "SNOW" appearing stacked above the word "SUMMIT" and both words positioned centered and below the two mountain peaks in the shape of the stylized letters "SS". |
| Disclaimer | "SNOW" FOR INTERNATIONAL CLASS 25 |
| Live Dead Indicator | LIVE |
| Status | REGISTERED |
| Attorney of Record | Ian L. Saffer |

Print: December 3, 2024 10:58 AM

 LexisNexis

Search: Public Records : Surname
Terms: last-name(henley) maxresults(500)

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 1. | HENLEY, A | 11011 E 14TH<br>TULSA, OK 74128-4851 | 918-764-9709 |
| 2. | HENLEY, A M | 620 ALMOND ST<br>NAMPA, ID 83686-5536 | 208-467-2724 |
| 3. | HENLEY, A | 7802 BAFFIN<br>SEVERN, MD 21144-1668 | 410-551-5886 |
| 4. | HENLEY, A | 243 HIGHLAND<br>KEARNY, NJ 07032-2057 | 201-998-0711 |
| 5. | HENLEY, A | 2257 MILAN<br>EASTON, PA 18045-5789 | 908-619-4632 |
| 6. | HENLEY, A | 1642 OLMSTEAD<br>POWHATAN, VA 23139-7058 | 804-598-6848 |
| 7. | HENLEY, A | 2020 PENNSYLVANIA NW<br>WASHINGTON, DC 20006-1811 | 202-861-2242 |
| 8. | HENLEY, A | | 202-290-5041 |
| 9. | HENLEY, A | | 281-813-3455 |
| 10. | HENLEY, A | ALLEN PARK, MI 48101 | 313-338-7363 |
| 11. | HENLEY, A | ATLANTA, GA 30308 | 678-791-9721 |
| 12. | HENLEY, A | AVONDALE ESTATES, GA 30002 | 404-798-1281 |
| 13. | HENLEY, A | LAS VEGAS, NV 89104 | 702-266-1209 |
| 14. | HENLEY, A | PITTSBURGH, PA 15205 | 412-225-2844 |
| 15. | HENLEY, A | POCAHONTAS, MS 39072 | 601-826-9821 |
| 16. | HENLEY, A | SAN JOSE, CA 95124 | 408-371-2362 |
| 17. | HENLEY, A | TAMPA, FL 33619 | 813-900-6603 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 18. | HENLEY, AARON | 1130 E 7TH<br>ALTON, IL 62002-6509 | 618-447-4805 |
| 19. | HENLEY, AARON | 20404 N 98TH<br>PEORIA, AZ 85382-5107 | 575-491-0793 |
| 20. | HENLEY, AARON P | 193 MUELLERS<br>STATESVILLE, NC 28625-2782 | 704-902-7441 |
| 21. | HENLEY, AARON | PO BOX 1105<br>ALAMO, CA 94507-7105 | 925-260-4971 |
| 22. | HENLEY, AARON M | 544 RIDGE AVE NE<br>NEW PHILADELPHIA, OH 44663-2941 | 330-339-1074 |
| 23. | HENLEY, AARON | 1403 WIBRACHT<br>SAINT LOUIS, MO 63132-1423 | 314-482-2418 |
| 24. | HENLEY, ABRAM | 4360 DON ST<br>MEMPHIS, TN 38109-5215 | 901-785-0941 |
| 25. | HENLEY, ACIE | SPOKANE, WA 99202 | 509-768-7638 |
| 26. | HENLEY, ADAM | | 865-418-6366 |
| 27. | HENLEY, ADAM | CHATTANOOGA, TN 37421 | 423-582-0961 |
| 28. | HENLEY, ADAM | CHESAPEAKE, VA 23324 | 757-675-9995 |

| 29. | HENLEY, ADRAIN | ALPHARETTA, GA 30004 | 770-820-9051 |
| 30. | HENLEY, ADRIAN | 31 MARY<br>ALEXANDRIA, LA 71301-6655 | 918-833-2696 |
| 31. | HENLEY, ADRIAN | ALPHARETTA, GA 30004 | 770-545-2395 |
| 32. | HENLEY, ADRIENNE | 8204 FOREST<br>MENTOR, OH 44060-7644 | 440-639-0772 |
| 33. | HENLEY, ADRIENNIKKI Q | 1010 JOHNSONS<br>HAZLEHURST, MS 39083-8601 | 601-467-3256 |
| 34. | HENLEY, ADRON E | 14 SOUTHLAND<br>METROPOLIS, IL 62960-2915 | 618-524-8687 |
| 35. | HENLEY, AGGIE | 926 VANZANDT<br>HARDIN, MT 59034-2119 | 406-679-0408 |
| 36. | HENLEY, AIMEE GILLISON | 1290 N WILLIAMS STE 301<br>DENVER, CO 80218-2600 | 720-339-4211 |
| 37. | HENLEY, AISHA | 12009 167TH<br>JAMAICA, NY 11434-2506 | 646-358-2752 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 38. | HENLEY, AKILAH | 255 SYDNEY<br>GOODLETTSVILLE, TN 37072-8430 | 615-403-3775 |
| 39. | HENLEY, AKILAH | NEW YORK, NY 10007 | 917-318-4556 |
| 40. | HENLEY, ALAN J | 21 N 2ND UNIT 410<br>CAMPBELL, CA 95008-2985 | 408-371-2362 |
| 41. | HENLEY, ALAN | 24812 JERONIMO<br>EL TORO, CA 92630-4020 | 626-710-2945 |
| 42. | HENLEY, ALAN | 2412 MORRIS<br>CORSICANA, TX 75110-1968 | 903-467-4398 |
| 43. | HENLEY, ALAN | 1 SAINT JOSEPH<br>LEXINGTON, KY 40504-3742 | 719-651-9085 |
| 44. | HENLEY, ALAN | BIRMINGHAM, AL 35244 | 205-482-7177 |
| 45. | HENLEY, ALANA B | 488 DOE TRAIL<br>CORDOVA, TN 38018-7666 | 720-451-3246 |
| 46. | HENLEY, ALANA | 2902 HARWOOD APT 207B<br>BEDFORD, TX 76021-3795 | 303-917-9129 |
| 47. | HENLEY, ALANESHA | 235 SCHOOL<br>CLARKSDALE, MS 38614-4038 | 662-302-8907 |

| | | | |
|---|---|---|---|
| 48. | HENLEY, ALBERT | 3576 DEXTER<br>DENVER, CO 80207-1050 | 303-322-3877 |
| 49. | HENLEY, ALBERT L | 1416 HUNTLEIGH DR<br>ROLLA, MO 65401-6818 | 573-426-3220 |
| 50. | HENLEY, ALBERT JR. | 601 N PULASKI<br>BALTIMORE, MD 21217-1019 | 410-551-5886 |
| 51. | HENLEY, ALBERT | CANMER, KY 42722 | 270-528-6156 |
| 52. | HENLEY, ALBERTA L | 1089 CEDAR<br>UNION, NJ 07083-3637 | 310-864-5433 |
| 53. | HENLEY, ALBERTA | 765 FOREST LAKE S<br>MACON, GA 31210-3237 | 478-775-5890 |
| 54. | HENLEY, ALDEAN | 108 LANCASTER<br>SIMPSONVILLE, SC 29680-6426 | 864-277-2559 |
| 55. | HENLEY, ALEASA M | 280 GAMMONS<br>HARTSVILLE, TN 37074-3333 | 615-568-0265 |
| 56. | HENLEY, ALECIA A | 161 HERITAGE<br>LA VERGNE, TN 37086-2651 | 615-762-8726 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 57. | HENLEY, ALEISHA L | 4410 LINCREST S<br>JACKSONVILLE, FL 32208-1949 | 904-764-2345 |
| 58. | HENLEY, ALEJANDRO R | 1701 E MCINTOSH<br>GRIFFIN, GA 30223-6523 | 770-467-9214 |
| 59. | HENLEY, ALESHA | 118 MCKEE<br>HARVEST, AL 35749-9563 | 251-865-1090 |
| 60. | HENLEY, ALESHA | GRAND BAY, AL 36541 | 251-865-1090 |
| 61. | HENLEY, ALESHIA | 518 OAK<br>MANCHESTER, TN 37355-1865 | 931-409-1143 |
| 62. | HENLEY, ALESSAND | HOUSTON, TX 77030 | 713-799-3889 |
| 63. | HENLEY, ALETHA | 5127 SHILOH ADAMSVILLE<br>STANTONVILLE, TN 38379-5332 | 731-610-5686 |
| 64. | HENLEY, ALEX H | 6465 FOOTHILLS<br>GAYLORD, MI 49735-9055 | 616-799-0454 |
| 65. | HENLEY, ALEX | 1500 INDIAN SCHOOL NW<br>ALBUQUERQUE, NM 87104-2306 | 505-307-4863 |
| 66. | HENLEY, ALEX D | PO BOX 872<br>BROOKINGS, OR 97415-0017 | 916-612-6161 |
| 67. | HENLEY, ALEX | WOODSTOCK, GA 30188 | 404-667-0001 |

| 67. | HENLEY, ALEX | WOODSTOCK, GA 30188 | 404-287-8291 |
| 68. | HENLEY, ALEXANDER | 4101 GUADALUPE<br>AUSTIN, TX 78751-4240 | 713-410-3217 |
| 69. | HENLEY, ALEXIS | 4231 DUBHE<br>CONCORD, CA 94521-1839 | 925-459-0578 |
| 70. | HENLEY, ALEXIS | 632 N EAST<br>SARASOTA, FL 34237-4338 | 904-612-0608 |
| 71. | HENLEY, ALEXIS E | 3940 SHERMAN NE APT 34<br>CEDAR RAPIDS, IA 52402-6465 | 319-640-3342 |
| 72. | HENLEY, ALFRED | | 520-280-2566 |
| 73. | HENLEY, ALFREDA | 17760 TOEPFER<br>EAST DETROIT, MI 48021-3071 | 734-459-7691 |
| 74. | HENLEY, ALICE P | 415 NW 46TH<br>FORT LAUDERDALE, FL 33309-4024 | 954-540-9804 |
| 75. | HENLEY, ALICE | 592 DICKINSON<br>EXTON, PA 19341-1118 | 610-873-7337 |
| 76. | HENLEY, ALICE G | 139 ROUTE 12 | 860-892-1373 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| | | PRESTON, CT 06365-8331 | |
| 77. | HENLEY, ALICIA | 6000 ELDORADO APT 533 FRISCO, TX 75033-3548 | 318-321-1211 |
| 78. | HENLEY, ALICIA | 1445 FAIRLIN SAN JACINTO, CA 92582-4241 | 951-368-7847 |
| 79. | HENLEY, ALICIA | SCHAUMBURG, IL 60173 | 773-397-6699 |
| 80. | HENLEY, ALISA | 212 E NEAL CARTHAGE, TX 75633-1644 | 903-690-0169 |
| 81. | HENLEY, ALISA | 212 E NEAL CARTHAGE, TX 75633-1644 | 903-690-0169 |
| 82. | HENLEY, ALISHA | 1013 THRAMS BORGER, TX 79007-2229 | 806-274-9483 |
| 83. | HENLEY, ALISON K | 4111 COLE APT 315 DALLAS, TX 75204-2093 | 214-319-9201 |
| 84. | HENLEY, ALISON P | 164 DRIVE 2436 SALTILLO, MS 38866-6945 | 662-275-8858 |
| 85. | HENLEY, ALISON | PO BOX 84 CEDAR CREST, NM 87008-0084 | 505-286-8761 |

| 86. | HENLEY, ALL K | 1135 S DELANO E APT 505<br>CHICAGO, IL 60605-3451 | 314-239-3662 |
| 87. | HENLEY, ALLAN T | 1132 SE HIGHWAY 484<br>OCALA, FL 34480-8708 | 863-618-9852 |
| 88. | HENLEY, ALLAN | 2641 SETTING SUN<br>POWHATAN, VA 23139-7552 | 804-467-7119 |
| 89. | HENLEY, ALLAN | OCALA, FL 34471 | 352-426-2575 |
| 90. | HENLEY, ALLEN A | 8450 SW 136TH<br>OCALA, FL 34473-6810 | 352-233-6052 |
| 91. | HENLEY, ALLEN J | 5469 N 8TH<br>JOINT BASE LEWIS MCCHORD, WA 98433-1131 | 623-258-6404 |
| 92. | HENLEY, ALLEN | 2704 BLAISDELL<br>MINNEAPOLIS, MN 55408-1579 | 337-654-9260 |
| 93. | HENLEY, ALLEN D | 4640 SE CABER<br>LAWTON, OK 73501-6624 | 580-695-1508 |
| 94. | HENLEY, ALLEN | 9255 LAKEVIEW<br>FOLEY, AL 36535-9372 | 334-673-2219 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 95. | HENLEY, ALLEN | 2253 SHELTERWOOD<br>HOOVER, AL 35226-1096 | 205-499-0633 |
| 96. | HENLEY, ALLEN E | 30 WILDWOOD<br>MIDDLETON, TN 38052-4596 | 731-609-4270 |
| 97. | HENLEY, ALLEN | LYDIA, SC 29079 | 843-858-2869 |
| 98. | HENLEY, ALLIESA | | 731-277-8472 |
| 99. | HENLEY, ALLISON | 612 ZANE APT 3<br>LOUISVILLE, KY 40203-3330 | 502-689-9479 |
| 100. | HENLEY, ALLYN | 2638 OVERHILL<br>MC LEANSVILLE, NC 27301-9633 | 336-456-6667 |
| 101. | HENLEY, ALLYSON A | 2101 SPRING SOUND<br>BUFORD, GA 30519-6278 | 678-851-3916 |
| 102. | HENLEY, ALLYSON K | 1330 N WACO AVE<br>TULSA, OK 74127-3012 | 918-583-1849 |
| 103. | HENLEY, ALLYSON | | 662-617-5053 |
| 104. | HENLEY, ALMA | 3700 CHRISTOPHER DAY<br>DOYLESTOWN, PA 18902-9196 | 702-332-8202 |

| | | | |
|---|---|---|---|
| 105. | HENLEY, ALTON | 3900 16TH NW APT 302<br>WASHINGTON, DC 20011-8306 | 202-652-1003 |
| 106. | HENLEY, ALTON | CLEMMONS, NC 27012 | 336-692-6339 |
| 107. | HENLEY, ALVIN H | 412 SELKIRK<br>GRAPELAND, TX 75844-3161 | 832-515-0508 |
| 108. | HENLEY, ALYCE K | 609 CABRAL APT 4202<br>FORT WORTH, TX 76102-8639 | 409-781-9743 |
| 109. | HENLEY, ALYSSA K | 6141 S 135TH<br>OMAHA, NE 68137-4213 | 402-502-2641 |
| 110. | HENLEY, ALYSSA L | 1308 CLIFTON NW APT 509<br>WASHINGTON, DC 20009-7032 | 703-244-9075 |
| 111. | HENLEY, ALYSSA | 212 VILLA ROSA<br>TEMPLE, GA 30179-4278 | 770-562-3716 |
| 112. | HENLEY, ALYSSIA | 3754 BROKEN HILL APT 10<br>SAINT LOUIS, MO 63125-4706 | 573-434-3707 |
| 113. | HENLEY, AMANDA | 302 6TH<br>DAYTON, KY 41074-1116 | 859-992-6609 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 114. | HENLEY, AMANDA | 18540 COLLINS APT 115 TARZANA, CA 91356-2220 | 818-799-9587 |
| 115. | HENLEY, AMANDA K | 225 MURILLO SAINT AUGUSTINE, FL 32084-2011 | 904-825-4197 |
| 116. | HENLEY, AMANDA D | 3213 OLD CEDAR FALLS ASHEBORO, NC 27203-8365 | 336-629-0677 |
| 117. | HENLEY, AMANDA | 5311 SALEM CHURCH MUSELLA, GA 31066-3623 | 478-836-4803 |
| 118. | HENLEY, AMANDA E | 116 SUNDALE TRAILER WASHINGTON, IN 47501-9355 | 317-834-2619 |
| 119. | HENLEY, AMANDA H | 46 TIMBERLANE CONWAY, AR 72034-3622 | 501-327-0760 |
| 120. | HENLEY, AMANDA | | 936-546-1116 |
| 121. | HENLEY, AMANDA | CHICAGO, IL 60630 | 773-759-3008 |
| 122. | HENLEY, AMANDA | FALLING WATERS, WV 25419 | 304-270-7241 |
| 123. | HENLEY, AMANDA | HOUSTON, TX 77099 | 832-305-2323 |
| 124. | HENLEY, AMANDA | RURAL RETREAT, VA 24368 | 276-686-5904 |

| 125. | HENLEY, AMANDA | SPRINGFIELD, MO 65804 | 417-839-8158 |
| 126. | HENLEY, AMANI | 1014 RUE LA VILLE<br>SAINT LOUIS, MO 63141-6220 | 314-868-1192 |
| 127. | HENLEY, AMBER L | 13312 SE 306TH<br>AUBURN, WA 98092-3279 | 206-406-2791 |
| 128. | HENLEY, AMBER N | 36946 N DEERVIEW<br>LAKE VILLA, IL 60046-6722 | 224-829-1120 |
| 129. | HENLEY, AMBER MICHELLE | 12129 HIGHWAY 193<br>CHICKAMAUGA, GA 30707-2204 | 423-637-0445 |
| 130. | HENLEY, AMBER M | 8305 LAUREL ACRES<br>COLFAX, NC 27235-8701 | 336-676-3700 |
| 131. | HENLEY, AMBER C | 103 OREGON<br>VILLAS, NJ 08251-1712 | 912-809-7166 |
| 132. | HENLEY, AMBER D | 1678 PEGGY<br>PETALUMA, CA 94954-4542 | 707-774-3325 |
| 133. | HENLEY, AMBER J | 734 E RIO BLANCO<br>RANGELY, CO 81648-3210 | 970-675-5732 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 134. | HENLEY, AMBER V | 303 TITAN APT A<br>LAFAYETTE, LA 70508-5155 | 337-837-7015 |
| 135. | HENLEY, AMBER | | 623-764-8244 |
| 136. | HENLEY, AMBER | HOUSTON, TX 77010 | 832-213-6366 |
| 137. | HENLEY, AMELIA | 55 DAVID APT 17<br>NORWOOD, MA 02062-3968 | 508-685-6583 |
| 138. | HENLEY, AMEY | | 607-344-1500 |
| 139. | HENLEY, AMY | 415 BAUGH NE APT<br>ABINGDON, VA 24210-4192 | 276-628-1558 |
| 140. | HENLEY, AMY | 3800 CRENSHAW LOT 6<br>WETUMPKA, AL 36092-7146 | 334-567-4269 |
| 141. | HENLEY, AMY L | 1 GOLD APT 21G<br>HARTFORD, CT 06103-2908 | 203-278-8963 |
| 142. | HENLEY, AMY H | 9464 HOLLAND<br>TAYLOR, MI 48180-3054 | 517-731-4185 |
| 143. | HENLEY, AMY | 7340 PERTH<br>NEW ORLEANS, LA 70126-1754 | 503-705-5690 |
| 144. | HENLEY, AMY | PO BOX 352 | 918-855-4853 |

PAWHUSKA, OK 74056-0352

| 145. | HENLEY, AMY | | 918-332-7796 |
| 146. | HENLEY, AMY | NEW ORLEANS, LA 70112 | 504-241-8047 |
| 147. | HENLEY, ANA O | 611 LINCOLN APT B<br>PRESCOTT, AZ 86301-2465 | 928-273-9736 |
| 148. | HENLEY, ANASTACIA C | 503 W 2ND S<br>FULTON, NY 13069-2803 | 315-532-5088 |
| 149. | HENLEY, ANDRE A | 202 SAINT JAMES AVE APT 6A<br>GOOSE CREEK, SC 29445-2901 | 470-665-7458 |
| 150. | HENLEY, ANDREA R | 1154 W 25TH APT 2<br>ERIE, PA 16502-2319 | 814-737-7030 |
| 151. | HENLEY, ANDREA | 3739 S PRINCETON<br>CHICAGO, IL 60609-1804 | 773-879-6030 |
| 152. | HENLEY, ANDREA | 3739 S PRINCETON APT 414<br>CHICAGO, IL 60609-2155 | 773-879-6030 |
| 153. | HENLEY, ANDREA | 906 ROBERTS SW<br>HARTSELLE, AL 35640-3437 | 256-466-3593 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 154. | HENLEY, ANDREA | WASHINGTON, PA 15301 | 724-288-4750 |
| 155. | HENLEY, ANDRES | 11025 STONE BRANCH<br>RIVERVIEW, FL 33569-2030 | 813-380-2950 |
| 156. | HENLEY, ANDREW W | 13261 CLAIRMONT<br>OREGON CITY, OR 97045-4254 | 503-330-2368 |
| 157. | HENLEY, ANDREW | 1361 EDMONTON<br>LEWISVILLE, TX 75077-2952 | 331-625-2577 |
| 158. | HENLEY, ANDREW JEFFERSON | 302 HUSS<br>LINCOLNTON, NC 28092-4020 | 704-445-3008 |
| 159. | HENLEY, ANDREW J | 103 LAURA<br>CHERRYVILLE, NC 28021-3002 | 704-445-3008 |
| 160. | HENLEY, ANDREW F | 1092 S NC HIGHWAY 705<br>SEAGROVE, NC 27341-7202 | 336-257-0431 |
| 161. | HENLEY, ANDREW P | 1615 PEACHTREE BATTLE NW<br>ATLANTA, GA 30327-1817 | 678-468-0190 |
| 162. | HENLEY, ANDREW D | 400 WILLOW BROOK DR<br>MANCHESTER, TN 37355-3890 | 931-728-7817 |
| 163. | HENLEY, ANDREW R | 303 ZACHARY | 501-351-5113 |

BRYANT, AR 72022-4102

| | | | |
|---|---|---|---|
| 164. | HENLEY, ANDREW | | 330-354-1082 |
| 165. | HENLEY, ANDREW | | 928-201-8534 |
| 166. | HENLEY, ANDY | 2110 DOLLAR<br>GREENSBORO, NC 27405-9647 | 336-545-6344 |
| 167. | HENLEY, ANGELA J | 135 S 3RD APT 5<br>HILBERT, WI 54129-9509 | 920-740-0681 |
| 168. | HENLEY, ANGELA | 2316 CASHION<br>OKLAHOMA CITY, OK 73112-7810 | 405-482-9990 |
| 169. | HENLEY, ANGELA M | 20 CENTRAL<br>BARNARDSVILLE, NC 28709-7100 | 828-626-3415 |
| 170. | HENLEY, ANGELA ANNE | 917 CHATTANOOGA<br>BEDFORD, TX 76022-7611 | 817-428-0901 |
| 171. | HENLEY, ANGELA C | 329 ELM NW APT<br>WASHINGTON, DC 20001-1715 | 804-226-4292 |
| 172. | HENLEY, ANGELA C | 802 S ESHMAN<br>WEST POINT, MS 39773-3819 | 601-494-7261 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 173. | HENLEY, ANGELA C | 1639 MELODY<br>ARNOLD, MO 63010-1105 | 636-222-2252 |
| 174. | HENLEY, ANGELA A | PO BOX 172<br>PELHAM, TN 37366-0172 | 931-205-6450 |
| 175. | HENLEY, ANGELA | PO BOX 862<br>JASPER, TX 75951-0010 | 409-594-2514 |
| 176. | HENLEY, ANGELA | 11216 SAINT ANDREWS<br>RIVERVIEW, FL 33579-7044 | 813-455-1593 |
| 177. | HENLEY, ANGELA L | 11332 SAM LEE<br>KNOXVILLE, TN 37932-1307 | 865-310-4922 |
| 178. | HENLEY, ANGELA | 236 SUNRISE<br>GULF SHORES, AL 36542-6424 | 251-269-6121 |
| 179. | HENLEY, ANGELA | 1031 N TACOMA<br>INDIANAPOLIS, IN 46201-1332 | 317-636-3907 |
| 180. | HENLEY, ANGELICA S | 818 NORTHEAST<br>TALLMADGE, OH 44278-1508 | 505-486-8720 |
| 181. | HENLEY, ANGELINA M | 825 PEASE RIVER WAY<br>HUTTO, TX 78634-2355 | 512-505-8601 |

| 182. | HENLEY, ANGIE | 445 COUNTY ROAD 379<br>TRINITY, AL 35673-3123 | 706-540-4031 |
| 183. | HENLEY, ANGIE | BIRMINGHAM, AL 35209 | 205-276-6269 |
| 184. | HENLEY, ANGIE | ILA, GA 30647 | 706-789-2112 |
| 185. | HENLEY, ANISE | BRYAN, TX 77803 | 979-450-9848 |
| 186. | HENLEY, ANITA | PO BOX 5794<br>KINGSPORT, TN 37663-0794 | 423-245-6905 |
| 187. | HENLEY, ANITA | CAMERON, MO 64429 | 816-724-9140 |
| 188. | HENLEY, ANJAVIA | | 813-476-8161 |
| 189. | HENLEY, ANN | 4610 27TH<br>KENOSHA, WI 53140-3030 | 262-652-6689 |
| 190. | HENLEY, ANN B | 1668 S NATIVE STONE PL<br>TUCSON, AZ 85748-7731 | 520-297-9843 |
| 191. | HENLEY, ANN | 200 N PINEVIEW<br>CROCKETT, TX 75835-4032 | 936-559-3227 |
| 192. | HENLEY, ANN | | 936-465-8185 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 193. | HENLEY, ANN | NACOGDOCHES, TX 75964 | 936-553-1010 |
| 194. | HENLEY, ANNA | 2713 NW 121ST ST<br>OKLAHOMA CITY, OK 73120-6710 | 405-751-1877 |
| 195. | HENLEY, ANNA L | 5205 CONCHO VALLEY<br>FORT WORTH, TX 76126-3050 | 281-744-8621 |
| 196. | HENLEY, ANNA LYNNE | 3741 HOLMES CREEK UNIT 101<br>WINSTON SALEM, NC 27127-3237 | 910-296-7065 |
| 197. | HENLEY, ANNA | 85 SUMMIT SW<br>ROANOKE, VA 24014-5101 | 540-522-1187 |
| 198. | HENLEY, ANNA | | 804-921-3641 |
| 199. | HENLEY, ANNA | TUCSON, AZ 85705 | 520-808-1379 |
| 200. | HENLEY, ANNABEL W | 3580 NAYLOR<br>MEMPHIS, TN 38128-3317 | 901-373-6553 |
| 201. | HENLEY, ANNABELLE | 6175 RED FOX RUN<br>TRAVERSE CITY, MI 49686-6103 | 231-946-6166 |
| 202. | HENLEY, ANNE M | 160 CREEKWOOD<br>NEWNAN, GA 30265-1926 | 678-423-3454 |

