**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHILLYWINE LLC**,<br>*Plaintiff*,<br>v.<br>**KSWCO LLC et al.**,<br>*Defendants*. | **Case No. 2:26-cv-01268-JDW** |

**ORDER**

**AND NOW**, this 17th day of April, 2026, it is **ORDERED** that the hearing on Plaintiff PhillyWine LLC's Motion For Preliminary Injunction scheduled for April 21, 2026, is **CANCELED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.