**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **PHILLYWINE LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **KSWCO, LLC et al.**, <br><br> *Defendants.* | **Case No. 2:26-cv-01268-JDW** |

## <u>ORDER</u>

**AND NOW**, this 26th day of May, 2026, for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Plaintiff PhillyWine LLC's Motion For Preliminary Injunction (ECF No. 6) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.