| | | | |
|---|---|---|---|
| 203. | HENLEY, ANNE | 367 HAWTHORNE<br>FOND DU LAC, WI 54935-6144 | 920-266-8169 |
| 204. | HENLEY, ANNE ELIZABETH | 341 LOGAN STE 100<br>NOBLESVILLE, IN 46060-1572 | 317-773-5555 |
| 205. | HENLEY, ANNE | PO BOX 2503<br>SPOTSYLVANIA, VA 22553-6813 | 540-847-1593 |
| 206. | HENLEY, ANNEMARIE | 1204 BROADWOOD<br>ROCKVILLE, MD 20851-2111 | 240-505-7098 |
| 207. | HENLEY, ANNETTE | 1618 N 61ST<br>PHILADELPHIA, PA 19151-3929 | 215-930-6838 |
| 208. | HENLEY, ANNETTE | CLARKRIDGE, AR 72623 | 870-706-9381 |
| 209. | HENLEY, ANNIE R | 111 ARMSTRONG<br>LOUISVILLE, MS 39339-9212 | 662-773-8473 |
| 210. | HENLEY, ANNIE R | 500 WARNER<br>LOUISVILLE, MS 39339-3128 | 662-773-8473 |
| 211. | HENLEY, ANNIE | WAXAHACHIE, TX 75165 | 972-825-9463 |
| 212. | HENLEY, ANQUENETTA D | 832 W 54TH | 773-822-7083 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| | | CHICAGO, IL 60609-6146 | |
| 213. | HENLEY, ANREW | 4029 GREENE HAVEN APT<br>WINSTON SALEM, NC 27107-6924 | 336-650-9586 |
| 214. | HENLEY, ANTHONY | 85 BAY<br>MONTCLAIR, NJ 07042-4847 | 973-489-8581 |
| 215. | HENLEY, ANTHONY E | 5825 ELDON<br>DOWNERS GROVE, IL 60516-1448 | 630-885-8167 |
| 216. | HENLEY, ANTHONY L | 1403 HIGHWAY 43 S APT 28<br>DEMOPOLIS, AL 36732-3818 | 334-216-1041 |
| 217. | HENLEY, ANTHONY | 7000 ROOSEVELT NE<br>SEATTLE, WA 98115-5645 | 517-706-1491 |
| 218. | HENLEY, ANTHONY S | 2818 WELLINGTON<br>RICHMOND, VA 23222-3832 | 804-997-6379 |
| 219. | HENLEY, ANTHONY | | 423-723-5035 |
| 220. | HENLEY, ANTHONY | AMHERST, VA 24521 | 434-826-9341 |
| 221. | HENLEY, ANTONIA | 79 BUTLER<br>NEW CANAAN, CT 06840-6818 | 203-219-7352 |
| 222. | HENLEY, ANTONIA | | 785-741-6841 |

| | | | |
|---|---|---|---|
| 223. | HENLEY, ANTONINETTE NICOLE | 1646 W 45TH APT K158<br>JACKSONVILLE, FL 32208-3664 | 904-566-6298 |
| 224. | HENLEY, ANTONIO | 840 DREYFUS<br>JACKSON, MS 39202-2940 | 601-948-2503 |
| 225. | HENLEY, ANTONIO M | 818 ELK<br>DUBLIN, GA 31021-7903 | 478-998-0462 |
| 226. | HENLEY, ANTONIO D | 4535 WIMBLEDON<br>MONTGOMERY, AL 36116-4923 | 334-799-7955 |
| 227. | HENLEY, ANTWAN T | 5578 RIVERSIDE APT 1108<br>MACON, GA 31210-8868 | 478-318-6140 |
| 228. | HENLEY, ANWAR | | 780-225-5562 |
| 229. | HENLEY, APRIL | 714 AVENUE G APT A<br>BOGALUSA, LA 70427-3644 | 225-603-1877 |
| 230. | HENLEY, APRIL | 4510 CLERMONT<br>GROVES, TX 77619-3014 | 409-960-6329 |
| 231. | HENLEY, APRIL M | 189 RUSSELL SE<br>HUNTSVILLE, AL 35803-6428 | 256-527-0047 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 232. | HENLEY, APRIL | RICHMOND, VA 23223 | 804-677-7852 |
| 233. | HENLEY, ARCHIE J | 403 1ST AVE<br>CLANTON, AL 35045-3438 | 205-755-4629 |
| 234. | HENLEY, ARIEL | 10513 MERSINGTON<br>KANSAS CITY, MO 64137-1625 | 816-308-7750 |
| 235. | HENLEY, ARIELLE | SPRINGFIELD GARDENS, NY 11413 | 718-528-2655 |
| 236. | HENLEY, ARMIDA | PO BOX 231<br>WYNONA, OK 74084-0231 | 918-846-2785 |
| 237. | HENLEY, ARNETTE | 1715 BELLEVUE APT B915<br>RICHMOND, VA 23227-5106 | 804-921-7046 |
| 238. | HENLEY, ARNOLD | 825 N 43RD<br>PHILADELPHIA, PA 19104-1447 | 267-258-7319 |
| 239. | HENLEY, ARTHUR L | 5030 CEDAR SPRING<br>MISSOURI CITY, TX 77459-4172 | 281-240-9084 |
| 240. | HENLEY, ARTHUR L | 5317 GREENWOOD<br>HORN LAKE, MS 38637-1315 | 901-643-8872 |
| 241. | HENLEY, ARTHUR R | 312 WILLOW<br>HURST, TX 76053-5615 | 469-766-4279 |

| 242. | HENLEY, ARTRAVIOUS P | 9100 W BELLWOOD<br>LITTLETON, CO 80123-1934 | 253-275-7756 |
| 243. | HENLEY, ASENATH | 10617 JOAN<br>CLEVELAND, OH 44111-2844 | 216-333-4059 |
| 244. | HENLEY, ASHDON | 1223 W 425 S APT 14<br>CEDAR CITY, UT 84720-4244 | 801-628-5604 |
| 245. | HENLEY, ASHLEE L | 42573 GREEN VALLEY APT 212<br>CLINTON TOWNSHIP, MI 48038-6719 | 313-673-4673 |
| 246. | HENLEY, ASHLEIGH | 4396 BALDWIN APT 70<br>LITTLE RIVER, SC 29566-8277 | 804-357-2054 |
| 247. | HENLEY, ASHLEY D | 2700 CANTON STE 203<br>DALLAS, TX 75226-1877 | 469-867-9054 |
| 248. | HENLEY, ASHLEY S | 1101 W KITTY HAWK<br>KITTY HAWK, NC 27949-4313 | 252-261-8423 |
| 249. | HENLEY, ASHLEY | 1003 LOCUST<br>GAINESVILLE, TX 76240-5832 | 940-841-1328 |
| 250. | HENLEY, ASHLEY R | 10638 MOUNT BLACKBURN | 325-480-6108 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| | | LAS VEGAS, NV 89166-5053 | |
| 251. | HENLEY, ASHLEY R | 1149 TIMBERLAND SW<br>LILBURN, GA 30047-4237 | 423-576-9450 |
| 252. | HENLEY, ASHLEY M | 400 WILLOW BROOK DR<br>MANCHESTER, TN 37355-3890 | 931-728-7817 |
| 253. | HENLEY, ASHLEY | | 314-405-1913 |
| 254. | HENLEY, ASHLEY | | 469-500-5489 |
| 255. | HENLEY, ASHLEY | ALPHARETTA, GA 30004 | 470-723-1093 |
| 256. | HENLEY, ASHLEY | BENTON, KY 42025 | 270-703-6989 |
| 257. | HENLEY, ASHLEY | SHELBYVILLE, TN 37160 | 931-536-6025 |
| 258. | HENLEY, ASHTON | NASHVILLE, TN 37207 | 615-752-1477 |
| 259. | HENLEY, ASIA C | 6 N MARYLAND APT 201<br>BRUNSWICK, MD 21716-1148 | 804-972-9823 |
| 260. | HENLEY, ATHENA | | 701-498-0731 |
| 261. | HENLEY, AUBREY | CERES, CA 95307 | 209-568-1398 |

| 262. | HENLEY, AUBREY | SEALY, TX 77474 | 979-877-9425 |
| 263. | HENLEY, AUDRA | 715 SHERWOOD<br>FRANKLIN, KY 42134-1037 | 270-776-5315 |
| 264. | HENLEY, AUDREY | 332 EATON<br>ROMEOVILLE, IL 60446-1702 | 662-454-3574 |
| 265. | HENLEY, AUDREY | 1410 OHIO<br>SAINT LOUIS, MO 63104-1941 | 314-833-5890 |
| 266. | HENLEY, AUDREY | 215 WARRING<br>COVINGTON, TN 38019-3154 | 901-476-6818 |
| 267. | HENLEY, AUDRIE | 6810 METROPOLIS LAKE<br>WEST PADUCAH, KY 42086-9411 | 270-217-0552 |
| 268. | HENLEY, AUGUSTINE | 1516 SW LEE<br>LAWTON, OK 73501-5614 | 580-357-4846 |
| 269. | HENLEY, AUSTEN | 553 LAWN<br>LOVES PARK, IL 61111-5128 | 909-438-5718 |
| 270. | HENLEY, AUSTIN | 2800 COTTONWOOD<br>COLLEYVILLE, TX 76034-5123 | 817-355-0868 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 271. | HENLEY, AUSTIN | 609 COUNTRY SPRINGS COLLIERVILLE, TN 38017-1820 | 931-249-9459 |
| 272. | HENLEY, AUSTIN L | 1137 FOREST XING JOELTON, TN 37080-4858 | 615-746-8490 |
| 273. | HENLEY, AUSTIN | 15356 GRANT OMAHA, NE 68116-4174 | 402-493-0149 |
| 274. | HENLEY, AUSTIN | | 907-671-6074 |
| 275. | HENLEY, AUTUMN A | 7311 THICKET TRAIL HUMBLE, TX 77346-3183 | 210-665-3903 |
| 276. | HENLEY, AVERY L | 100 HARRIS BARNWELL, SC 29812-2603 | 803-300-3607 |
| 277. | HENLEY, AVERY | MEMPHIS, TN 38118 | 901-297-5973 |
| 278. | HENLEY, AYANNA A | 1637 HARBOR APT 1 CALUMET CITY, IL 60409-1621 | 708-289-8664 |
| 279. | HENLEY, AZIA | 15152 W WINDROSE SURPRISE, AZ 85379-8173 | 623-556-1664 |
| 280. | HENLEY, AZURE D | 137 STAMM PITTSBURGH, PA 15210-2129 | 412-716-8113 |

| | | | |
|---|---|---|---|
| 281. | HENLEY, B | 15000 DOWNEY UNIT 204<br>PARAMOUNT, CA 90723-5814 | 562-522-3985 |
| 282. | HENLEY, B | 1100 IVORIE<br>BURLINGTON, NJ 08016 | 609-387-0525 |
| 283. | HENLEY, B | 1325 S SHERWOOD<br>CHARLESTON, SC 29407-6622 | 803-556-9629 |
| 284. | HENLEY, B | | 954-213-3452 |
| 285. | HENLEY, B | BELMONT, CA 94002 | 650-637-1088 |
| 286. | HENLEY, B | EARL, NC 28038 | 704-477-5131 |
| 287. | HENLEY, B | MIAMI, FL 33179 | 305-796-6011 |
| 288. | HENLEY, B | PADUCAH, KY 42001 | 270-554-3015 |
| 289. | HENLEY, B | TAMPA, FL 33617 | 813-899-1861 |
| 290. | HENLEY, B | WOOSTER, OH 44691 | 330-263-3015 |
| 291. | HENLEY, BALDWIN J | 7430 S LAKE SARAH<br>ROCKFORD, MN 55373-9401 | 763-477-4854 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 292. | HENLEY, BARBARA | 833 BUSH BERRY<br>PELION, SC 29123-9694 | 803-665-1984 |
| 293. | HENLEY, BARBARA M | 3541 CHARITY NECK<br>VIRGINIA BEACH, VA 23456-4128 | 757-426-7501 |
| 294. | HENLEY, BARBARA | 1205 W CHARLESTON<br>BROKEN ARROW, OK 74011-3210 | 571-379-9633 |
| 295. | HENLEY, BARBARA | 13261 CLAIRMONT<br>OREGON CITY, OR 97045-4254 | 509-731-1081 |
| 296. | HENLEY, BARBARA A | 5803 CONCORD<br>JEFFERSONVILLE, IN 47130-8893 | 502-836-3452 |
| 297. | HENLEY, BARBARA A | 6399 COUNTY S<br>SOBIESKI, WI 54171-9778 | 920-621-5630 |
| 298. | HENLEY, BARBARA D | 4670 GLENWOOD<br>MACON, GA 31210-2318 | 478-745-1761 |
| 299. | HENLEY, BARBARA M | 430 JERNIGAN APT D8<br>SOMERVILLE, TN 38068-6365 | 901-465-2583 |
| 300. | HENLEY, BARBARA | 4180 N MARINE<br>CHICAGO, IL 60613-2271 | 312-442-7026 |

| | | | |
|---|---|---|---|
| 301. | HENLEY, BARBARA | 398 RAYMOR<br>CORONA, CA 92879-2843 | 562-433-0432 |
| 302. | HENLEY, BARBARA J | 8224 S REGAL<br>SPOKANE, WA 99223-9540 | 509-465-4918 |
| 303. | HENLEY, BARBARA A | 341 TROWBRIDGE<br>INDIANAPOLIS, IN 46201-4151 | 317-898-8154 |
| 304. | HENLEY, BARBARA | 1120 W WASHINGTON<br>NAVASOTA, TX 77868-2852 | 936-419-8241 |
| 305. | HENLEY, BARBARA | HOUSTON, TX 77001 | 713-598-1854 |
| 306. | HENLEY, BARBARA | HOUSTON, TX 77388 | 713-598-1854 |
| 307. | HENLEY, BARBARA | O FALLON, MO 63366 | 636-272-2208 |
| 308. | HENLEY, BARBARA | PORTSMOUTH, VA 23454 | 757-403-7501 |
| 309. | HENLEY, BARBARA | PORTSMOUTH, VA 23701 | 757-403-7501 |
| 310. | HENLEY, BARBARA | SANTA ROSA, CA 95406 | 707-393-9671 |
| 311. | HENLEY, BARBRA | 5844 LAVENDER BREEZE<br>NORTH LAS VEGAS, NV 89081-6847 | 970-231-9567 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 312. | HENLEY, BARNEY R | 607 MAPLE ST<br>PERRY, OK 73077-2421 | 580-336-9533 |
| 313. | HENLEY, BARRY J | 5356 WEST<br>LOS ANGELES, CA 90043-2416 | 310-902-2027 |
| 314. | HENLEY, BARRY | NORCROSS, GA 30071 | 770-656-7902 |
| 315. | HENLEY, BAYLEIGH | 103 LAURA<br>CHERRYVILLE, NC 28021-3002 | 704-214-1759 |
| 316. | HENLEY, BEAU | 2232 CHESTNUT<br>LONG BEACH, CA 90806-4210 | 562-250-7984 |
| 317. | HENLEY, BECKY L | 13403 MOBILE<br>LITTLE ROCK, AR 72206-5246 | 203-646-7809 |
| 318. | HENLEY, BECKY | MOHAVE VALLEY, AZ 86440 | 928-768-5562 |
| 319. | HENLEY, BELINDA | 1335 HERRINGTON APT 3312<br>DULUTH, GA 30096-6430 | 720-949-3541 |
| 320. | HENLEY, BELINDA | GULFPORT, MS 39501 | 228-213-2666 |
| 321. | HENLEY, BENJAMIN | 1807 HERON<br>AUBREY, TX 76227-8515 | 870-665-1761 |

| 322. | HENLEY, BENJAMIN A | 900 MOREHEAD<br>RIDGEWAY, VA 24148-5511 | 336-577-5726 |
| 323. | HENLEY, BENNIE L | 2217 LYONS<br>EVANSTON, IL 60201-3332 | 847-390-1031 |
| 324. | HENLEY, BERNADETTE M | 14548 DALMAN<br>WHITTIER, CA 90603-1831 | 562-522-3985 |
| 325. | HENLEY, BERNADINE M | 10010 N CONCHO<br>KINGMAN, AZ 86401-8167 | 530-415-7997 |
| 326. | HENLEY, BERNEZ | 1338 13TH<br>SARASOTA, FL 34236-2504 | 941-302-6257 |
| 327. | HENLEY, BERNICE | MERRILLVILLE, IN 46410 | 219-682-4755 |
| 328. | HENLEY, BERNICE | MONTGOMERY, AL 36117 | 334-593-2268 |
| 329. | HENLEY, BERTHA M | 3301 SUNCREST<br>SAINT LOUIS, MO 63114-2841 | 314-368-6735 |
| 330. | HENLEY, BERTHA | ERIE, PA 16541 | 814-504-2483 |
| 331. | HENLEY, BETH | 2370 FERREE NE<br>LANESVILLE, IN 47136-8248 | 765-480-1569 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 332. | HENLEY, BETH | RICHMOND, VA 23223 | 804-306-6174 |
| 333. | HENLEY, BETHANY | 4407 NW DMONS<br>RIVERSIDE, MO 64150-1238 | 816-305-2675 |
| 334. | HENLEY, BETTY | 145 SW 17TH<br>HOMESTEAD, FL 33030-6634 | 804-912-2882 |
| 335. | HENLEY, BETTY E | 109 N CECELIA<br>MOUNT PLEASANT, TX 75455-3509 | 903-572-0222 |
| 336. | HENLEY, BETTY J | 210 MAXWELL APT<br>DREW, MS 38737-3049 | 662-745-2457 |
| 337. | HENLEY, BETTY L | 1844 TIMBERLY WAYE<br>HENRICO, VA 23238-8107 | 804-586-6147 |
| 338. | HENLEY, BEVERLEY J | 6301 GATESGREEN<br>CHESTERFIELD, VA 23832-6710 | 804-744-7455 |
| 339. | HENLEY, BEVERLY A | 3717 HAWAII<br>COLUMBUS, GA 31906-4402 | 706-573-8582 |
| 340. | HENLEY, BEVERLY | 31924 JASMINE<br>NORTH RIDGEVILLE, OH 44039-7339 | 216-213-2120 |
| 341. | HENLEY, BEVERLY S | 5600 MOREHEAD | 704-516-1626 |

HARRISBURG, NC 28075-3927

| | | | |
|---|---|---|---|
| 342. | HENLEY, BEVERLY | 1214 SADDLE<br>MOUNT JULIET, TN 37122-5636 | 615-504-9222 |
| 343. | HENLEY, BEVERLY | | 418-473-2039 |
| 344. | HENLEY, BIANCA | 212 VILLA ROSA<br>TEMPLE, GA 30179-4278 | 770-562-3716 |
| 345. | HENLEY, BIANCA | | 734-883-8175 |
| 346. | HENLEY, BILL | 2084 8TH NE<br>EAST WENATCHEE, WA 98802-4782 | 509-423-7282 |
| 347. | HENLEY, BILL J | 1320 S COMMERCE TRLR 24<br>ARDMORE, OK 73401-5505 | 580-223-4947 |
| 348. | HENLEY, BILL | 3256 COUNTY ROAD 103<br>KILLEN, AL 35645-5148 | 256-605-9954 |
| 349. | HENLEY, BILL | 173 MOUNTAIN HAVEN<br>ZIRCONIA, NC 28790-7875 | 704-677-3707 |
| 350. | HENLEY, BILL | CORTEZ, CO 81321 | 970-564-9713 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 351. | HENLEY, BILL | MARYSVILLE, WA 98270 | 360-651-9577 |
| 352. | HENLEY, BILL B | SANTA CRUZ, CA 95060 | 831-462-5199 |
| 353. | HENLEY, BILL B | SANTA CRUZ, CA 95062 | 831-462-5199 |
| 354. | HENLEY, BILLIE H | 921 KELLER<br>BENBROOK, TX 76126-3616 | 817-249-3082 |
| 355. | HENLEY, BILLIE J | RR 6 BOX 556<br>DAYTON, TN 37321-9806 | 423-775-6187 |
| 356. | HENLEY, BILLIE | MORGANTON, NC 28655 | 828-413-8080 |
| 357. | HENLEY, BILLY D | 521 75TH<br>HOLMES BEACH, FL 34217-1004 | 225-445-5580 |
| 358. | HENLEY, BILLY | 14280 AL HIGHWAY 101<br>TOWN CREEK, AL 35672-4240 | 256-318-9422 |
| 359. | HENLEY, BILLY | 6001 N BROOKLINE APT 712<br>OKLAHOMA CITY, OK 73112-4260 | 580-277-0312 |
| 360. | HENLEY, BILLY S | 229 COUNTY ROAD 6<br>BELMONT, MS 38827-9747 | 601-454-7588 |
| 361. | HENLEY, BILLY L | 20203 HILLRIDGE<br>MABELVALE, AR 72103-8816 | 501-407-8088 |

| | | | |
|---|---|---|---|
| 362. | HENLEY, BILLY W | 18424 LAWSON<br>LITTLE ROCK, AR 72210-2425 | 501-821-3348 |
| 363. | HENLEY, BILLY | 5580 POINT WEST<br>OAKWOOD, GA 30566-3062 | 615-587-8702 |
| 364. | HENLEY, BILLY D | 21217 RD<br>TONGANOXIE, KS 66086-4205 | 913-369-3390 |
| 365. | HENLEY, BILLY | 290 ROBIN<br>COLUMBUS, MS 39702-9082 | 662-328-6069 |
| 366. | HENLEY, BILLY B | 1326 SANDY CREEK<br>EUFAULA, AL 36027 | 334-465-9103 |
| 367. | HENLEY, BILLY J | 2625 N STEPHAN RD<br>KINGMAN, AZ 86401-8900 | 928-757-1358 |
| 368. | HENLEY, BILLY | ARLINGTON, TX 76001 | 682-554-2612 |
| 369. | HENLEY, BILLY | ARLINGTON, TX 76012 | 682-554-2612 |
| 370. | HENLEY, BILLY | CYPRESS, CA 90630 | 714-733-3425 |
| 371. | HENLEY, BILLY | DECATUR, AL 35601 | 256-466-2952 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|---|---|---|---|
| 372. | HENLEY, BILLY | JACKSONVILLE, FL 32204 | 904-305-7298 |
| 373. | HENLEY, BILLY | WING, AL 36483 | 334-504-6008 |
| 374. | HENLEY, BLAINE | CORPUS CHRISTI, TX 78401 | 361-960-8165 |
| 375. | HENLEY, BLAKE C | 10220 BLUE SKIES<br>MCKINNEY, TX 75072-3179 | 806-928-5044 |
| 376. | HENLEY, BLAKE JAMES | 8531 LONGFORD<br>JACKSONVILLE, FL 32244-7147 | 240-620-2553 |
| 377. | HENLEY, BLAKE | TUPELO, MS 38801 | 662-322-0641 |
| 378. | HENLEY, BOB R | 19650 HYDRANGEA<br>OREGON CITY, OR 97045-5744 | 503-981-5522 |
| 379. | HENLEY, BOB | | 423-907-4761 |
| 380. | HENLEY, BOBBI | 188 BELLEVUE<br>UPPER MONTCLAIR, NJ 07043-1863 | 973-493-0168 |
| 381. | HENLEY, BOBBIE | 722 BRYTON<br>ORONOGO, MO 64855-9408 | 417-629-8709 |
| 382. | HENLEY, BOBBIE | LOUISVILLE, KY 40299 | 502-724-4131 |

| 383. | HENLEY, BOBBY G SR | 1846 3RD SE<br>CULLMAN, AL 35055-5466 | 256-620-3093 |
| 384. | HENLEY, BOBBY L | 108 CEMETERY<br>FLORENCE, MS 39073-8342 | 601-917-5594 |
| 385. | HENLEY, BOBBY D | 150 COLVILLE<br>JASPER, TN 37347-3300 | 931-314-4355 |
| 386. | HENLEY, BOBBY M JR. | 256 H AND S<br>ORANGEBURG, SC 29115-7747 | 803-827-3012 |
| 387. | HENLEY, BOBBY | 1910 JAMESPORT<br>SAINT JOSEPH, MO 64504-1311 | 816-752-2443 |
| 388. | HENLEY, BOBBY | KENDALL DRIVE ADDRESS2<br>SAN FRANCISCO, CA 94199 | 909-222-0613 |
| 389. | HENLEY, BOBBY JOE | 3894 NEW HOPE<br>NEW HOPE, AL 35760-8904 | 938-666-0551 |
| 390. | HENLEY, BOBBY | 387 PINE LOG<br>BEECH ISLAND, SC 29842-8309 | 803-827-3012 |
| 391. | HENLEY, BOBBY M JR. | 387A PINE LOG<br>BEECH ISLAND, SC 29842-8309 | 803-827-3012 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 392. | HENLEY, BOBBY C | 819 W SOUTH TRLR 5<br>MARENGO, IA 52301-1903 | 319-642-3657 |
| 393. | HENLEY, BOBBY E | 1213 WOODVALE<br>GALLATIN, TN 37066-4042 | 479-650-0872 |
| 394. | HENLEY, BOBBY | | 209-902-1178 |
| 395. | HENLEY, BOBBY | BAILEYTON, AL 35019 | 256-620-3091 |
| 396. | HENLEY, BOBBY C | IOWA CITY, IA 52240 | 319-621-5260 |
| 397. | HENLEY, BOBBY C | IOWA CITY, IA 52246 | 319-621-5260 |
| 398. | HENLEY, BOBBY | KNOXVILLE, TN 37931 | 865-603-1726 |
| 399. | HENLEY, BONITA L | 3434 EAGLECLIFF CIRCLE DR<br>ESTES PARK, CO 80517-8118 | 970-586-2605 |
| 400. | HENLEY, BONNIE S | 901 S CHEHALEM<br>NEWBERG, OR 97132-3628 | 503-828-8067 |
| 401. | HENLEY, BONNIE L | 126 COUNTRY<br>THAXTON, VA 24174-2909 | 540-655-3113 |
| 402. | HENLEY, BONNIE | 163 COUNTY ROAD 3564<br>DIKE. TX 75437-3471 | 903-440-5533 |

| | | | |
|---|---|---|---|
| 403. | HENLEY, BONNIE J | 8034 WHISPER GROVE<br>MAGNOLIA, TX 77354-6784 | 832-866-2321 |
| 404. | HENLEY, BONNIE | | 423-747-4219 |
| 405. | HENLEY, BRAD | SEATTLE, WA 98040 | 206-232-1787 |
| 406. | HENLEY, BRADEN N | 463 E CENTER<br>HEBER CITY, UT 84032-1909 | 435-671-9064 |
| 407. | HENLEY, BRADLEY | PO BOX 454<br>SUGAR GROVE, NC 28679-0454 | 931-801-5975 |
| 408. | HENLEY, BRADLEY JOSEPH | 538 STADIUM APT 3<br>BOONE, NC 28607-5408 | 504-224-1761 |
| 409. | HENLEY, BRADY B | 5503 W 9000 S APT Q202<br>WEST JORDAN, UT 84081-6285 | 801-679-0771 |
| 410. | HENLEY, BRADY F | PO BOX 2243<br>NEW BRAUNFELS, TX 78133-0010 | 940-636-7697 |
| 411. | HENLEY, BRANDI | 12700 RIDGEMONT<br>OKLAHOMA CITY, OK 73165-6761 | 405-793-1440 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 412. | HENLEY, BRANDI | | 832-965-4448 |
| 413. | HENLEY, BRANDI | ALGOMA, MS 38820 | 662-760-0789 |
| 414. | HENLEY, BRANDON | 6141 S 135TH<br>OMAHA, NE 68137-4213 | 402-502-2641 |
| 415. | HENLEY, BRANDON R | 2140 S 13TH W<br>MISSOULA, MT 59801-4930 | 406-544-2135 |
| 416. | HENLEY, BRANDON D | 2732 DEWEY APT 2B<br>BRONX, NY 10465-2833 | 347-364-7726 |
| 417. | HENLEY, BRANDON | 9114 S KACHINA<br>TEMPE, AZ 85284-3440 | 480-620-9520 |
| 418. | HENLEY, BRANDON | 721 LOLA<br>PRATTVILLE, AL 36067-8101 | 334-399-0082 |
| 419. | HENLEY, BRANDON | 8751 W OAKMONT<br>BOISE, ID 83704-3348 | 805-813-7164 |
| 420. | HENLEY, BRANDON | 3607 PIEDRA VISTA<br>FARMINGTON, NM 87402-5249 | 505-325-7271 |
| 421. | HENLEY, BRANDON K | PO BOX 174<br>TITUS, AL 36080-0174 | 334-850-1732 |

| 422. | HENLEY, BRANDON M | 90 SAINT EDWARD<br>FLORISSANT, MO 63033-5420 | 314-585-2136 |
| 423. | HENLEY, BRANDON | 702 SANTA ROSA APT 203A<br>KILLEEN, TX 76541-7407 | 254-245-2890 |
| 424. | HENLEY, BRANDON | | 716-228-2206 |
| 425. | HENLEY, BRANDON | | 806-828-8401 |
| 426. | HENLEY, BRANDON | FORT SMITH, AR 72901 | 479-522-7712 |
| 427. | HENLEY, BRANDY M | 1090 CABALLO<br>GALLATIN, TN 37066-3201 | 931-220-3760 |
| 428. | HENLEY, BRANT | 103 OREGON<br>VILLAS, NJ 08251-1712 | 908-404-1047 |
| 429. | HENLEY, BRAXTON | 160 HILLCREST<br>BRANDON, MS 39042-9110 | 601-955-9588 |
| 430. | HENLEY, BREANNA | PO BOX 174<br>TITUS, AL 36080-0174 | 334-514-8663 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 431. | HENLEY, BRENDA A | 258 EGGERT<br>BUFFALO, NY 14215-3424 | 716-331-8647 |
| 432. | HENLEY, BRENDA | 8829 ELK GROVE APT 203<br>LAS VEGAS, NV 89117-5528 | 586-625-6715 |
| 433. | HENLEY, BRENDA GAY JR. | 11 S ELKS<br>TERRE HAUTE, IN 47802-4875 | 219-231-0191 |
| 434. | HENLEY, BRENDA SUE SR | 8473 HOLDER CEMETARY<br>WINCHESTER, TN 37398 | 931-967-4091 |
| 435. | HENLEY, BRENDA S | 1707 HOUSTON ST<br>MUSKOGEE, OK 74403-3530 | |
| 436. | HENLEY, BRENDA F | 484 LOCUST GROVE<br>COOKEVILLE, TN 38501-6649 | 931-698-7326 |
| 437. | HENLEY, BRENDA F | 487 RIDGE<br>BULLS GAP, TN 37711-3917 | 423-358-8339 |
| 438. | HENLEY, BRENDA S | 1031 THRAMS<br>BORGER, TX 79007-2229 | 806-274-9483 |
| 439. | HENLEY, BRENDA | FAIRFIELD, TX 75840 | 903-388-1440 |
| 440. | HENLEY, BRENNA | 406 E 7TH<br>GARNETT, KS 66032-1620 | 785-448-0412 |

| 441. | HENLEY, BRENNA | PO BOX 174<br>TITUS, AL 36080-0174 | 334-514-8663 |
| 442. | HENLEY, BRENT | 475 BRACKIN<br>GRAYSON, GA 30017-1279 | 678-768-2776 |
| 443. | HENLEY, BRENT H | 6444 BROOKMEAD<br>HIXSON, TN 37343-3026 | 423-503-7230 |
| 444. | HENLEY, BRENT DORIS | 1807 CLAYTON<br>OXON HILL, MD 20745-3724 | 301-725-1816 |
| 445. | HENLEY, BRENTON | 1112 LOWER KINGSTON<br>PRATTVILLE, AL 36067-6870 | 334-717-3072 |
| 446. | HENLEY, BREON L | 322 NW 4TH<br>DEERFIELD BEACH, FL 33441-1742 | 954-736-0542 |
| 447. | HENLEY, BREON L | 149 CREEKSTONE<br>CALERA, AL 35040-4928 | 708-238-3014 |
| 448. | HENLEY, BRET | 1107 SPRING CREEK<br>LEWISVILLE, TX 75067-7449 | 469-831-9314 |
| 449. | HENLEY, BRETT | 309 STRAWBERRY<br>NEW BRIGHTON, PA 15066-1751 | 724-417-2103 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 450. | HENLEY, BRETT | LAKE MARY, FL 32746 | 407-701-2385 |
| 451. | HENLEY, BRETT | PITTSBURGH, PA 15201 | 412-689-6618 |
| 452. | HENLEY, BRIAN D | 8216 W 30 1/2 APT 114<br>SAINT LOUIS PARK, MN 55426-3555 | 952-500-1606 |
| 453. | HENLEY, BRIAN | 4629 E 56TH<br>TULSA, OK 74135-4309 | 918-269-3997 |
| 454. | HENLEY, BRIAN D | 1792 ALPINE<br>CLARKSVILLE, TN 37040-6730 | 931-362-9549 |
| 455. | HENLEY, BRIAN | 2338 BALTIMORE<br>OXFORD, PA 19363-3932 | 610-996-5024 |
| 456. | HENLEY, BRIAN | 1730 BAY<br>EAST PALO ALTO, CA 94303-1693 | 678-471-4267 |
| 457. | HENLEY, BRIAN L | 371 BRADLEY 7 N<br>WARREN, AR 71671-8929 | 479-561-0885 |
| 458. | HENLEY, BRIAN | 697 E BYRD<br>HARTSELLE, AL 35640-4730 | 256-230-6302 |
| 459. | HENLEY, BRIAN | 364 EDISON<br>BUFFALO, NY 14215-3423 | 716-314-4870 |

| 460. | HENLEY, BRIAN P | 246 N F<br>HILLSBORO, TN 37342-3650 | 931-588-1663 |
| 461. | HENLEY, BRIAN K | 559 FOSSIL<br>COLLIERVILLE, TN 38017-4525 | 901-287-1112 |
| 462. | HENLEY, BRIAN | 11605 HAGGERTY<br>VAN BUREN TOWNSHIP, MI 48111-2817 | 734-752-3996 |
| 463. | HENLEY, BRIAN | 6515 S HERMITAGE<br>CHICAGO, IL 60636-3011 | 847-769-9135 |
| 464. | HENLEY, BRIAN M | 918 LEBANON<br>WOODSTOCK, GA 30188-1762 | 770-861-4916 |
| 465. | HENLEY, BRIAN | 1195 ORCHARD<br>FREEDOM, PA 15042-1627 | 724-683-2529 |
| 466. | HENLEY, BRIAN | PO BOX 238<br>ALPHARETTA, GA 30009-0238 | 770-895-6340 |
| 467. | HENLEY, BRIAN | 440 N ROSE<br>HAVERFORD, PA 19041-1607 | 610-896-7091 |
| 468. | HENLEY, BRIAN | 440 N ROSE | 610-896-7091 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| | | HAVERFORD, PA 19041-1607 | |
| 469. | HENLEY, BRIAN K | 165 SCOUT<br>LONOKE, AR 72086-9028 | 501-612-9493 |
| 470. | HENLEY, BRIAN E | 2625 N STEPHAN RD<br>KINGMAN, AZ 86401-8900 | 928-757-1358 |
| 471. | HENLEY, BRIAN | 2810 SUNDERLAND<br>LANSING, MI 48911-1344 | 517-881-7320 |
| 472. | HENLEY, BRIAN P | 3355 S TOWN CENTER APT 2106<br>LAS VEGAS, NV 89135-3008 | 702-218-3291 |
| 473. | HENLEY, BRIAN J | 5 WILL<br>PERRYVILLE, AR 72126-8189 | 501-889-4686 |
| 474. | HENLEY, BRIAN | | 262-716-4049 |
| 475. | HENLEY, BRIAN | ADDISON, TX 75001 | 469-508-9675 |
| 476. | HENLEY, BRIAN | BOSTON, MA 02108 | 857-249-0738 |
| 477. | HENLEY, BRIAN | CHAPMANSBORO, TN 37035 | 931-436-8604 |
| 478. | HENLEY, BRIANA | 3305 CITRUS<br>BARTOW, FL 33830-9424 | 863-899-3431 |

| | | | |
|---|---|---|---|
| 479. | HENLEY, BRIANA | MARYLAND HEIGHTS, MO 63043 | 314-276-9279 |
| 480. | HENLEY, BRIANNA N | 11155 N SUN VALLEY<br>ALEXANDRIA, KY 41001-7969 | 859-760-6397 |
| 481. | HENLEY, BRIDGETTE D | 2702 GRESHAM UNIT 304<br>BALTIMORE, MD 21244-3976 | 202-492-4605 |
| 482. | HENLEY, BRIE | 442 MARSHALL<br>GRAPEVINE, TX 76092-2212 | 561-776-9670 |
| 483. | HENLEY, BRIE | | 561-718-4556 |
| 484. | HENLEY, BRITNEY | 621 NW 69TH<br>MARGATE, FL 33063-4410 | 954-369-7032 |
| 485. | HENLEY, BRITTANY J | 1367 E 140TH<br>GLENPOOL, OK 74033-3142 | 918-693-0086 |
| 486. | HENLEY, BRITTANY R | 102 W COLLEGE<br>GREENBRIER, TN 37073-5234 | 615-546-8420 |
| 487. | HENLEY, BRITTANY | 1900 COULTER<br>NORTH AUGUSTA, SC 29841-2055 | 706-373-8307 |
| 488. | HENLEY, BRITTANY D | 8308 COUNTY ROAD 6945 | 806-241-3178 |

henley

Total number found: 50162

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| | | LUBBOCK, TX 79407-5751 | |
| 489. | HENLEY, BRITTANY D | 714 HANLEY<br>GARY, IN 46406-1555 | 219-427-7181 |
| 490. | HENLEY, BRITTANY | 1307 HENRY<br>CHARLESTON, WV 25303-2911 | 304-932-8202 |
| 491. | HENLEY, BRITTNEY J | 133 SCARLET OAK<br>OXFORD, MI 48371-6330 | 248-818-3813 |
| 492. | HENLEY, BRITTON N | 1219 BALDWIN<br>ORLANDO, FL 32806-1701 | 762-262-3130 |
| 493. | HENLEY, BROCK | 2521 MEEKS<br>ROBERSONVILLE, NC 27871-9364 | 252-825-0888 |
| 494. | HENLEY, BROCK E | 303 TITAN APT A<br>LAFAYETTE, LA 70508-5155 | 337-837-7015 |
| 495. | HENLEY, BRODERICK L | 25 ROSSFIELD APT R<br>JACKSON, TN 38305-4162 | 731-467-3958 |
| 496. | HENLEY, BROOKE | 2750 PONTIAC APT 1721<br>AURORA, IL 60502-8876 | 630-898-0437 |
| 497. | HENLEY, BROOKLYN | | 385-383-5198 |

| 498. | HENLEY, BRUCE F | 6554 FORESTSHIRE DALLAS, TX 75230-2823 | 817-326-3462 |
| 499. | HENLEY, BRUCE C | FLORISSANT, MO 63031 | 314-498-2862 |
| 500. | HENLEY, BRUCE | GAINESVILLE, FL 32601 | 352-258-2989 |

Terms:            last-name(henley) maxresults(500)
Date/Time:        Tuesday, December 3, 2024 2:55 PM
Permissible Use:  Your DPPA Permissible Use: I have no permissible use
                  Your Secondary DPPA Permissible Use: None
                  Your GLBA Permissible Use: I have no permissible use

Copyright © 2024 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

End of Document

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

U.S. Application
Serial No.
79280552

Mark: IT STEP
SCHOOL

Correspondence
Address:
LEMESHCHUK
Natalya
LEX INTELS,
Intellectual
Property Law
Firm, LLC,
Odesa-59 65059
UKRAINE
Applicant:
KORCHEVSKYI
Dmytro

Reference/Docket
No. N/A

Correspondence
Email Address:

## NONFINAL OFFICE ACTION

**International Registration No.** 1518893

**Notice of Provisional Full Refusal**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be <u>abandoned.</u> To confirm the mailing date, go to the USPTO's <u>Trademark Status and Document Retrieval (TSDR) database,</u> select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES**
- Disclaimer Required
- U.S. Counsel Required
- Identification of Services Amendment Required

## DISCLAIMER REQUIRED

Applicant must disclaim the wording "IT" and "SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from the American Heritage dictionary shows the wording "IT" means "information technology". Applicant has identified that their services are in the field of information technology. Thus this term merely describes this feature of Applicant's services. In addition, the attached definition from the American Heritage dictionary establishes that the term "SCHOOL" means a session of instruction. Applicant has identified that their services include such instructional services in the field of information technology. Thus, the wording merely describes this feature of applicant's services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

**No claim is made to the exclusive right to use "IT" and "SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

## U.S. COUNSEL REQUIRED

**Applicant must be represented by a U.S.-licensed attorney at the USPTO to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented at the USPTO by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; *Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants*, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark attorney for more information.

Only a U.S.-licensed attorney can take action on an application on behalf of a foreign-domiciled applicant. 37 C.F.R. §2.11(a). Accordingly, the USPTO will not communicate further with applicant about the application beyond this Office action or permit applicant to make future submissions in this application. And applicant is not authorized to make amendments to the application.

**To appoint or designate a U.S.-licensed attorney.** To appoint an attorney, applicant should submit a completed Trademark Electronic Application System (TEAS) Change Address or Representation form. The newly-appointed attorney must submit a TEAS Response to Examining Attorney Office Action form indicating that an appointment of attorney has been made and address all other refusals or requirements in this action, if any. Alternatively, if applicant retains an attorney before filing the response, the attorney can respond to this Office action by using the appropriate TEAS response form and provide his or her attorney information in the form and sign it as applicant's attorney. *See* 37 C.F.R. §2.17(b)(1)(ii).

Applicant should note the following additional requirement.

## IDENTIFICATION OF SERVICES AMENDMENT REQUIRED

Certain modifications to the applicant's identification of services are required because the applicant's wording is not sufficiently specific, definite, clear, and/or accurate for registration purposes. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The examining attorney has reproduced the entirety of the applicant's identification of services below, with problematic entries underlined. These entries are indefinite and require further clarification or specification as to the nature of the referenced activity. Guidance and examples of acceptable wording are included within the brackets; however, neither the brackets nor the instructive wording contained therein should appear in any identification of services submitted in the applicant's Response to Office Action. To be acceptable, an identification must name the services in an explicit and unambiguous manner.

Class 41:

*Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and*

*conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies;* [~~EDUCATION~~ **\*This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of educational activity - e.g.,** *classes, seminars, workshops*] *in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration rendered through correspondence courses; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration;* educational and entertainment services, namely, providing [~~EDUCATIONAL AND ENTERTAINMENT SERVICES~~ **\*This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of "educational and entertainment services" - e.g.,** *providing interactive exhibits in the field of robots*] *at children's computer camps; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies;* educational services, namely, provision of [~~EDUCATIONAL SERVICES~~ **\*This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of educational activity provided - e.g.,** *conducting on-line exhibitions and displays and interactive exhibits in the field of robots*] *at children's summer camps in the fields of computer science, computer and information technologies;* entertainment services, namely, provision of [~~ENTERTAINMENT SERVICES~~ **\*This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the type of "entertainment services" - e.g., live appearances by professional entertainers**] *at children's summer camps in the fields of computer science, computer and information technologies;* holiday camp entertainment services, namely, [**\*specify type of entertainment services - e.g., arranging** *social entertainment events*] *in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies; organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration;* providing information [~~ABOUT EDUCATION~~ **\*This wording is indefinite because it does not make clear the nature of the services; Applicant must specify the subject matter of the information in greater detail - e.g.,** *information about computer education training*] relating to computer science, computer and information technologies; *educational services, namely,* providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; *providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers;* vocational guidance, namely, [~~EDUCATION OR TRAINING ADVICE~~ **\*This wording is indefinite because it does not make clear the subject matter of the guidance; Applicant must clarify - e.g.,** *providing advice on training and educating others*] in the fields of computer science, computer and information technologies

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably narrowed. *See* 37 C.F.R. §2.71(a); TMEP §§1402.06, 1904.02(c)(iv). Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably narrowed. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and/or services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and/or services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual. See* TMEP §1402.04.

## RESPONSE GUIDELINES

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** **Click to file a response to this nonfinal Office action.**

> Riso, Mark
> /Mark Riso/
> Trademark Examining Attorney
> Law Office 108
> (571)272-0167
> Mark.Riso@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.



8 22:36 PM 3/26/2020

https://www.ahdictionary.com/word/search.html?q=IT

# AMERICAN HERITAGE dictionary
*The* ... *of the* English Language

Search

## HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language*, use the ... after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (heat shield, transit, dog whistle or identity theft) don't appear on the drop down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

**GUIDE TO THE DICTIONARY** ▸

## THE USAGE PANEL

The Usage Panel is a group of ... and prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of ...

### IT

abbr.

information technology

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

### It.

abbr.
1. Italian
2. Italy

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2020 by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

### it ⋅ (ĭt)

pron.
1. Used to refer to that one previously mentioned. Used of a nonhuman entity, an animate being whose sex is unspecified, unknown, or irrelevant; a group of objects or individuals; an action; or an abstraction: polished the table until it shone; couldn't find out who it was; opened the meeting by calling it to order.
2. Used as the subject of an impersonal verb: It is snowing.
3.
   a. Used as an anticipatory subject or object: Is it certain that they will win? We found it hard to believe that the car was that old.
   b. Used as an anticipatory subject to emphasize a term that is not itself a subject: It was on Friday that all the snow fell.
4. Used to refer to a general condition or state of affairs: She couldn't stand it.
5. Used to refer to a crucial situation or culmination: This is it—the rivals are finally face to face. That's it! I won't tolerate any more foolishness.

## AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android.

## THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage and more.

## THE 100 WORDS™

Buy word sets from the best selling 100 Words Series!

**FIND OUT MORE!** ▸

## INTERESTED IN DICTIONARIES?

8:24 42 PM 3/26/2020

https://www.ahdictionary.com/word/search.html?q=school



AMERICAN The HERITAGE dictionary of the English Language

Search



**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word click on the "Search" button instead of using on the "enter" key.

Some compound words (e.g., *rand-h-inst*, *dog whistle*, or *identity theft*) don't appear on the drop down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

**GUIDE TO THE DICTIONARY**



**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of

**school**

Share: Tweet

n.
1. An institution for the instruction of children or people under college age.
2. An institution for instruction in a skill or business: a secretarial school; a karate school.
3.
　a. A college or university.
　b. An institution within or associated with a college or university that gives instruction in a specialized field and recommends candidates for degrees.
　c. A division of an educational institution constituting several grades or classes advanced to the upper school.
　d. The student body of an educational institution.
　e. The building or group of buildings housing an educational institution.
4. The process of being educated formally, especially education constituting a planned series of courses over a number of years: The children were put to school at home. What do you plan to do when you finish school?
5. A session of instruction: School will start in three weeks. He had to stay after school today.
6.
　a. A group of people, especially philosophers, artists, or writers, whose thought, work, or style demonstrates a common origin or influence or unifying belief: the school of Aristotle; the Venetian school of painters.
　b. A group of people distinguished by similar manners, customs, or opinions: aristocrats of the old school.
7. Close-order drill instructions or exercises for military units or personnel.
8. Australian A group of people gathered together for gambling.

tr.v. **schooled, school·ing, schools**
1. To educate in or as if in a school.
2. To train or discipline: She is well schooled in literature. See Synonyms at **teach**.
3. Slang To defeat or put down decisively, especially in a humiliating manner: Our team



**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage and more.

**THE 100 WORDS**

See words lists from the best selling 100 Words Series.

**FIND OUT MORE:**



**INTERESTED IN DICTIONARIES?**

| To: | KORCHEVSKYI Dmytro (hmangione@egsllp.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 79280552 - IT STEP SCHOOL - 17291.001 |
| **Sent:** | October 22, 2020 10:10:15 AM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application**
**Serial No.** 79280552

**Mark:** IT STEP
SCHOOL

**Correspondence**
**Address:**
Honeah Sohail
Mangione
Ellenoff, Grossman, &
Schole LLP
1345 Avenue of the
Americas
New York City NY
10105

**Applicant:**
KORCHEVSKYI
Dmytro

**Reference/Docket No.**
17291.001

**Correspondence**
**Email Address:**

hmangione@egsllp.com

## FINAL OFFICE ACTION

The USPTO must receive applicant's response to this letter within  six months  of the issue date below or the application will be **abandoned.**
Respond using the Trademark Electronic Application System (TEAS) and/or Electronic System for Trademark Trials and Appeals (ESTTA).  A
link to the appropriate TEAS response form and/or to ESTTA for an appeal appears at the end of this Office action.

**Issue date:  October 22, 2020**

**International Registration No.** 1518893
INTRODUCTION

This Office action is in response to applicant's communication filed on September 23, 2020.

In a previous Office action(s) dated March 26, 2020, Applicant was required to satisfy the following requirement(s): disclaim the descriptive

wording in the mark, obtain a U.S. Counsel, and amend the Identification of Services.

Based on applicant's response, the trademark examining attorney notes that the following requirement(s) have been satisfied: Applicant has disclaimed the descriptive wording in the mark and engaged U.S. counsel. *See* TMEP §§713.02, 714.04.

In addition, Applicant has amended the Identification of Services, however, the Identification remains indefinite for the reasons described below.

As a result, the trademark examining attorney maintains and now makes FINAL the requirements in the summary of issues below. *See* 37 C.F.R. §2.63(b); TMEP §714.04.

SUMMARY OF ISSUES MADE FINAL that applicant must address:

- Identification of Services Amendment Required

## IDENTIFICATION OF SERVICES AMENDMENT REQUIRED

THIS PARTIAL REFUSAL APPLIES ONLY TO THE SERVICES SPECIFIED THEREIN

The wording "classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration rendered through correspondence courses" in the identification of services is indefinite and must be clarified to specify that Applicant is providing these classes as an educational service. *See* 37 C.F.R. §2.32(a)(6); TMEP §1402.01.

The entry "educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, conducting programs featuring recreational activities at children's computer camps" is indefinite and must be amended as it is unclear how the final portion of this entry relates to the rest of the entry.

Applicant may substitute the following wording, if accurate

(suggestions in **bold**):

Class 41: Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies; **educational services, namely, providing** classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies,

robotics and system administration rendered through correspondence courses; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, **and** conducting programs featuring recreational activities at children's computer camps; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies; educational services, namely, conducting of on-line exhibitions, displays, interactive exhibits in the field of robots, field trips at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of interactive play areas, social gatherings, live appearances by professional entertainers at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, namely arranging and hosting social entertainment events in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies; organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; providing information about computer education training relating to computer science, computer and information technologies; educational services, namely providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers; vocational guidance, namely, providing advice on training and educating others in the fields of computer science, computer and information technologies

Applicant's goods and/or services may be clarified or limited, but may not be expanded beyond those originally itemized in the application or as acceptably narrowed. *See* 37 C.F.R. §2.71(a); TMEP §§1402.06, 1904.02(c)(iv). Applicant may clarify or limit the identification by inserting qualifying language or deleting items to result in a more specific identification; however, applicant may not substitute different goods and/or services or add goods and/or services not found or encompassed by those in the original application or as acceptably narrowed. *See* TMEP §1402.06(a)-(b). The scope of the goods and/or services sets the outer limit for any changes to the identification and is generally determined by the ordinary meaning of the wording in the identification. TMEP §§1402.06(b), 1402.07(a)-(b). Any acceptable changes to the goods and/or services will further limit scope, and once goods and/or services are deleted, they are not permitted to be reinserted. TMEP §1402.07(e). Additionally, for applications filed under Trademark Act Section 66(a), the scope of the identification for purposes of permissible amendments is limited by the international class assigned by the International Bureau of the World Intellectual Property Organization (International Bureau); and the classification of goods and/or services may not be changed from that assigned by the International Bureau. 37 C.F.R. §2.85(d); TMEP §§1401.03(d), 1904.02(b). Further, in a multiple-class Section 66(a) application, classes may not be added or goods and/or services transferred from one existing class to another. 37 C.F.R. §2.85(d); TMEP §1401.03(d).

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04

## RESPONSE GUIDELINES AND PARTIAL ABANDONMENT ADVISORY

If applicant does not timely respond within six months of the issue date of this final Office action, the following goods and/or services to which the final refusal(s) and/or requirement(s) apply will be **deleted** from the application by Examiner's Amendment:

Class 41: classes, lessons, seminars, workshops in the fields of computer programming, software and game development, computer graphics and

design, network technologies, robotics and system administration rendered through correspondence courses; educational and entertainment services, namely, providing classes, lessons, seminars, interactive exhibits in the field of robots, conducting programs featuring recreational activities at children's computer camps

37 C.F.R. §2.65(a); *see* 15 U.S.C. §1062(b).

In such case, the application will proceed for the following goods and/or services only:

Class 41: Arranging and conducting of educational conferences in the fields of computer science, computer and information technologies; arranging and conducting of educational courses, classes and lectures in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of in-person educational forums in the fields of computer science, computer and information technologies; arranging and conducting of educational seminars in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; arranging and conducting of educational symposiums in the fields of computer science, computer and information technologies; arranging and conducting of educational training workshops in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; consulting services about training, further training and education in the fields of computer science, computer and information technologies; education services, namely, providing tutoring in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; educational examination services in the fields of computer science, computer and information technologies; educational services provided by computer schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services provided by schools, namely, providing classes and lessons in the fields of computer science, computer and information technologies; educational services, namely, providing computer classes and lessons for children in the fields of computer science, computer and information technologies; educational services, namely, conducting of on-line exhibitions, displays, interactive exhibits in the field of robots, field trips at children's summer camps in the fields of computer science, computer and information technologies; entertainment services, namely, provision of interactive play areas, social gatherings, live appearances by professional entertainers at children's summer camps in the fields of computer science, computer and information technologies; holiday camp entertainment services, namely arranging and hosting social entertainment events in the fields of computer science, computer and information technologies; online publication of electronic books and journals in the fields of computer science, computer and information technologies; organization of educational competitions in the fields of computer science, computer and information technologies; organization of exhibitions for educational purposes in the fields of computer science, computer and information technologies; practical educational demonstration and training in the fields of computer programming, software and game development, computer graphics and design, network technologies, robotics and system administration; providing information about computer education training relating to computer science, computer and information technologies; educational services, namely providing online non-downloadable electronic publications in the nature of books, newspapers, magazines, journals, blogs, articles, newsletters and coursewares in the fields of computer science, computer and information technologies; providing online videos, not downloadable, in the fields of computer science, computer and information technologies; publication of books in the fields of computer science, computer and information technologies; publication of texts, other than publicity texts, in the fields of computer science, computer and information technologies; publication of training guides, manuals, educational materials in the fields of computer science, computer and information technologies; teaching in the fields of computer science, computer and information technologies; training courses in computer graphics and design; training courses in computer programming; training courses in web design; training in computer and network technologies; training in computer programming; training in computer software testing; training in computer-aided montage; training in development and promotion of web sites and other web projects; training in system administration; training in the use of computers; vocational guidance, namely, providing advice on training and educating others in the fields of computer science, computer and information technologies

Applicant may respond to this final Office action by providing one or both of the following:

(1)    A request for reconsideration that fully resolves all outstanding requirements and refusals; and/or

(2)    An appeal to the Trademark Trial and Appeal Board with the required filing fees.

TMEP §715.01; *see* 37 C.F.R. §2.63(b)(1)-(2).

**How to respond. Click to file a response to this final Office action** and/or **appeal it to the Trademark Trial and Appeal Board (TTAB).**

**How to respond. Click to file a request for reconsideration of this final Office action** that fully resolves all outstanding requirements and refusals **and/or click to file a timely appeal to the Trademark Trial and Appeal Board (TTAB)** with the required filing fee(s).

Riso, Mark
/Mark Riso/
Trademark Examining Attorney
Law Office 108
(571)272-0167
Mark.Riso@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.** A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

| **To:** | KORCHEVSKYI Dmytro (hmangione@egsllp.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 79280552 - IT STEP SCHOOL - 17291.001 |
| **Sent:** | October 22, 2020 10:10:17 AM |
| **Sent As:** | ecom108@uspto.gov |
| **Attachments:** | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **October 22, 2020** for
**U.S. Trademark Application Serial No. 79280552**

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

Riso, Mark
/Mark Riso/
Trademark Examining Attorney
Law Office 108
(571)272-0167
Mark.Riso@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **October 22, 2020**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond

## GENERAL GUIDANCE

- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

- **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**United States Patent and Trademark Office (USPTO)**
Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 79358242

**Mark:** LUISS BUSINESS SCHOOL

**Correspondence Address:**
Società Italiana Brevetti S.p.A.
Piazza di Pietra, 38-39
I-00186 Roma ITALY

**Applicant:** Luiss - Libera Università Internazionale degli Studi Sociali Guido Carli

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION
## Notice of Provisional Full Refusal

**International Registration No. 1702937**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**

- Identification of Goods and Services Requirement
- Disclaimer Requirement

Class 14: Jewellery findings; jewellery made of precious metals; paste jewellery; tie clips; cuff links; rings being jewellery; bracelets; chains being jewellery; jewellery charms; necklaces being jewellery; tiaras; gems; medals; medallions; earrings; pins being jewellery; watch bands; watch chains; chronographs being watches; chronoscopes; clocks and watches; alarm clocks; commemorative coins; collectible coins; key rings in the nature of split rings with trinket or decorative fobs; commemorative shields of precious metals; jewellery cases; jewelry caskets; jewellery boxes

Class 16: Paper, paper articles in the nature of paper emblems and paper tablemats; cardboard and cardboard articles in the nature of storage boxes; books in the nature of PRINTED date books, sketch books; printed matter, in the nature of printed calendars, printed forms; printed teaching, educational and instructional materials in the field of science, law, medicine and economics; printed specialist periodicals in the field of science, law, medicine and economics; printed periodicals in the nature of magazines in the field of entertainment; PRINTED newspapers; printed sheet music; PRINTED magazines, namely, PRINTED general feature magazines; PRINTED maps for excursions, PRINTED maps for educational and teaching purposes, PRINTED posters and PRINTED wall charts, PRINTED photographs; pens; pencils; pencil cases

Class 18: Bags, namely, carry-all bags, leather bags; briefcases, backpacks, suitcases, document cases, umbrellas, wallets, travel bags, briefcases, handbags; conference folders, namely, briefcase-like leather business folders; coin purses, luggage; trunks being luggage; credit card cases and sports bags

Class 21: Drinking glasses, drinking vessels and barware, namely, beer glasses and wine glasses; cups and mugs; porcelain ware, namely, porcelain flower pots; isothermic bags, namely, thermal insulated bags for food or beverages; bottles, sold empty; stemware; decanters; napkin rings; works of art made of glass; works of art made of crystal; souvenir plates; coin banks; toothbrush holders; brushes, namely, scrubbing brushes, bath brushes; toothbrushes, non-electric; toothbrushes, electric

Class 25: Articles of clothing and footwear, namely, coats and shirts; bathing suits; neckties; jackets being clothing; stuff jackets being clothing; skirts; aprons being clothing; maillots; hosiery; sweaters; cloaks; brassieres; slips being underclothing; trousers; slippers; pyjamas; ponchos; sandals; shoes; neck scarves being mufflers; shawls; boots; uniforms; combinations being ONE-PIECE UNDERGARMENTS; dressing gowns; togas; sweatshirts; tee-shirts; sportswear, namely, sweat pants

Class 36: Providing educational scholarships; providing monetary grants to charities; providing information relating to charitable fundraising; investment of funds for charitable purposes; arranging of financing for humanitarian projects; financial sponsorship of {INDICATE SPECIFIC EVENT OR ACTIVITY}; philanthropic services concerning monetary donations; PROVIDING financial sponsorship OF {INDICATE SPECIFIC EVENT OR ACTIVITY} and patronage

Class 39: Rental of vehicles, namely, bicycles, scooters, cars and trucks; transportation travel arrangement for individuals and for groups, organising, reservation and booking of transport for travel tours, tourist transport services and sightseeing transport services, passenger transport using vehicles and trucks; escorting of travellers; chauffeur services

Class 41: Education and instruction, namely, providing classes and seminars in the field of science, law, medicine and economics; advanced training in the field of science, law, medicine and economics; business training services; continuous training in the field of science, law, medicine and economics; training and instruction, namely, providing workshops and seminars in the field of science, law,

students

Class 43: Rental of temporary accommodation; providing temporary accommodation in universities; temporary accommodation reservations; hospitality services, namely, providing temporary housing accommodations; hospitality services in the nature of making reservations for hotel accommodation; providing conference, exhibition and meeting facilities; providing food and drink in restaurants and bars; bar services; café services; canteen services; self-service restaurant services; restaurant services; snack-bar services

**Disclaimer Requirement**

Applicant must disclaim the wording "BUSINESS SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from Macmillan Dictionary shows this wording means a type of university or college where people study subjects related to business. Given that applicant's goods and services include providing classes and seminars in the field of science, law, medicine and economics, downloadable computer software for teaching, instructional and educational purposes in the field of science, law, medicine and economics, and providing educational scholarships, the wording merely describes ta characteristic, feature or use of applicant's goods and/or services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "BUSINESS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. See 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. See Examination Guide 1-20, at III.A.

**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark



© Macmillan Education Limited 2009–2023

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 79358242

**Mark:** LUISS BUSINESS SCHOOL

**Correspondence Address:**
Società Italiana Brevetti S.p.A.
Piazza di Pietra, 38-39
I-00186 Roma ITALY

**Applicant:** Luiss - Libera Università Internazionale degli Studi Sociali Guido Carli

**Reference/Docket No.** N/A

**Correspondence Email Address:**

# NONFINAL OFFICE ACTION
## Notice of Provisional Full Refusal

**International Registration No. 1702937**

**Deadline for responding.** The USPTO must receive applicant's response **within six months of the "date on which the notification was sent to WIPO (mailing date)"** located on the WIPO cover letter, or the U.S. application will be abandoned (see https://www.uspto.gov/trademarks-application-process/abandoned-applications for information on abandonment). To confirm the mailing date, go to the USPTO's Trademark Status and Document Retrieval (TSDR) database at https://tsdr.uspto.gov/, select "US Serial, Registration, or Reference No.," enter the U.S. application serial number in the blank text box, and click on "Documents." The mailing date used to calculate the response deadline is the "Create/Mail Date" of the "IB-1rst Refusal Note."

Respond to this Office action using the USPTO's Trademark Electronic Application System (TEAS). A link to the appropriate TEAS response form appears at the end of this Office action.

**Discussion of provisional full refusal.** This is a provisional full refusal of the request for extension of protection to the United States of the international registration, known in the United States as a U.S. application based on Trademark Act Section 66(a). *See* 15 U.S.C. §§1141f(a), 1141h(c).

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SUMMARY OF ISSUES:**

- Identification of Goods and Services Requirement
- Disclaimer Requirement

Class 14: Jewellery findings; jewellery made of precious metals; paste jewellery; tie clips; cuff links; rings being jewellery; bracelets; chains being jewellery; jewellery charms; necklaces being jewellery; tiaras; gems; medals; medallions; earrings; pins being jewellery; watch bands; watch chains; chronographs being watches; chronoscopes; clocks and watches; alarm clocks; commemorative coins; collectible coins; key rings in the nature of split rings with trinket or decorative fobs; commemorative shields of precious metals; jewellery cases; jewelry caskets; jewellery boxes

Class 16: Paper, paper articles in the nature of paper emblems and paper tablemats; cardboard and cardboard articles in the nature of storage boxes; books in the nature of PRINTED date books, sketch books; printed matter, in the nature of printed calendars, printed forms; printed teaching, educational and instructional materials in the field of science, law, medicine and economics; printed specialist periodicals in the field of science, law, medicine and economics; printed periodicals in the nature of magazines in the field of entertainment; PRINTED newspapers; printed sheet music; PRINTED magazines, namely, PRINTED general feature magazines; PRINTED maps for excursions, PRINTED maps for educational and teaching purposes, PRINTED posters and PRINTED wall charts, PRINTED photographs; pens; pencils; pencil cases

Class 18: Bags, namely, carry-all bags, leather bags; briefcases, backpacks, suitcases, document cases, umbrellas, wallets, travel bags, briefcases, handbags; conference folders, namely, briefcase-like leather business folders; coin purses, luggage; trunks being luggage; credit card cases and sports bags

Class 21: Drinking glasses, drinking vessels and barware, namely, beer glasses and wine glasses; cups and mugs; porcelain ware, namely, porcelain flower pots; isothermic bags, namely, thermal insulated bags for food or beverages; bottles, sold empty; stemware; decanters; napkin rings; works of art made of glass; works of art made of crystal; souvenir plates; coin banks; toothbrush holders; brushes, namely, scrubbing brushes, bath brushes; toothbrushes, non-electric; toothbrushes, electric

Class 25: Articles of clothing and footwear, namely, coats and shirts; bathing suits; neckties; jackets being clothing; stuff jackets being clothing; skirts; aprons being clothing; maillots; hosiery; sweaters; cloaks; brassieres; slips being underclothing; trousers; slippers; pyjamas; ponchos; sandals; shoes; neck scarves being mufflers; shawls; boots; uniforms; combinations being ONE-PIECE UNDERGARMENTS; dressing gowns; togas; sweatshirts; tee-shirts; sportswear, namely, sweat pants

Class 36: Providing educational scholarships; providing monetary grants to charities; providing information relating to charitable fundraising; investment of funds for charitable purposes; arranging of financing for humanitarian projects; financial sponsorship of {INDICATE SPECIFIC EVENT OR ACTIVITY}; philanthropic services concerning monetary donations; PROVIDING financial sponsorship OF {INDICATE SPECIFIC EVENT OR ACTIVITY} and patronage

Class 39: Rental of vehicles, namely, bicycles, scooters, cars and trucks; transportation travel arrangement for individuals and for groups, organising, reservation and booking of transport for travel tours, tourist transport services and sightseeing transport services, passenger transport using vehicles and trucks; escorting of travellers; chauffeur services

Class 41: Education and instruction, namely, providing classes and seminars in the field of science, law, medicine and economics; advanced training in the field of science, law, medicine and economics; business training services; continuous training in the field of science, law, medicine and economics; training and instruction, namely, providing workshops and seminars in the field of science, law,

students

Class 43: Rental of temporary accommodation; providing temporary accommodation in universities; temporary accommodation reservations; hospitality services, namely, providing temporary housing accommodations; hospitality services in the nature of making reservations for hotel accommodation; providing conference, exhibition and meeting facilities; providing food and drink in restaurants and bars; bar services; café services; canteen services; self-service restaurant services; restaurant services; snack-bar services

**Disclaimer Requirement**

Applicant must disclaim the wording "BUSINESS SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The attached evidence from Macmillan Dictionary shows this wording means a type of university or college where people study subjects related to business. Given that applicant's goods and services include providing classes and seminars in the field of science, law, medicine and economics, downloadable computer software for teaching, instructional and educational purposes in the field of science, law, medicine and economics, and providing educational scholarships, the wording merely describes ta characteristic, feature or use of applicant's goods and/or services.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "BUSINESS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Email address required.** Applicant must provide applicant's email address, which is a requirement for a complete application. See 37 C.F.R. §2.32(a)(2); *Mandatory Electronic Filing & Specimen Requirements*, Examination Guide 1-20, at III.A. (Rev. Feb. 2020). Applicant's email address cannot be identical to the listed primary correspondence email address of any attorney retained to represent applicant in this application. See Examination Guide 1-20, at III.A.

**Applicant must be represented by a U.S.-licensed attorney to respond to or appeal the provisional refusal.** An applicant whose domicile is located outside of the United States or its territories is foreign-domiciled and must be represented by an attorney who is an active member in good standing of the bar of the highest court of a U.S. state or territory. 37 C.F.R. §§2.11(a), 11.14; Requirement of U.S.-Licensed Attorney for Foreign-Domiciled Trademark Applicants & Registrants, Examination Guide 4-19, at I.A. (Rev. Sept. 2019). An individual applicant's domicile is the place a person resides and intends to be the person's principal home. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. A juristic entity's domicile is the principal place of business; i.e., headquarters, where a juristic entity applicant's senior executives or officers ordinarily direct and control the entity's activities. 37 C.F.R. §2.2(o); Examination Guide 4-19, at I.A. Because applicant is foreign-domiciled, applicant must appoint such a U.S.-licensed attorney qualified to practice under 37 C.F.R. §11.14 as its representative before the application may proceed to registration. 37 C.F.R. §2.11(a). See Hiring a U.S.-licensed trademark

COLLOCATIONS    THESAURUS    BLOG

macmillan dictionary    BUZZWORD    OPEN DICTIONARY    RESOURCES    QUIZZES    VIDEOS

Search Macmillan Dictionary →

BRILLIANT EARTH'
SHOP GEMSTONE RINGS ›

BRILLIANT
EARTH'

DREAM
IN COLOR

SHOP GEMSTONE RINGS



**business school** DEFINITIONS AND SYNONYMS

NOUN COUNTABLE/UNCOUNTABLE  BUSINESS    US ◀))

WORD FORMS    +

DEFINITIONS  1

1 a type of university or college where people study subjects related to business

Synonyms and related words    +

American definition and synonyms of **business** school from the online English dictionary from Macmillan Education
This is the American English definition of **business** school View British English definition of business school
Change your default dictionary to British English
View the pronunciation for business school

Using the dictionary →

Share this entry    f y

## QUIZZES

**VOCABULARY QUIZ: TRENDING WORDS OF 2020**

Take the quiz now →

BRILLIANT EARTH'

## THESAURUS

© Macmillan Education Limited 2009–2023

| | |
|---|---|
| **To:** | Education Direct, Inc. (donna.dimitir@thomson.com) |
| **Subject:** | TRADEMARK APPLICATION NO. 78729961 - PENN FOSTER CAREER SCHOOL - N/A |
| **Sent:** | 3/29/2006 11:49:38 AM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**   78/729961

**APPLICANT:**   Education Direct, Inc.

**CORRESPONDENT ADDRESS:**
EDWARD A. FRIEDLAND
THE THOMSON CORPORATION
1 STATION PL
STAMFORD, CT 06902-6800

**MARK:**   PENN FOSTER CAREER SCHOOL

**CORRESPONDENT'S REFERENCE/DOCKET NO :**  N/A

**CORRESPONDENT EMAIL ADDRESS:**
donna.dimitir@thomson.com

# *78729961*

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  78/729961

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

### Search Results

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d).  TMEP §704.02.

Although no similar registered or pending mark has been found that would bar registration, applicant must satisfy/address the following requirements.

### Requirements

**Disclaimer**

The applicant must disclaim the descriptive wording "PENN" and "CAREER SCHOOL" apart from the mark as shown. Trademark Act Section 6, 15 U.S.C. §1056; TMEP §§1213 and 1213.03(a). Applicant is located in Pennsylvania such that the abbreviation, "PENN," is merely geographically descriptive of applicant's services. Applicant's proposed services are, in pertinent part, "providing programs and courses of instruction . . . at the . . . vocational . . . level." A vocation refers to an occupation or career. Applicant's services are in the nature of educational services such that "school" is merely descriptive of a feature of applicant's services. See the attached definitions from *The American Heritage Dictionary of the English Language*, Fourth Ed., 2000. Because "PENN," and, "CAREER SCHOOL," are merely descriptive of applicant's services, applicant must disclaim the descriptive wording "PENN" and "CAREER SCHOOL" apart from the mark as shown.

The computerized printing format for the *Trademark Official Gazette* requires a standard form for a disclaimer. TMEP §1213.08(a)(i). A properly worded disclaimer should read as follows:

No claim is made to the exclusive right to use "PENN" and "CAREER SCHOOL" apart from the mark as shown.

*See In re Owatonna Tool Co.*, 231 USPQ 493 (Comm'r Pats. 1983).

Paul C. Crowley
/Paul Crowley/
Trademark Attorney
Law Office 110
(571) 272-8846
Fax (formal responses only) (571) 273-9110

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED RESPONSE.**
- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

http://www.bartleby.com/61/61/P0166100.html    03/29/2006 11:26:34 AM



The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.



Reference > American Heritage® > Dictionary

‹ vocal tract                                                vocational ›

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

## vocation

SYLLABICATION: vo·ca·tion

PRONUNCIATION: vō-kā′shən

NOUN: **1.** A regular occupation, especially one for which a person is particularly suited or qualified. **2.** An inclination, as if in response to a summons, to undertake

inclination, as if in response to a summons, to undertake a certain kind of work, especially a religious career; a calling.

ETYMOLOGY: Middle English *vocacioun*, divine call to a religious life, from Old French *vocation*, from Latin *vocātiō, voc ātiōn-*, a calling, from *vocātus*, past participle of *vocāre*, to call. See **wek**- in Appendix I.



The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

 ‹ vocal tract
vocational ›

Google [          ]    Search

Click here to shop the Bartleby Bookstore.

Welcome · Press · Advertising · Linking · Terms of Use · © 2005 Bartleby.com

amazon.com
Find Gifts
› Shop now at Amazon.com
Privacy Information

150  250  350  450  550  650  750  850  950
Lowest                                    Highest
What is your Credit Score? Find out NOW!    Click Here!

| To: | Patrick C. Stephenson(trademarks.stephenson@kutakrock.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 97871173 - ROADMASTER DRIVERS SCHOOL |
| Sent: | January 05, 2024 01:40:50 PM EST |
| Sent As: | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-merriam-webster-com-dictionary-school-17044776485111

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 97871173

**Mark:** ROADMASTER DRIVERS SCHOOL

**Correspondence Address:**
PATRICK C. STEPHENSON
KUTAK ROCK LLP
1650 FARNAM STREET
OMAHA NE 68102
UNITED STATES

**Applicant:** Career Path Training Corp.

**Reference/Docket No.** N/A

**Correspondence Email Address:** trademarks.stephenson@kutakrock.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** January 5, 2024

### Introduction

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant

must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

## Summary of Issues

- Amendment Required - Identification Of Goods and/Or Services
- Disclaimer of Descriptive Wording Required

## I.  AMENDMENT REQUIRED - IDENTIFICATION OF GOODS AND/OR SERVICES

Applicant must amend the identification of goods and/or services in International Class 41 for the reasons stated below.

*Indefinite and/or Overbroad Wording in Identification of Goods and/or Services*

Some of the wording in the identification of goods and/or services is indefinite and/or overly broad; that is, it is not clear what the nature of the goods and/or services is and/or the identification could include goods and/or services in more than one international class. The identification of goods and/or services must be specific, definite, clear, accurate, and concise. *See* 15 U.S.C. §§1051(a)(2), 1051(b)(2), 1053, 1126(d)-(e), 1141f; 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.01(b)-(c).

Therefore, applicant must either (1) delete the unacceptable wording or (2) amend it to definite wording that specifies the nature of the goods and/or services in greater detail and that is within the scope of the original identification. *See* 37 C.F.R. §2.32(a)(6); TMEP §§1402.01, 1402.03. For assistance with drafting acceptable wording, use the USPTO's online searchable *Acceptable Identification of Goods and Services Manual* (ID Manual). *See* TMEP §1402.04. For guidance on searching the ID Manual, see "Searching the Trademark ID Manual" located under "Guides, Manuals, and Resources" in the Trademark portion of USPTO.gov, linked here.

*Suggested Wording for Identification of Goods and/or Services*

Applicant may substitute the following wording, if accurate (note that added text is indicated with bold type, deleted text is indicated with a strike through, and suggested text is indicated with braces):

> "vocational education and training, **namely, conducting {indicate mode(s) of instruction, e.g. in-person classes}** in the field of truck driving; education and training, **namely, conducting {indicate mode(s) of instruction, e.g. in-person classes}** ~~for~~ **in the field of acquiring a** commercial driver's license (CDL); ~~and~~ administration of commercial driver's license (CDL) testing" in International Class 41.

*Advisories – ID Manual and Scope of Amendments*

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S. Acceptable Identification of Goods and Services Manual*. *See* TMEP §1402.04.

Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand the goods and/or services beyond those in the original application or as acceptably amended. *See* 37 C.F.R. §2.71(a); TMEP §1402.06. Generally, any deleted goods and/or services may not later be reinserted. *See* TMEP §1402.07(e).

## II.    DISCLAIMER OF DESCRIPTIVE WORDING REQUIRED

Applicant must disclaim the wording "DRIVERS SCHOOL" because it is merely descriptive of an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012); TMEP §§1213, 1213.03(a).

The wording "DRIVERS" is descriptive of applicant's services because applicant's identification references "commercial driver's licenses" and "truck driving". This wording is therefore only different in conjugation to language in applicant's identification of services. Additionally, the attached evidence from Merriam Webster Dictionary shows the wording "SCHOOL" means "to educate in an institution of learning". Thus, the wording merely describes applicant's goods and/or services because this wording merely notes that applicant's "education" services take place within a "school".

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "DRIVERS SCHOOL" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the Trademark Electronic Application System (TEAS), see the Disclaimer webpage.

**Response guidelines.** For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Jonathan Watkins/
Jonathan Watkins
Examining Attorney
LO305--LAW OFFICE 305
(571) 272-3894
Jonathan.Watkins@uspto.gov

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.



**More from Merriam-Webster on** *school*

Nglish: Translation of *school* for Spanish Speakers
Britannica English: Translation of *school* for Arabic Speakers

Last Updated: 3 Jan 2024 - Updated example sentences

**Budget-Friendly Meal Ideas**

## school *1 of 4* noun (1)

SKÜL

Synonyms of *school* >

1 : an organization that provides instruction; such as
  a : an institution for the teaching of children
  b : COLLEGE, UNIVERSITY
  c (1) : a group of scholars and teachers pursuing knowledge together that with similar groups constituted a medieval university
    (2) : one of the four faculties of a medieval university
    (3) : an institution for specialized higher education often associated with a university
      the *school* of engineering
  d : an establishment offering specialized instruction
    a secretarial *school*
    driving *schools*

2 a (1) : the process of teaching or learning especially at a school
    (2) : attendance at a school
    (3) : a session of a school
  b : a school building

**Meals at Consistent Low Prices**

We are committed to offering you consistent low prices on the items families use the most.

**Quordle**

Can you solve 4 words at once?

Play

Dictionary
**Definition**
noun (1)
verb (1)
noun (2)
verb (2)

Synonyms
Synonym Chooser
Example Sentences
Word History
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W



Show Less ⌃

Save Word

Synonym Chooser
Example Sentences
Word History
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W
Show Less ⌃

Save Word

Dictionary
**Definition**
noun (1)
verb (1)
noun (2)
verb (2)

Synonyms
Synonym Chooser

c : the students attending a school

*also* : its teachers and students

3 : a source of knowledge

experience was his *school*

4 a : a group of persons who hold a common doctrine or follow the same teacher (as in driving *schools*

2 a (1) : the process of teaching or learning especially at a school

(2) : attendance at a school

(3) : a session of a school

b : a school building

c : the students attending a school

*also* : its teachers and students

3 : a source of knowledge

experience was his *school*

4 a : a group of persons who hold a common doctrine or follow the same teacher (as in philosophy, theology, or medicine)

the Aristotelian *school*

*also* : the doctrine or practice of such a group

b : a group of artists under a common influence

c : a group of persons of similar opinions or behavior

*also* : the shared opinions or behavior of such a group

other *schools* of thought

5 : the regulations governing military drill of individuals or units

*also* : the shared opinions or behavior of such a group

other *schools* of thought

5 : the regulations governing military drill of individuals or units

*also* : the exercises carried out

the *school* of the soldier

# school 2 of 4 verb (1)

schooled; schooling; schools





Can you solve 4 words at once?

Play



A warm welcome



Shop Now



WORD OF THE DAY

accolade

WORD OF THE DAY

accolade

See Definitions and Examples »

Get Word of the Day daily email!

Your email address   SUBSCRIBE





**Create a home you love**

Get free design advice in store virtually or by phone. We'll help you with furniture ideas, space planning with 3D renderings and more

Make an Appointment

Ad By Room & Board

*transitive verb*

**1 a :** to teach or drill in a specific knowledge or skill

well *schooled* in languages

**b :** to discipline or habituate to something

*school* oneself in patience

**2 :** to educate in an institution of learning

The child was *schooled* at great cost to her family

# school 3 of 4 noun (2)

: a large number of fish or aquatic animals of one kind swimming together

# school 4 of 4 verb (2)

schooled; schooling; schools

*intransitive verb*

: to swim or feed in a school

bluefish are *schooling*



**Dish up modern dining room design**

Ad By Room & Board    Shop Dining

## Synonyms

**Noun (1)**

academe    academy    seminary

**Verb (1)**

educate    indoctrinate    instruct



lesson

teach

train

tutor

See all Synonyms & Antonyms in Thesaurus >

## Choose the Right Synonym for *school*

TEACH, INSTRUCT, EDUCATE, TRAIN, DISCIPLINE, SCHOOL mean to cause to acquire knowledge or skill.

*instructs* raw recruits in military drill

EDUCATE implies development of the mind.

more things than formal schooling serve to *educate* a person

TRAIN stresses instruction and drill with a specific end in view.

*trained* foreign pilots to operate the new aircraft

DISCIPLINE implies training in habits of order and precision.

a *disciplined* mind

SCHOOL implies training or disciplining especially in what is hard to master.

*schooled* the horse in five gaits

Make an Appointment

Ad By Room & Board

## Examples of *school* in a Sentence

### Recent Examples on the Web

**Noun**

Stuck with the teacher and the kid is Randolph's Mary Lamb, who runs the *school* cafeteria and is grieving the loss of her son, recently killed in Vietnam.
- Patrick Brzeski, *The Hollywood Reporter*, 29 Dec. 2023

From the sidebar:

More from M-W

Show Less

Save Word

Synonym Chooser

Example Sentences

Word History

Phrases Containing

Related Articles

Entries Near

Cite this Entry

Share

Kids Definition

More from M-W

Show Less

Save Word





Create a home you love

Get free design advice in store  virtually or by phone. We'll help you with furniture ideas  space planning with 3D renderings and more

**Make an Appointment**

Ad By Room & Board

## Dictionary

**Definition**
noun (1)
verb (1)
noun (2)
verb (2)

Synonyms
Synonym Chooser
Example Sentences
**Word History**
Phrases Containing
Related Articles
Entries Near
Cite this Entry
Share
Kids Definition
More from M-W
Show Less

### Etymology

**Noun (1)**
Middle English *scole*, from Old English *scōl*, from Latin *schola*, from Greek *scholē* leisure, discussion, lecture, school; perhaps akin to Greek *echein* to hold — more at SCHEME entry 1

**Noun (2)**
Middle English *scole*, from Middle Dutch *schole*; akin to Old English *scolu* multitude and probably to Old English *scylian* to separate — more at SKILL entry 1

### First Known Use

**Noun (1)**
before the 12th century, in the meaning defined at sense 1

**Verb (1)**
15th century, in the meaning defined at sense 1a

**Noun (2)**
15th century, in the meaning defined above

**Verb (2)**
1597, in the meaning defined above

### Time Traveler



**The first known use of** *school* **was before the 12th century**

See more words from the same century

## Phrases Containing *school*

| | | |
|---|---|---|
| after-school | alternative school | B-school |
| charter school | at school | approved school |

Save Word

Merriam-Webster    Dictionary    Thesaurus    school    🔍    Games & Quizzes    Word of the Day    Grammar    Wordplay    Word Finder    More ⌄

**Dictionary**

Definition
- noun (1)
- verb (1)
- noun (2)
- verb (2)
- Synonyms
- Synonym Chooser
- Example Sentences
- Word History
- **Phrases Containing**
- Related Articles
- Entries Near
- Cite this Entry
- Share
- Kids Definition
- More from M-W
- Show Less ⌄

Save Word

## Phrases Containing *school*

| | | |
|---|---|---|
| after-school | alternative school | B-school |
| charter school | at school | approved school |
| church school | in school | junior school |

See More ⌄

## Articles Related to *school*

**A Drudge of Lexicographers Presents:...**
What do you call a group of cats?

**Is 'School' Ever Properly a Verb?**
It's time for you to get schooled on 'school'.

**Get Schooled on 'School'**
What does a school of fish have to do with a classroom? Nothing

**Create a home you love**

Get free design advice in store, virtually or by phone. We'll help you with furniture ideas, space planning with 3D renderings and more

Make an Appointment

Ad By Room & Board





Tu ayuda hace estos momentos posibles

"School." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/school. Accessed 5 Jan. 2024.
Copy Citation

**Share**

  
Facebook    Twitter

**Kids Definition**

# school 1 of 3 noun

skul

1  a : a place or establishment for teaching and learning

   *also* : the shared opinions, beliefs, or methods of such a group

# school 2 of 3 verb

1  : to teach or drill in a specific skill or area of knowledge
   *well schooled in languages*

2  : to discipline or make used to something
   *school oneself in patience*

# school 3 of 3 noun

: a large number of water-dwelling animals of one kind (as fish) swimming together



...w, But Forgot          and Homonyms                              Dashes, and Hyphens          Anyway

## Popular in Wordplay

See All

Words of the Week - Jan. 5

10 Words for Lesser-Known Games and Sports

Your Favorite Band is in the Dictionary

Etymologies for Every Day of the Week

7 Common Idioms That Come from Chickens

## Games & Quizzes

See All

**Quordle**
Can you solve 4 words at once?

Play

**Blossom Word Game**
You can make only 12 words. Pick the best ones!

Play

**Missing Letter**
A crossword with a twist

Play

**Spelling Bee Quiz**
Can you outdo past winners of the National Spelli...

Take the quiz

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on January 5, 2024 for
**U.S. Trademark Application Serial No. 97871173**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney**. If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| To: | STRINGHAM REAL ESTATE SCHOOL, INC. (danny@hopkinsonlaw.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85877874 - STRINGHAM SCHOOLS - N/A |
| Sent: | 6/26/2013 6:41:10 PM |
| Sent As: | ECOM103@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 85877874

**MARK:** STRINGHAM SCHOOLS

**CORRESPONDENT ADDRESS:**
  DANIEL A. HOPKINSON
  PO BOX 941
  CENTERVILLE, UT 84014-0941

**\*85877874\***

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:** STRINGHAM REAL ESTATE SCHOOL, INC.

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
  N/A
**CORRESPONDENT E-MAIL ADDRESS:**
  danny@hopkinsonlaw.com

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 6/26/2013**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

<u>Summary of Issues</u>

1. **Primarily Merely a Surname Refusal**
2. **Options for Responding to Surname Refusal**
3. **Attention invited to submit Claim of Acquired Distinctiveness**
4. **Instructions for submitting declaration to support allegation of acquired distinctiveness**
5. **Identification of services is unacceptable as indefinite**
6. **Requirements for multi-class applications based on use in commerce**
7. **Instructions for submitting declaration to support use of substitute specimen**
8. **Disclaimer of generic term required**

## Search Results – No Conflicting Marks Found

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

## Trademark Act Section 2(e)(4) – Primarily Merely a Surname Refusal

Applicant seeks registration of STRINGHAM SCHOOLS in connection with educational services. As demonstrated by the attached printout from LEXISNEXIS Search of LAST-NAME (STRINGHAM) MAXRESULTS (500), the surname STRINGHAM appeared approximately 550 times in the public records database. Therefore, the following refusal is now issued.

Registration is refused because the applied-for mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); *see* TMEP §1211. The primary significance of the mark to the purchasing public determines whether a term is primarily merely a surname. *In re Kahan & Weisz Jewelry Mfg. Corp.*, 508 F.2d 831, 832, 184 USPQ 421, 422 (C.C.P.A. 1975); *In re Binion*, 93 USPQ2d 1531, 1537 (TTAB 2009); *see* TMEP §§1211, 1211.01.

Please see the attached evidence from a LEXISNEXIS search of LAST-NAME (STRINGHAM) on the Public Records: Surname File, establishin the surname significance of the surname STRINGHAM. This evidence shows the applied-for mark appearing approximately 550 times as a surname in a nationwide telephone directory of names.

The addition of the generic word "school" in the mark does not obviate the surname significance of the mark.  Combining a surname with the generic name for the goods and/or services does not overcome a mark's surname significance. *See Mitchell Miller, P.C. v. Miller*, 105 USPQ2d 1615, 1622 (TTAB 2013) (holding MILLER LAW GROUP primarily merely a surname for legal services, noting that LAW GROUP is a generic designation for a law firm); *In re Hamilton Pharms. Ltd.*, 27 USPQ2d 1939, 1944 (TTAB 1993) (holding HAMILTON PHARMACEUTICALS primarily merely a surname for pharmaceutical products); *In re Cazes*, 21 USPQ2d 1796, 1797 (TTAB 1991) (holding BRASSERIE LIPP primarily merely a surname for restaurant services); TMEP §1211.01(b)(vi).

As demonstrated by the attached print out from the *Getty Thesaurus of Geographic Names Online*, "Stringham" appears also as the name of a lake and a peak. The fact that a term is shown to have some minor significance as a geographical term will not dissipate its primary significance as a surname. *In re Hamilton Pharms. Ltd.*, 27 USPQ2d 1939, 1943 (TTAB 1993); *In re Picone*, 221 USPQ 93, 95 (TTAB 1984); TMEP §1211.01(a)(iii).

The following five factors are used to determine whether a mark is primarily merely a surname:

(1) Whether the surname is rare;

(2) Whether anyone connected with applicant uses the term as a surname;

(3) Whether the term has any recognized meaning other than as a surname;

(4) Whether the term has the structure and pronunciation of a surname; and

(5) Whether the term is sufficiently stylized to remove its primary significance from that of a surname.

*See In re Binion*, 93 USPQ2d 1531, 1537 (TTAB 2009); *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333-34 (TTAB 1995); TMEP §1211.01.

## Options for Responding to Refusal

A mark deemed primarily merely a surname may be registered on the Principal Register under Trademark Act Section 2(f) by satisfying one of the following:

(1) Submit a claim of ownership of one or more prior registrations on the Principal Register for a mark that is the same as the mark in the application and for the same or related goods and/or services. 37 C.F.R. §2.41(b); TMEP §§1212, 1212.04. The following wording is suggested: **"The mark has become distinctive under Section 2(f) of the goods or services as evidenced by ownership of U.S. Registration No(s). _____ on the Principal Register for the same mark for the same or related goods and/or services."** TMEP §1212.04(e).;

(2) Submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: **"The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at**

**least the five years immediately before the date of this statement."** 37 C.F.R. §2.41(b); TMEP §1212.05(d); *see* 37 C.F.R. §2.193(e)(1).; or

(3) Submit actual evidence of acquired distinctiveness. 37 C.F.R. §2.41(a); TMEP §1212.06. Such evidence may include the following: examples of advertising and promotional materials that specifically promote the applied-for mark as a trademark and/or service mark in the United States; dollar figures for advertising devoted to such promotion; dealer and consumer statements of recognition of the applied-for mark as a trademark and/or service mark; and any other evidence that establishes recognition of the applied-for mark as a source-identifier for the goods and/or services. *See In re Ideal Indus., Inc.*, 508 F.2d 1336, 184 USPQ 487 (C.C.P.A. 1975); *In re Instant Transactions Corp. of Am.*, 201 USPQ 957 (TTAB 1979); TMEP §§1212.06 *et seq.*

Trademark Act Section 2(f), 15 U.S.C. §1052(f); *see* 37 C.F.R. §2.41; TMEP §§1211, 1212.

If applicant cannot satisfy one of the above, applicant can amend the application to seek registration on the Supplemental Register. Trademark Act Section 23, 15 U.S.C. §1091; *see* 37 C.F.R. §§2.47, 2.75(a).

## Acquired Distinctiveness

The application record indicates that applicant has used its mark for a long time; therefore, applicant can seek registration on the Principal Register under Trademark Act Section 2(f), based on acquired distinctiveness. *See* 15 U.S.C. §1052(f); TMEP §1212.05.

To amend the application to Section 2(f) based on five years' use, applicant should submit the following written statement claiming acquired distinctiveness, if accurate:

> **The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.**

TMEP §1212.05(d). Applicant must verify this statement with an affidavit or signed declaration under 37 C.F.R. §2.20. 37 C.F.R. §2.41(b); TMEP §1212.05(d); *see* 37 C.F.R. §2.193(e)(1).

## Instructions for Submitting Declaration to Support Allegation of Acquired Distinctiveness

Applicant may submit a declaration online using the Trademark Electronic Application System (TEAS) response to Office action form at http://www.uspto.gov/trademarks/teas/response_forms.jsp. When in the screen of the TEAS response form wizard, answer "yes" to the wizard question relating to submitting a "signed declaration," and follow the instructions within the form for signing. *See* 37 C.F.R. §§2.20, 2.33(a)-(b)(1), 2.193(a)-(e)(1); TMEP §§611.01(c), 804.01(b).

*Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.*

*Applicant must respond to the requirement(s) set forth below.*

## Identification of Services – Unacceptable as Indefinite

The wording "Educational services in the nature of vocational schools;" in the identification of services must be clarified because it is unacceptable as indefinite because it does not include the types of vocational schools. *See* TMEP §1402.01. Applicant may substitute the following wording, if accurate: providing vocational education in the fields of _____ [identify subject matter or content];"

The wording "Educational services, namely, conducting webinars in the field of real estate, mortgage, or contracting;" in the identification of services is indefinite and must be clarified because it does not specify whether the webinars are downloadable or non-downloadable. *See* TMEP §1402.01. Applicant may adopt the following format in amending this wording:

1. "Educational namely, conducting non-downloadable webinars in the field of real estate, mortgage, or contracting;" in Class 41
2. "Downloadable webinars in the field of real estate, mortgage, or contracting;" in Class 9

An applicant may amend an identification of services only to clarify or limit the services; adding to or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07 *et seq.*

For assistance with identifying and classifying goods and services in trademark applications, please see the USPTO's online searchable *U.S.*

*Acceptable Identification of Goods and Services Manual* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

## Requirements for Multi-Class Applications Based on Use in Commerce

For an application with more than one international class, called a "multiple-class application," an applicant must meet all the requirements below for those international classes based on use in commerce:

(1)    LIST GOODS AND/OR SERVICES BY INTERNATIONAL CLASS: Applicant must list the goods and/or services by international class.

(2)    PROVIDE FEES FOR ALL INTERNATIONAL CLASSES: Applicant must submit an application filing fee for each international class of goods and/or services not covered by the fee(s) already paid (confirm current fee information at http://www.uspto.gov/trademarks/tm_fee_info.jsp).

(3)    SUBMIT REQUIRED STATEMENTS AND EVIDENCE: For each international class of goods and/or services, applicant must also submit the following:

   (a)    DATES OF USE: Dates of first use of the mark anywhere and dates of first use of the mark in commerce, or a statement that the dates of use in the initial application apply to that class. The dates of use, both anywhere and in commerce, must be at least as early as the filing date of the application.

   (b)    SPECIMEN: One specimen showing the mark in use in commerce for each international class of goods and/or services. Applicant must have used the specimen in commerce at least as early as the filing date of the application. If a single specimen supports multiple international classes, applicant should indicate which classes the specimen supports. Examples of specimens for goods are tags, labels, instruction manuals, containers, photographs that show the mark on the actual goods or packaging, or displays associated with the goods at their point of sale. *See* TMEP §§904.03 *et seq.* Examples of specimens for services are signs, photographs, brochures, website printouts, or advertisements that show the mark used in the actual sale or advertising of the services. *See* TMEP §§1301.04 *et seq.*

   (c)    STATEMENT: The following statement: "**The specimen was in use in commerce on or in connection with the goods and/or services listed in the application at least as early as the filing date of the application.**"

   (d)    VERIFICATION: Applicant must verify the statements in 3(a) and 3(c) (above) in an affidavit or signed declaration under 37 C.F.R. §2.20. Verification is not required where (1) the dates of use for the added class are stated to be the same as the dates of use specified in the initial application, and (2) the original specimens are acceptable for the added class(es).

*See* 15 U.S.C. §§1051(a), 1112, 1127; 37 C.F.R. §§2.32(a)(5), 2.34(a)(1), 2.56(a), 2.71(c), 2.86(a), 2.193(e)(1); TMEP §§1403.01, 1403.02(c).

With respect to the specimen requirement in 3(b) above in which a specimen is required for each international class of goods and/or services, the specimen(s) of record is acceptable for International Class(es) 41 only. Applicant must submit additional specimens if different international classes are added to the application.

## Instructions for Submitting Declaration to Support Use of Substitute Specimen

To submit a verified substitute specimen online via the Trademark Electronic Application System (TEAS), applicant should do the following: (1) answer "yes" to the TEAS response form wizard question to "submit a new or substitute specimen;" (2) attach a jpg or pdf file of the substitute specimen; (3) select the statement that "The substitute specimen(s) was in use in commerce at least as early as the filing date of the application."; and (4) sign personally or enter personally his/her electronic signature, name in printed or typed form, and date after the declaration at the end of the TEAS response form. *See* 37 C.F.R. §§2.59(a), 2.193(a), (c)-(d), (e)(1); TMEP §§611.01(c), 804.01(b). Please note that these steps appear on different pages of the TEAS response form.

If applicant experiences difficulty in submitting the required substitute specimen, supporting statement and/or declaration, please e-mail TEAS@uspto.gov for technical assistance regarding the TEAS response form.

## Disclaimer of Generic Term

Applicant must disclaim the descriptive wording "Schools" apart from the mark as shown because it merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §§1052(e)(1), 1056(a); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012) (quoting *In re Oppedahl & Larson LLP*, 373

F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); TMEP §§1213, 1213.03(a). (See attached definition from the *Collins English Dictionary*, available at COLLINSDICTIONARY.COM).

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant must disclaim "
Schools" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 196 USPQ 7 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766 (TTAB 1986); TMEP §1213.03(b).

The following is the standardized format for a disclaimer:

> **No claim is made to the exclusive right to use "Schools" apart from the mark as shown.**

TMEP §1213.08(a)(i).

**<u>Assistance</u>**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

**TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:** Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions. *See* 37 C.F.R. §2.23(a)(1). For a complete list of these documents, see TMEP §819.02(b). In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address. 37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a). TEAS Plus applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services. 37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04. In appropriate situations and where all issues can be resolved by amendment, responding by telephone to authorize an examiner's amendment will not incur this additional fee.

/Susan A. Richards/
Susan A. Richards
Law Office 103
(571) 272-8266
susan.richards@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official

notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

108B8C

Print Request:    Selected Items: 1-100

Time of Request: Tuesday, June 25, 2013   15:27:36 EST

Number of Lines: 299
Print Number:    2828:415720694

Client ID/Project Name:

Note:
Research Information:

Surname
last-name(STRINGHAM) maxresults(500)

| **Search:** | Public Records : Surname |
| **Terms:** | last-name(STRINGHAM) maxresults(500) |

## Total number found: 550

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 1. | STRINGHAM, A | 11836 S COTTAGE VIEW LN<br>DRAPER, UT 84020-8207 | 801-495-1851 |
| 2. | STRINGHAM, A | MURRIETA, CA 92563 | 951-677-2355 |
| 3. | STRINGHAM, A | YONCALLA, OR 97499 | 541-849-2787 |
| 4. | STRINGHAM, ADAM | 1030 13TH AVE SW<br>ALBANY, OR 97321-2101 | 541-928-3607 |
| 5. | STRINGHAM, ALBERT | 1428 BARTON BLVD<br>ROCKFORD, IL 61103-3134 | 815-877-0690 |
| 6. | STRINGHAM, ALENE | 2782 W 4400 S<br>ROY, UT 84067-8946 | 801-731-8406 |
| 7. | STRINGHAM, ALFRED | 72 S 1000 W<br>ROOSEVELT, UT 84066-2665 | 435-722-2534 |
| 8. | STRINGHAM, ALISON | 770 JAMES ST<br>SYRACUSE, NY 13203-2117 | 315-565-4010 |
| 9. | STRINGHAM, ALPINE P | 4206 S CHARLES DR<br>SALT LAKE CITY, UT 84120-5004 | 801-967-4204 |
| 10. | STRINGHAM, AMY S | 10830 N CEDAR DR<br>GRAND HAVEN, MI 49417-8746 | 616-844-6932 |
| 11. | STRINGHAM, AMY | 200 N STATE<br>ORDERVILLE, UT 84758 | 435-648-2719 |
| 12. | STRINGHAM, ANDREA | 307 SUSAN DR<br>CINNAMINSON, NJ 08077-4257 | 856-786-7615 |
| 13. | STRINGHAM, ANN | 6431 W 63RD ST<br>CHICAGO, IL 60638-5003 | 773-586-6897 |
| 14. | STRINGHAM, ANNA | 3385 S 100 E<br>BOUNTIFUL, UT 84010-6603 | 801-683-8954 |
| 15. | STRINGHAM, ANNA | 898 S MERIDIAN ST<br>BLACKFOOT, ID 83221-2660 | 208-785-2630 |
| 16. | STRINGHAM, ANNE | 2706 E KENTUCKY AVE<br>SALT LAKE CITY, UT 84117-5512 | 801-278-1806 |
| 17. | STRINGHAM, ARNOLD | 11342 S CARRIE RIM CIR<br>SOUTH JORDAN, UT 84095-2216 | 801-446-5571 |

| | | | |
|---|---|---|---|
| 18. | STRINGHAM, ARTHUR | 1233 PINE CONE CT<br>SEVERN, MD 21144-1879 | 410-551-4416 |
| 19. | STRINGHAM, B | 690 W 100 S<br>PAUL, ID 83347-8741 | 208-438-4091 |
| 20. | STRINGHAM, B E | 1152 S BEAR LAKE BLVD<br>GARDEN CITY, UT 84028-9704 | 435-946-8666 |
| 21. | STRINGHAM, B | 205 N HAYES ST<br>MOUNT AYR, IA 50854-1746 | 641-464-0747 |
| 22. | STRINGHAM, B | 5976 S MONTE CARLO DR<br>SALT LAKE CITY, UT 84121-2149 | 801-274-7222 |
| 23. | STRINGHAM, B | 76 S PROSPECT ST<br>PUTNAM, CT 06260-1416 | 860-963-2621 |
| 24. | STRINGHAM, B | BROOMFIELD, CO 80020 | 720-887-3578 |
| 25. | STRINGHAM, B | DEL MAR, CA 92014 | 858-755-2475 |
| 26. | STRINGHAM, B | RIALTO, CA 92376 | 909-258-2612 |
| 27. | STRINGHAM, BART | 6520 CALLANDER DR<br>BETHESDA, MD 20817-5438 | 301-229-7349 |
| 28. | STRINGHAM, BART | 1330 E TETON BLVD<br>GREEN RIVER, WY 82935-5659 | 307-875-7769 |
| 29. | STRINGHAM, BART | 2895 E TOLCATE LN<br>SALT LAKE CITY, UT 84121-1526 | 801-273-0092 |
| 30. | STRINGHAM, BEN | 1405 E MICHIGAN AVE<br>ALBION, MI 49224-1938 | 517-629-5945 |
| 31. | STRINGHAM, BEN | CORVALLIS, OR 97333 | 541-929-7293 |
| 32. | STRINGHAM, BERT D | 3289 HIDDEN OAKS TRL<br>LA PORTE, IN 46350-2861 | 219-324-9704 |
| 33. | STRINGHAM, BETTY | 3216 N 24TH ST<br>TACOMA, WA 98406-6112 | 253-752-0485 |
| 34. | STRINGHAM, BEVERLY | 1914 RIDGEWOOD WAY<br>BOUNTIFUL, UT 84010-1666 | 801-292-9514 |
| 35. | STRINGHAM, BILL J | 6573 GRAY ST<br>ARVADA, CO 80003-4747 | 303-422-8503 |
| 36. | STRINGHAM, BILL | 1476 STATE HIGHWAY 2<br>BENTON, IA 50835-8808 | 641-785-2313 |
| 37. | STRINGHAM, BILLY | 256 E 200 N<br>PRICE, UT 84501-2518 | 435-637-9953 |
| 38. | STRINGHAM, BJORN C STRINGHAM | 399 W 1300 N<br>AMERICAN FORK, UT 84003-2735 | 801-492-0434 |
| 39. | STRINGHAM, BOYD | 400 N E<br>SPRING CITY, UT 84662 | 435-462-5393 |
| 40. | STRINGHAM, BRADLEY | 1109 WELLER AVE<br>LA PORTE, IN 46350-2971 | 219-380-5174 |
| 41. | STRINGHAM, BRANDEN | 12 HOPE DR<br>BAGDAD, AZ 86321 | 928-633-5487 |
| 42. | STRINGHAM, BRENT | 420 N 400 E<br>RICHFIELD, UT 84701-2209 | 435-893-8188 |
| 43. | STRINGHAM, BRENT | 21 FALCON CREST LN<br>ALISO VIEJO, CA 92656-1218 | 949-454-8929 |
| 44. | STRINGHAM, BRENT C | 9950 S PEACH GROVE CIR<br>SOUTH JORDAN, UT 84095-9341 | 801-254-0617 |

| | | | |
|---|---|---|---|
| 45. | STRINGHAM, BRENT STRINGHAM | 1232 E SHADOW GATE CIR<br>SANDY, UT 84094-5771 | 801-619-2098 |
| 46. | STRINGHAM, BRET K | 880 S 2000 E<br>VERNAL, UT 84078-9148 | 435-789-8650 |
| 47. | STRINGHAM, BRIAN | 3703 W ELK VISTA LN<br>SOUTH JORDAN, UT 84095-9558 | 801-280-4128 |
| 48. | STRINGHAM, BRIAN | 1239 WESTSIDE DR<br>LAYTON, UT 84041-7355 | 801-546-1942 |
| 49. | STRINGHAM JR, BRIANT | 325 E CLARK ST<br>SALT LAKE CITY, UT 84107-4916 | 801-266-4794 |
| 50. | STRINGHAM, BRONIA | 1129 SYLVAN RD<br>BENTON HARBOR, MI 49022-3542 | 269-934-0169 |
| 51. | STRINGHAM, BRUCE | 2237 W RIVERS EDGE LN<br>SAINT GEORGE, UT 84770-1852 | 435-674-2301 |
| 52. | STRINGHAM, BRYAN | 3700 W 10TH ST<br>SEDALIA, MO 65301-2540 | 660-826-5226 |
| 53. | STRINGHAM, BRYANT | 327 W 765 S<br>OREM, UT 84058-6185 | 801-225-3943 |
| 54. | STRINGHAM, BRYANT D | 69 GILLIAM ST<br>DIXIE, WA 99329 | |
| 55. | STRINGHAM, BUFFY | 450 E 300 S<br>SANTAQUIN, UT 84655-8038 | 801-754-1177 |
| 56. | STRINGHAM, C | 9555 W 59TH AVE<br>ARVADA, CO 80004-5300 | |
| 57. | STRINGHAM, C | 11836 S COTTAGE VIEW LN<br>DRAPER, UT 84020-8207 | 801-495-1851 |
| 58. | STRINGHAM, C | 16014 S SIGNAL BUTTE RD<br>MESA, AZ 85212-7911 | 480-888-2139 |
| 59. | STRINGHAM, C | GLENDALE, AZ 85304 | 623-334-8096 |
| 60. | STRINGHAM JR, CALVIN | 9518 S SPRING HARVEST CIR<br>SOUTH JORDAN, UT 84095-2355 | 801-253-3225 |
| 61. | STRINGHAM, CAMERON | 2700 W POWELL BLVD<br>GRESHAM, OR 97030-6509 | 503-489-5759 |
| 62. | STRINGHAM, CAMILLE | 815 E OAKMONT AVE<br>SALT LAKE CITY, UT 84107-7728 | 801-305-4405 |
| 63. | STRINGHAM, CAROL | 19 RITSON ST<br>NEW CASTLE, NH 03854 | 603-433-5633 |
| 64. | STRINGHAM, CAROLE | 29 BRETSHIRE CT<br>MEDFORD, NJ 08055-9357 | |
| 65. | STRINGHAM, CARROLL A | 5398 N VIA PAPAVERO<br>TUCSON, AZ 85750-6055 | 520-615-8640 |
| 66. | STRINGHAM, CASEY | 5870 S 4500 W<br>HOOPER, UT 84315-6770 | 801-820-6967 |
| 67. | STRINGHAM, CATHY | 420 N 400 E<br>RICHFIELD, UT 84701-2209 | 435-893-8188 |
| 68. | STRINGHAM, CHAR | 4572 E GRAND RIVER RD<br>WEBBERVILLE, MI 48892-9241 | 517-521-3045 |
| 69. | STRINGHAM, CHARLENE K | ROAD 126<br>TULARE, CA 93274 | |
| 70. | STRINGHAM, CHARLES | AUTUMN HILLS DR<br>WINNEMUCCA, NV 89445 | |
| 71. | STRINGHAM, CHARLES | 7126 W CORRINE DR | 623-878-0534 |

PEORIA, AZ 85381-9559

| | | | |
|---|---|---|---|
| 72. | STRINGHAM, CHARLES | 14510 CURRY RD<br>DUNCANVILLE, AL 35456-1500 | 205-210-5103 |
| 73. | STRINGHAM, CHARLES | 4949 MINNS DR<br>MACHESNEY PARK, IL 61115-7146 | 815-636-0917 |
| 74. | STRINGHAM, CHARLES | 8895 E SHASTA DR<br>GOLD CANYON, AZ 85118-3323 | |
| 75. | STRINGHAM, CHARLES | 3880 WESTCLIFF DR<br>HOOD RIVER, OR 97031-8710 | 541-386-6288 |
| 76. | STRINGHAM, CHARLES | 724 WILSON RD<br>BRODNAX, VA 23920-3458 | 434-584-0182 |
| 77. | STRINGHAM, CHARLES | TOWANDA, PA 18848 | 570-265-5642 |
| 78. | STRINGHAM, CHARLOTTE | 6517 SW US HIGHWAY 59<br>SAINT JOSEPH, MO 64504-2440 | 816-238-7744 |
| 79. | STRINGHAM, CHEREE | 37 BOUDREAU LN<br>BENNINGTON, VT 05201-8759 | |
| 80. | STRINGHAM, CHRIS | 216 W SUNFLOWER ST<br>ELKHORN, WI 53121-4537 | 262-379-1137 |
| 81. | STRINGHAM, CHRIS | 597 WOODBINE AVE SE<br>WARREN, OH 44483-6050 | 330-373-6451 |
| 82. | STRINGHAM, CHRIS | CORVALLIS, OR 97333 | 541-758-8012 |
| 83. | STRINGHAM, CHRISTA | 955 HOWARD AVE<br>ESCONDIDO, CA 92029-2014 | 760-294-8454 |
| 84. | STRINGHAM, CHRISTMAS | 22960 KNOTTINGHAM DR<br>SEDALIA, MO 65301 | 660-827-2866 |
| 85. | STRINGHAM, CHRISTOPHE | 770 JAMES ST<br>SYRACUSE, NY 13203-2117 | 315-565-4010 |
| 86. | STRINGHAM, CHRISTOPHER | 111 ROBERTA DR<br>LIVERPOOL, NY 13090-3131 | 315-451-4843 |
| 87. | STRINGHAM, CHUCK | 60 RIVERSIDE DR<br>WESTFIELD, MA 01085-4337 | 413-568-8597 |
| 88. | STRINGHAM, CHUCK | SALEM, OR 97302 | 503-399-8274 |
| 89. | STRINGHAM, CLAIRE | 5845 NUEVO LEON ST<br>NORTH LAS VEGAS, NV 89031-4101 | 702-839-0329 |
| 90. | STRINGHAM, CLARK | 2606 CANYON POINT DR<br>SPRINGDALE, UT 84767 | 435-772-0521 |
| 91. | STRINGHAM, CLAUDE | 256 MAPLE AVE<br>EAST MEADOW, NY 11554-2840 | 516-214-6735 |
| 92. | STRINGHAM, CLAUDIA | 1844 CALLOWHILL ST<br>PHILADELPHIA, PA 19130-4115 | 215-665-9890 |
| 93. | STRINGHAM, CLAY | 4123 CAMILLE ST<br>SALT LAKE CITY, UT 84124-2846 | 801-272-3183 |
| 94. | STRINGHAM, CLEO | HOLLADAY, UT 84117 | 801-274-0502 |
| 95. | STRINGHAM, CLYDE | 135 TWIN PEAKS ST<br>MIDVALE, UT 84047-1217 | 801-255-6744 |
| 96. | STRINGHAM, CORINNE | 2486 PRIMERO DR<br>KISSIMMEE, FL 34746-5915 | 407-396-6062 |
| 97. | STRINGHAM, CRAIG | 265 S SUTTON RD<br>JACKSON, MI 49203-2427 | 517-764-7134 |
| 98. | STRINGHAM, CRYSTAL | 10700 MOSCOW RD | 517-563-8818 |

HANOVER, MI 49241-9643

| | | | |
|---|---|---|---|
| 99. | STRINGHAM, D | 121 W 400 S<br>VERNAL, UT 84078-3130 | 435-789-1508 |
| 100. | STRINGHAM, D | 3620 ACREAGE LN<br>SEBASTOPOL, CA 95472-8964 | |

LexisNexis, a division of Reed Elsevier

Search:           Public Records : Surname
Terms:            last-name(STRINGHAM) maxresults(500)
Date/Time:        Tuesday, June 25, 2013 3:26 PM
Permissible Use:  **DPPA - I have no permissible use**
                  **GLBA - I have no permissible use**

Copyright © 2013 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

108B8C

********** Print Completed **********

Time of Request: Tuesday, June 25, 2013   15:27:36 EST

Print Number:    2828:415720694
Number of Lines: 299
Number of Pages:

Send To:  Arnold, Sarah
          TRADEMARK LAW LIBRARY
          600 DULANY ST
          ALEXANDRIA, VA 22314-5790

**Research**

Research Home ▸ Tools ▸ Thesaurus of Geographic Names ▸ Full Record Display

Getty Thesaurus of Geographic Names® Online
Full Record Display

New Search    ‹Previous Page                                    ? Help

Vernacular Display | **English Display**

Click the ⁝⁝ icon to view the hierarchy.

ID: 2699308                                        Record Type: physical

⁝⁝  **Stringham Lake (lake)**

*Coordinates:*
Lat: 46 00 00 N  *degrees minutes*    Lat: 46.0000  *decimal degrees*
Long: 083 50 00 W  *degrees minutes*  Long: -83.8333  *decimal degrees*

**Names:**
   Stringham Lake (preferred,C,V)

**Hierarchical Position:**
   ⁝⁝ World (facet)
   ⁝⁝ .... North and Central America (continent) (P)
   ⁝⁝ ...... United States (nation) (P)
   ⁝⁝ ......... Michigan (state) (P)
   ⁝⁝ ............ Chippewa (county) (P)
   ⁝⁝ ............... Stringham Lake (lake) (P)

**Place Types:**
   lake (preferred, C)

**Sources and Contributors:**
   Stringham Lake.......... [VP Preferred]
   ..................... USGS, GNIS Digital Gazetteer (1994) GNIS26024024
   **Subject:** ..... [VP]
   ............... USGS, GNIS Digital Gazetteer (1994) GNIS26024024

ID: 2699309                                        Record Type: physical

⁝⁝  **Stringham Peak (peak)**

*Coordinates:*
Lat: 40 58 00 N  *degrees minutes*    Lat: 40.9667  *decimal degrees*
Long: 112 13 00 W  *degrees minutes*  Long: -112.2167  *decimal degrees*

**Names:**
   Stringham Peak (preferred,C,V)

**Hierarchical Position:**
   ⁝⁝ World (facet)
   ⁝⁝ .... North and Central America (continent) (P)
   ⁝⁝ ...... United States (nation) (P)
   ⁝⁝ ......... Utah (state) (P)
   ⁝⁝ ............ Davis (county) (P)
   ⁝⁝ ............... Stringham Peak (peak) (P)

**Place Types:**
   peak (preferred, C)

**Sources and Contributors:**
   Stringham Peak.......... [VP Preferred]
   ..................... USGS, GNIS Digital Gazetteer (1994) GNIS49031585
   **Subject:** ..... [VP]
   ............... USGS, GNIS Digital Gazetteer (1994) GNIS49031585

New Search

▲ Back to top

🖶 Printer-friendly version

The J. Paul Getty Trust

© 2004 J. Paul Getty Trust
Terms of Use / Privacy Policy / Contact Us

http://www.getty.edu/vow/TGNFullDisplay?find=STRINGHAM&place=&nation=&page=1&english=Y&subjectid=-1&checked=2699308&checked=2699309

6/25/2013 3 30 PM

http://www.collinsdictionary.com/dictionary/english/school    06/25/2013 06:35:01 PM



Create an account  >    Sign In  >

# Collins

Dictionaries >  |  Thesaurus >  |  Translator >  |  Words & Language >  |  Word Games >

Fce

www.ace-pt.org

Let Our Team Of Experienced Therapists Get You Back To Work.

AdChoices ▷

You are here > Home > English Dictionary > Definition of "school"

| English | French | German | Spanish | Italian |
| --- | --- | --- | --- | --- |

## English Dictionary
### Definition of "school"

⊙ English Worldwide   ○ American

Search

Browse the English Dictionary (A-Z) ☒

Your search found:  ¹ school  /  ² school  / Usage examples / Trends

*school* (sku:l ◄» )

Word Frequency  ● ● ● ● ◉

Spread the Word

👍    Like this word

▼ Tweet  0    👍 +1  0    Like  1.1k

▶ Definitions

noun

1.
   a.  an institution or building at which children and young people usually under 19 receive education
   b.  (as *modifier*) ⇒ *school bus*, *school day*
   c.  (*in combination*) ⇒ *schoolroom*, *schoolwork*

2.  any educational institution or building

3.  a faculty, institution, or department specializing in a particular subject ⇒ *a law school*

4.  the staff and pupils of a school

5.  the period of instruction in a school or one session of this ⇒ *he stayed after*

Fce
www.ace-pt.org
Let Our Team Of Experienced Therapists
Get You Back To Work.

Top 1% MCAT Tutors
www.TopTestPrep.com/MCAT-Experts
Learn How to Increase Your MCAT
Scores by 10+ Points Now

Teach Autistic Children
www.WGU.edu/SpecialEd
Online NCATE Accredited B.A. & M.S.
Degrees in Special Ed. Enroll Now!    AdChoices ▷

Latest New Word Submissions

   Yorker

Close message ×

This site uses cookies to improve your browsing experience. For more information see our privacy policy.

7.  a place or sphere of activity that instructs ⇒ the school of hard knocks

8.  a body of people or pupils adhering to a certain set of principles, doctrines, or methods

Suggested by Daved Wachsman (25 Jun 2013)

Cosplay

http://www.collinsdictionary.com/dictionary/english/school        06/25/2013 06:35:01 PM

methods

9. a group of artists, writers, etc, linked by the same style, teachers, or aims ⇒ *the Venetian school of painting*

10. a style of life ⇒ *a gentleman of the old school*

11. (*informal*) a group assembled for a common purpose, esp gambling or drinking

verb

12. to train or educate in or as in a school

13. to discipline or control

14. *an archaic word for* reprimand

### ▸ Word Origin

Old English *scōl,* from Latin *schola* school, from Greek *skholē* leisure spent in the

This site uses cookies to improve your browsing experience. For more information see our privacy policy.

= **academy**, college, institution, institute, discipline, seminary, educational institution, centre of learning, alma mater

= **group**, set, circle, following, class, faction, followers, disciples, sect, devotees, denomination, clique, adherents, schism

= **way of life**, doctrine, creed, faith, outlook, persuasion, denomination, school of thought

= **train**, prime, coach, prepare, discipline, educate, drill, tutor, instruct, verse, indoctrinate

### ▸ Quotations including 'school'

- "School is where you go between when your parents can't take you and industry can't take you" **John Updike**
- "A school is not a factory. Its raison d'être is to provide opportunity for experience" **J.L. Carr**

This site uses cookies to improve your browsing experience. For more information see our privacy policy.

### ▸ Definitions

noun

1. a group of porpoises or similar aquatic animals that swim together

Cosplay
Suggested by Daved Wachsman (25 Jun 2013)

Stem
Suggested by Daved Wachsman (25 Jun 2013)

Automavision
Suggested by Daved Wachsman (25 Jun 2013)

Jade Effect
Suggested by Daved Wachsman (25 Jun 2013)

View More ▸

Suggest a new word to add to the ▸ dictionary

Latest Published Words and Updates

> AWD

Related Terms

179 results

> art school
> cool school
> dame school
> day school
> high school

View more related terms ▸

Browse nearby words

' Schonberg
> Schongauer
> school

All English words that begin with S

"school" photos from Flickr

 

http://www.collinsdictionary.com/dictionary/english/school    06/25/2013 06:35:01 PM

 

verb

2.  *intr* to form such a group

## ▸ Word Origin

Old English *scolu*shoal²

## ▸ Translations for 'school'

British English: school 🔊 A *school* is a place where people go to learn.Most of the pupils travel to school by bus.Many new schools have been built.sku : I NOUN

This site uses cookies to improve your browsing experience. For more information see our privacy policy.

Close message ×

Czech: škola 🔊
Dutch: school 🔊
Finnish: koulu 🔊
German: Schule 🔊
Italian: scuola 🔊
Korean: 학교 🔊
Polish: szkoła 🔊
Romanian: școală *școli*
Spanish: colegio 🔊
Thai: โรงเรียน 🔊
Ukrainian: школа

Danish: skole 🔊
European Spanish: colegio 🔊 infantil
French: école 🔊
Greek: σχολείο 🔊
Japanese: 学校 🔊
Norwegian: skole 🔊
Portuguese: escola 🔊
Russian: школа 🔊
Swedish: skola 🔊
Turkish: okul 🔊
Vietnamese: trường học 🔊

## ▸ Example Sentences Including 'school'

Apple computers founder and multimillionaire Steve Wozniak teaches computer classes at the local high school.
GLASGOW HERALD (2001)

This site uses cookies to improve your browsing experience. For more information see our privacy policy.

Close message ×

He's not a tyke, he went to public school , he's not even English.
**Anthony Masters** CASCADES - THE DAY OF THE DEAD (2001)

However, the days of the private medical school were numbered.
**Jim Leavesley, George Biro** THE MEDICAL MYSTERIES E-OMNIBUS (2001)

It was galling to someone who had been one of the leading lights of his school in Ancelstierre.
**Garth Nix** LIRAEL: DAUGHTER OF THE CLAYR (2001)

http://www.collinsdictionary.com/dictionary/english/school        06/25/2013 06:35:01 PM

Parents will stage a protest next Wednesday by withdrawing their children from the school.
IRISH TIMES (2002)

Partly by refusing to become enmeshed in the school 's horrific history.
GLASGOW HERALD (2001)

The four calves were reported to be together and the school showed no signs of stress.
IRISH TIMES (2002)

Um, that's a game I used to play at school , in Ancelstierre.

Garth Nix LIRAEL: DAUGHTER OF THE CLAYR (2001)

This site uses cookies to improve your browsing experience. For more information see our privacy policy.
                                                                                    **Close message** ×

Sponsored Links

Ads by Google related to: school

School
Prepare for a New Future with a Degree from Westwood's VA Campus.
www.westwood.edu/Northern-VA

Webinar: Saba Medical Sch
See Why Saba is a Top Medical Sch. Register Now June 4 6:30 PM EDT
www.saba.edu/

University of Phoenix®
Official Site. Online School, Small Class Sizes, Flexible Scheduling.
www.phoenix.edu/School
176 people +1'd this page
Business Degrees      Technology Degrees
Psychology Degrees   Education Degrees

## ▶ Comments

Log in to comment on this word.

This site uses cookies to improve your browsing experience. For more information see our privacy policy.
                                                                                    **Close message** ×

Browse Dictionary:   #   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

The Collins English Dictionary          The Collins American English Dictionary      The Collins English–French Dictionary

The Collins French-English Dictionary    The Collins English-German Dictionary        The Collins German-English Dictionary

The Collins English-Spanish Dictionary   The Collins Spanish-English Dictionary        The Collins English-Italian Dictionary

The Collins Italian-English Dictionary    The Collins English Thesaurus                The Collins American Thesaurus

Latest New Word Suggestions

This site uses cookies to improve your browsing experience. For more information see our privacy policy.
                                                                                    **Close message** ×

| To: | STRINGHAM REAL ESTATE SCHOOL, INC. (danny@hopkinsonlaw.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 85877874 - STRINGHAM SCHOOLS - N/A |
| Sent: | 6/26/2013 6:41:11 PM |
| Sent As: | ECOM103@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 6/26/2013 FOR U.S. APPLICATION SERIAL NO. 85877874

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **6/26/2013** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| To: | Innovative Fabrication School, Inc. (troy.johnson@thefabschool.edu) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 90532108 - THE FAB SCHOOL - N/A |
| **Sent:** | September 14, 2021 12:59:24 PM |
| **Sent As:** | ecom127@uspto.gov |
| **Attachments:** | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.**
90532108

**Mark:** THE FAB SCHOOL

**Correspondence Address:**
  INNOVATIVE
FABRICATION SCHOOL,
INC.
  9571 PITTSBURGH
AVE.
  RANCHO
CUCAMONGA, CA 91730

**Applicant:** Innovative
Fabrication School, Inc.

**Reference/Docket No.** N/A

**Correspondence Email
Address:**

troy.johnson@thefabschool.edu

## EXAMINER'S AMENDMENT

**Issue date: September 14, 2021**

**USPTO database searched; no conflicting marks found.** The trademark examining attorney searched the USPTO database of registered and pending marks and found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Application has been amended as shown below.** As agreed to by Kyle Roberts on September 14, 2021, the examining attorney has amended the application as shown below. Please notify the examining attorney immediately of any objections. TMEP §707. Otherwise, no response is required. *Id.* In addition, applicant is advised that amendments to the goods and/or services are permitted only if they clarify or limit them; amendments that add to or broaden the scope of the goods and/or services are not permitted. 37 C.F.R. §2.71(a).

**DISCLAIMER:** The following disclaimer statement is added to the record:

  No claim is made to the exclusive right to use "SCHOOL" apart from the mark as shown.

*See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.03(c), 1213.08(a)(i).

/Megan Mischler/
Trademark Examining Attorney
Law Office 127
(571) 272-9997
megan.mischler@uspto.gov

| To: | Innovative Fabrication School, Inc. (troy.johnson@thefabschool.edu) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 90532108 - THE FAB SCHOOL - N/A |
| Sent: | September 14, 2021 12:59:26 PM |
| Sent As: | ecom127@uspto.gov |
| Attachments: | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE_

### Office Action (Official Letter) has issued
### on **September 14, 2021** for
### U.S. Trademark Application Serial No. 90532108

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter. Please follow the steps below.

**(1)** **Read the official letter.** No response is necessary.

**(2)** **Direct questions** about the contents of the Office action to the assigned attorney below.

/Megan Mischler/
Trademark Examining Attorney
Law Office 127
(571) 272-9997
megan.mischler@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

| To: | Ravi P. Varma(tm@lzlegalservices.com) |
| --- | --- |
| Subject: | U.S. Trademark Application Serial No. 98502628 - THE LIONHEART SCHOOL - - K572866849 |
| Sent: | November 07, 2024 12:04:17 PM EST |
| Sent As: | tmng.notices@uspto.gov |

**Attachments**

5432841
4158296

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98502628

**Mark:** THE LIONHEART SCHOOL

**Correspondence Address:**
Ravi P. Varma
LZ Legal Services, LLC
2828 N. Central Ave. PMB #1510
Phoenix AZ 85004
United States

**Applicant:** The Lionheart Life Center

**Reference/Docket No.** K572866849

**Correspondence Email Address:** tm@lzlegalservices.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** November 7, 2024

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a),

2.65(a); TMEP §§711, 718.03.

## SECTION 2(d) REFUSAL – Likelihood of Confusion
Registration of the applied-for mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 5432841 and 4158296. Trademark Act Section 2(d), 15 U.S.C. §1052(d); see TMEP §§1207.01 et seq. See the attached registrations.

The examining attorney has determined that contemporaneous use of the marks THE LIONHEART SCHOOL (for use in connection with "Charitable services, namely, academic mentoring of school age children; Educational services in the nature of special needs schools; Educational services, namely, conducting programs in the field of special needs; Educational services, namely, conducting classes, seminars, conferences and workshops for children with special needs in the field of hippotherapy, science, history, social studies, occupational therapy, speech, language, reading, writing, math, art, music, drama, communication skills, therapeutic interventions, assistive technology, life thinking curriculum and pre-vocational and vocational skills"), LIONHEART WORKS, and design, (for use in connection with "Charitable services, namely, providing training in the field of vocational instruction, applied functional academics, social thinking, personal and social adjustment, self-advocacy and support related to the work environment for adults with disabilities"), and THE LIONHEART GARDENS, and design, (for use in connection with "Educational services, namely, providing mentoring, tutoring, classes, seminars, workshops and exercises for special-needs children in the fields of organic farming, life-skills, lifespan, sustainable living, communication and critical thinking, seed-to-table gardening, nutrition, healthy lifestyles and exercise, language processing, fine and gross motor skills, and social and emotional development; Vocational education in the fields of organic farming, agriculture, landscaping and sustainable living for special-needs children") would be likely to cause confusion for the following reasons.

Trademark Act Section 2(d) bars registration of an applied-for mark that so resembles a registered mark that it is likely that a potential consumer would be confused or mistaken or deceived as to the source of the goods and/or services of the applicant and registrant. See 15 U.S.C. §1052(d). The court in In re E. I. du Pont de Nemours & Co., 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) listed the principal factors to be considered when determining whether there is a likelihood of confusion under Section 2(d). See TMEP §1207.01. However, not all the factors are necessarily relevant or of equal weight, and any one factor may be dominant in a given case, depending upon the evidence of record. Citigroup Inc. v. Capital City Bank Grp., Inc., 637 F.3d 1344, 1355, 98 USPQ2d 1253, 1260 (Fed. Cir. 2011); In re Majestic Distilling Co., 315 F.3d 1311, 1315, 65 USPQ2d 1201, 1204 (Fed. Cir. 2003); see In re E. I. du Pont, 476 F.2d at 1361-62, 177 USPQ at 567.

In this case, the following factors are the most relevant: similarity of the marks, similarity of the goods and/or services, and similarity of trade channels of the goods and/or services. See In re Dakin's Miniatures Inc., 59 USPQ2d 1593 (TTAB 1999); TMEP §§1207.01 et seq.

## A. The Marks
The applicant's THE LIONHEART SCHOOL mark is similar to the registrant's LIONHEART WORKS (and design) and THE LIONHEART GARDENS (and design) mark for the following reasons.

In a likelihood of confusion determination, the marks are compared for similarities in their appearance, sound, meaning or connotation, and commercial impression. In re E. I. du Pont de Nemours & Co., 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973); TMEP §1207.01(b)-(b)(v). Similarity in

any one of these elements may be sufficient to find the marks confusingly similar. In re White Swan Ltd., 8 USPQ2d 1534, 1535 (TTAB 1988); see In re 1st USA Realty Prof'ls, Inc., 84 USPQ2d 1581, 1586 (TTAB 2007); TMEP §1207.01(b).

Marks may be confusingly similar in appearance where there are similar. terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark. See Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce, 228 USPQ 689 (TTAB 1986), aff'd sub nom. Canadian Imperial Bank of Commerce v. Wells Fargo Bank, Nat'l Ass'n, 811 F.2d 1490, 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); In re Phillips-Van Heusen Corp., 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); In re Corning Glass Works, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); In re Collegian Sportswear Inc., 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); In re Pellerin Milnor Corp., 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); In re BASF A.G., 189 USPQ 424 (TTAB 1975) (LUTEXAL and LUTEX); TMEP §1207.01(b)(ii)-(iii). In this instance, the marks are highly similar as they all consist of the same wording -- LIONHEART.

The applicant's addition of the descriptive wording SCHOOL, WORKS and GARDENS to this wording fails to obviate the similarity of the marks. Adding a term to a registered mark generally does not obviate the similarity between the compared marks, as in the present case, nor does it overcome a likelihood of confusion under Section 2(d). See Coca-Cola Bottling Co. v. Jos. E. Seagram & Sons, Inc., 526 F.2d 556, 557, 188 USPQ 105, 106 (C.C.P.A. 1975) (holding BENGAL and BENGAL LANCER and design confusingly similar); In re Toshiba Med. Sys. Corp., 91 USPQ2d 1266, 1269 (TTAB 2009) (holding TITAN and VANTAGE TITAN confusingly similar); In re El Torito Rests., Inc., 9 USPQ2d 2002, 2004 (TTAB 1988) (holding MACHO and MACHO COMBOS confusingly similar); TMEP §1207.01(b)(iii). In the present case, the marks are identical in part.

Furthermore, although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. See In re Viterra Inc., 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012); In re Nat'l Data Corp., 753 F.2d 1056, 1058, 224 USPQ 749, 751 (Fed. Cir. 1985); TMEP §1207.01(b)(viii), (c)(ii). Disclaimed matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant when comparing marks. In re Detroit Athletic Co., 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing In re Dixie Rests., Inc., 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); TMEP §1207.01(b)(viii), (c)(ii).

Likewise, the design element in the cited marks fails to obviate the similarity of the marks. When evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. In re Aquitaine Wine USA, LLC, 126 USPQ2d 1181, 1184 (TTAB 2018) (citing In re Viterra Inc., 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012)); TMEP §1207.01(c)(ii). Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed. In re Viterra Inc., 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing Giant Food, Inc. v. Nation's Foodservice, Inc., 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)).

And finally, when comparing marks, "[t]he proper test is not a side-by-side comparison of the marks, but instead whether the marks are sufficiently similar in terms of their commercial impression such that [consumers] who encounter the marks would be likely to assume a connection between the parties."

Cai v. Diamond Hong, Inc., 901 F.3d 1367, 1373, 127 USPQ2d 1797, 1801 (Fed. Cir. 2018) (quoting Coach Servs., Inc. v. Triumph Learning LLC, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1721 (Fed. Cir. 2012)); TMEP §1207.01(b). The proper focus is on the recollection of the average purchaser, who retains a general rather than specific impression of trademarks. In re Ox Paperboard, LLC, 2020 USPQ2d 10878, at *4 (TTAB 2020) (citing In re Bay State Brewing Co., 117 USPQ2d 1958, 1960 (TTAB 2016)); In re Inn at St. John's, LLC, 126 USPQ2d 1742, 1746 (TTAB 2018); TMEP §1207.01(b); see In re St. Helena Hosp., 774 F.3d 747, 750-51, 113 USPQ2d 1082, 1085 (Fed. Cir. 2014).

## B. The Services

The goods and/or services are compared to determine whether they are similar, commercially related, or travel in the same trade channels. See Coach Servs., Inc. v. Triumph Learning LLC, 668 F.3d 1356, 1369-71, 101 USPQ2d 1713, 1722-23 (Fed. Cir. 2012); Herbko Int'l, Inc. v. Kappa Books, Inc., 308 F.3d 1156, 1165, 64 USPQ2d 1375, 1381 (Fed. Cir. 2002); TMEP §§1207.01, 1207.01(a)(vi).

Both parties identify educational services provided specifically for special needs students. Therefore, when consumers encounter these educational services bearing similar marks, they are likely to be confused as to the source of the services. Such a likelihood of confusion is impermissible.

The applicant is advised that the compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. See On-line Careline Inc. v. Am. Online Inc., 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); Recot, Inc. v. Becton, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." Coach Servs., Inc. v. Triumph Learning LLC, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting 7-Eleven Inc. v. Wechsler, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i).

Moreover, the presumption under Trademark Act Section 7(b) is that the registrant is the owner of the mark and that their use of the mark extends to all goods and/or services identified in the registration. 15 U.S.C. §1057(b). In the absence of limitations as to channels of trade or classes of purchasers in the goods and/or services in the registration, the presumption is that the goods and/or services move in all trade channels normal for such goods and/or services and are available to all potential classes of ordinary consumers of such goods and/or services. See In re I-Coat Co., 126 USPQ2d 1730, 1737 (TTAB 2018); In re Melville Corp., 18 USPQ2d 1386, 1388 (TTAB 1991); TMEP §1207.01(a)(iii).

And finally, the overriding concern is not only to prevent buyer confusion as to the source of the goods and/or services, but to protect the registrant from adverse commercial impact due to use of a similar mark by a newcomer. See In re Shell Oil Co., 992 F.2d 1204, 1208, 26 USPQ2d 1687, 1690 (Fed. Cir. 1993). Therefore, any doubt regarding a likelihood of confusion determination is resolved in favor of the registrant. TMEP §1207.01(d)(i); see Hewlett-Packard Co. v. Packard Press, Inc., 281 F.3d 1261, 1265, 62 USPQ2d 1001, 1003 (Fed. Cir. 2002); In re Hyper Shoppes (Ohio), Inc., 837 F.2d 463, 464-65, 6 USPQ2d 1025, 1025 (Fed. Cir. 1988).

## C. Conclusion

For the foregoing reasons, the applicant's THE LIONHEART SCHOOL is refused registration under Section 2(d) of the Trademark Act.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by

submitting evidence and arguments in support of registration.

**Ownership of Cited Registrations**
If the marks in the cited registrations are owned by applicant, applicant may provide evidence of ownership of the marks by satisfying one of the following:

    (1)    Record the assignment with the USPTO's Assignment Recordation Branch (ownership transfer documents such as assignments can be filed online at https://assignmentcenter.uspto.gov) and promptly notify the trademark examining attorney that the assignment has been duly recorded;

    (2)    Submit copies of documents evidencing the chain of title; or

    (3)    Submit the following statement, verified with an affidavit or signed declaration under 37 C.F.R. §2.20: "**Applicant is the owner of U.S. Registration Nos. 5432841 and 4158296.**" To provide this statement using the Trademark Electronic Application System (TEAS), use the "Response to Office Action" form; answer "yes" to questions #3 and #9; then, continuing on to the next portion of the form, in the "Additional Statement(s)" section, find "Active Prior Registration(s)" and insert the U.S. registration numbers in the data fields; and follow the instructions within the form for signing. The form must be signed twice; a signature is required both in the "Declaration Signature" section and in the "Response Signature" section.

TMEP §812.01; *see* 15 U.S.C. §1060; 37 C.F.R. §§2.193(e)(1), 3.25, 3.73(a)-(b); TMEP §502.02(a).

Recording a document with the Assignment Recordation Branch does not constitute a response to an Office action. TMEP §503.01(d).

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

Please call or email the assigned trademark examining attorney with questions about this Office action.

/Katherine Stoides/
Trademark Examining Attorney
Law Office 101
(571) 272-9230
Katherine.Stoides@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving

technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**5432841**



| | |
|---|---|
| **Word Mark** | LIONHEART WORKS |
| **Goods/Services** | IC 041 US 101 100 107<br>Charitable services, namely, providing training in the field of vocational instruction, applied functional academics, social thinking, personal and social adjustment, self-advocacy and support related to the work environment for adults with disabilities. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87584119 |
| **Filing Date** | 2017-08-25T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2018-01-09 |
| **Registration Number** | 5432841 |
| **Date Registered** | 2018-03-27 |
| **Owner** | (REGISTRANT) The Lionheart School (CORPORATION; GEORGIA, USA); 225 Roswell St, Alpharetta, Georgia 30009, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021113, 030101, 030118, 030121, 030124, 260102, 261121 |
| **Description of Mark** | • The color(s) red and white is/are claimed as a feature of the mark.<br>• The mark consists of the wording "Lionheart WORKS" in white lettering on a red background and the design of a heart shaped lion's head contained |

within a white circle. The face and ears of the lion are white, the head is red, and the lion's eyes, nose, and mouth are red.

**Disclaimer**                "WORKS"

**Live Dead Indicator**      LIVE

**Status**                   REGISTERED

**Print:** November 6, 2024 9:17 AM

**4158296**



| | |
|---|---|
| **Word Mark** | THE LIONHEART GARDENS |
| **Goods/Services** | IC 041 US 100 101 107<br>Educational services, namely, providing mentoring, tutoring, classes, seminars, workshops and exercises for special-needs children in the fields of organic farming, life-skills, lifespan, sustainable living, communication and critical thinking, seed-to-table gardening, nutrition, healthy lifestyles and exercise, language processing, fine and gross motor skills, and social and emotional development; Vocational education in the fields of organic farming, agriculture, landscaping and sustainable living for special-needs children. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85027550 |
| **Filing Date** | 2010-04-30T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2010-10-05 |
| **Registration Number** | 4158296 |
| **Date Registered** | 2012-06-12 |
| **Owner** | (REGISTRANT) The Lionheart School (CORPORATION; GEORGIA, USA); 225 Roswell Street, Alpharetta, GEORGIA 30009, UNITED STATES |
| **Type of Mark** | SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021101, 030101, 030118, 030121, 050104, 050308, 050925, 051125 |

| | |
|---|---|
| **Description of Mark** | • The color(s) red, white, and grey is/are claimed as a feature of the mark. |
| | • The mark consists of in the middle of the mark is a white lion's face with a red nose, red mouth and red eyes, a red mane in the shape of a heart, with white ears. On either side of the lion head are fruits and vegetables depicted in grey outline including pumpkins, apples, grapes, corn, vines and leaves. Below the image of the lion's head and fruits and vegetables are the words "The Lionheart Gardens" in red lettering. |
| **Disclaimer** | "GARDENS" |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | Michael L. Spafford |

**Print:** November 6, 2024 9:17 AM

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on November 7, 2024 for
**U.S. Trademark Application Serial No. 98502628**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

| | |
|---|---|
| **To:** | Jayson Gaddis (jayson@jaysongaddis.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87120236 - THE RELATIONSHIP SCHOOL - N/A |
| **Sent:** | 11/8/2016 1:50:57 PM |
| **Sent As:** | ECOM106@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |
| | Attachment - 36 |
| | Attachment - 37 |
| | Attachment - 38 |
| | Attachment - 39 |
| | Attachment - 40 |
| | Attachment - 41 |
| | Attachment - 42 |
| | Attachment - 43 |
| | Attachment - 44 |

Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50
Attachment - 51

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87120236

**MARK:** THE RELATIONSHIP SCHOOL

**CORRESPONDENT ADDRESS:**
JAYSON GADDIS
JAYSON GADDIS
2015 BALSAM DRIVE
BOULDER, CO 80304-3617

**APPLICANT:** Jayson Gaddis

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
jayson@jaysongaddis.com

# *87120236*

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

VIEW YOUR APPLICATION FILE

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 11/8/2016**

**TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:** Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application. *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820. TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $50 per international class of goods and/or services. 37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04. However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

*Summary of Refusals and/or Requirements*

The following is a summary of the requirements and/or refusals outlined below to which the applicant must respond.

　　　　n Descriptiveness refusal

    n Supplemental Register and disclaimer advisories
    n Requirement to clarify applicant's entity

## DESCRIPTIVENESS REFUSAL

Registration is refused because the applied-for mark merely describes a feature of applicant's services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g., In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

The determination of whether a mark is merely descriptive is made in relation to an applicant's goods and/or services, not in the abstract. *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012); *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see, e.g., In re Polo Int'l Inc.*, 51 USPQ2d 1061, 1062-63 (TTAB 1999) (finding DOC in DOC-CONTROL would refer to the "documents" managed by applicant's software rather than the term "doctor" shown in a dictionary definition); *In re Digital Research Inc.*, 4 USPQ2d 1242, 1243-44 (TTAB 1987) (finding CONCURRENT PC-DOS and CONCURRENT DOS merely descriptive of "computer programs recorded on disk" where the relevant trade used the denomination "concurrent" as a descriptor of a particular type of operating system).

"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985).

The applicant seeks to register THE RELATIONSHIP SCHOOL for use in promoting: *Educational services, namely providing live and on-line mentoring, programs, classes, seminars, workshops, and group coaching on relationship training for personal growth and relationship development of adults and youth. Educational services, namely providing vocational training of individuals for certification in the relationship coaching field and distribution of course and educational materials in connection therewith. Educational services, providing educational speakers and outreach in the field of relationship development and training of adults and youth.* The proposed mark immediately describes the subject matter of the school, or educational services.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable. *In re Fat Boys Water Sports LLC*, 118 USPQ2d 1511, 1516 (TTAB 2016) (citing *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1317-18 (TTAB (2002)); TMEP §1209.03(d); *see, e.g., In re Cannon Safe, Inc.*, 116 USPQ2d 1348, 1351 (TTAB 2015) (holding SMART SERIES merely descriptive of metal gun safes, because "each component term retains its merely descriptive significance in relation to the goods, resulting in a mark that is also merely descriptive"); *In re King Koil Licensing Co.*, 79 USPQ2d 1048, 1052 (TTAB 2006) (holding THE BREATHABLE MATTRESS merely descriptive of beds, mattresses, box springs, and pillows where the evidence showed that the term "BREATHABLE" retained its ordinary dictionary meaning when combined with the term "MATTRESS" and the resulting combination was used in the relevant industry in a descriptive sense); *In re Associated Theatre Clubs Co.*, 9 USPQ2d 1660, 1663 (TTAB 1988) (holding GROUP SALES BOX OFFICE merely descriptive of theater ticket sales services, because such wording "is nothing more than a combination of the two common descriptive terms most applicable to applicant's services which in combination achieve no different status but remain a common descriptive compound expression").

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Colonial Stores, Inc.*, 394 F.2d 549, 551, 157 USPQ 382, 384 (C.C.P.A. 1968); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and/or services and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services.

RELATIONSHIP is defined as: The way in which two or more concepts, objects, or people are connected, or the state of being connected; an emotional and sexual association between two people. SCHOOL is defined as: an organization that provides instruction. See attached definitions. Taken together, THE RELATIONSHIP SCHOOL tells consumers that the applicant's school program features information and training in the field of relationships.

Adding the term "the" to a descriptive or generic term generally does not add any source-indicating significance or otherwise affect the term's descriptiveness or genericness. *See In re The Place Inc.*, 76 USPQ2d 1467, 1468 (TTAB 2005) (holding THE GREATEST BAR merely

descriptive of restaurant and bar services; "the definite article THE . . . add[s] no source-indicating significance to the mark as a whole"); *Conde Nast Publ'ns Inc. v. Redbook Publ'g Co.*, 217 USPQ 356, 357, 360 (TTAB 1983) (holding THE MAGAZINE FOR YOUNG WOMEN a "common descriptive or 'generic' name of a class or type of magazine" and incapable of indicating source; "[t]he fact that the slogan also includes the article 'The' is insignificant. This word cannot serve as an indication of origin, even if applicant's magazine were the only magazine for young women."); *In re The Computer Store, Inc.*, 211 USPQ 72, 74-75 (TTAB 1981) (holding THE COMPUTER STORE merely descriptive of, and the common descriptive name for, computer-related services); *see also In re G. D. Searle & Co.*, 143 USPQ 220 (TTAB 1964), *aff'd*, 360 F.2d 1966, 149 USPQ 619 (C.C.P.A. 1966) (holding "THE PILL" a common descriptive name for pharmaceutical preparations in tablet form, and thus does not serve as an indicator of source or origin in applicant).

The examining attorney has attached sample registrations from the Office's database of registered marks wherein RELATIONSHIP was disclaimed or registered on the Supplemental Register for similar services. Also attached are sample registrations wherein SCHOOL was disclaimed on the Supplemental Register for educational services and training. These registrations show that RELATIONSHIP is descriptive of the subject matter of the classes, while SCHOOL is generic for educational services in general.

Therefore, registration is refused on the Principal Register on the basis of descriptiveness.

### *Supplemental Register Advisory:*

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091; 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

### *Benefits of the Supplemental Register:*

Although registration on the Supplemental Register does not afford all the benefits of registration on the Principal Register, it does provide the following advantages:

- The registrant may use the registration symbol ®;
- The registration is protected against registration of a confusingly similar mark under Trademark Act Section 2(d);
- The registrant may bring suit for infringement in federal court; and
- The registration may serve as the basis for a filing in a foreign country under the Paris Convention and other international agreements.

*See* 15 U.S.C. §§1052(d), 1091, 1094; TMEP §815.

### *Disclaimer Advisory:*

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to disclaim "SCHOOL" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

The following is the standardized format for a disclaimer:

**No claim is made to the exclusive right to use "SCHOOL" apart from the mark as shown.**

TMEP §1213.08(a)(i).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the refusal(s), applicant must also respond to the requirement(s) set forth below.

## CLARIFY APPLICANT'S FORM

The name of an individual person appears in the section of the application intended for the trademark owner's name, but the entity type is set forth as a limited liability company. Applicant must clarify this inconsistency. TMEP §803.03.

If applicant is an individual, applicant should simply request that the entity be amended to "individual" and must indicate his/her country of citizenship for the record. 15 U.S.C. §1051(a)(2); 37 C.F.R. §2.32(a)(3)(i); TMEP §§803.02(a), 803.03(a), 803.04. In that case, the applicant should be listed as:

> Jayson Gaddis, an individual, citizen of (*indicate country of citizenship*)

Alternatively, if applicant is a limited liability company, applicant must set forth its correct name and U.S. state or foreign country of incorporation or organization. TMEP §§803.03(h), 803.04; *see* 37 C.F.R. §2.32(a)(2), (a)(3)(ii). In that case, the applicant should be listed as:

> (*indicate correct legal name of the LLC*), a Colorado limited liability company

If, in response to the above request, applicant provides information indicating that it is not the owner of the mark, registration may be refused under Trademark Act Section 1, 15 U.S.C. §1051, because the application was void as filed. Only the owner of a mark may apply to register the mark. TMEP §§803.01, 803.06, 1201.02(b).

## SEARCH RESULTS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d).

Legal Assistance Advisory:

Because of the legal technicalities and strict deadlines involved in the USPTO application process, applicant may wish to hire a private attorney specializing in trademark matters to represent applicant in this process and provide legal advice. Although the undersigned trademark examining attorney is permitted to help an applicant understand the contents of an Office action as well as the application process in general, no USPTO attorney or staff is permitted to give an applicant legal advice or statements about an applicant's legal rights. TMEP §§705.02, 709.06.

For attorney referral information, applicant may consult the American Bar Association's Consumers' Guide to Legal Help, an attorney referral service of a state or local bar association, or a local telephone directory. The USPTO may not assist an applicant in the selection of a private attorney. 37 C.F.R. §2.11.

The USPTO applies the following legal authorities when processing a trademark and/or service mark application:

- The Trademark Act of 1946, as amended
- The Trademark Rules of Practice, as amended
- Precedential court and Trademark Trial and Appeal Board decisions
- The USPTO's *Trademark Manual of Examining Procedure* (TMEP), as periodically updated
- The USPTO's *Trademark Trial and Appeal Board Manual of Procedure* (TBMP), as periodically updated

*See* 15 U.S.C. §§1051 *et seq.*; 37 C.F.R. pts. 2, 3, 6, 7, 11; TMEP intro., §§101, 107, 110.

Official USPTO letters and notices sent to applicants generally refer to one or more of these legal resources. Both the Trademark Act and Trademark Rules of Practice can be viewed online at http://www.uspto.gov/trademarks/law/index.jsp. The TMEP is available online at http://www.uspto.gov/trademarks/resources/index.jsp and the TBMP and Trademark Trial and Appeal Board decisions are available online at http://www.uspto.gov/trademarks/process/appeal/index.jsp.

/Elissa Garber Kon/
Examining Attorney, Law Office 106
phone: 571-272-9181
email: elissagarber.kon@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

All informal e-mail communications relevant to this application will be placed in the official application record.

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: Nov 8, 2016**                    **77902134**

**DESIGN MARK**

**Serial Number**
77902134

**Status**
REGISTERED

**Word Mark**
WOMEN & RELATIONSHIPS

**Standard Character Mark**
No

**Registration Number**
3837265

**Date Registered**
2010/08/24

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
Patricia A. Sartini, Inc. CORPORATION MISSOURI Suite 6 525 St.
Francois Street Ferguson MISSOURI 63031

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Education
services, namely, providing seminars, workshops, and classes in the
field of assertiveness training for women and printed course materials
distributed in connection therewith.  First Use: 2007/10/01.  First
Use In Commerce: 2007/10/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WOMEN & RELATIONSHIPS"
APART FROM THE MARK AS SHOWN.

**Description of Mark**
The mark consists of the words "WOMEN" and "RELATIONSHIPS" depicted in
green. In between the words is an ampersand symbol represented by a
female in purple with a green trail.

**Colors Claimed**
The color(s) green and purple is/are claimed as a feature of the mark.

-1-

**Print: Nov 8, 2016**                         **77902134**

**Filing Date**
2009/12/29

**Examining Attorney**
KUNG, KAELIE

**77902134**



**Print: Nov 8, 2016**                    **85319506**

**DESIGN MARK**

**Serial Number**
85319506

**Status**
REGISTERED

**Word Mark**
SILICON VALLEY BUSINESS SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4047250

**Date Registered**
2011/10/25

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
SVBS CO. CORPORATION DELAWARE 5610 SCOTTS VALLEY DRIVE SUITE 122
SCOTTS VALLEY CALIFORNIA 95066

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Business
education and training services, namely, developing and facilitating
customized leadership and executive development programs, providing
executive coaching services, and providing business education programs
to employees and executives; Continuing education services, namely,
providing live and on-line continuing professional education seminars
in the legal, medical, accounting, and real estate fields; Educating
at university or colleges; Education services in the nature of courses
at the university level; Educational services in the nature of
correspondence schools; Educational services, namely, conducting
distance learning instruction at the secondary, college and graduate
levels; Educational services, namely, conducting distance learning
instruction at the university level; Providing continuing business
education courses; Providing continuing legal education courses.
First Use: 2010/09/12.  First Use In Commerce: 2010/09/14.

**Disclaimer Statement**

-1-

**Print: Nov 8, 2016**                    **85319506**

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUSINESS SCHOOL" APART
FROM THE MARK AS SHOWN.

**Filing Date**
2011/05/12

**Amended Register Date**
2011/09/06

**Examining Attorney**
SAITO,KIM

# SILICON VALLEY BUSINESS SCHOOL

**Print: Nov 8, 2016**                    85594637

**DESIGN MARK**

**Serial Number**
85594637

**Status**
REGISTERED

**Word Mark**
THE FUND RAISING SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4228165

**Date Registered**
2012/10/16

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
The Trustees of Indiana University body politic and corporate INDIANA
900 E. 7th Street, IMU M005 Bloomington INDIANA 474057000

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: educational
services, namely, providing instructional courses and conducting
training, classes, seminars, conferences, webinars, and workshops in
the field of conducting capital and major gift campaigns, preparing
grant proposals, sustaining annual giving, using social media in
acquiring financial gifts, using interpersonal communications in
raising donations, and identifying trends in philanthropy.  First Use:
1987/10/01.  First Use In Commerce: 1987/10/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2012/04/11

**Examining Attorney**

-1-

**Print: Nov 8, 2016**                          **85594637**

CALLAGHAN BRIAN

**Attorney of Record**
Thomas Q. Henry

# THE FUND RAISING SCHOOL

**Print: Nov 8, 2016**                          **86059487**

**DESIGN MARK**

**Serial Number**
86059487

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP MAP

**Standard Character Mark**
Yes

**Registration Number**
4744402

**Date Registered**
2015/05/26

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Gingolph, Keli INDIVIDUAL UNITED STATES 1701 Barilla Mountain Trail
Round Rock TEXAS 78664

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, providing workshops and seminars in the field of
human relations and interactions; Online journals, namely, blogs
featuring information on the subject of human relations and
interactions.  First Use: 2013/02/00.  First Use In Commerce:
2013/02/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 045.  US  100 101.  G & S: Providing a
website featuring educational information on the subject of human
relations and interactions.  First Use: 2013/02/00.  First Use In
Commerce: 2013/02/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIP" APART
FROM THE MARK AS SHOWN.

-1-

**Print: Nov 8, 2016**                    86059487

**Filing Date**
2013/09/09

**Examining Attorney**
NEVILLE, BRIAN

# RELATIONSHIP MAP

**Print: Nov 8, 2016**                      **86234062**

**DESIGN MARK**

**Serial Number**
86234062

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP DEAL

**Standard Character Mark**
Yes

**Registration Number**
4991027

**Date Registered**
2016/07/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Susan Nador INDIVIDUAL CANADA 141 Hampton Avenue Toronto, Ontario
CANADA M4K2Z3

**Goods/Services**
Class Status -- ACTIVE.  IC 045.  US  100 101.  G & S: Providing an
online website in the field of relationships; providing personal
relationship consulting services.  First Use: 2013/05/15.  First Use
In Commerce: 2013/05/15.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Operation
of an internet blog, namely, a blog featuring information on
relationships.  First Use: 2013/05/15.  First Use In Commerce:
2013/05/15.

**Foreign Country Name**
CANADA

**Foreign Priority**
FOREIGN PRIORITY CLAIMED

-1-

**Print: Nov 8, 2016**                    **86234062**

**Foreign Application Number**
1645641

**Foreign Filing Date**
2013/09/27

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIP" APART
FROM THE MARK AS SHOWN.

**Filing Date**
2014/03/27

**Examining Attorney**
ROSSMAN, WILLIAM

**Attorney of Record**
Rebecca L. Wilson

# RELATIONSHIP DEAL

**Print: Nov 8, 2016**                              **86316678**

**DESIGN MARK**

**Serial Number**
86316678

**Status**
REGISTERED

**Word Mark**
PRO SCOUT SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4642823

**Date Registered**
2014/11/18

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
TPG Sports Group LIMITED LIABILITY COMPANY NORTH CAROLINA 359
Canvasback Rd. Mooresville NORTH CAROLINA 28117

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: educational
services, namely, providing training, assistance and consultation to
coaches, scouts and others in the field of basketball scouting.  First
Use: 2014/04/01.  First Use In Commerce: 2014/04/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2014/06/21

**Amended Register Date**
2014/09/29

**Examining Attorney**
ALTREE, NICHOLAS

-1-

# Pro Scout School

**Print: Nov 8, 2016**                              **86431686**

**DESIGN MARK**

**Serial Number**
86431686

**Status**
REGISTERED

**Word Mark**
THE CENTER FOR HEALTHY RELATIONSHIPS

**Standard Character Mark**
Yes

**Registration Number**
4718449

**Date Registered**
2015/04/07

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
John Brown University non-profit corporation ARKANSAS 2000 West
University Street Siloam Springs ARKANSAS 72761

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: educational
services, namely, providing training, mentoring, classes, seminars and
workshops for developing, strengthening and sustaining well-balanced
families and family relationships, Christian conduct in personal
relationships, and development and assessment of existing relationship
curricula, ministries and programs for pastors, church leaders,
colleges and universities, corporations, and parachurch organizations;
educational services, namely, developing curriculum for others in the
field of pre-marital education, marriage enrichment and family
relationships training; providing educational mentoring and training
services and programs in the field of relationship education,
enrichment and team building; training in the field of
Christian-centered principles of healthy marital and family
relationships; educational services, namely, developing and providing
assessments and training programs that help evaluate emotional,
relational and spiritual development and resources of churches,
Christian leaders, parachurch organizations and businesses;

-1-

**Print: Nov 8, 2016**                    **86431686**

educational consulting in developing new courses and programs and in equipping leaders to facilitate the implementation of those programs and a weekend relationship enrichment program for university students who are seriously dating, engaged or married; training of pastors and church and parachurch leaders in assessing the effectiveness of existing marriage curricula, ministries and programs, in developing new courses and programs and in equipping leaders to facilitate the implementation of those programs to help them increase their effectiveness in serving marriages and families in their church and in their community.  First Use: 2014/05/00.  First Use In Commerce: 2014/05/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 045.  US  100 101.  G & S: Counseling and consulting services in the field of personal relationships; counseling and consulting services in the field of developing, strengthening and sustaining well-balanced families and family relationships; counseling and consulting services in the field of Christian conduct in personal relationships; providing information in the field of Christian-centered principles of healthy marital and family relationships; Counseling and consulting for churches, Christian leaders, parachurch organizations and businesses regarding the effectiveness and health of personal and interpersonal relationships in organizations, and ministries.  First Use: 2014/05/00.  First Use In Commerce: 2014/05/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CENTER" APART FROM THE MARK AS SHOWN.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2014/10/22

**Amended Register Date**
2015/02/11

**Examining Attorney**
MICHOS, JOHN E.

**Attorney of Record**
Shawn M. Dellegar

-2-

# THE CENTER FOR HEALTHY RELATIONSHIPS

**Print: Nov 8, 2016**                    **86582075**

**DESIGN MARK**

**Serial Number**
86582075

**Status**
REGISTERED

**Word Mark**
ECOMMERCE SCHOOL INTERNATIONAL

**Standard Character Mark**
Yes

**Registration Number**
4943149

**Date Registered**
2016/04/19

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Salvador, Mauricio INDIVIDUAL BRAZIL Apt 111 Rua Marques De Paranagua,
190 Sao Paulo BRAZIL 01303050

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, classes, seminars, conferences and workshops in the
field of e-commerce, social media, digital marketing and distribution
of educational materials in connection therewith.  First Use:
2008/06/21.  First Use In Commerce: 2008/06/21.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ECOMMERCE SCHOOL"
APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/03/31

**Amended Register Date**
2015/11/19

**Examining Attorney**

-1-

**Print: Nov 8, 2016**                              **86582075**

SPILS, CAROL

# Ecommerce School International

**Print: Nov 8, 2016**　　　　　　　**86613318**

**DESIGN MARK**

**Serial Number**
86613318

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP DEVELOPMENT

**Standard Character Mark**
Yes

**Registration Number**
4985562

**Date Registered**
2016/06/21

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Martino, Stacey INDIVIDUAL UNITED STATES 21 Concord Lane Yardley
PENNSYLVANIA 19067

**Goods/Services**
Class Status -- ACTIVE. IC 041. US 100 101 107. G & S: Educational
services, namely, conducting live and online classes, seminars,
conferences, and workshops in the field of relationships, successful
marriages, and parenting techniques, and distribution of course
material in connection therewith; Education services, namely,
providing live and on-line seminars, classes, and workshops, in the
field of marriage coaching and training; Educational services, namely,
developing curriculum for others in the field of personal happiness,
relationship development, relationship building, and marriage
coaching; Educational services, namely, providing motivational
speaking services in the field of personal happiness, relationship
development, relationship building, and marriage coaching; Personal
coaching services in the field of personal relationships. First Use:
2015/04/01. First Use In Commerce: 2015/04/01.

**Filing Date**
2015/04/29

-1-

**Print: Nov 8, 2016**                    **86613318**

**Amended Register Date**
2015/11/24

**Examining Attorney**
DAWE, BILL

**Attorney of Record**
Eric LaMorte

# RELATIONSHIP DEVELOPMENT

**Print: Nov 8, 2016**                **86614549**

**DESIGN MARK**

**Serial Number**
86614549

**Status**
REGISTERED

**Word Mark**
NATURAL RELATIONSHIPS

**Standard Character Mark**
Yes

**Registration Number**
4930909

**Date Registered**
2016/04/05

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Macomber, Faith Deeter AKA Faith Deeter INDIVIDUAL UNITED STATES 406
Coronado Drive Lompoc CALIFORNIA 93436

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, conducting live and online classes, workshops,
seminars and coaching in the field of interpersonal relationships,
personal growth, and goal achievement and publishing and distributing
educational materials in connection therewith; Educational services,
namely, providing training to the general public for certification in
the field of interpersonal relationships, personal growth, and goal
achievement and publishing and distributing educational materials in
connection therewith.  First Use: 2009/06/15.  First Use In Commerce:
2009/06/15.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIPS" APART
FROM THE MARK AS SHOWN.

**Filing Date**
2015/04/29

-1-

Case 2:26-cv-01268-JDW   Document 29-5   Filed 03/25/26   Page 392 of 423

**Print: Nov 8, 2016**                    **86614549**

**Examining Attorney**
KAJUBI, ELIZABETH

.

**Print: Nov 8, 2016**                    **86614549**

# Natural Relationships

**Print: Nov 8, 2016**                     **86648250**

**DESIGN MARK**

**Serial Number**
86648250

**Status**
REGISTERED

**Word Mark**
THE JUSTICE SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
5000300

**Date Registered**
2016/07/12

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Thrive Rescue CORPORATION NEVADA 360 E 1St St Ste 921 Tustin
CALIFORNIA 92780

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Conducting
classes in the field of social justice issues.  First Use: 2014/05/01.
 First Use In Commerce: 2014/05/01.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2015/06/02

**Amended Register Date**
2016/05/19

**Examining Attorney**
FLOWERS, JAY

-1-

**Print: Nov 8, 2016**                    **86648250**

**Attorney of Record**
Wesley R. Carter

# The Justice School

**Print: Nov 8, 2016**                                    **86672399**

**DESIGN MARK**

**Serial Number**
86672399

**Status**
REGISTERED

**Word Mark**
HEALTHY INDIVIDUALS STRONG RELATIONSHIPS

**Standard Character Mark**
Yes

**Registration Number**
5029820

**Date Registered**
2016/08/30

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Stevens, Clark INDIVIDUAL UNITED STATES 9724 Kingston Pike, Suite 605
Knoxville TENNESSEE 37922

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, providing classes and workshops in the field of
marriage and relationships, and distribution of educational materials
in connection therewith; educational services, namely, providing
marriage mentoring services.  First Use: 2013/08/30.  First Use In
Commerce: 2013/08/30.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STRONG RELATIONSHIPS"
APART FROM THE MARK AS SHOWN.

**Filing Date**
2015/06/24

**Examining Attorney**
EBAUGH, MICHAEL

-1-

**Print: Nov 8, 2016**                          **86672399**

**Attorney of Record**
Michael E. Robinson

**Print: Nov 8, 2016**                          **86672399**

# HEALTHY INDIVIDUALS STRONG RELATIONSHIPS

**Print: Nov 8, 2016**                    **86673187**

**DESIGN MARK**

**Serial Number**
86673187

**Status**
REGISTERED

**Word Mark**
BOSS SCHOOL

**Standard Character Mark**
No

**Registration Number**
4970729

**Date Registered**
2016/05/31

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
HELLO FEARLESS, LLC LIMITED LIABILITY COMPANY KANSAS 5535 Suwanee Road
Fairway KANSAS 66205

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Business
consultation in the field of education leadership development,
business leadership development, professional development and business
management for women.  First Use: 2014/08/00.  First Use In Commerce:
2014/09/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Providing
business education courses and ongoing instruction in the field of
leadership development for women.  First Use: 2014/08/00.  First Use
In Commerce: 2014/09/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE
MARK AS SHOWN.

**Description of Mark**

-1-

**Print: Nov 8, 2016**                    **86673187**

The mark consists of the words "BOSS" and "SCHOOL" in stylized form appearing within a square.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2015/06/24

**Amended Register Date**
2016/04/06

**Examining Attorney**
PERKINS, ELLEN

**Attorney of Record**
Kathryn T. Allen



**Print: Nov 8, 2016**                    **86687280**

**DESIGN MARK**

**Serial Number**
86687280

**Status**
REGISTERED

**Word Mark**
RELATIONSHIP MASTERY

**Standard Character Mark**
Yes

**Registration Number**
4939648

**Date Registered**
2016/04/19

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Abundance Technologies, LLC LIMITED LIABILITY COMPANY WYOMING 25 West
Telegraph. Ste. 71 Washington UTAH 84780

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, conducting classes, seminars, conferences, webinars,
online training, coaching, mentoring, and workshops in the field of
personal development, self-improvement, health and wellness, and
financial education and distribution of related material, namely,
literature, audio and video, games and software distributed physically
or by electronic methods.  First Use: 2013/02/03.  First Use In
Commerce: 2013/02/03.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RELATIONSHIP" APART
FROM THE MARK AS SHOWN.

**Filing Date**
2015/07/08

**Examining Attorney**

-1-

**Print: Nov 8, 2016**                         **86687280**

CASTRO, GIANCARLO

**Attorney of Record**
James A. Larson

**86687280**

# RELATIONSHIP MASTERY

**Print: Nov 8, 2016**                    **86818862**

**DESIGN MARK**

**Serial Number**
86818862

**Status**
REGISTERED

**Word Mark**
THE CODER SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
4966652

**Date Registered**
2016/05/24

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
the Coder School Holding Company, LLC LIMITED LIABILITY COMPANY
CALIFORNIA 3441 Alma Street Suite 150 Palo Alto CALIFORNIA 94306

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Computer
education training services.  First Use: 2014/08/26.  First Use In
Commerce: 2014/08/26.

**Prior Registration(s)**
4848331

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2015/11/12

**Amended Register Date**
2016/03/09

-1-

**Print: Nov 8, 2016**                          **86818862**

**Examining Attorney**
LAM, HAI-LY

# the Coder School

**Print: Nov 8, 2016**                **87010482**

**DESIGN MARK**

**Serial Number**
87010482

**Status**
REGISTERED

**Word Mark**
MINI-DENTAL SCHOOL

**Standard Character Mark**
Yes

**Registration Number**
5061295

**Date Registered**
2016/10/11

**Type of Mark**
SERVICE MARK

**Register**
SUPPLEMENTAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Dental Trade Alliance non-profit corporation D.C. 4350 N. Fairfax
Drive, Suite 220 Arlington VIRGINIA 22203

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational
services, namely, conducting classes, seminars, conferences, and
workshops in the field of dentistry and distribution of course
material in connection therewith.  First Use: 2003/00/00.  First Use
In Commerce: 2003/00/00.

**Disclaimer Statement**
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCHOOL" APART FROM THE
MARK AS SHOWN.

**Filing Date**
2016/04/22

**Amended Register Date**
2016/08/16

**Examining Attorney**

-1-

**Print: Nov 8, 2016**                    **87010482**

DOMBROW, COLLEEN

**Attorney of Record**
Patrick J. Jennings

**Print: Nov 8, 2016**                    **87010482**

# MINI-DENTAL SCHOOL



Home > North American English > relationship

Definition of *relationship* in English

# relationship

## NOUN

1  The way in which two or more concepts, objects, or people are connected, or the state of being connected
   *the study will assess the relationship between unemployment and political attitudes'*
   + More example sentences    + Synonyms

1.1  The state of being connected by blood or marriage
     *they can trace their relationship to a common ancestor'*
     + More example sentences    + Synonyms

1.2  The way in which two or more people or organizations regard and behave toward each other
     *the landlord-tenant relationship'*

WORD OF THE DAY
## POTUS
NOUN

Explore the new look Oxford
Dictionaries

12 synonyms for fool

SHOP THE 5.11
CLOSEOUT
LOCKER

SHOP NOW »

https://en.oxforddictionaries.com/definition/us/relationship    11/03/2016 01:46:11 PM

'she was proud of her good relationship with the household staff'

+ More example sentences

1.3  An emotional and sexual association between two people
'she has a daughter from a previous relationship'

+ More example sentences    + Synonyms

**Pronunciation:** ⦵
**relationship** /rɪˈlaɪʃ(ə)nʃɪp/

SHOP THE 5.11
CLOSEOUT
LOCKER

SHOP NOW »

55 words ending in 'ster' you didn't
know you needed to know

Which Roald Dahl character are you?

What do they call French toast in
France? (And other similar questions)

**Translating Britishisms!**

https://en.oxforddictionaries.com/definition/us/relationship    11/03/2016 01:46:11 PM



What is the American word for the British swede?

○ radish

○ rutabaga

NEXT    0:10

∿ TRENDING WORDS

Most popular in the world ⌄

1. translation
2. Hindi
3. Essex girl
4. racism
5. gender

## Further reading



5 tasty sandwich etymologies





You have been warned: the debate



https://en.oxforddictionaries.com/definition/us/relationship    11/08/2016 01 46 11 PM

5 tasty sandwich etymologies

Which Joe gave his name to 'sloppy joes'? We look at five interesting sandwiches and their lexical origins

READ MORE ❯

You have been warned: the debate on trigger warnings

Are you looking for a word for a foolish person? We explore twelve interesting words to describe the dunderheads in your life

READ MORE ❯



6 'run' phrases you probably don't know

Before you run for the hills, let's run through a list of 'run' expressions that are running through our minds

READ MORE ❯



How brothers became buddies and bros

The definitions of 'buddy' and 'bro' in the OED have recently been revised. We explore their history and increase in popularity

READ MORE ❯



What is the origin of 'steal someone's thunder'?

Susie Dent explores the surprisingly literal story behind the phrase 'to steal someone's thunder'

READ MORE ❯

Find Out More
About
Contact us
Privacy policy and legal notice
Help

Follow
Facebook
Twitter
Google+
Instagram

More from Oxford Dictionaries
OxfordDictionaries.com
OxfordWords blog
Oxford Dictionaries Spanish
Oxford Global Languages
Oxford Dictionaries Premium

OXFORD
UNIVERSITY PRESS

© 2016 Oxford University Press.

| To: | Jayson Gaddis (jayson@jaysongaddis.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 87120236 - THE RELATIONSHIP SCHOOL - N/A |
| Sent: | 11/8/2016 1:50:58 PM |
| Sent As: | ECOM106@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 11/8/2016 FOR U.S. APPLICATION SERIAL NO. 87120236

Your trademark application has been reviewed. The trademark examining attorney assigned by the USPTO to your application has written an official letter to which you must respond. Please follow these steps:

**(1) READ THE LETTER** by clicking on this link or going to http://tsdr.uspto.gov/, entering your U.S. application serial number, and clicking on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) RESPOND WITHIN 6 MONTHS** (*or sooner if specified in the Office action*), calculated from **11/8/2016**, using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions.

**(3) QUESTIONS** about the contents of the Office action itself should be directed to the trademark examining attorney who reviewed your application, identified below.

/Elissa Garber Kon/
Examining Attorney, Law Office 106
phone: 571-272-9181
email: elissagarber.kon@uspto.gov

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle

private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.

| To: | Tuner School, LLC (Trademarks@Kb-ash.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86184493 - TUNER SCHOOL - N/A |
| Sent: | 5/9/2014 10:07:41 AM |
| Sent As: | ECOM107@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 86184493

**MARK:** TUNER SCHOOL

**\*86184493\***

**CORRESPONDENT ADDRESS:**
BENJAMIN ASHUROV
KB ASH LAW GROUP P.C
7011 KOLL CENTER PKWY STE 160
PLEASANTON, CA 94566-3140

**CLICK HERE TO RESPOND TO THIS LETTER:**
http://www.uspto.gov/trademarks/teas/response_forms.jsp

**APPLICANT:** Tuner School, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
Trademarks@Kb-ash.com

## OFFICE ACTION

### STRICT DEADLINE TO RESPOND TO THIS LETTER

TO AVOID ABANDONMENT OF APPLICANT'S TRADEMARK APPLICATION, THE USPTO MUST RECEIVE APPLICANT'S COMPLETE RESPONSE TO THIS LETTER **WITHIN 6 MONTHS** OF THE ISSUE/MAILING DATE BELOW.

**ISSUE/MAILING DATE: 5/9/2014**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62, 2.65(a); TMEP §§711, 718.03.

**Search for Conflicting Marks**

The Office records have been searched and no similar registered or pending mark has been found that would bar registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d). TMEP §704.02.

**Trademark Act Section 2(e)(1) Refusal**

Registration is refused because the applied-for mark merely describes the field and feature of applicant's educational and vocational services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose or use of the specified goods and/or services. TMEP §1209.01(b); *see In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005); *In re Gyulay*, 820 F.2d 1216, 1217-18, 3 USPQ2d 1009, 1010 (Fed. Cir. 1987). Moreover, a mark that identifies a group of users to whom an applicant directs its goods and/or services is also merely descriptive. TMEP §1209.03(i); *see In re Planalytics, Inc.*, 70 USPQ2d 1453, 1454 (TTAB 2004).

In the instant case, applicant seeks registration of "TUNER SCHOOL" for "educational services in the nature of automobile tuning,

modification, improvement, performance, and repair schools; vocational education in the field of automobiles." The term "tune" is defined as "to make small changes to an engine or a machine so that it works better." See the attached evidence from www.macmillandictionary.com. The applicant's own recitation of service indicates it offers a school for "automobile tuning" (emphasis added).

Therefore, the proposed mark merely describes the applicant's services and registration on the Principal Register must be refused under Trademark Act Section 2(e)(1).

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

## Suggested Alternatives for Responding to the Section 2(e)(1) Refusal

The applied-for mark has been refused registration on the Principal Register. Applicant may respond by submitting evidence and arguments against the refusal. In addition, applicant may respond by doing one of the following: (1) amending the application to seek registration under Trademark Act Section 2(f), or (2) amending the application to seek registration on the Supplemental Register. See 15 U.S.C. §§1052(f), 1091.

Applicant can amend its application to seek registration on the Principal Register based on a claim of acquired distinctiveness by (1) submitting actual evidence that the mark has acquired distinctiveness of applicant's goods and/or services, (2) claiming ownership of a prior U.S. registration for the same mark and the same or related goods and/or services, or (3) providing the following verified statement: "**The mark has become distinctive of the goods and/or services through applicant's substantially exclusive and continuous use in commerce for at least five years immediately before the date of this statement**." See 15 U.S.C. §1052(f); 37 C.F.R. §2.41; TMEP §§1212 et seq.

To amend the application to the Supplemental Register, applicant must request such an amendment. See 15 U.S.C. §1091; 37 C.F.R. §2.47.

## Sample Declaration

Should the applicant's response require verification, please note the following.

The following is a properly worded declaration under 37 C.F.R. §2.20. Applicant should add this declaration to the end of its response, properly signed and dated by a person authorized under 37 C.F.R. §2.33(a). TMEP §804.01(b).

> The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true; and all statements made on information and belief are believed to be true.

<br>

_____
(Signature)

_____
(Print or Type Name and Position)

_____
(Date)

If the applicant chooses to respond to the refusal(s) to register, then applicant must also respond to the following requirement(s).

## Identification of Goods and/or Services Amendment Requirement

The wording specified below in the identification of goods and/or services must be clarified because it is too broad and could include goods and/or services in other international classes. See TMEP §§1402.01, 1402.03.

For the applicant's convenience, the Examining Attorney has highlighted suggested amendments and problem areas in bold type below. The applicant may adopt following wording, if accurate, because it is sufficiently definite and properly classified:

"Educational services in the nature of {**specify services, e.g., " classes, seminars, workshops, tutoring, and mentoring"**}, **all in the field of** automobile tuning, modification, improvement, performance, and repair **schools {delete wording "schools"}** ; Vocational education in the field of automobiles," in International Class 41.

*See* TMEP §1402.01.

Identifications of goods and/or services can be amended only to clarify or limit the goods and/or services; adding to or broadening the scope of the goods and/or services is not permitted. 37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*, 1402.07. Therefore, applicant may not amend the identification to include goods and/or services that are not within the scope of the goods and/or services set forth in the present identification.

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html. *See* TMEP §1402.04.

**Assistance**

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

/James W. Stein/
Trademark Examining Attorney
Law Office 107
Phone: 571.272.3056
james.stein@uspto.gov

**TO RESPOND TO THIS LETTER:** Go to http://www.uspto.gov/trademarks/teas/response_forms.jsp. Please wait 48-72 hours from the issue/mailing date before using the Trademark Electronic Application System (TEAS), to allow for necessary system updates of the application. For *technical* assistance with online forms, e-mail TEAS@uspto.gov. For questions about the Office action itself, please contact the assigned trademark examining attorney. **E-mail communications will not be accepted as responses to Office actions; therefore, do not respond to this Office action by e-mail.**

**All informal e-mail communications relevant to this application will be placed in the official application record.**

**WHO MUST SIGN THE RESPONSE:** It must be personally signed by an individual applicant or someone with legal authority to bind an applicant (i.e., a corporate officer, a general partner, all joint applicants). If an applicant is represented by an attorney, the attorney must sign the response.

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the TEAS form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.



http://www.macmillandictionary.com/dictionary/american/tune_9    05/09/2014 09:36:27 AM




LIFE SKILLS
DAY 14.05.14



FAST & SECURE
ONLINE MEETINGS

GoToMeeting
citrix

Try It Free

Share this definition of tune






Teach young
learners?

Enter our
survey

YOUNG
LEARNERS

learn English    live English    love English

## BuzzWord

click farm

an organized group of low-paid workers employed to click on
particular parts of web pages

BuzzWord Article

**More BuzzWords**

| | | |
|---|---|---|
| click fraud | clickjacking | crowdfunding |
| content farm | clickbaiter | crowdsourcing |
| playsourcer | SEO | hacktivist |

BuzzWord archive

## Open Dictionary

scenester

a person who frequently attends a particular social or cultural
scene

add a word

**More submissions**

| | | |
|---|---|---|
| geek the fuck | growth hacker | dad jeans | stylish |
| puppy farm | agile marketing | mom jeans | crell brewery |
| manipulate | roll hard | spinola | crell pews |

view entries

## Word of the Day

spume

a white mass of bubbles on the top of a wave

## Blog

A must for anyone with an interest in the changing face of
language. The Macmillan Dictionary blog explores English as it is
spoken around the world today.

social English and language change born the blog

Macmillan definition or blue from the online English dictionary from Macmillan Publishers Limited



© Macmillan Publishers Limited 2009–2014    Index    Privacy    Cookie Policy    Terms and Conditions

| To: | Tuner School, LLC (Trademarks@Kb-ash.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 86184493 - TUNER SCHOOL - N/A |
| Sent: | 5/9/2014 10:07:42 AM |
| Sent As: | ECOM107@USPTO.GOV |
| Attachments: | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON **5/9/2014** FOR U.S. APPLICATION SERIAL NO. 86184493

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) TIMELY RESPONSE IS REQUIRED:** Please carefully review the Office action to determine (1) how to respond, and (2) the applicable response time period. Your response deadline will be calculated from **5/9/2014** (*or sooner if specified in the Office action*). For information regarding response time periods, see http://www.uspto.gov/trademarks/process/status/responsetime.jsp.

**Do NOT hit "Reply" to this e-mail notification, or otherwise e-mail your response** because the USPTO does NOT accept e-mails as responses to Office actions. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System (TEAS) response form located at http://www.uspto.gov/trademarks/teas/response_forms.jsp.

**(3) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**Failure to file the required response by the applicable response deadline will result in the ABANDONMENT of your application.** For more information regarding abandonment, see http://www.uspto.gov/trademarks/basics/abandon.jsp.

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.